# EXHIBIT A

## Contact

www.linkedin.com/in/olivier-lemari
%C3%A9-06340 (LinkedIn)

## Top Skills
Cloud Computing
IP
Pre-sales

## Languages
English (Full Professional)
French (Native or Bilingual)

# Olivier Lemarié
CTO at Vade Secure
San Francisco Bay Area

## Summary

- 20+ years experience in creating technology and building innovative products
- Strong technology leader with track record of pushing innovation and success
- Expertise in architecting and building high-performance software at scale
- Security, messaging, big data, network and cloud computing products
- Entrepreneurial and early/mid-stage start-ups
- Passionate about technology and problem solving
- Highly-motivated, creative, analytical thinker

---

## Experience

**Vade Secure**
CTO
February 2017 - Present
San Francisco Bay Area

**CLOUDMARK**
Vice President, Gateway Technology
March 2010 - December 2016 (6 years 10 months)

Led the development of new products for service providers and for the protection of carriers against email, mobile and dns based security threats. Responsible for company security platform-based products. Designed and developed new solutions to detect spear phishing attacks in real time (geo-distributed threat intelligence graph). Management of engineering teams in San Francisco and Paris. Managing Director of Cloudmark Labs entity in France.

**BIZANGA**
CTO and Founder
January 2004 - March 2010 (6 years 3 months)
San Mateo, CA

Developed a highly scalable SMTP messaging router designed for carriers with policy engine, central reputation framework and anti-spam / anti-virus / anti-phishing applications integration. Drove company technical direction and research activities. Led some key customer deployment activities. Acquired by Cloudmark Inc. in 2010.

OVERNETWORKS
CEO and Founder
October 2001 - January 2004 (2 years 4 months)

Founded Overnetworks to develop a layer 3 intelligent routing / traffic management technology to optimize performance and cost of internet infrastructure for Fortune 500, service providers and content providers.

UUNET
2 years 11 months

Chief Technologist EMEA
September 1999 - October 2000 (1 year 2 months)

Built and led a team of technical experts based in different countries and in charge of leveraging innovation, establishing EMEA's technical vision and designing new products.

Deputy Technical Director
December 1997 - August 1999 (1 year 9 months)

Organized and managed the technical department: R&D, Engineering, Internal systems and Database services. Led the development of new services.

INTERNET-WAY
Director Research & Development and Co-Founder
December 1994 - November 1997 (3 years)
Paris Area, France

Built an engineering team in charge of network and services for what became a major business internet service provider in France. Owned product definition and development. Designed and managed services and platforms for other French ISPs. Acquired by UUNet Technologies in 1997.

---

# Education

EPITA: Ecole d'Ingénieurs en Informatique

Master's Degree, Computer Science · (1991 - 1994)

Dupuy de Lome, Lorient, France

Superior & Advanced Mathematics, Mathematics · (1989 - 1991)