# EXHIBIT B



crunchbase Solutions Products Pricing Search Crunchbase LOG IN TRY PRO FREE

Crunchbase Pro

SEARCH

- Companies
- People
- Investors
- Funding Rounds
- Acquisitions
- Schools
- Events
- Hubs
- My Searches
- My Lists
- Add New Profile

# Olivier Lemarié

FOLLOW COMPARE EDIT

Power your search with Crunchbase Pro

Target the right companies with unlimited search filters, analysis tools, and automatic alerts.

TRY PRO FREE

Sign up for a free Crunchbase account to follow and track profiles you care about.

SIGN UP

## Overview

CB Rank (Person) 19,441

## Olivier Lemarié

**CTO**

Vade Secure

| | |
|---|---|
| Location | San Francisco, California, United States |
| Regions | San Francisco Bay Area, West Coast, Western US |
| Gender | Male |
| Website | vadesecure.com |

Olivier Lemarié brings to Vade Secure, over 25 years of executive management and network infrastructure development experience to his role as CTO.

Prior to Vade Secure Olivier was Vice President Gateway Technology at Cloudmark (later acquired by Proofpoint). He his also one of the founder of Bizanga with a CTO role and responsible for the development and direction of Bizanga's Intelligent Message Processor (IMP) platform which provided scalable and full-featured email message processing and security for some of the largest messaging operators in the world. Prior to founding Bizanga, Olivier was co-founder of Internet-Way, one of France's first and most successful internet service providers, and played a prominent role in the design and deployment of the technical infrastructure and in the development of value-added services. Internet-Way was subsequently acquired by UUNET, where he served as Chief Technologist for UUNET Europe, Middle East, and Asia and was tasked with defining UUNET Europe's technological direction.

Always looking for better ways to exploit technologies, Olivier founded Overnetworks in 2000 to develop a new scalable technology to intelligently route data on the Internet. Earlier in his career, he also consulted to several start-up organizations helping them define their business models and technological direction.

Read More

Which funding rounds raised the most money?

PDFmyURL easily turns web pages and even entire websites into PDF! PDFmyURL

**UNLOCK CHARTS**

### Jobs

| Number of Current Jobs | 1 | Number of Past Jobs | 4 |

Olivier Lemarié is the CTO at Vade Secure. Additionally, Olivier Lemarié has had 4 past jobs including Vice President, Gateway Technology at Cloudmark.

**Vade Secure**
CTO
2017

| Organization Name | Title At Company | Start Date | End Date |
|---|---|---|---|
| Cloudmark | Vice President, Gateway Technology | 2010 | 2016 |
| Bizanga | CTO | 2004 | 2010 |
| Overnetworks | CEO and founder | 2001 | 2004 |
| UUNET Technologies | Chief Technologist EMEA | 1997 | 2000 |

### Related Hubs

| Hub Name | CB Rank (Hub) |
|---|---|
| Information Technology Companies with Early Stage Venture Funding | 1,967 |
| Startups Founded in 2009 | 2,417 |
| Email Companies | 6,142 |
| Isai Portfolio Companies | 23,159 |
| Information Technology Companies | 19,135 |
| Email Startups | 17,136 |

PDFmyURL easily turns web pages and even entire websites into PDF!



| | |
|---|---|
| Enterprise Software Companies with Early Stage Venture Funding | 2,400 |
| Enterprise Software Startups | 2,150 |
| Information Technology Startups | 515 |
| General Catalyst Portfolio Companies | 4,357 |

SHOW MORE

Recent News and Activity

## crunchbase

**Stay Connected**
Crunchbase News
Subscribe to the Crunchbase Daily

**Who We Are**
Company
Careers
Partners
Advertise
Blog
Contact Us

**What We Do**
Crunchbase Pro
Marketplace
Crunchbase Enterprise
Data Licensing
Customer Stories
Pricing

**Popular Links**
Featured Lists and Searches
The Crunchbase Difference
Knowledge Center
Privacy
Create a Profile

Browse By: Organizations, People, Events

Editorial Partners: Verizon Media Tech

Terms of Service | Privacy Policy | © 2019 Crunchbase Inc. All Rights Reserved.

About • Terms • Careers • Sitemap
© 2019 Crunchbase Inc.
All rights reserved. (e12b37a 155)

PDFmyURL easily turns web pages and even entire websites into PDF!