# EXHIBIT C

# Alexandre Boussinet

Lead Technical Architect
Paris Area, France

## Contacter

www.linkedin.com/in/alexandre-boussinet-7a28a921 (LinkedIn)

## Principales compétences

Open Source
C
Linux

## Languages

anglais

## Résumé

Specialties: c, go, ada, c++
open source, linux system developer

---

## Expérience

**VadeSecure**
Senior Software Engineer
juillet 2016 - Present
Paris

Lead technical architect on email services.
Technologies: Go, smtp, milter, json, ...

**Cloudmark**
Senior Software Engineer
mars 2011 - juillet 2016 (5 ans 5 mois)
Paris, France

Core developer on Gateway technology at the R&D labs in Paris.
Technologies: C, python, xml, smtp, radius, ldap, mysql, ...

**Devoteam**
Expert Open Source
janvier 2005 - février 2011 (6 ans 2 mois)

**SFR**
Chef de projet Infrastructure
2006 - 2006 (1 an)

Technologies : Novell (SuSE Linux, YaST), RPM, PXE, TFTP, HTTP, Apache, KSH

Rédaction du plan qualité, des spécifications fonctionnelles et détaillées, notes techniques.
Responsable de l'équipe infrastructure-sécurité.
Réalisation d'un master permettant la réinstallation de serveurs opérationnels en moins de 10 minutes.

Construction du socle Linux-Apache en vue de la migration de tous les frontaux web de SFR.
Réalisation d'une matrice de support / compatibilité des versions d'Apache avec les plugins WebSphere, WebLogic, SiteMinder.
Repaquetage des logiciels websphere, weblogic, siteminder, apache, ihs, networker, patrol, sysload.
Documentation pour chaque paquet RPM réalisé.
Construction d'un repository permettant l'installation d'une machine via le réseau.
Documentation sur la création du repository.

Construction d'un CD d'auto-installation à partir du repository.
Documentation sur la création du CD.
Projet noté 16/20 par SFR (arrivée en 3ème position dans leur classement) et élu meilleur partenaire par Novell pour l'année 2006.

France Telecom
1 an

Développeur R&D UK
2005 - 2005 (1 an)

Technologies : C, C++, Linux, MP4, Apache, http, XML

Projet de vidéo streaming : conception et développement d'un prototype
Reécriture du client/serveur respectant les nouvelles spécifications (message handling et infrastructure)
Evolution des interfaces pour ajouter une playlist
Développement d'un client C++ pour downloader et parser un fichier XML sur un serveur http Apache / IPv6.
Développement d'outils de mesures réseaux et d'extensions aux drivers WiFi Linux.
Développement d'extensions au lecteur MPEG4 de CISCO (mpeg4ip) afin de pouvoir changer
de flux audio ou vidéo de manière transparente. Cross compilation de la solution sur PDA et ajout d'une interface de pilotage a distance

Développeur R&D UK
2005 - 2005 (1 an)

Technologies : C++, Linux, MySQL, Seamless Mobility

Projet Seamless mobility manager: conception et développement d'un prototype V0.
Reécriture du client / serveur respectant les nouvelles spécifications (message handling et infrastructure)
Ecriture des spécifications détaillées et du dossier d'implémentation du prototype
Développement en C++ du serveur de mobilité
Rédaction des documents de synthèse, manuels d'utilisation et d'installation
Production d'un rapport d'intégration

Chef de projet technique
2005 - 2005 (1 an)
Technologies : C++, Linux, MySQL, Seamless Mobility

Chef de projet technique pour le prototype V1 du manager réseau de l'architecture seamless mobility. Responsable de l'équipe de développeurs, plannings, livrables, suivi de projet.

SNAISO
Développeur Open Source / Windows
2003 - 2005 (3 ans)
Technologies: C, C++, perl, Windows, Linux

Modélisation et implémentation d'un requêteur permettant la détection d'intrusion ou d'attaque en se basant sur des logs fichiers ou temps réel.
Modélisation d'un module d'alerte permettant la remontée d'alarmes basées sur des règles simples (contraintes sur paramètres) ou complexes (corrélation entre plusieurs sources).
Modélisation et implémentation d'un arbre générique permettant la représentation de données en mémoire et leur sérialisation sur disque (pseudo système de fichier mémoire avec droits d'accès).
Implémentation de divers modules au sein du logiciel (administration de l'état des équipements sur le réseau, visualiseur de logs avec gestion de cache fichier permettant l'affichage de fichiers énormes sans perte de performances, etc.).
Veille technologique et modélisation de la future version du logiciel.

―――

## Formation

EPITECH - European Institute of Technology

Bac+5, Informatique · (1999 - 2002)