# EXHIBIT D

## Contact

www.linkedin.com/in/ xavierdelannoy (LinkedIn)
github.com/delanne/ (Other)

## Top Skills

Test Automation
Software Quality Assurance
Linux

## Languages

English (Full Professional)
French (Native or Bilingual)

# Xavier Delannoy

VP Engineering at Vade Secure
Paris Area, France

## Experience

Vade Secure
3 years 2 months

VP Engineering
October 2016 - Present

QA Manager
June 2016 - October 2016 (5 months)

Cloudmark
Senior Software engineer
January 2011 - June 2016 (5 years 6 months)

I'm in charge of the Automated Test environment for the Cloudmark Gateway product:

* develop the test framework from scratch (in python):

* support for various protocol (smtp, http, dns, diameter, cops, MM1 ...)

* virtualisation and test parallelization

* develop a Web frontend for the framework (to give us more visibility):

* django, elasticsearch

* help the engineering team (Dev and QA) about automation

bizanga
QA engineer leader
July 2007 - May 2009 (1 year 11 months)

Netasq
R&D engineer - NetASQ Shield project manager
March 2002 - June 2007 (5 years 4 months)

---

## Education

Ecole internationale des Sciences du Traitement de l'Information
Bachelor of Science (BS) · (1999 - 2002)

Page 1 of 2

Prépa Henri Wallon - Valenciennes