# EXHIBIT E

## Contact

www.linkedin.com/in/
guillaumesejourne (LinkedIn)
www.prismadoc.fr (Personal)
abcbluesandsoul.com/default.aspx
(Other)

## Top Skills

Technical Writing
XML
Technical Communication

## Languages

French
English

# Guillaume Séjourné

Manager, Training & Technical Publications at Vade Secure
Paris Area, France

## Summary

Key skills: Documentation Engineering, XML and DITA
Documentation, Continuous Documentation Integration, Big Data
processing, Real-Time Data Analytics, Automation

―――――

## Experience

**Vade Secure**
Manager, Technical Publications, Training & Certification
December 2016 - Present
Paris Area, France

**Vade Secure**
Manager, Technical Publications & Training
December 2016 - Present
Paris Area, France

**Vade Secure**
Manager, Technical Publications & Training / Product Manager ISP/
MSP
December 2016 - Present
Paris Area, France

**Cloudmark**
7 years

Manager, Technical Publications
November 2014 - December 2016 (2 years 2 months)
Paris Area, France

Currently working on building a DITA Continuous Integration Platform, and
automating builds through Docker containers.

Deliver technical documents to partners, customers, and internal resources for
various lines of product, license, etc. on time.

Manage availability and verification of materials and prepare necessary documents.

Mentor, coordinate and guide writers and editors, and authorize layouts of documentation.

Mentor and supervise staff, and ensure supply and maintenance of resources and equipment, as well as proper training to the various technical writing technologies used in the company.

Coordinate with different departments to achieve end results, convey these to management, and develop new documentation and distribution ideas and thought processes.

Perform multiple drafting tasks such as writing, proofing, formatting and maintain varied kinds of documentation for serving varied customers.

Ensure compliance with documentation needs through client and research collaboration, assign resources and update management on projects.

Identify and apply new communication trends appropriately to business.

Engineering Product Coordinator / Sr Technical Writer
2010 - November 2014 (4 years 11 months)
Paris Area, France

As an engineering product coordinator, my roles are:
- BigData audit, propose and provide solutions for an efficient use of data, both in terms of storage and usage, (MySQL, Redis, Couchbase)
- Design and Development of Real-Time Analytics platforms, for data analysis, (i.e. real-time being a few seconds at most), based on NodeJS + Socket.IO, REDIS, etc.
- Coordinating development teams and task distribution within the team (in Paris and San Francisco),
- In charge of the "Credit d'Impots Recherche et Innovation" (CIR and CII) files (french tax credit refund for research),
- In charge of developing, maintaining, and enhancing the User Interface (GUI) for Messaging Security products, based on XML-XSL + jQuery.

As a Sr Technical Writer

My contributions to the technical publications team were more engineering oriented, more than writing:

- Audit, migration and unification of 2 distinct documentation systems (one FrameMaker based, and one XML-XSL based) to DITA.

- Customization of a DITA-OT documentation environment;

- Automation of the continuous integration system for the DITA-OT builds.

## Bizanga
### Senior Technical Writer
September 2008 - February 2010 (1 year 6 months)

Bizanga was purchased by Cloudmark in 2010. (See current position)

## Prismadoc / Sherpa-doc
### Documentation Engineer
April 2003 - September 2008 (5 years 6 months)

I established as a contractor in early 2003.

- English/French technical writing,

- numerous consultant missions, in charge of providing documentation migration solutions, team organization, recruiting.

- Migration of documentation systems to long-lasting solutions,

- Single-sourcing counsel,

- B.O.X. project (see below)

Specialties:Technical Writing, Documentation Engineering, Word to XML migration, XML writing methods and publication

## Université Paris 7, Master CDMM
### Teacher
2001 - 2008 (8 years)

In charge of various training to the Technical Communication Master's Degree:

- XML, XSL, XSL-FO

- XHTML, CSS

- Rendering and Publication Tools (RoboHelp, Framemaker, XSL bindings, etc.)

## Laboratoires Pierre Fabre
### Project Manager
February 2004 - September 2006 (2 years 8 months)

For Pierre Fabre Laboratories, I was in charge of the development of a specific XML writing tool for Clinical Study Protocols. I lead the project and conducted two developpers (for MySQL databses), and partipated in the ergonomy and design development phasis in PHP. This project was very successfull and was later on migrated to a J2EE based application to suit the new architecture; Pierre Fabre Laboratories decided to give me the role of project manager for this migration as well.

62avenue
Project manager
2002 - 2003 (2 years)

In charge of multimedia and websites projects for French public services (Ministère de l'Economie et des Finances), website design and maintenance.

GIEAU
Technical Writer
2001 - 2003 (3 years)

In charge of authoring help contents and automate source conversion.
Also created multimedia content, like interactive application demos.

———

# Education

## Université Denis Diderot (Paris VII)

DESS (Professional master's degree), Rédaction Technique Multilingue Informatisée · (2001 - 2003)

## Université Denis Diderot (Paris VII)

Master's degree in Translation and Contrastive Linguistics, Translation, American English, Contrastive Linguistics · (2000 - 2001)

## Roosevelt High School, Minneapolis, MN, USA

Graduation  · (1996 - 1997)

## Lycee la Tour des Dames

Baccalaureat S Maths, Science-specialized french graduate · (1995 - 1996)