# EXHIBIT I

News  Support  Resources  search  English

**Vade Secure** — Predictive Email Defense

Solutions  Products  Partners  Company  Blog  Start FREE Trial

# AI-based Email Security for Office 365

Data-rich applications like OneDrive and SharePoint have made Office 365 the most lucrative target for cybercriminals. Vade Secure for Office 365 is the only native email security solution for Office 365, combining powerful, AI-based threat detection and remediation with simple, set-it-and-forget-it configuration for MSPs.

START YOUR FREE TRIAL ›

## Vade Secure for Office 365



**Vade Secure for Office 365** offers a native user experience and best-in-class protection powered by artificial intelligence. Vade Secure integrates seamlessly with Office 365 via an API-based architecture, with no disruption to your customers' email flow. As a result, MSPs are able to **augment Office 365 security** with a complementary layer of AI-based threat detection.

ASK FOR A DEMO ›

## AI-based Threat Detection

Vade Secure for Office 365 blocks advanced attacks from the first email thanks to machine learning models that perform real-time behavioral analysis of the entire email, including any URLs and attachments. Leveraging data from more than 600 million inboxes, our AI-based threat detection stops threats before, during, and even after attacks.



*Vade Secure for Office 365 Dashboard*

- **Time-of-Click Anti-Phishing** – Crawls the URL and page in real time, following any redirections and analyzing the content and context of the URL/page- when the message is received and any time a user clicks.

- **Banner-Based Anti-Spear Phishing** – Unsupervised anomaly detection and natural language processing scan for patterns, anomalies, and behaviors common in spear phishing emails. If spear phishing is suspected, a customizable banner is displayed within the email alerting the user.

- **Behavioral-Based Anti-Malware** – Performs comprehensive analysis of the origin, content, and context of emails and attachments to identify unknown, polymorphic malware-without the long delays required by sandboxing technologies.

- **Auto and Manual Remediation:** Vade Secure augments threat detection with post-delivery threat remediation. With a real-time view of global threats, the engine is continuously learning and will automatically remove any threats from user inboxes. Admins can also manually remediate messages with one click.

**Real-time Phishing Detection**



**Spear Phishing Detection**



**Phishing Remediation**



READ THE REVIEW >

**Vade Secure for Office 365 receives
5-stars from SC Magazine**

## Easy Set Up and Maintenance for Busy MSPs

Vade Secure for Office 365 is easy to activate, requiring only a few clicks and no MX record changes. It's a low maintenance solution that requires no end user training and no complex configurations, allowing MSPs to spend less time administering and more time focusing on core objectives.

- ✓ **Instant Deployment** – Get up and running in just a few clicks, without the hassle of changing your customers' MX records.

- ✓ **Native User Experience** – Allow end users to continue working in Office 365, without requiring a separate quarantine or daily digest.

- ✓ **Insider Threat Protection** – Scan internal email traffic to protect against insider attacks coming from compromised O365 accounts.

- ✓ **Scalability and Security** – Hosted on Microsoft Azure, you'll benefit from the cloud platform's scalability and added security capabilities.

START YOUR FREE TRIAL >

## Success Stories

Vade Secure protects more than 5,000 customers in 76 countries. See what our customers and partners have to say about Vade Secure for Office 365.

BECOME A PARTNER >

*Confronted with a rise of phishing attacks and dissatisfied with Microsoft's anti-spam/anti-phishing capabilities, we d proofs of concept with 20 vendors. Vade Secure ranked t highest, with the most reliable and effective solution. The technology is sophisticated, yet easy to use. Their staff is*

# Email Security Resources

**Email Security for Office 365**
White paper

**Vade Secure for Office 365**
Data Sheet

**Case Study**
Boys and Girls Clubs of Puerto Rico protects Office 365 users from targeted attacks while improving IT efficiency.

**Phishers' Favorites: It's Lonely at the Top: Microsoft Remains the #1 Impersonated Brand in Phishing Attacks**

ALL BLOG POSTS

ALL RESOURCES

| SOLUTIONS | PRODUCTS | PARTNERS | COMPANY | MORE INFOS | |
|---|---|---|---|---|---|
| Anti Phishing | Vade Secure for Office 365 | Become a Partner | About | Blog | Artificial Intelligence and Predictive Technologies to protect your email. |

| | | | | |
|---|---|---|---|---|
| Anti Spear Phishing & BEC | IsItPhishing Threat Detection for SOC | Vade Secure Partner Portal | Contact | News |
| Anti Malware & Ransomware | Products for ISP, telecom providers, SOC | | Career | Resources |
| Anti Spam & Graymail | | | Upcoming Events | Isitphishing.ai |

Vade Secure © 2019

🌐 English ⌃

Sitemap    Privacy    Legal Notice    Cookies Policy    Conditions of use    

