# EXHIBIT J

Go to...



Go to...

# Cloud Email Security Protect your messages efficiently with complete ease

The Vade Secure Cloud product protects your email system against all types of cyberattacks.
It is easy to implement, requiring very little setup to achieve maximum protection.
Thanks to artificial intelligence and the heuristic filter,
Vade Secure Cloud provides efficient protection, updated in real-time.

## Protect your email system against phishing, malware, ransomware and targeted attacks

**Ask for a demo**



# A high-performance and secure cloud email system

**360° protection of emails**

The email system is protected against malware, phishing, spearphishing and spam attacks. Non-priority emails are automatically classified with the ability to unsubscribe with one click for complete security.

**Incoming and outgoing filters**

In addition to incoming emails, outgoing emails are also analyzed in order to block spam and identify botnet infections, which helps maintain a healthy IP reputation.

**Predictive technologies**

Multi-layer analyses focuses consecutively on the origins, contents and contexts of emails. Known, unknown and multi-form threats are stopped at the first email version, or the "zero hour" email.

**Continuous protection**

The filter is updated every minute and the cloud platform updates do not impact email flows.

**Guarantee of service continuity and high availability**

Information flows are safeguarded and protected in the Cloud. Vade Secure Cloud guarantees, among other things, high availability of your email system (SLA 99.99% – 24/7; GTR 2H; support with guaranteed response in 1 hour) and 5 days of SMTP retention in the case of network cuts.

**Premium 24/7 support**

All Vade Secure users benefit from the same premium service level with 24/7 availability of our experts by telephone, web and email.

# An innovative messaging protection system

## Analysis of the origin

The first technique to thwart malicious emails is to filter emails by their origin using logged analysis of the emails and information contained in the header. This first analysis can rapidly eliminate a large number of threats, especially mass attacks.

## Analyze the contents

To identify more advanced attacks, the filter searches the content of all URLs and all attachments in order to find malicious code which could, for example, install malware or uncover personal data. This technology is independent of language, using the behavior of URLs and attachments.

## Analyze context

In addition to classic techniques for protection, and contrary to other solutions on the market, Vade Secure analyzes the complete behavior and context of emails.

With a complete understanding of each email and identifying anomalies, our solutions blocks threats in a predictive way, which is a key competitive differentiator for Vade Secure.

# Email system secured in the Cloud

- **Immediate implementation and protection** – ready to use, the Vade Secure cloud solution instantly protects the company and needs no complex settings.
- **Better employee productivity** – users receive non-priority emails (advertising, newsletters, social networks, etc.) and those that are suspicious are placed in a personal quarantine area that allows users the ability to release them.
- **Reduced administration time** – administration console that is intuitive and high-performance. No backup or updates need to be planned (or managed by the Cloud platform).
- **Auto-learning method** – new users' email boxes are taken into account and automatically set before the first legitimate email is sent.
- **Attack reports in real time** – summary view of attack attempts, as well as valid, suspect or rejected messages in real-time.
- **A la carte Cloud service** -budget management is a function of the number of protected email boxes and adaptable volume, which is dependent on how your needs evolve.
- **Reduce costs** – no infrastructure or maintenance costs to manage.



# Start a POC in your company

**Contact us**

# Attacks blocked from the first email forward

The filter, which comes from Vade Secure R&D, uses a heuristic approach connected with behavior analysis technologies for each email, as well as machine learning and artificial intelligence. The filter is automatically improved in real-time, with daily analysis of billions of data points from the total flow of analyzed emails. These technologies allow implementation of predictive defense and stop known and unknown threats, including multi-form malware at "zero-hour".

# Our customers are talking about Vade Secure Cloud

The Fire **Brigade of Paris** chose the Vade Secure Cloud solution to strengthen its email protection, especially since it included a communication and management tool for traceability of exchanges especially targeted by cyberattacks.

DOWNLOAD THE CASE STUDY

# Protect your company from cyberattacks

# Use predictive defense with our Cloud solution

**Start a free trial**

## SOLUTIONS

Anti Phishing

Anti Spear Phishing & BEC

Anti Malware & Ransomware

Anti Spam & Graymail

## PRODUCTS

Vade Secure for Office 365

IsItPhishing Threat Detection for SOC

Products for ISP, telecom providers, SOC

## PARTNERS

Become a Partner

Vade Secure Partner Portal

## COMPANY

About

Contact

Career

Upcoming Events

## MORE INFOS

Blog

News

Resources

Isitphishing.ai


Vade Secure logo

Artificial Intelligence and Predictive Technologies to protect your email.

Vade Secure © 2019

English

Sitemap    Privacy    Legal Notice    Cookies Policy    Conditions of use