# EXHIBIT K



NEWS    REVIEWS    IN DEPTH    EVENTS    TECHSCAPE    RESOURCE LIBRARY    SC SECURITY OPS CENTER    SC UK

Home > Reviews

April 02, 2019

PRODUCT INFORMATION

# Vade Secure for Office 365



Vendor: Vade Secure

Price: Starts at $30 per user/year, with discounts available based on certain user thresholds as well as multi-year agreements

Contact: vadesecure.com

### QUICK READ

**NEXT HM-PRODUCT-REVIEW IN REVIEWS**



## ZixProtect

**STRENGTHS:** Combines AI with heuristic rules to block malware, ransomware, spam, and all variations of phishing.

**WEAKNESS:** None that we found.

**VERDICT:** If you are in the market for an email security solution that seamlessly integrates with Office 365, then look no further. Vade Secure protects an organization against malware and other threats with their native, API-based platform. The familiarity of Office 365 makes it easy for administrators to implement and the end-user experience is virtually unchanged.

## RATING BREAKDOWN

### SC Labs Reviews

*Reviews from our expert team*

Features:

Documentation:

Value for Money:

Performance:

Support:

Ease of Use:

**5.00**/5

## SUMMARY

Vade Secure for Office 365 is a fully native cloud solution with AI-based, predictive email defense. It protects against phishing attempts, spear phishing, business email compromise attacks, malware, ransomware, spam, and GreyMail. It also features behavior-based anti-malware, insider attack protection, anti-phishing, anti-spear phishing, and protects against CEO fraud.

This product leverages Office 365's built-in capabilities for encryption and backups. You can layer it on top of Exchange Online Protection and/or ATP, which is not possible for gateway-based security products that require MX record exchanges as they render EOP/ATP reputation-based defenses useless.

The filter engine uses heuristics for behavior analysis and machine learning models fed by data from 550 million mailboxes to train the technology. It has realtime URL exploration, in-message spear phishing banners, and a real-time attachment code interpreter.

MX records are complex for end users and difficult to add and filter this type of solution. For those reasons, Vade has no MX redirection, and instead filters internal email flow to remove quarantined emails from the inside with no training necessary thanks to

their native Office 365 interface.

Activation could not be easier. All user must do is provide Vade Secure with a tenant ID, get logged in using Office 365 credentials, and activate journaling. Vade will then begin populating. The dashboard displays threats detected, classification types for each threat detected, a graph for trend visibility, and information surrounding the last targeted attacks with data and time, who they were from, who they were sent to, what the subject was, and the classification.

From what we saw of the administrator interface, it is customizable, featuring compliance management with auditing, retention policies, tags, journal rules, etc. The journals are used to record all communication in support of an organization's email retention or archival strategy.

The user interface uses the junk email folder to dump spam and phishing emails instead of a quarantine method. The dashboard shows recommended actions, customizable folders Vade Secure automatically deposits messages into according to type and categorizes spam. It will check every time a user clicks an email and redirect them to Vade Secure to detect any spam or phishing attempts.

This is an intuitive solution, fully transparent to users, and is thoroughly customizable for administrators. With email encryption, spam filtering, and virus/malware protections, it is worthy for anyone looking to protect on-premises email or cloud email, guard against email fraud protection and obtain added assurance with email backup.

Vade Secure is offered in three forms: 1) Vade Secure Office 365 is a native, API-based solution for Office 365, 2) Vade Secure Cloud is a cloud-based solution for G-Suite, Exchange, etc., and 3) Vade Secure Gateway is an on-premise, virtual appliance. 24/7 technical support is available by phone, email, and web channels. It also includes a website support feature, knowledgebase, and FAQ list.

Pricing is $30 per user, per year but is discounted based on volume and multi-year commitments. For example, 500 users would be $18 per user, per year. The on-premises virtual appliance option is the same price.

*Tested by Matthew McMurray*

TOPICS:  EMAIL SECURITY

MOST POPULAR

Popular    Emailed

Recent

Huawei products riddled with backdoors, zero days and critical vulnerabilities

Why infosec vendors can't sell to most CISOs

Data management firm exposed client info on open Amazon S3 buckets: researchers

Article 29 Working Party still not happy with Windows 10 privacy controls

Career advice for current and future CISOs

COMPANY INFO

Back to Top

About Us

SC Corporate News

Meet the Team

Advisory Board

Contact Us

PRODUCT REVIEW

About Product Review

Group Tests

FAQ

USER CENTER

Videos

Executive Insight Guidelines

Subscribe

OTHER SC SITES

RiskSec Conference

SC Resource Library

SC Online Events

SC Awards

Copyright © 2019 Haymarket Media, Inc. All Rights Reserved
This material may not be published, broadcast, rewritten or redistributed in any form without prior authorization.
Your use of this website constitutes acceptance of Haymarket Media's Privacy Policy and Terms & Conditions.