1  Colin H. Murray (SBN 159142)
   colin.murray@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA  94111-3802
   Telephone:  +1 415 576 3000
4  Facsimile:   +1 415 576 3099

5  Danielle L. Benecke (SBN 314896)
   danielle.benecke@bakermckenzie.com
6  **BAKER & McKENZIE LLP**
   600 Hansen Way
7  Palo Alto, CA  94304
   Telephone:  +1 650 856 2400
8  Facsimile:   +1 650 856 9299

9  Attorneys for Defendants
   VADE SECURE, INCORPORATED;
10 VADE SECURE SASU;
   OLIVIER LEMARIÉ
11 [Additional counsel listed on signature page]

12                    UNITED STATES DISTRICT COURT

13         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

14

15 PROOFPOINT, INC.; CLOUDMARK LLC,                 **Case No. 3:19-cv-04238-MMC**

16                                                  **Date Action Filed: July 23, 2019**
                   Plaintiffs,
17        v.                                        **DEFENDANTS' NOTICE OF
                                                    NONOPPOSITION TO PLAINTIFFS'
18 VADE SECURE, INCORPORATED;                       ADMINISTRATIVE MOTION TO
   VADE SECURE SASU; OLIVIER                        FILE UNDER SEAL**
19 LEMARIÉ,
                                                    **Date: November 8, 2019
20                 Defendants.                      Time: 9:00 a.m.
                                                    Courtroom: 7, 19th Floor
21                                                  Judge: Maxine M. Chesney**

22                                                  **San Francisco Courthouse
                                                    450 Golden Gate Avenue
23                                                  San Francisco, CA 94102**

24

25

26

27

28

Pursuant to Civil Local Rule 7-3, Defendants, Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié ("Defendants"), hereby file this Notice of Nonopposition and inform the Court that Defendants will not file an opposition to the Administrative Motion to File Under Seal (the "Motion"; ECF No. 30), filed by Plaintiffs, Proofpoint, Inc. and Cloudmark LLC ("Plaintiffs"), on September 25, 2019. Though Defendants do not oppose the Motion or Plaintiffs' request for certain information to be administratively placed under seal, Defendants in no way agree or concede that Plaintiffs have identified any trade secret or other confidential information in their Motion or their Motion for Preliminary Injunction. To the contrary, as reflected in Defendants' Motion to Partially Dismiss Plaintiffs' Complaint (ECF No. 29), Defendants contend that Plaintiffs, in fact, have failed to identify any such information. Thus, by this Notice of Nonopposition, Defendants do not in any way withdraw or waive any arguments made in their Motion to Partially Dismiss Plaintiffs' Complaint, and Defendants further reserve the right to assert any and all other arguments, claims, and defenses available at law or equity in this action.

| | |
|---|---|
| Dated: September 30, 2019 | **BAKER & McKENZIE LLP** |
| | By: /s/ *Bart Rankin* |
| | Colin H. Murray (SBN 159142)<br>colin.murray@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA  94111-3802<br>Telephone:     +1 415 576 3000<br>Facsimile:      +1 415 576 3099 |
| | Danielle L. Benecke (SBN 314896)<br>danielle.benecke@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>600 Hansen Way<br>Palo Alto, CA  94304<br>Telephone:     +1 650 856 2400<br>Facsimile:      +1 650 856 9299 |
| | Jay F. Utley (Admitted *Pro Hac Vice*)<br>jay.utley@bakermckenzie.com<br>Bart Rankin (Admitted *Pro Hac Vice*)<br>bart.rankin@bakermckenzie.com<br>Mackenzie M. Martin (Admitted *Pro Hac Vice*)<br>mackenzie.martin@bakermckenzie.com<br>John G. Flaim (Admitted *Pro Hac Vice*)<br>john.flaim@bakermckenzie.com<br>Chaoxuan Liu (Admitted *Pro Hac Vice*)<br>charles.liu@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>1900 North Pearl Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone:     +1 214 978 3000<br>Facsimile:      +1 214 978 3099 |
| | *Attorneys for Defendants*<br>*Vade Secure, Incorporated; Vade Secure SASU;*<br>*and Olivier Lemarié* |