1  Colin H. Murray (SBN 159142)
   colin.murray@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
4  Facsimile:  +1 415 576 3099

5  Danielle L. Benecke (SBN 314896)
   danielle.benecke@bakermckenzie.com
6  **BAKER & McKENZIE LLP**
   600 Hansen Way
7  Palo Alto, CA  94304
   Telephone: +1 650 856 2400
8  Facsimile:  +1 650 856 9299

9  Attorneys for Defendants
   VADE SECURE, INCORPORATED;
10 VADE SECURE SASU;
   OLIVIER LEMARIÉ
11

12              UNITED STATES DISTRICT COURT

13       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

14

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>           Plaintiffs,<br>     v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>           Defendants. | Case No. 3:19-cv-04238-MMC<br><br>Date Action Filed: July 23, 2019<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ; VACATING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>~~Date: October 8, 2019~~<br>Time: 9:00 A.M.<br>Courtroom: 7, 19th Floor<br>Judge: Maxine M. Chesney<br><br>**San Francisco Courthouse**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** |

## [PROPOSED] ORDER

Under Civil Local Rule 6-3, Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié (collectively, "Defendants") filed a Motion to Enlarge Time to Respond to Plaintiffs' Motion for Preliminary Injunction (the "Motion"). After considering the Motion and ~~other matters~~ Plaintiffs' opposition thereto ~~of record~~, the Court is of the opinion that the Motion is meritorious and should be GRANTED.

It is therefore ORDERED that:

Defendants' deadline to respond to Plaintiffs' Motion for Preliminary Injunction is hereby stayed until the Court enters an order on the merits of Defendants' pending Motion to Partially Dismiss Plaintiffs' Complaint. ~~To the extent any portion of the Motion for Preliminary Injunction is still pending after the Court's order on Defendants' Motion to Partially Dismiss Plaintiffs' Complaint, Defendants shall have 60 days from the date of the Court's order on the merits of Defendants' Motion to Partially Dismiss Plaintiffs' Complaint to respond to Plaintiffs' Motion for Preliminary Injunction.~~   In light thereof, the November 8, 2019, hearing on Plaintiffs' Motion for Preliminary Injunction is VACATED, and will be reset, as appropriate, following resolution of Defendants' Motion to Partially Dismiss Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated: October 8, 2019

_____
The Honorable Maxine M. Chesney
United States District Judge

1

Case No. 3:19-cv-04238-MMC
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION