IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>  Defendants. | Case No. 19-cv-04238-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL; DIRECTIONS TO PLAINTIFFS**<br><br>Re: Dkt. No. 30 |

Before the Court is plaintiffs' "Administrative Motion to File Under Seal," filed September 25, 2019. Defendants have filed a "Notice of Nonopposition." Having read and considered the parties' respective written submissions, the Court rules as follows.

1. To the extent plaintiffs seek leave to file under seal Exhibits 3, 4, 5, 8, 13, 14, 16, 17, 18, 19, 20, 23, 31, 32, 34, 35, 37, 38, 39, 40, 41, 42, 43, 44, 47, 48, 61, 62, 63, and 64 to the Declaration of Jodie W. Cheng (hereinafter, "Cheng Declaration"), and portions of Exhibit 2 to the Cheng Declaration, the motion is GRANTED.

2. With respect to Exhibit 1 to the Cheng Declaration, the motion is GRANTED as to the following portions thereof and DENIED as to all other portions:

   a. Page 5, lines 5-10 and line 27; and

   b. Page 6, line 3, through Page 7, line 10.

Plaintiffs, the designating parties, are hereby DIRECTED to file, in the public record, within seven days of the date of this order, a redacted version of Exhibit 1. See Civil L.R. 79-5(f)(3).

//

3. With respect to Exhibit 6 to the Cheng Declaration, the motion is DENIED. Plaintiffs, the designating parties, are hereby DIRECTED to file Exhibit 6 in the public record, within seven days of the date of this order.  See Civil L.R. 79-5(f)(3).

4. With respect to Exhibit 15 to the Cheng Declaration, the motion is GRANTED as to the following portions thereof and DENIED as to all other portions:

    a. the home address on page 1;

    b. on page 2, the second and third sentences of the paragraph numbered 1;

    c. on page 2, the paragraph numbered 3; and

    d. on page 2, in the first sentence of the paragraph numbered 4, the word preceding "account," and the two further uses of said word in that paragraph.

Plaintiffs, the designating parties, are hereby DIRECTED to file, in the public record, within seven days of the date of this order, a redacted version of Exhibit 15.  See Civil L.R. 79-5(f)(3).

5. With respect to Exhibit 33 to the Cheng Declaration, the motion is GRANTED as to the following portions thereof and DENIED as to all other portions:

    a. the portion of the fifth page following the words "Cloudmark Trident Solution Overview"; and

    b. the sixth through ninth pages.

Plaintiffs, the designating parties, are hereby DIRECTED to file, in the public record, within seven days of the date of this order, a redacted version of Exhibit 33.  See Civil L.R. 79-5(f)(3).

6. To the extent plaintiffs seek leave to file under seal Exhibits 54, 55, 56, and 57 to the Cheng Declaration, the motion is hereby DENIED, as defendants, the assertedly designating parties, have not filed a responsive declaration, let alone identified therein any document containing confidential information.  See Civil L.R. 79-5(e)(1) (providing designating party must file declaration establishing "designated material is sealable").

Plaintiffs are hereby DIRECTED to file Exhibits 54, 55, 56, and 57 in the public record, "no earlier than 4 days, and no later than 10 days, after the motion is denied," see Civil L.R. 79-5(e)(2).

7.  Lastly, to the extent plaintiffs seek leave to file under seal portions of the "Motion for Preliminary Injunction and Expedited Discovery," the motion to seal is GRANTED, with the exception of the sections on pages 12 and 13 that discuss Exhibits 54, 55, 56 or 57 to the Cheng Declaration.  Plaintiffs are hereby DIRECTED to file, in the public record, "no earlier than 4 days, and no later than 10 days, after the motion is denied," see Civil L.R. 79-5(e)(2), a revised redacted version of the Motion for Preliminary Injunction and Expedited Discovery.

**IT IS SO ORDERED.**

Dated: October 18, 2019

MAXINE M. CHESNEY  
United States District Judge