Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
**JWC LEGAL**
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>vs.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC<br><br>**PLAINTIFFS' RESPONSE TO THE COURT'S DIRECTIONS AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 53)** |

The Court has reviewed Proofpoint, Inc. and Cloudmark LLC's Administrative Motion to File Under Seal portions of Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery ("Plaintiffs' Motion"), as well as Exhibits 1–6, 8, 13–20, 23, 31–35, 37–44, 47–48, 54–57, 61–64 to the Declaration of Jodie W. Cheng in support thereof.  The Court finds that good causes exists to seal the documents or portions thereof submitted in connection with Plaintiffs' Motion.  The Court also finds that the redactions are narrowly tailored.  The Court's rulings (Dkt. 53) on the sealing requests are set forth in the tables below:

| Location of Confidential Material | Court's Order |
|---|---|
| Proofpoint, Inc. and Cloudmark LLC's Motion for Preliminary Injunction and Expedited Discovery<br><br>Plaintiffs' confidential information redacted at pp. 3–13, 15–16, 18–20, 25. | **GRANTED IN PART, DENIED IN PART** |
| ***Exhibit 1*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Declaration of Thomas Lee)<br><br>Plaintiffs' confidential information redacted at ¶¶ 14–17, 23, 25–27, 29–36. | **GRANTED IN PART, DENIED IN PART** |
| ***Exhibit 2*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Declaration of Seth James Nielson, Ph.D.)<br><br>Plaintiffs' confidential information redacted at ¶¶ 90–95, 99–107. | **GRANTED** |
| ***Exhibit 3*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Slides titled "Cloudmark Bizanga Joint Roadmap," dated Mar. 9, 2010) | **GRANTED** |
| ***Exhibit 4*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email from Lemarié regarding "Trident algorithm readiness," dated December 5, 2015) | **GRANTED** |
| ***Exhibit 5*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email from Lemarié regarding "Detailed SMEP2 doc," dated August 22, 2016) | **GRANTED** |
| ***Exhibit 6*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (internal version of Cloudmark's letter to customers and partners regarding Cloudmark's acquisition of Bizanga) | **DENIED** |

| | |
|---|---|
| ***Exhibit 8*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Employment Agreement signed by Lemarié on February 27, 2010) | **GRANTED** |
| ***Exhibit 13*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Email from Lemarié to himself regarding "Gateway Dev," dated October 28, 2015) | **GRANTED** |
| ***Exhibit 14*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email from Blum regarding "DNS at Telus," dated August 20, 2014) | **GRANTED** |
| ***Exhibit 15*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Declaration of Kevin San Diego, dated July 21, 2019) | **GRANTED IN PART, DENIED IN PART** |
| ***Exhibit 16*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Slides titled "Trident Project Status: Mario – June 2015") | **GRANTED** |
| ***Exhibit 17*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email regarding "QBR follow up," dated April 18, 2015) | **GRANTED** |
| ***Exhibit 18*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email from Lemarié regarding "Trident November initial planning," dated October 14, 2015) | **GRANTED** |
| ***Exhibit 19*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email from Lemarié regarding "DNS Security [Research] Notebook," dated October 14, 2014) | **GRANTED** |
| ***Exhibit 20*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email regarding "DNS Policy workflow," dated May 13, 2014) | **GRANTED** |
| ***Exhibit 23*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Alexandré Boussinet's Exit Interview from Cloudmark) | **GRANTED** |
| ***Exhibit 31*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark draft document titled "Proposal for CSP Cloud Support," dated August 12, 2016) | **GRANTED** |
| ***Exhibit 32*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email to Lemarié, regarding "Enterprise brainstorming session output/initial features list," dated January 7, 2015) | **GRANTED** |
| ***Exhibit 33*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark draft document titled "Cloudmark Trident Solution Guide," dated December 11, 2015) | **GRANTED IN PART, DENIED IN PART** |

| | |
|---|---|
| ***Exhibit 34*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark draft document titled "Cloudmark Trident Datasheet," dated January 5, 2016) | **GRANTED** |
| ***Exhibit 35*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Slides of Trident product overview, dated August 4, 2016) | **GRANTED** |
| ***Exhibit 37*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Master License Agreement and Amendment 1 to the Master License Agreement for Cloudmark software) | **GRANTED** |
| ***Exhibit 38*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Software Evaluation Agreement for Cloudmark software) | **GRANTED** |
| ***Exhibit 39*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark document titled "Cloudmark Spear Phishing Protection: Trial Overview," dated May 12, 2016) | **GRANTED** |
| ***Exhibit 40*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Email from Lemarié to himself regarding "TODO," dated September 29, 2015) | **GRANTED** |
| ***Exhibit 41*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email from Lemarié regarding "Spear Phishing" dated January 22, 2015) | **GRANTED** |
| ***Exhibit 42*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark document titled "Trident Trial Setup for O365," dated August 15, 2016) | **GRANTED** |
| ***Exhibit 43*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark document titled "Trident O365 Integration," dated July 18, 2016) | **GRANTED** |
| ***Exhibit 44*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark document titled "Trident Product Architecture," dated August 17, 2015) | **GRANTED** |
| ***Exhibit 47*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email regarding customer trial results, dated March 31, 2017) | **GRANTED** |
| ***Exhibit 48*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark presentation regarding customer trial results, dated March 31, 2017) | **GRANTED** |
| ***Exhibit 54*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Asperti Bailiff Report and certified English language translation) | **DENIED** |

Case No. 3:19-cv-04238-MMC

| | |
|---|---|
| **Exhibit 55** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Order of the President of the Commercial Court of Lille) | **DENIED** |
| **Exhibit 56** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Guepin Bailiff Report and certified English language translation) | **DENIED** |
| **Exhibit 57** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Vade Secure's Application Requesting Withdrawal of Order of Commercial Court of Lille) | **DENIED** |
| **Exhibit 61** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Spreadsheet titled "Bizanga Savings Calculator") | **GRANTED** |
| **Exhibit 62** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (License agreement between GOTO Software and Bizanga and certified English language translation) | **GRANTED** |
| **Exhibit 63** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email to Lemarié regarding "Feedback Requested: Trident Solution Guide: Update," dated August 31, 2016) | **GRANTED** |
| **Exhibit 64** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion* (Cloudmark email from Lemarié regarding "Spear Phishing," dated January 31, 2015) | **GRANTED** |

DATED:  October 25, 2019                    Respectfully Submitted,


                                By */s/Jodie W. Cheng*_____


                                QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP
                                Sean S. Pak (SBN 219032)
                                seanpak@quinnemanuel.com
                                Iman Lordgooei (SBN 251320)
                                imanlordgooei@quinnemanuel.com
                                50 California Street, 22nd Floor
                                San Francisco, CA 94111
                                Telephone: (415) 875-6600
                                Facsimile: (415) 875-6700

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JWC LEGAL
Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-8308

*Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLC*