UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** November 8, 2019 | **Time:** 10:33 – 11:23 = 50 minutes | **Judge:** MAXINE M. CHESNEY |
|---|---|---|
| **Case No.:** 19-cv-04238-MMC | **Case Name:** Proofpoint, Inc. v. Vade Secure, Incorporated | |

**Attorney for Plaintiff:** Iman Lordgooei, Jodie Cheng, Sean Pak
**Attorney for Defendant:** Barton Rankin

**Deputy Clerk:** Tracy Geiger           Not Reported or Recorded

### PROCEEDINGS

**Initial Case Management Conference – held.**

(X)  Case referred to (direct) Magistrate Judge Sallie Kim for SETTLEMENT CONFERENCE to be held in mid-February 2020, or as soon thereafter as her calendar will permit.

**PRETRIAL SCHEDULE:**

**Deadline to Amend: May 28, 2020**

**Discovery Cutoff: December 11, 2020**

**Expert Disclosure: January 11, 2021**

**Expert Rebuttal:  February 12, 2021**

**Expert Discovery cutoff: March 12, 2021**

**Further Status Conference: March 12, 2021 at 10:30 a.m.**

**Joint Status Conference Statement due: March 5, 2021**

**Daubert/Dispositive Motions to be filed by: March 26, 2021**

**(Opposition due April 23, 2021; Reply due May 7, 2021)**

**Daubert/Dispositive Motion Hearing May 28, 2021 at 9:00 a.m.**

**Final Pretrial Conference: July 13, 2021 at 10:00 a.m.**

**Trial: July 26, 20201** at **9:00 a.m., for 8 to 14 days, by (X) Jury  ( ) Court**

**Order to be prepared by:**
( )     Plaintiff              ( )     Defendant          (X)     Court

**Notes:  Preliminary Injunction Briefing Schedule:
Opposition due December 6, 2019; Reply due December 20, 2019.
Hearing: January 17, 2020 at 9:00 a.m.**