# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Proofpoint, Inc., Cloudmark LLC

|                 Plaintiff(s)

v.

Vade Secure, Incorporated, et al.

|                 Defendant(s)

CASE No C  3:19-cv-4238-MMC

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☑ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

☑ other requested deadline:  3 months after Defendants have answered Plaintiffs' complaint

Date: 10/18/2019                    /s/ Sean Pak
_____
                                    Attorney for Plaintiff
Date: 10/28/2019                    /s/ Mackenzie M. Martin
_____
                                    Attorney for Defendant

---

☐ ~~IT IS SO ORDERED~~.

☑ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:  The matter is
referred to Magistrate Judge Sallie Kim for the purpose of conducting a
settlement conference in mid-Feburary 2020, her calendar permitting.

DATE:  November 8, 2019

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*