| | |
|---|---|
| 1 | Colin H. Murray (SBN 159142) |
| 2 | colin.murray@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 3 | Two Embarcadero Center, 11th Floor<br>San Francisco, CA  94111-3802 |
| 4 | Telephone:  +1 415 576 3000<br>Facsimile:   +1 415 576 3099 |
| 5 | Danielle L. Benecke (SBN 314896) |
| 6 | danielle.benecke@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 7 | 600 Hansen Way<br>Palo Alto, CA  94304 |
| 8 | Telephone:  +1 650 856 2400<br>Facsimile:   +1 650 856 9299 |
| 9 | Attorneys for Defendants, |
| 10 | VADE SECURE, INCORPORATED;<br>VADE SECURE SASU; |
| 11 | OLIVIER LEMARIÉ<br>[Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>           Plaintiffs,<br>     v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>           Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**DEFENDANTS' ADMINISTRATIVE <u>MOTION TO FILE UNDER SEAL</u>**<br><br>**Date: January 17, 2020**<br>**Time: 9:00 A.M.**<br>**Courtroom: 7, 19th Floor**<br>**Judge: Maxine M. Chesney**<br><br>**San Francisco Courthouse**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants, Vade Secure, Incorporated ("Vade Inc."), Vade Secure SASU ("Vade SASU"), and Olivier Lemarié ("Lemarié"; with Vade Inc. and Vade SASU, "Defendants"), hereby move the Court to seal portions of Defendants' Response to Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery ("Response"), as well as portions of Exhibits 1, 2, 6, 7, 8, and 9 to the Declaration of Mackenzie Martin ("Martin Declaration") in support of this Motion. This Motion is based upon the positions below and the Declaration of Mackenzie Martin filed herewith, and such other and further evidence and argument as may be presented at any hearing on this Motion.

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5 of the United States District Court for the Northern District of California, Defendants hereby submit this motion for administrative relief to file under seal portions of the Response and of Exhibits 1, 2, 6, 7, 8, and 9 to the Martin Declaration.

Certain portions of the Response and Exhibits 1, 2, 6, 7, 8, and 9 to the Martin Declaration contain, discuss, and/or relate to information that Plaintiffs, Proofpoint, Inc. and Cloudmark LLC ("Plaintiffs"), moved the Court to file under seal in their Administrative Motion to File Under Seal. (ECF No. 30.) Defendants filed a Notice of Nonopposition stating that Defendants did not agree or concede that Plaintiffs had identified any confidential information in their motion for preliminary injunction ("PI Motion") or that Plaintiffs had identified a trade secret sufficient to support Plaintiffs' arguments for a preliminary injunction. (ECF No. 45.) The Court granted in part and denied in part Plaintiffs' Administrative Motion to File Under Seal. (ECF No. 53.)

Since then, Defendants have confirmed that a substantial portion of the alleged confidential information in Plaintiffs' PI Motion and its related exhibits is publicly available and not entitled to any confidentiality designation or protection from public disclosure, as discussed in Defendants' response in opposition to the PI Motion. Nonetheless, in accordance with the Court's prior order (ECF No. 53), in view of Plaintiffs' prior designations, and pursuant to Local Rule 79-5(e), Defendants move for leave to file under seal the following portions of their Response and exhibits that correspond to, discuss, and/or relate to the sealed portions of Plaintiffs' PI Motion and its exhibits:

| **Location of Plaintiffs' Alleged Confidential Information** | **Designating Party** |
|---|---|
| Defendants' Response to Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery<br><br>Plaintiffs' alleged confidential information redacted at pp. 1-2, 4, 6, 8, 11, 15 & 19-21. | Plaintiffs |
| **Exhibit 1** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Dr. Brad Karp, Ph.D)<br><br>Plaintiffs' alleged confidential information redacted at pp. 18, 20-22, 24-25 & 27. | Plaintiffs |
| **Exhibit 2** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Bart Rankin)<br><br>Plaintiffs' alleged confidential information redacted at pp. 1, 3, 5, 7-8, 10-13, 15 & 17-18. | Plaintiffs |
| **Exhibit 6** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Olivier Lemarié)<br><br>Plaintiffs' alleged confidential information redacted at pp. 1-3. | Plaintiffs |
| **Exhibit 7** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Alexandre Boussinet)<br><br>Plaintiffs' alleged confidential information redacted at p. 2. | Plaintiffs |
| **Exhibit 8** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Xavier Delannoy)<br><br>Plaintiffs' alleged confidential information redacted at p. 2. | Plaintiffs |
| **Exhibit 9** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Guillaume Sejourne)<br><br>Plaintiffs' alleged confidential information redacted at pp. 3-4. | Plaintiffs |

## II. ARGUMENT

Local Rule 79-5 states that the Court may issue an order to file a document under seal if the requesting party demonstrates: (1) the document, or portions thereof, is "privileged or . . . otherwise entitled to protection under the law" and (2) the request is "narrowly tailored." Here, portions of Defendants' Response and portions of Exhibits 1, 2, 6, 7, 8, and 9 to the Martin Declaration contain information designated as confidential by Plaintiffs, for which the Court granted in part Plaintiffs' request for leave to file under seal, or contain information relating to or discussing such previously

designated information. Thus, given that the Court has already granted Plaintiffs leave to file various documents and portions of documents under seal, Defendants seek to comply with any applicable order of the Court. But as Defendants argue in their Response, a substantial portion of the alleged confidential information in Plaintiffs' PI Motion and exhibits in support is publicly available and not entitled to any confidentiality designation or protection from public disclosure. That some of Plaintiffs' alleged confidential information has already been filed under seal does not relieve Plaintiffs of their obligation to comply with Civil L.R. Rule 79-5(e).

In sum, Defendants' request is narrowly tailored to address only portions of Defendants' Response and Exhibits 1, 2, 6, 7, 8, and 9 to the Martin Declaration that correspond to, discuss, and/or relate to information designated confidential by Plaintiffs and that the Court has already granted Plaintiffs leave to file under seal. All other exhibits and evidence will remain fully accessible.

## III. CONCLUSION

For the foregoing reasons, Defendants request that the Court grant their administrative motion to file under seal portions of Defendants' Response and portions of Exhibits 1, 2, 6, 7, 8, and 9 to the Martin Declaration.

| | | |
|---|---|---|
| 1 | Dated: December 6, 2019 | **BAKER & McKENZIE LLP** |
| 2 | | |
| 3 | | By: /s/ *Bart Rankin* |
| 4 | | Colin H. Murray (SBN 159142)<br>colin.murray@bakermckenzie.com |
| 5 | | **BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor |
| 6 | | San Francisco, CA  94111-3802<br>Telephone:     +1 415 576 3000 |
| 7 | | Facsimile:       +1 415 576 3099 |
| 8 | | Danielle L. Benecke (SBN 314896)<br>danielle.benecke@bakermckenzie.com |
| 9 | | **BAKER & McKENZIE LLP**<br>600 Hansen Way |
| 10 | | Palo Alto, CA  94304<br>Telephone:     +1 650 856 2400 |
| 11 | | Facsimile:       +1 650 856 9299 |
| 12 | | Jay F. Utley (Admitted *Pro Hac Vice*)<br>jay.utley@bakermckenzie.com |
| 13 | | Bart Rankin (Admitted *Pro Hac Vice*)<br>bart.rankin@bakermckenzie.com |
| 14 | | Mackenzie M. Martin (Admitted *Pro Hac Vice*)<br>mackenzie.martin@bakermckenzie.com |
| 15 | | John G. Flaim (Admitted *Pro Hac Vice*)<br>john.flaim@bakermckenzie.com |
| 16 | | Chaoxuan Liu (Admitted *Pro Hac Vice*)<br>charles.liu@bakermckenzie.com |
| 17 | | Mark Ratway  (Admitted *Pro Hac Vice*)<br>mark.ratway@bakermckenzie.com |
| 18 | | **BAKER & McKENZIE LLP**<br>1900 North Pearl Street, Suite 1500 |
| 19 | | Dallas, Texas 75201<br>Telephone:     +1 214 978 3000 |
| 20 | | Facsimile:       +1 214 978 3099 |
| 21 | | |
| 22 | | Attorneys for Defendants,<br>Vade Secure, Incorporated; Vade Secure |
| 23 | | SASU; and Olivier Lemarié |