IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 19-cv-04238-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL; DIRECTIONS TO DEFENDANTS**<br><br>Re: Dkt. No. 71 |

Before the Court is defendants' "Administrative Motion to File Under Seal," filed December 6, 2019, whereby defendants seek leave to file under seal material initially designated confidential by plaintiffs. Also before the Court is plaintiffs' responsive declaration. Having read and considered the parties' respective written submissions, the Court rules as follows.

1. With respect to the requested portions of Exhibits 1 and 2 to the Declaration of Mackenzie Martin (hereinafter, "Martin Declaration"), the motion to seal is GRANTED.

2. With respect to Exhibit 6 to the Martin Declaration, the motion to seal is GRANTED as to the following portions thereof and DENIED as to all other portions:

    a. the entirety of ¶ 8;

    b. the requested portions of ¶¶ 9 and 10; and

    c. the third sentence of ¶ 15.

Defendants are hereby DIRECTED to file, in the public record, within seven days of the date of this order, a revised redacted version of Exhibit 6.

3. With respect to Exhibit 7 to the Martin Declaration, the motion to seal is GRANTED as to the requested portion of ¶ 14 and DENIED as to the requested portion

of ¶ 13. Defendants are hereby DIRECTED to file, in the public record, within seven days of the date of this order, a revised redacted version of Exhibit 7.

4. With respect to Exhibit 8 to the Martin Declaration, the motion to seal is hereby DENIED.  Defendants are hereby DIRECTED to file, in the public record, within seven days of the date of this order, an unredacted version of Exhibit 8.

5. With respect to Exhibit 9 to the Martin Declaration, the motion to seal is GRANTED as to the following portions thereof and DENIED as to all other portions:

    a. the last four words in ¶ 17; and

    b. the requested portions of ¶¶ 24-26.

Defendants are hereby DIRECTED to file, in the public record, within seven days of the date of this order, a revised redacted version of Exhibit 9.

6.  Lastly, with respect to "Defendants' Response to Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery" ("Response"), the motion to seal is GRANTED as to the requested portions of pages 1, 2, 4, and 11 and DENIED as to all other portions.  Defendants are hereby DIRECTED to file, in the public record, within seven days of the date of this order, a revised redacted version of the Response.

**IT IS SO ORDERED.**

Dated: December 19, 2019

MAXINE M. CHESNEY
United States District Judge