Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Attorneys for Defendants
VADE SECURE, INCORPORATED;
VADE SECURE SASU;
OLIVIER LEMARIÉ
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>             Plaintiffs,<br><br>     v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>             Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Date: January 17, 2020**<br>**Time: 9:00 a.m.**<br>**Courtroom: 7, 19th Floor**<br>**Judge: Maxine M. Chesney**<br><br>**San Francisco Courthouse**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants, Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié ("Defendants"), hereby file this Opposition to the Administrative Motion to File Under Seal (the "Motion"; ECF No. 81), filed by Plaintiffs, Proofpoint, Inc. and Cloudmark LLC ("Plaintiffs"), on December 20, 2019.  There is a presumption against filing documents under seal.  *Cleanfish, LLC v. Sims*, No. 19-cv-03663-HSG, 2019 U.S. Dist. LEXIS 108946, at *14 (N.D. Cal. June 28, 2019) (citing *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)).  Accordingly, to prevent the public from viewing documents filed in a court proceeding, the moving party bears the burden of establishing "a compelling reason why the material should be sealed." *Id.* at *16.  Plaintiffs have not met that burden. *Id.*; *Moody v. Cty. of San Mateo*, No. C-08-1864 MMC, 2009 U.S. Dist. LEXIS 98457, at *3 (N.D. Cal. Oct. 13, 2009) (Chesney, J.) (stating that "documents filed in connection with motion . . . may not be filed under seal absent 'compelling reasons for doing so'") (citing *Foltz v. State Farm Mutual Automobile Ins. Co.*, 331 F.3d 1122, 1135-36, (9th Cir. 2003)).

To the contrary, Plaintiffs do not at any point explain on a document-by-document basis why the information sought to be sealed deserves that treatment.  Instead, Plaintiffs rely almost exclusively on conclusory statements concerning the documents and information generally without any competent showing that the subject information rises to the level of confidentiality such that they should be kept from public view.  In fact, as Defendants have already shown, in numerous instances, Plaintiffs are seeking to seal publicly available information.  By way of example only, the following table reflects that the information sought to be sealed from Plaintiff's Reply (ECF No. 81-3) is already in the public domain:[1]

---

[1] Plaintiffs have improperly attached many new exhibits to their Reply, containing impermissible evidence, which Defendants will address in a separate filing.

| Location of Confidential Material (as alleged by Plaintiffs) | Contains Confidential Information Of (as alleged by Plaintiffs): | Exemplary Evidence of Public Availability |
|---|---|---|
| Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Expedited Discovery<br><br>Highly Confidential – Attorneys' Eyes Only and Highly Confidential – Source Code information redacted at pp. 5–12. | Plaintiffs & Third Party | Pls' Reply 5:12-13, 5:24-25, ECF No. 81-3, is publicly available. *See, e.g.*, Defs' Response 11:16-19, ECF No. 71-4; Decl. of Brad Karp, Ph.D. ¶¶ 32-36, ECF No. 71-6 ("Karp Decl."); Decl. of W. Barton Rankin ¶ 4, ECF No. 71-8 ("Rankin Decl.").<br><br>Pls' Reply 6:4-6, 6:12-13, ECF No. 81-3, is publicly available. *See, e.g.*, Defs' Response 1:16-17, 12:2, 14:3-10, 14:17-19, ECF No. 71-4; Karp Decl. ¶¶ 53, 56, ECF No. 71-6; Pls' Mot. for Preliminary Injunction 16:9-11, ECF No. 30-4 ("PI Motion") (no redaction of "behavioral analysis, machine learning algorithms to detect anomalies, cloud-based threat analysis, and leveraging of Office 365 journaling"); Supplemental Decl. of Seth James Nielson, Ph.D., ¶ 7, ECF No. 81-5.<br><br>Pls' Reply 7:1-23, ECF No. 81-3, is publicly available. *See, e.g.*, Defs' Response 6:26-7:1, ECF No. 71-4.<br><br>Pls' Reply 8:10-11, ECF No. 81-3, is publicly available. *See, e.g.*, Defs' Response 1:16-18, 4:1-3, 4:18-25, 5:5-8, 12:2-3, 14:4-13, 14:18-20, ECF No. 71-4; Karp Decl. ¶ 54, ECF No. 71-6; Rankin Decl. ¶ 3, ECF No. 71-8.<br><br>Pls' Reply 9:4, ECF No. 81-3, is publicly available. *See, e.g.*, Defs' Response 13:9-10, 16:12-22, ECF No. 71-4; Karp Decl. ¶¶ 47-49, ECF No. 71-6; Rankin Decl. ¶ 4, ECF No. 71-8; Pls' PI Motion 7:20, ECF No. 30-4 (no redaction of "DNS filtering").<br><br>Pls' Reply 10:1-2, 10:4-6, ECF No. 81-3, is publicly available. *See, e.g.*, Defs' Response 6:26-28, 15:3-4, ECF No. 71-4; Karp Decl. ¶¶ 47-49, ECF No. 71-6; Rankin Decl. ¶ 4, ECF No. 71-8.<br><br>Pls' Reply 10:8-12, ECF No. 81-3, is publicly available. *See, e.g.*, Defs' Response 6:18-22, ECF No. 71-4. |

Plaintiffs' conclusory statements are contrary to the facts and are insufficient to carry their burden. As a result, Plaintiffs' Motion should be denied.

Dated: December 24, 2019

**BAKER & McKENZIE LLP**

By: /s/ *Bart Rankin*

Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone:   +1 415 576 3000
Facsimile:   +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA 94304
Telephone:   +1 650 856 2400
Facsimile:   +1 650 856 9299

Jay F. Utley (Admitted *Pro Hac Vice*)
jay.utley@bakermckenzie.com
Bart Rankin (Admitted *Pro Hac Vice*)
bart.rankin@bakermckenzie.com
Mackenzie M. Martin (Admitted *Pro Hac Vice*)
mackenzie.martin@bakermckenzie.com
John G. Flaim (Admitted *Pro Hac Vice*)
john.flaim@bakermckenzie.com
Chaoxuan Liu (Admitted *Pro Hac Vice*)
charles.liu@bakermckenzie.com
Mark Ratway (Admitted *Pro Hac Vice*)
mark.ratway@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone:   +1 214 978 3000
Facsimile:   +1 214 978 3099

*Attorneys for Defendants,*
*Vade Secure, Incorporated; Vade Secure SASU;*
*and Olivier Lemarié*