Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:  +1 650 856 2400
Facsimile:  +1 650 856 9299

Attorneys for Defendants,
VADE SECURE, INCORPORATED;
VADE SECURE SASU;
OLIVIER LEMARIÉ
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>　　　　　Plaintiffs,<br>　　v.<br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>　　　　　Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S ORDER (ECF NO. 80) GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Court has reviewed Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié's Administrative Motion to File Under Seal portions of Defendants' Response to Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery (the "Response"), as well as Exhibits 1-2 and 6-9 to the Declaration of Mackenzie Martin in support of the Response. The Court's rulings (ECF No. 80) on the sealing requests are set forth in the table below:

| **Location of Plaintiffs' Alleged Confidential Information** | **Court's Ruling** |
| --- | --- |
| Defendants' Response to Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery<br><br>Plaintiffs' alleged confidential information redacted at pp. 1-2, 4, 6, 8, 11, 15 & 19-21. | **GRANTED IN PART, DENIED IN PART** |
| **Exhibit 1** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Dr. Brad Karp, Ph.D)<br><br>Plaintiffs' alleged confidential information redacted at pp. 18, 20-22, 24-25 & 27. | **GRANTED** |
| **Exhibit 2** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Bart Rankin)<br><br>Plaintiffs' alleged confidential information redacted at pp. 1, 3, 5, 7-8, 10-13, 15 & 17-18. | **GRANTED** |
| **Exhibit 6** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Olivier Lemarié)<br><br>Plaintiffs' alleged confidential information redacted at pp. 1-3. | **GRANTED IN PART, DENIED IN PART** |
| **Exhibit 7** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Alexandre Boussinet)<br><br>Plaintiffs' alleged confidential information redacted at p. 2. | **GRANTED IN PART, DENIED IN PART** |
| **Exhibit 8** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Xavier Delannoy)<br><br>Plaintiffs' alleged confidential information redacted at p. 2. | **DENIED** |
| **Exhibit 9** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Guillaume Sejourne)<br><br>Plaintiffs' alleged confidential information redacted at pp. 3-4. | **GRANTED IN PART, DENIED IN PART** |

Pursuant to the Court's instructions and rulings on the sealing requests set forth above, Defendants hereby submit the attached Declaration of Mackenzie Martin and revised redacted versions of Defendants' Exhibits 6, 7, and 9, and Defendants' Response; and an unredacted version of Defendants' Exhibit 8.

Dated: December 26, 2019

**BAKER & McKENZIE LLP**

By: /s/ *Bart Rankin*

Colin H. Murray (SBN 159142)
  colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:      +1 415 576 3000
Facsimile:       +1 415 576 3099

Danielle L. Benecke (SBN 314896)
  danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:      +1 650 856 2400
Facsimile:       +1 650 856 9299

Jay F. Utley (Admitted *Pro Hac Vice*)
  jay.utley@bakermckenzie.com
Bart Rankin (Admitted *Pro Hac Vice*)
  bart.rankin@bakermckenzie.com
Mackenzie M. Martin (Admitted *Pro Hac Vice*)
  mackenzie.martin@bakermckenzie.com
John G. Flaim (Admitted *Pro Hac Vice*)
  john.flaim@bakermckenzie.com
Chaoxuan Liu (Admitted *Pro Hac Vice*)
  charles.liu@bakermckenzie.com
Mark Ratway  (Admitted *Pro Hac Vice*)
  mark.ratway@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone:      +1 214 978 3000
Facsimile:       +1 214 978 3099

Attorneys for Defendants,
Vade Secure, Incorporated; Vade Secure
SASU; and Olivier Lemarié