Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:  +1 650 856 2400
Facsimile:  +1 650 856 9299

Attorneys for Defendants,
VADE SECURE, INCORPORATED;
VADE SECURE SASU;
OLIVIER LEMARIÉ
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>                    Plaintiffs,<br>          v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>                    Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**DEFENDANTS' ADMINISTRATIVE <u>MOTION TO FILE UNDER SEAL</u>**<br><br>**Date: January 17, 2020**<br>**Time: 9:00 A.M.**<br>**Courtroom: 7, 19th Floor**<br>**Judge: Maxine M. Chesney**<br><br>**San Francisco Courthouse**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants, Vade Secure, Incorporated ("Vade Inc."), Vade Secure SASU ("Vade SASU"), and Olivier Lemarié ("Lemarié"; with Vade Inc. and Vade SASU, "Defendants"), hereby move the Court to seal portions of Defendants' Objections to Reply Evidence and Administrative Motion for Leave to File Sur-Reply (the "Objections"). This Motion is based upon the positions below and the Declaration of Mackenzie Martin filed herewith, and such other and further evidence and argument as may be presented at any hearing on this Motion.

## I.   INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5 of the United States District Court for the Northern District of California, Defendants hereby submit this motion for administrative relief to file under seal portions of the Objections.

Certain portions of the Objections contain, discuss, and/or relate to information that Plaintiffs, Proofpoint, Inc. and Cloudmark LLC ("Plaintiffs"), moved the Court to file under seal in their Administrative Motion to File Under Seal. (ECF No. 81.) Defendants filed an Opposition stating that Defendants did not agree that Plaintiffs had identified any confidential information in their Reply in support of their Motion for Preliminary Injunction (the "Reply") or that Plaintiffs had identified a trade secret sufficient to support Plaintiffs' arguments for a preliminary injunction. (ECF No. 84.) Plaintiffs' Administrative Motion to File Under Seal remains pending before the Court.

Nonetheless, in accordance with the Court's prior orders, in view of Plaintiffs' prior designations, and pursuant to Local Rule 79-5(e), Defendants move for leave to file under seal the following portions of their Objections that correspond to, discuss, and/or relate to the sealed portions of Plaintiffs' Reply and its exhibits:

| **Location of Plaintiffs' Alleged Confidential Information** | **Designating Party** |
|---|---|
| Defendants' Objections to Reply Evidence and Administrative Motion for Leave to File Sur-Reply<br><br>Plaintiffs' alleged confidential information redacted at pp. 2-5 | Plaintiffs |

## II.   ARGUMENT

Local Rule 79-5 states that the Court may issue an order to file a document under seal if the requesting party demonstrates: (1) the document, or portions thereof, is "privileged or . . . otherwise

entitled to protection under the law" and (2) the request is "narrowly tailored." Here, portions of Defendants' Objections contain information designated as confidential by Plaintiffs or contain information relating to or discussing such previously designated information. As stated, the Court has not yet ruled on Plaintiffs' sealing requests associated with the Reply. Nevertheless, given that the Court has already granted Plaintiffs leave to file various documents and portions of documents under seal, Defendants seek to comply with any applicable order of the Court. Additionally, that some of Plaintiffs' alleged confidential information has already been filed under seal does not relieve Plaintiffs of their obligation to comply with Civil L.R. Rule 79-5(e).

In sum, Defendants' request is narrowly tailored to address only portions of Defendants' Objections that correspond to, discuss, and/or relate to information designated confidential by Plaintiffs. All other exhibits and evidence will remain fully accessible.

### III. CONCLUSION

For the foregoing reasons, Defendants request that the Court grant their administrative motion to file under seal portions of Defendants' Objections.

| | | |
|---|---|---|
| 1 | Dated: December 27, 2019 | **BAKER & McKENZIE LLP** |
| 2 | | |
| 3 | | By: /s/ *Bart Rankin* |
| 4 | | Colin H. Murray (SBN 159142)<br>colin.murray@bakermckenzie.com |
| 5 | | **BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor |
| 6 | | San Francisco, CA  94111-3802<br>Telephone:     +1 415 576 3000 |
| 7 | | Facsimile:       +1 415 576 3099 |
| 8 | | Danielle L. Benecke (SBN 314896)<br>danielle.benecke@bakermckenzie.com |
| 9 | | **BAKER & McKENZIE LLP**<br>600 Hansen Way |
| 10 | | Palo Alto, CA  94304<br>Telephone:     +1 650 856 2400 |
| 11 | | Facsimile:       +1 650 856 9299 |
| 12 | | Jay F. Utley (Admitted *Pro Hac Vice*)<br>jay.utley@bakermckenzie.com |
| 13 | | Bart Rankin (Admitted *Pro Hac Vice*)<br>bart.rankin@bakermckenzie.com |
| 14 | | Mackenzie M. Martin (Admitted *Pro Hac Vice*)<br>mackenzie.martin@bakermckenzie.com |
| 15 | | John G. Flaim (Admitted *Pro Hac Vice*)<br>john.flaim@bakermckenzie.com |
| 16 | | Chaoxuan Liu (Admitted *Pro Hac Vice*)<br>charles.liu@bakermckenzie.com |
| 17 | | Mark Ratway  (Admitted *Pro Hac Vice*)<br>mark.ratway@bakermckenzie.com |
| 18 | | **BAKER & McKENZIE LLP**<br>1900 North Pearl Street, Suite 1500 |
| 19 | | Dallas, Texas 75201<br>Telephone:     +1 214 978 3000 |
| 20 | | Facsimile:       +1 214 978 3099 |
| 21 | | |
| 22 | | Attorneys for Defendants,<br>Vade Secure, Incorporated; Vade Secure |
| 23 | | SASU; and Olivier Lemarié |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |