Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Attorneys for Defendants,
VADE SECURE, INCORPORATED;
VADE SECURE SASU;
OLIVIER LEMARIÉ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**[PROPOSED] ORDER** ~~SUSTAINING DEFENDANTS' OBJECTIONS TO REPLY EVIDENCE AND~~ **GRANTING ADMINISTRATIVE MOTION TO FILE SUR-REPLY**; CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>~~**Date: January 17, 2020**~~<br>**Time: 9:00 A.M.**<br>**Courtroom: 7, 19th Floor**<br>**Judge: Maxine M. Chesney**<br><br>**San Francisco Courthouse**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** |

# [PROPOSED] ORDER

Before the Court is Defendants' Objections to New Reply Evidence Filed by Plaintiffs pursuant to Civil Local Rule 7-3(d), and Administrative Motion to File Sur-Reply pursuant to Civil Local Rule 7-11(a) (the "Motion"), and plaintiffs' opposition thereto.

Having considered the parties' respective written submissions, and good cause having been shown, ~~the Court hereby ORDERS that portions of Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Expedited Discovery as well as related exhibits—as set forth in the table below—be stricken from the record, and the Court shall give no consideration to them.~~

| ~~Document~~ | ~~Ruling~~ |
|---|---|
| ~~Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Expedited Discovery~~ | ~~Strike the following portions:~~<br>• ~~p. 2 line 24-p. 5 line 6, including footnotes therein~~<br>• ~~p. 5 line 14-p. 7 line 26~~<br>• ~~p. 9 line 17-19;~~<br>• ~~p. 9 line 28-p. 10 line 16~~<br>• ~~p. 11 lines 6-14;~~<br>• ~~p. 11 line 23-p. 12 line 5;~~<br>• ~~p. 12 lines 18-19;~~<br>• ~~p. 13 line 26-p. 14 line 13; and~~<br>• ~~p. 15 lines 3-6.~~ |
| ~~Exhibits 1-18 to the Declaration of Jodie W. Cheng in Support of Plaintiffs' Reply~~ | ~~Strike in their entireties~~ |

The Court ~~**FURTHER ORDERS**~~ that Defendants may submit a sur-reply of no more than seven ~~15~~ pages, excluding declarations, to Plaintiffs' Reply.  Defendants' sur-reply shall be filed no later than January 17, 2020.   The hearing on plaintiffs' motion for a preliminary injunction is, in light of the Court's calendar, hereby CONTINUED to February 7, 2020, at 9:00 a.m.

Dated: January 13, 2020

The Honorable Maxine M. Chesney
United States District Judge