UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>vs.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL; DIRECTIONS TO PLAINTIFFS** |

The Court has reviewed Proofpoint, Inc. and Cloudmark LLC's Administrative Motion to File Under Seal portions of Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Expedited Discovery ("Plaintiffs' Reply"), as well as Exhibits 1–11, 13, 16–18 to the Declaration of Jodie W. Cheng in support thereof, and defendants' opposition to the Motion. Having read and considered the parties' respective written submissions, the Court rules as follows.

The Court finds that good causes exists to seal the following documents or portions thereof submitted in connection with Plaintiffs' Motion:

| **Location of Confidential Material** |
|---|
| ~~Proofpoint, Inc. and Cloudmark LLC's Reply in Support of Motion for Preliminary Injunction and Expedited Discovery~~ |
| *Exhibit 1* to the Declaration of Jodie W. Cheng In Support of *Plaintiffs' Reply* (Supplemental Declaration of Seth James Nielson, Ph.D.) |
| *Exhibit 2* to the Declaration of Jodie W. Cheng In Support of *Plaintiffs' Reply* (Cloudmark email from Kevin San Diego to Angela Knox, dated December 13, 2016) |
| *Exhibit 3* to the Declaration of Jodie W. Cheng In Support of *Plaintiffs' Reply* (Cloudmark presentation slides titled "Proposal for CSP Cloud Support," dated August 18, 2016) |
| *Exhibit 4* to the Declaration of Jodie W. Cheng In Support of *Plaintiffs' Reply* (Cloudmark presentation slides titled "Gateway Technology Roadmap," dated January 2011) |
| *Exhibit 5* to the Declaration of Jodie W. Cheng In Support of *Plaintiffs' Reply* (Cloudmark document titled "Cloudmark Security Platform for Email: Administration Guide," dated February 4, 2014) |
| *Exhibit 6* to the Declaration of Jodie W. Cheng In Support of *Plaintiffs' Reply* (Cloudmark document titled "Cloudmark Security Platform for Email: Administration Guide," dated May 6, 2015) |
| *Exhibit 7* to the Declaration of Jodie W. Cheng In Support of *Plaintiffs' Reply* (Cloudmark document titled "Cloudmark Security Platform for Email: Administration Guide," dated August 14, 2018) |

| |
|---|
| ***Exhibit 8*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark email from Oliver Lemarié to Guillaume Séjourné, including the attached Cloudmark document titled "Trident Policy Enhancements Research Document," dated July 12, 2016) |
| ***Exhibit 9*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (email from Guillaume Séjourné regarding "Alerte—Discussions Vade/Guillaume," dated September 23, 2016) |
| ***Exhibit 10*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Vade Secure employment offer letter to Guillaume Séjourné, dated September 28, 2016) |
| ~~***Exhibit 11*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark Exit Interview of Xavier Delannoy)~~ |
| ***Exhibit 13*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Vade Secure employment offer letter to Alexandre Boussinet, dated April 28, 2016) |
| ***Exhibit 16*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark document titled "Proposal for CSP Cloud Support," dated August 18, 2016) |
| ***Exhibit 17*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark email from Kevin San Diego to Olivier Lemarié, et al. regarding "Meeting notes—Re: Product Team Checkpoint," dated August 18, 2015) |
| ***Exhibit 18*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark internal draft document titled "Requirements for CSP Cloud Support," dated July 26, 2016) |

With respect to Plaintiffs' Reply, the Administrative Motion is GRANTED, with the exception of page 8, lines 10-11, and page 9, lines 4-5, as to which the Administrative Motion is DENIED.

With respect to Exhibit 11 to the Declaration of Jodie W. Cheng, the Administrative Motion is DENIED.

Plaintiffs are hereby DIRECTED to file in the public record, within seven days of the date of this order, a revised redacted version of Plaintiffs' Reply and Exhibit 11 to the Declaration of Jodie W. Cheng.

**IT IS SO ORDERED.**

Dated: January 15, 2020

The Honorable Maxine M. Chesney
United States District Judge