# Exhibit C

**REDACTED VERSION
OF DOCUMENT TO BE SEALED**

Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:  +1 650 856 2400
Facsimile:  +1 650 856 9299

Attorneys for Defendants
VADE SECURE, INCORPORATED;
VADE SECURE SASU;
OLIVIER LEMARIÉ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>Plaintiffs,<br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**SUPPLEMENTAL DECLARATION OF OLIVIER LEMARIÉ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR <u>PRELIMINARY INJUNCTION</u>** |

I, Olivier Lemarié , declare as follows:

1. I am over the age of eighteen (18), of sound mind, and competent to make this Declaration.

2. The facts stated in this Declaration are within my personal knowledge, and they are true and correct.

3. This Declaration supplements the previous declaration I executed on December 4, 2019.

4. Vade's NextGen MTA is ███████████████████████████████████████████████████████████████████████████████████████████████

5. Further, spear-phishing is not a problem that carriers and ISPs are addressing in the policies that they implement in their MTAs.

6. Also, Vade's NextGen MTA extensively leverages █████████████████████████████████████████████████████

7. I did not use ███████████ during my time at Cloudmark, and I believe this ███████████ was not released until after I left Cloudmark.

8. Further, the specific implementations in Vade's NextGen MTA are not the same as implementations that I worked on or managed during my time at Cloudmark, and, to my knowledge, are not the same as implementations in other projects going on during my time at Cloudmark.

1

Case No. 3:19-cv-04238-MMC
SUPPLEMENTAL DECLARATION OF OLIVIER LEMARIÉ  IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

9. A simple example of a rules-based policy abstraction using a GUI is Microsoft Outlook's "Rules Wizard," which allows users to "move messages with specific words in the subject to a folder," or "flag messages from someone for follow-up," and also allows users to create other rules from a template or using a blank rule. See, e.g., below:



10. This kind of GUI confines customers or users to the structure or options available within the GUI, but users would not have the flexibility to build or create rules with different functionality or options than what is provided by the GUI.

11. In contrast, ███████████████████████████████████████

████████████████   ████████████████████████████████████

2

██████████████████████████████████████████████████████████████████████████
████████████

12.    ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████.

13.    ████████████████████████████████████████████████████████████████.

14.    In reference to my prior declaration regarding the Evernote ███████████████████, I have not used or transmitted any files or information from the ██████████████ since leaving Cloudmark.

15.    While working at Cloudmark, the company was aware of and authorized me to use my personal computer for work. The company was also aware of and authorized the use of my Evernote account for work.

16.    When departing Cloudmark, I underwent a process to transition projects and files to my Cloudmark colleagues responsible for those projects. I confirmed with those colleagues that they had the files, documents, and information that they needed to continue the projects after my departure.

17.    Accordingly, after confirming with colleagues that they had the files, documents, and information that they needed for the projects I was transitioning to them, I deleted copies of Cloudmark files, documents, and information from my personal computer and personal accounts. Cloudmark IT personnel handling my termination were aware that I deleted such files, documents, and information from my personal devices and accounts. And I also asked such personnel whether they would like to have my personal computer prior to my departure from the company, and they declined.

3

Case No. 3:19-cv-04238-MMC
SUPPLEMENTAL DECLARATION OF OLIVIER LEMARIÉ IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 17, 2020.

OLIVIER LEMARIÉ

4

Case No. 3:19-cv-04238-MMC
SUPPLEMENTAL DECLARATION OF OLIVIER LEMARIÉ IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION