| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>  Sean S. Pak (SBN 219032)<br>  seanpak@quinnemanuel.com<br>  Iman Lordgooei (SBN 251320)<br>  imanlordgooei@quinnemanuel.com<br>  50 California Street, 22nd Floor<br>  San Francisco, CA 94111<br>  Telephone: (415) 875-6600<br>  Facsimile: (415) 875-6700<br><br>**JWC LEGAL**<br>  Jodie W. Cheng (SBN 292330)<br>  jwcheng@jwc-legal.com<br>  One Market Street<br>  Spear Tower, 36th Floor<br>  San Francisco, CA 94105<br>  Telephone: (415) 293-8308<br><br>*Attorneys for Plaintiffs*<br>*Proofpoint, Inc. and Cloudmark LLC* | Colin H. Murray (SBN159142)<br>  colin.murray@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111-3802<br>Telephone: +1 415 576 3000<br>Facsimile: +1 415 576 3099<br><br>Jay F. Utley (Admitted *Pro Hac Vice*)<br>  jay.utley@bakermckenzie.com<br>Bart Rankin (Admitted *Pro Hac Vice*)<br>  bart.rankin@bakermckenzie.com<br>Mackenzie M. Martin (Admitted *Pro Hac Vice*)<br>  mackenzie.martin@bakermckenzie.com<br>John G. Flaim (Admitted *Pro Hac Vice*)<br>  john.flaim@bakermckenzie.com<br>Chaoxuan Liu (Admitted *Pro Hac Vice*)<br>  charles.liu@bakermckenzie.com<br>Mark Ratway (Admitted *Pro Hac Vice*)<br>  mark.ratway@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>1900 North Pearl Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone:   +1 214 978 3000<br>Facsimile:  +1 214 978 3099<br><br>Attorneys for Defendants,<br>*Vade Secure, Incorporated; Vade Secure SASU; Olivier Lemarié* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>                    Plaintiffs,<br>     v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>                    Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SETTLEMENT CONFERENCE DEADLINE (ECF NO. 63)**<br><br>**Courtroom: 7, 19th Floor**<br>**Judge: Maxine M. Chesney**<br><br>**San Francisco Courthouse**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** |

# **STIPULATION**

Under Civil L.R. 6-2, Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié (collectively, "Defendants") and Plaintiffs Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby stipulate to reschedule the Settlement Conference deadline currently scheduled for mid-February 2020, to mid-March 2020.  This Stipulation is supported by the Declaration of Mackenzie Martin submitted herewith.

WHEREAS, the Court has ordered the parties to participate in a Settlement Conference by mid-February 2020 (ECF No. 63), and, on referral, Magistrate Judge Sallie Kim scheduled the Settlement Conference for February 19, 2020 (ECF No. 69);

WHEREAS, good cause is shown because one of Defendants' representatives with authority to negotiate a settlement has a pre-existing conflict with the current Settlement Conference date of February 19, 2020 (Martin Decl. ¶ 4);

WHEREAS, the parties have met and conferred to determine an alternative Settlement Conference date of March 10, 2020, and confirmed that, pending this Court's approval of this Stipulation, Judge Kim currently has availability on March 10, 2020, to conduct the Settlement Conference;

WHEREAS, the only effect this Stipulation will have on the schedule for this case is to reschedule the mid-February 2020 Settlement Conference deadline;

WHEREAS, prior scheduling modifications in this case include the Court's orders granting Defendants' Administrative Motion to File Sur-Reply and continuing the hearing on Plaintiffs' Motion for a Preliminary Injunction to February 7, 2020 (ECF No. 95), Defendants' Motion to Enlarge Time to Respond to Plaintiffs' Motion for Preliminary Injunction (ECF No. 52), and Stipulation extending Defendants' time to file responsive pleadings to Plaintiffs' Complaint and continuing the Initial Case Management Conference (ECF No. 23).

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court reschedule the Settlement Conference deadline to mid-March 2020 before Magistrate Judge Sallie Kim, her calendar permitting.

| | |
|---|---|
| Dated: January 16, 2020 | Respectfully submitted,<br>By: /s/ *Mackenzie Martin*<br><br>Colin H. Murray (SBN 159142)<br> colin.murray@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA  94111-3802<br>Telephone:     +1 415 576 3000<br>Facsimile:       +1 415 576 3099<br><br>Danielle L. Benecke (SBN 314896)<br> danielle.benecke@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>600 Hansen Way<br>Palo Alto, CA  94304<br>Telephone:     +1 650 856 2400<br>Facsimile:       +1 650 856 9299<br><br>Jay F. Utley (Admitted *Pro Hac Vice*)<br> jay.utley@bakermckenzie.com<br>Bart Rankin (Admitted *Pro Hac Vice*)<br> bart.rankin@bakermckenzie.com<br>Mackenzie M. Martin (Admitted *Pro Hac Vice*)<br> mackenzie.martin@bakermckenzie.com<br>John G. Flaim (Admitted *Pro Hac Vice*)<br> john.flaim@bakermckenzie.com<br>Chaoxuan Liu (Admitted *Pro Hac Vice*)<br> charles.liu@bakermckenzie.com<br>Mark Ratway  (Admitted *Pro Hac Vice*)<br> mark.ratway@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>1900 North Pearl Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone:     +1 214 978 3000<br>Facsimile:       +1 214 978 3099<br><br>*Attorneys for Defendants,*<br>*Vade Secure, Incorporated; Vade Secure SASU;*<br>*and Olivier Lemarié* |

By: */s/ Iman Lordgooei*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JWC LEGAL
Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-8308

*Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLCLLC*

**FILER'S ATTESTATION OF CONCURRENCE**

I, Mackenzie Martin, attest that I am one of the attorneys for Defendants Vade Secure, Incorporated; Vade Secure SASU; Olivier Lemarié. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: January 16, 2020                    */s/ Mackenzie Martin*
                                           Mackenzie Martin

### [PROPOSED] ORDER

Under Civil Local Rule 6-2, and on good cause shown, the Court's Settlement Conference deadline in this case is reset to mid-March 2020 before Magistrate Judge Sallie Kim, her calendar permitting.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 21, 2020

_____
The Honorable Maxine M. Chesney
United States District Judge