1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    PROOFPOINT, INC., et al.,                    Case No.  19-cv-04238-MMC

8                    Plaintiffs,                   **ORDER DENYING DEFENDANTS'**
                                                   **DECEMBER 27, 2019,**
9        v.                                        **ADMINISTRATIVE MOTION TO FILE**
                                                   **DOCUMENTS UNDER SEAL;**
10   VADE SECURE, INCORPORATED, et                 **DIRECTIONS TO DEFENDANTS**
     al.,
11                                                 Re: Doc. No. 86
                     Defendants.

12

13       Before the Court is defendants' Administrative Motion to File Under Seal, filed

14   December 27, 2019, by which defendants seek leave to file under seal the unredacted

15   version of their "Objections to Reply Evidence and Administrative Motion for Leave to File

16   Sur-Reply."  According to defendants, portions of said document discuss material

17   designated as confidential by plaintiffs.  Having read and considered the Administrative

18   Motion to File Under Seal, the Court rules as follows.

19       Under the Local Rules of this District, where a party seeks to file under seal any

20   material designated confidential by another party, the submitting party must file a motion

21   for a sealing order.  See Civil L.R. 79-5(d)-(e).  "Within 4 days of the filing of the

22   Administrative Motion to File Under Seal, the Designating Party must file a declaration

23   . . . establishing that all of the designated information is sealable."  Civil L.R. 79-5(e)(1).

24   "If the Designating Party does not file a responsive declaration as required by subsection

25   79-5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting

26   Party may file the document in the public record no earlier than 4 days, and no later than

27   10 days, after the motion is denied."  Civil L.R. 79-5(e)(2).

28       Here, plaintiffs have not filed a responsive declaration, and the time for doing so

United States District Court
Northern District of California

1   has passed.

2        Accordingly, the Administrative Motion to File Under Seal is hereby DENIED.

3        Defendants are hereby DIRECTED to file in the public record, no earlier than 4

4   days and no later than 10 days from the date of this order, the unredacted version of their

5   Objections to Reply Evidence and Administrative Motion for Leave to File Sur-Reply.

6        **IT IS SO ORDERED.**

7

8   Dated: January 21, 2020

9                                              MAXINE M. CHESNEY
                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California