QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean S. Pak (SBN 219032)
  seanpak@quinnemanuel.com
  Iman Lordgooei (SBN 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JWC LEGAL
  Jodie W. Cheng (SBN 292330)
  jwcheng@jwc-legal.com
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER MARIO LEMARIÉ<br><br>　　　　　Defendants. | CASE NO. 3:19-cv-04238-MMC<br><br>**DECLARATION OF IMAN LORDGOOEI IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 99)**<br><br>**Hearing**<br>Date:　February 7, 2020<br>Time:　9:00 a.m.<br>Judge:　Hon. Maxine M. Chesney<br>Courtroom:　7, 19th Floor<br>　　　　　**450 Golden Gate Avenue**<br>　　　　　**San Francisco, CA 94102** |

I, Iman Lordgooei, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiffs Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiffs") in the above-captioned matter.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal certain documents, and portions thereof (Dkt. 99), relating to Defendants' Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery ("Defendants' Sur-Reply").

4. I have reviewed the documents attached to the declaration submitted in support of the Defendants' Sur-Reply that contain Plaintiffs' confidential, highly confidential, and/or trade secret information. Compelling reasons support sealing the documents or portions thereof, as set forth below:

| **Location of Confidential Material** | **Basis For Filing Under Seal:** |
|---|---|
| Defendants' Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery<br><br>Plaintiffs' confidential information redacted at pp. 5–6. | Contains information that is "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – SOURCE CODE" as described in the Model Protective Order.[1] |
| **Exhibit A** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Supplemental Declaration of Dr. Brad Karp, Ph.D.)<br><br>Plaintiffs' confidential information redacted at ¶ 29. | Contains Plaintiff's trade secret, confidential research & development, and commercial information, including information relating to the features and confidential technical aspects of Cloudmark's MTA and Trident products.<br><br>Contains information that is entitled to sealing for the same reasons set forth in the Court's Order Granting in Part and Denying in Part Plaintiffs' Administrative Motion to File Under Seal (Dkt. 96). |

---

[1] "Model Protective Order" refers to the "Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets," included and referenced in the Local Rules for the Northern District of California.

5. The proposed sealing is narrowly tailored because no less restrictive means exist to protect Plaintiff's confidential, highly confidential, and trade secret information from public disclosure. Disclosure of Plaintiff's information referenced above would create a substantial risk of serious harm if publicly disclosed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of January, 2020, in Los Angeles, California.

*/s/ Iman Lordgooei*
Iman Lordgooei