| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>  Sean S. Pak (SBN 219032)<br>  seanpak@quinnemanuel.com<br>  Iman Lordgooei (SBN 251320)<br>  imanlordgooei@quinnemanuel.com<br>  50 California Street, 22nd Floor<br>  San Francisco, CA 94111<br>  Telephone: (415) 875-6600<br>  Facsimile: (415) 875-6700<br><br>**JWC LEGAL**<br>  Jodie W. Cheng (SBN 292330)<br>  jwcheng@jwc-legal.com<br>  One Market Street<br>  Spear Tower, 36th Floor<br>  San Francisco, CA 94105<br>  Telephone: (415) 293-8308<br><br>*Attorneys for Plaintiffs*<br>*Proofpoint, Inc. and Cloudmark LLC* | Colin H. Murray (SBN 159142)<br>  colin.murray@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA  94111-3802<br>Telephone: +1 415 576 3000<br>Facsimile:  +1 415 576 3099<br><br>Jay F. Utley (*Pro Hac Vice*)<br>  jay.utley@bakermckenzie.com<br>Bart Rankin (*Pro Hac Vice*)<br>  bart.rankin@bakermckenzie.com<br>Mackenzie M. Martin (*Pro Hac Vice*)<br>  mackenzie.martin@bakermckenzie.com<br>John G. Flaim (*Pro Hac Vice*)<br>  john.flaim@bakermckenzie.com<br>Chaoxuan Liu (*Pro Hac Vice*)<br>  charles.liu@bakermckenzie.com<br>Mark Ratway  (*Pro Hac Vice*)<br>  mark.ratway@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>1900 North Pearl Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone: +1 214 978 3000<br>Facsimile:  +1 214 978 3099<br><br>*Attorneys for Defendants*<br>*Vade Secure, Incorporated; Vade Secure SASU; and Olivier Lemarié* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>Defendants. | CASE NO. 3:19-cv-4238-MMC-RMI<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DISCOVERY HEARING (DKT. 94)** |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 6-2, Plaintiffs Proofpoint, Inc. and Cloudmark LLC (collectively, "Proofpoint") and Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié (collectively, "Vade"), by and through their undersigned counsel, hereby stipulate, subject to the approval of the Court, to reschedule the discovery hearing currently scheduled for January 24, 2020 to January 31, 2020 or, if January 31, 2020 conflicts with the Court's schedule, to January 27, 2020. |

Pursuant to Civil L.R. 6-2, Plaintiffs Proofpoint, Inc. and Cloudmark LLC (collectively, "Proofpoint") and Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié (collectively, "Vade"), by and through their undersigned counsel, hereby stipulate, subject to the approval of the Court, to reschedule the discovery hearing currently scheduled for January 24, 2020 to January 31, 2020 or, if January 31, 2020 conflicts with the Court's schedule, to January 27, 2020.

WHEREAS, the Court has scheduled a Discovery Hearing on Dkts. 91, 92, and 93 for Friday, January 24, 2020 at 10:00 a.m. (Dkt. 94);

WHEREAS, Plaintiffs' lead counsel has a pre-existing conflict with the current Discovery Hearing date;

WHEREAS, the parties have met and conferred to determine alternative dates where counsel for both parties are available for the Discovery Hearing, and thereby arrived at Friday, January 31, and Monday, January 27, 2020;

WHEREAS, the scheduling order in this case would not be affected by the proposed modification;

WHEREAS, prior scheduling modifications in this case include the Court's orders granting Defendants' Administrative Motion to File Sur-Reply and continuing the hearing on Plaintiffs' Motion for a Preliminary Injunction to February 7, 2020 (Dkt. 95), Defendants' Motion to Enlarge Time to Respond to Plaintiffs' Motion for Preliminary Injunction (Dkt. 52), and Stipulation extending Defendants' time to file responsive pleadings to Plaintiffs' Complaint and continuing the Initial Case Management Conference (Dkt. 23).

NOW, THEREFORE, the parties respectfully request that the Court continue the Discovery Hearing to January 31, 2020 at 10:00 a.m. or, alternatively, to January 27, 2020 at 10:00 a.m.

This stipulation is supported by the Declaration of Sean Pak submitted herewith. A proposed order is submitted herewith.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 15, 2020 | Respectfully Submitted, |
| 3 | | |
| 4 | | By /s/ Sean Pak |
| 5 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 6 | | Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com |
| 7 | | Iman Lordgooei (SBN 251320)<br>imanlordgooei@quinnemanuel.com |
| 8 | | 50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600 |
| 9 | | Facsimile: (415) 875-6700 |
| 10 | | JWC LEGAL |
| 11 | | Jodie W. Cheng (SBN 292330)<br>jwcheng@jwc-legal.com |
| 12 | | One Market Street<br>Spear Tower, 36th Floor |
| 13 | | San Francisco, CA 94105<br>Telephone: (415) 293-8308 |
| 14 | | *Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLC* |
| 15 | | |

By */s/ Mackenzie Martin*
Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Jay F. Utley (Admitted *Pro Hac Vice*)
jay.utley@bakermckenzie.com
Bart Rankin (Admitted *Pro Hac Vice*)
bart.rankin@bakermckenzie.com
Mackenzie M. Martin (Admitted *Pro Hac Vice*)
mackenzie.martin@bakermckenzie.com
John G. Flaim (Admitted *Pro Hac Vice*)
john.flaim@bakermckenzie.com
Chaoxuan Liu (Admitted *Pro Hac Vice*)
charles.liu@bakermckenzie.com
Mark Ratway (Admitted *Pro Hac Vice*)
mark.ratway@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone: +1 214 978 3000
Facsimile: +1 214 978 3099

*Attorneys for Defendants*
*Vade Secure, Incorporated; Vade Secure SASU; and Olivier Lemarié*

**ATTESTATION OF CONCURRENCE**

I, Sean Pak, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DISCOVERY HEARING (DKT. 94)**. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: January 15, 2020    */s/ Sean Pak*
Sean Pak

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Discovery Hearing in this action is reset for Friday, January 31, 2020 at 10:00 a.m.

Dated: January 22, 2020

*[signature]*

Hon. Robert M. Illman
United States Magistrate Judge