1

2

3

4                IN THE UNITED STATES DISTRICT COURT

5              FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   PROOFPOINT, INC., et al.,                    Case No.  19-cv-04238-MMC

8            Plaintiffs,                          **ORDER GRANTING IN PART AND
                                                  DENYING IN PART DEFENDANTS'**
9        v.                                       **ADMINISTRATIVE MOTION TO FILE
                                                  UNDER SEAL; DIRECTIONS TO**
10  VADE SECURE, INCORPORATED, et                 **DEFENDANTS**
    al.,
11                                                Re: Doc. No. 99
             Defendants.

12

13

14         Before the Court is defendants' "Administrative Motion to File Under Seal," filed

15  January 17, 2020, whereby defendants seek leave to file under seal material they have

16  designated confidential, as well as material initially designated confidential by plaintiffs.

17  Also before the Court is plaintiffs' responsive declaration.  Having read and considered

18  the parties' respective written submissions, the Court rules as follows.

19         1.  With respect to the requested portions of the Supplemental Declaration of Brad

20  Karp, Ph.D, the motion to seal is hereby GRANTED.

21         2.  With respect to the Supplemental Declaration of Olivier Lemarié, the motion to

22  seal is hereby DENIED as to the requested portions of ¶ 7 and ¶ 14, and, in all other

23  respects, is GRANTED.

24         Defendants are hereby DIRECTED to file, in the public record, within seven days

25  of the date of this order, a revised redacted version of said Supplemental Declaration.

26         3.  With respect to defendants' Sur-Reply, the motion to seal is hereby DENIED as

27  to the requested portions of page 7, and, in all other respects, is GRANTED.

28  //

United States District Court
Northern District of California

1    Defendants are hereby DIRECTED to file, in the public record, within seven days

2  of the date of this order, a revised redacted version of their Sur-Reply.

3    **IT IS SO ORDERED.**

4

5  Dated: January 30, 2020

6  MAXINE M. CHESNEY
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2