Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:  +1 650 856 2400
Facsimile:  +1 650 856 9299

Attorneys for Defendants,
VADE SECURE, INCORPORATED;
VADE SECURE SASU;
OLIVIER LEMARIÉ
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>    Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S ORDER (ECF NO. 103) DENYING DEFENDANTS' DECEMBER 27, 2019 ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Court has reviewed Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié's (collectively, "Defendants") Administrative Motion to File Under Seal portions of Defendants' Objections to Reply Evidence and Administrative Motion for Leave to File Sur-Reply. The Court's ruling (ECF No. 103) on the sealing request is set forth in the table below:

| Location of Plaintiffs' Alleged Confidential Information | Court's Ruling |
|---|---|
| Defendants' Objections to Reply Evidence and Administrative Motion for Leave to File Sur-Reply<br><br>Plaintiffs' alleged confidential information redacted at pp. 2-5 | **DENIED** |

Pursuant to Civil L.R. 79-5(e)(2) and the Court's instructions and ruling on the sealing request set forth above, Defendants hereby submit the attached Declaration of Mark Ratway and an unredacted version of Defendants' Objections to Reply Evidence and Administrative Motion for Leave to File Sur-Reply

| | | |
|---|---|---|
| 1 | Dated: January 31, 2020 | **BAKER & McKENZIE LLP** |
| 2 | | |
| 3 | | By: /s/ *Bart Rankin* |
| 4 | | Colin H. Murray (SBN 159142)<br>colin.murray@bakermckenzie.com |
| 5 | | **BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor |
| 6 | | San Francisco, CA  94111-3802<br>Telephone:     +1 415 576 3000 |
| 7 | | Facsimile:       +1 415 576 3099 |
| 8 | | Danielle L. Benecke (SBN 314896)<br>danielle.benecke@bakermckenzie.com |
| 9 | | **BAKER & McKENZIE LLP**<br>600 Hansen Way |
| 10 | | Palo Alto, CA  94304<br>Telephone:     +1 650 856 2400 |
| 11 | | Facsimile:       +1 650 856 9299 |
| 12 | | Jay F. Utley (Admitted *Pro Hac Vice*)<br>jay.utley@bakermckenzie.com |
| 13 | | Bart Rankin (Admitted *Pro Hac Vice*)<br>bart.rankin@bakermckenzie.com |
| 14 | | Mackenzie M. Martin (Admitted *Pro Hac Vice*)<br>mackenzie.martin@bakermckenzie.com |
| 15 | | John G. Flaim (Admitted *Pro Hac Vice*)<br>john.flaim@bakermckenzie.com |
| 16 | | Chaoxuan Liu (Admitted *Pro Hac Vice*)<br>charles.liu@bakermckenzie.com |
| 17 | | Mark Ratway  (Admitted *Pro Hac Vice*)<br>mark.ratway@bakermckenzie.com |
| 18 | | **BAKER & McKENZIE LLP**<br>1900 North Pearl Street, Suite 1500 |
| 19 | | Dallas, Texas 75201<br>Telephone:     +1 214 978 3000 |
| 20 | | Facsimile:       +1 214 978 3099 |
| 21 | | Attorneys for Defendants, |
| 22 | | Vade Secure, Incorporated; Vade Secure SASU; and Olivier Lemarié |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |