IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PROOFPOINT, INC., et al., | Case No. 19-cv-04238-MMC |
|---|---|
| Plaintiffs, | **ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| VADE SECURE, INCORPORATED, et al., | |
| Defendants. | |

Before the Court is plaintiffs' Motion for Preliminary Injunction, filed September 25, 2019. Defendants have filed opposition, to which plaintiffs have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for February 7, 2020.

**IT IS SO ORDERED.**

Dated: February 4, 2020

MAXINE M. CHESNEY
United States District Judge