Colin H. Murray (SBN 159142)
   colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:   +1 415 576 3099

Danielle L. Benecke (SBN 314896)
   danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:  +1 650 856 2400
Facsimile:  +1 650 856 9299

Attorneys for Defendants,
VADE SECURE, INCORPORATED;
VADE SECURE SASU;
OLIVIER LEMARIÉ
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>             Plaintiffs,<br><br>    v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>             Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S ORDER (ECF NO. 107) GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Court has reviewed Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié's Administrative Motion to File Under Seal portions of Defendants' Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery (the "Sur-Reply"), as well as portions of Exhibits A and C to the January 17, 2020 Declaration of Mackenzie Martin.  The Court's rulings (ECF No. 107) on the sealing requests are set forth in the table below:

| Location of Plaintiffs' Alleged Confidential Information and/or Defendants' Business-Confidential Information | Court's Ruling |
| --- | --- |
| Defendants' Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction and Expedited Discovery<br><br>Plaintiffs: pp. 5, 6, 7 | **GRANTED IN PART, DENIED IN PART** |
| **Exhibit A** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Dr. Brad Karp, Ph.D.)<br><br>Plaintiffs: p. 9 | **GRANTED** |
| **Exhibit C** to the Declaration of Mackenzie Martin in Support of Defendants' Administrative Motion to File Under Seal (Declaration of Olivier Lemarié)<br><br>Plaintiffs: pp. 1, 3<br>Defendants: pp. 1-3 | **GRANTED IN PART, DENIED IN PART** |

Pursuant to the Court's instructions and rulings on the sealing requests set forth above, Defendants hereby submit the attached Declaration of Mackenzie Martin and revised redacted versions of Defendants' Sur-Reply and Defendants' Exhibit C.

1

1    Dated: February 6, 2020                          **BAKER & McKENZIE LLP**

2

3                                                     By: _/s/ Bart Rankin_____

4                                                     Colin H. Murray (SBN 159142)
                                                        colin.murray@bakermckenzie.com
5                                                     **BAKER & McKENZIE LLP**
                                                      Two Embarcadero Center, 11th Floor
6                                                     San Francisco, CA  94111-3802
                                                      Telephone:      +1 415 576 3000
7                                                     Facsimile:       +1 415 576 3099

8                                                     Danielle L. Benecke (SBN 314896)
                                                        danielle.benecke@bakermckenzie.com
9                                                     **BAKER & McKENZIE LLP**
                                                      600 Hansen Way
10                                                    Palo Alto, CA  94304
                                                      Telephone:      +1 650 856 2400
11                                                    Facsimile:       +1 650 856 9299

12                                                    Jay F. Utley (Admitted *Pro Hac Vice*)
                                                        jay.utley@bakermckenzie.com
13                                                    Bart Rankin (Admitted *Pro Hac Vice*)
                                                        bart.rankin@bakermckenzie.com
14                                                    Mackenzie M. Martin (Admitted *Pro Hac Vice*)
                                                        mackenzie.martin@bakermckenzie.com
15                                                    John G. Flaim (Admitted *Pro Hac Vice*)
                                                        john.flaim@bakermckenzie.com
16                                                    Chaoxuan Liu (Admitted *Pro Hac Vice*)
                                                        charles.liu@bakermckenzie.com
17                                                    Mark Ratway  (Admitted *Pro Hac Vice*)
                                                        mark.ratway@bakermckenzie.com
18                                                    **BAKER & McKENZIE LLP**
                                                      1900 North Pearl Street, Suite 1500
19                                                    Dallas, Texas 75201
                                                      Telephone:      +1 214 978 3000
20                                                    Facsimile:       +1 214 978 3099

21                                                    Attorneys for Defendants,
22                                                    Vade Secure, Incorporated; Vade Secure
                                                      SASU; and Olivier Lemarié
23

24

25

26

27

28

                                                    2