Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
**JWC LEGAL**
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>vs.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER MARIO LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC<br><br>**PLAINTIFFS' RESPONSE TO THE COURT'S DIRECTIONS AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 96)** |

The Court has reviewed Proofpoint, Inc. and Cloudmark LLC's Administrative Motion to File Under Seal portions of Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Expedited Discovery ("Plaintiffs' Reply"), as well as Exhibits 1–11, 13, 16–18 to the Declaration of Jodie W. Cheng in support thereof.  The Court's rulings (Dkt. 96) on the sealing requests are set forth in the tables below:

| Location of Confidential Material | Court's Order |
| --- | --- |
| Proofpoint, Inc. and Cloudmark LLC's Reply in Support of Motion for Preliminary Injunction and Expedited Discovery<br><br>Highly Confidential – Attorneys' Eyes Only and Highly Confidential – Source Code information redacted at pp. 5–12. | **GRANTED IN PART, DENIED IN PART** |
| ***Exhibit 1*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Supplemental Declaration of Seth James Nielson, Ph.D.)<br><br>Highly Confidential – Attorneys' Eyes Only and Highly Confidential – Source Code information redacted at pp. 3–13. | **GRANTED** |
| ***Exhibit 2*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark email from Kevin San Diego to Angela Knox, dated December 13, 2016) | **GRANTED** |
| ***Exhibit 3*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark presentation slides titled "Proposal for CSP Cloud Support," dated August 18, 2016) | **GRANTED** |
| ***Exhibit 4*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark presentation slides titled "Gateway Technology Roadmap," dated January 2011) | **GRANTED** |
| ***Exhibit 5*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark document titled "Cloudmark Security Platform for Email:  Administration Guide," dated February 4, 2014) | **GRANTED** |
| ***Exhibit 6*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark document titled "Cloudmark Security Platform for Email:  Administration Guide," dated May 6, 2015) | **GRANTED** |
| ***Exhibit 7*** *to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply* (Cloudmark document titled "Cloudmark Security Platform for Email:  Administration Guide," dated August 14, 2018) | **GRANTED** |

| | |
|---|---|
| **Exhibit 8** to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply (Cloudmark email from Oliver Lemarié to Guillaume Séjourné, including the attached Cloudmark document titled "Trident Policy Enhancements Research Document," dated July 12, 2016)<br><br>Highly Confidential – Attorneys' Eyes Only information redacted at pp. 2–26. | **GRANTED** |
| **Exhibit 9** to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply (email from Guillaume Séjourné regarding "Alerte—Discussions Vade/Guillaume," dated September 23, 2016)<br><br>Confidential information redacted at p. 1. | **GRANTED** |
| **Exhibit 10** to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply (Vade Secure employment offer letter to Guillaume Séjourné, dated September 28, 2016)<br><br>Confidential information redacted at pp. 1, 3. | **GRANTED** |
| **Exhibit 11** to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply (Cloudmark Exit Interview of Xavier Delannoy) | **DENIED** |
| **Exhibit 13** to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply (Vade Secure employment offer letter to Alexandre Boussinet, dated April 28, 2016)<br><br>Confidential information redacted at pp. 1, 3. | **GRANTED** |
| **Exhibit 16** to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply (Cloudmark document titled "Proposal for CSP Cloud Support," dated August 18, 2016) | **GRANTED** |
| **Exhibit 17** to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Reply (Cloudmark email from Kevin San Diego to Olivier Lemarié, et al. regarding "Meeting notes—Re: Product Team Checkpoint," dated August 18, 2015)<br><br>Highly Confidential – Attorneys' Eyes Only information redacted at pp. 1–10. | **GRANTED** |