IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 19-cv-04238-MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

By order filed January 31, 2020 ("January 31 Order"), Magistrate Judge Robert M. Illman, in ruling on a dispute set forth in a letter brief submitted by the parties, found that the Federal Rules of Civil Procedure, rather than Hague Convention procedures, would govern discovery in the above-titled case.

Now before the Court is defendants' Motion, filed February 20, 2020, "for Relief From Nondispositive Pretrial Order of Magistrate Judge," whereby defendants seek an order vacating in part Magistrate Judge Illman's January 31 Order. That same date, however, defendants filed a "Motion for Leave to File a Motion for Reconsideration of Order," whereby defendants ask Magistrate Judge Illman to reconsider his January 31 Order.

Under the circumstances, the Court finds defendants' Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge is premature, and, accordingly, said motion is hereby DENIED, without prejudice to renoticing, if appropriate, after resolution of the Motion for Leave to File a Motion for Reconsideration of Order.

**IT IS SO ORDERED.**

Dated: February 19, 2020

MAXINE M. CHESNEY
United States District Judge