UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 19-cv-04238-MMC (RMI)<br><br>**ORDER**<br><br>Re: Dkt. Nos. 123, 127, 128 |

On January 31, 2020, the court ordered the parties to conduct discovery pursuant to the Federal Rules of Civil Procedure, rather than under the evidentiary exchange procedures of the Hague Convention of 1970. *See* (dkt. 112). Since then, Defendants have moved for reconsideration (dkt. 121), and submitted various declarations and other evidence in support (dkts. 121-1 through 121-10), as well as moving for a stay of discovery subject to the court's previous order (dkt. 123). Plaintiffs have responded (dkt. 124) and followed suit in submitting a declaration (dkt. 124-1) as well as other evidence (dkt. 124-2). The reconsideration motion is currently set for a hearing on March 20, 2020. Thereafter, while these matters are pending, the Parties filed a joint letter brief (dkt. 127) in which they argue about whether or not discovery subject to the court's previous order has been stayed.

To the extent that Defendants move to stay discovery that is subject to the court's order of January 31, 2020 (dkt. 112) pending the resolution of the motion to reconsider that order, Defendant's motion is **GRANTED**. Accordingly, the Parties' jointly filed letter brief of February 25, 2020 (dkt. 127) is **DENIED** as moot. Further, the Parties have filed another joint discovery brief (dkt. 128), presenting a dispute about the propriety of a protective order. The court

**ORDERS** that this dispute shall also be set for a hearing on March 20, 2020, contemporaneous with hearing on Defendants' motion for reconsideration.

**IT IS SO ORDERED.**

Dated: March 11, 2020

ROBERT M. ILLMAN
United States Magistrate Judge