1  Colin H. Murray (SBN 159142)
   colin.murray@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA  94111-3802
   Telephone:  +1 415 576 3000
4  Facsimile:  +1 415 576 3099

5  Danielle L. Benecke (SBN 314896)
   danielle.benecke@bakermckenzie.com
6  **BAKER & McKENZIE LLP**
   600 Hansen Way
7  Palo Alto, CA  94304
   Telephone:  +1 650 856 2400
8  Facsimile:  +1 650 856 9299

9  Attorneys for Defendants,
   VADE SECURE, INCORPORATED;
10 VADE SECURE SASU;
   OLIVIER LEMARIÉ
11 [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>Plaintiffs,<br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>Defendants. | **Case No. 3:19-cv-04238-MMC-RMI**<br><br>**Date Action Filed: July 23, 2019**<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 144)** |

Pursuant to Civil Local Rule 7-3, Defendants, Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié ("Defendants"), hereby file this Notice of Non-Opposition and inform the Court that Defendants do not oppose the Administrative Motion to File Under Seal (the "Motion"; ECF No. 144) filed by Plaintiffs, Proofpoint, Inc. and Cloudmark LLC ("Plaintiffs"), on March 30, 2020.  Though Defendants do not oppose the Motion, Defendants in no way agree or concede that Plaintiffs have articulated or met the correct legal standard, or have identified any trade secret or other confidential information in their Motion, in the parties' Joint Discovery Statement Regarding Plaintiffs' Disclosure of Trade Secrets ("TS Joint Letter Brief"; ECF No. 145), or in Exhibit A or C to the TS Joint Letter Brief (ECF Nos. 144-3 & 144-4).  To the contrary, as reflected in Defendants' sections of the TS Joint Letter Brief, Defendants contend that Plaintiffs have failed to sufficiently identify a trade secret.  Thus, by this Notice of Non-Opposition, Defendants do not in any way withdraw or waive any arguments made in their sections of the Joint Discovery Statement Regarding Defendants' Entitlement to Protective Order in View of Plaintiffs' Failure to Identify a Trade Secret, the TS Joint Letter Brief, or elsewhere in this action, and Defendants further reserve the right to assert all other arguments, claims, and defenses available at law or equity in this action.

In *Center for Auto Safety v. Chrysler Group, LLC*, the Ninth Circuit made clear that "public access to filed motions and their attachments does not merely depend on whether [a] motion is technically 'dispositive'" but, rather, "public access will turn on whether a motion is ***more than tangentially related to the merits of the case***." 809 F.3d 1092, 1101 (9th Cir. 2016) (emphasis added).  Here, the underlying motion and its attachments—which relate to whether Plaintiffs have sufficiently identified their alleged trade secrets—are directly related to the merits of the case.  As a result, the "compelling reasons" standard—not the "good cause" standard—applies to Plaintiffs' Motion. *See id*. at 1096-97.  Further, Plaintiffs' Motion and proposed order are not narrowly tailored as they seek to seal entire documents.  Under Civil Local Rule 79-5(b), a sealing request must be "narrowly tailored to seek sealing only of sealable material" and, under Civil Local Rule 79-5(d)(1)(B), the proposed sealing order must similarly be "narrowly tailored to seal only the sealable material."  Courts in this district have found that requests to seal entire documents are not narrowly tailored. *E.g.*, *Mohebbi v. Khazen*, No. 13-cv-03044-BLF, 2018 U.S. Dist. LEXIS 181081, at *3

1

(N.D. Cal. Oct. 22, 2018).

Moreover, portions of Exhibits A and C are plainly not confidential or have been publicly disclosed via public filing in this case or other public disclosure. For example, Exhibit A and Exhibit C both describe high-level features that have been publicly disclosed since Plaintiffs' Complaint. Specifically, the Complaint discusses high-level features like behavioral analysis, machine learning, statistical dispersion, and real-time threat analysis, among others. (*Compare* Ex. A, ECF No. 144-3 at 10:27-11:7 *and* Exhibit C, ECF No. 144-4 at 11:10-17 *with* Pls.' Compl., ECF No. 1 at ¶ 32.) As another example, Exhibit C cites to and quotes publicly available websites and information, and provides background qualifications on Dr. Nielson. (*E.g.*, Exhibit C, ECF No. 144-4 at ¶¶ 1-7, 26 n. 1-5.) As another example, Exhibit C incorporates by reference and discusses unsealed portions of an earlier Declaration of Seth James Nielson. (*Compare* Ex. C., ECF No. 144-4 at ¶¶ 8-9 *with* ECF No. 30-7 §§ II, III.) Thus, while Defendants do not oppose the Motion, Defendants do not concede that Plaintiffs' request to seal Exhibits A and C in their entireties is narrowly tailored.

2

Case No. 3:19-cv-04238-MMC-RMI
DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 144)

| | |
|---|---|
| 1  Dated:  April 3, 2020 | **BAKER & McKENZIE LLP** |
| 2 | By:  /s/ *Mackenzie Martin* |
| 3 | Colin H. Murray (SBN 159142) |
| 4 | colin.murray@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 5 | Two Embarcadero Center, 11th Floor<br>San Francisco, CA  94111-3802 |
| 6 | Telephone:     +1 415 576 3000<br>Facsimile:      +1 415 576 3099 |
| 7 | Danielle L. Benecke (SBN 314896) |
| 8 | danielle.benecke@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 9 | 600 Hansen Way<br>Palo Alto, CA  94304 |
| 10 | Telephone:     +1 650 856 2400<br>Facsimile:      +1 650 856 9299 |
| 11 | |
| 12 | Jay F. Utley (Admitted *Pro Hac Vice*)<br>jay.utley@bakermckenzie.com |
| 13 | Bart Rankin (Admitted *Pro Hac Vice*)<br>bart.rankin@bakermckenzie.com |
| 14 | Mackenzie M. Martin (Admitted *Pro Hac Vice*)<br>mackenzie.martin@bakermckenzie.com |
| 15 | John G. Flaim (Admitted *Pro Hac Vice*)<br>john.flaim@bakermckenzie.com |
| 16 | Chaoxuan Liu (Admitted *Pro Hac Vice*)<br>charles.liu@bakermckenzie.com |
| 17 | Mark Ratway  (Admitted *Pro Hac Vice*)<br>mark.ratway@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 18 | 1900 North Pearl Street, Suite 1500<br>Dallas, Texas 75201 |
| 19 | Telephone:     +1 214 978 3000<br>Facsimile:      +1 214 978 3099 |
| 20 | |
| 21 | *Attorneys for Defendants,* |
| 22 | *Vade Secure, Incorporated; Vade Secure SASU;*<br>*and Olivier Lemarié* |

3

Case No. 3:19-cv-04238-MMC-RMI
DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 144)