1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7 EUREKA DIVISION

8 PROOFPOINT, INC.; CLOUDMARK LLC

9         Plaintiffs,

10

11     v.

12 VADE SECURE, INCORPORATED; VADE
SECURE SASU; OLIVIER MARIO
13 LEMARIÉ

14

15         Defendants.

CASE NO. 3:19-cv-04238-MMC-RMI

~~[PROPOSED]~~ **ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE LETTER BRIEF
EXHIBITS UNDER SEAL**

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court has reviewed Plaintiffs Proofpoint, Inc. and Cloudmark LLC's Administrative Motion to File Letter Brief Exhibits Under Seal, specifically Exhibits A and C to the parties' Joint Discovery Statement Regarding Plaintiffs' Disclosure of Trade Secrets ("TS Joint Letter Brief"), as well as Exhibits A and C thereto.  The Court finds that good causes exists to seal Exhibits A and C submitted in connection with the parties' TS Joint Letter Brief.  The Court's rulings on the sealing requests are set forth in the tables below:

| Location of Confidential Material | Court's Order |
| --- | --- |
| **Exhibit A** (Plaintiffs' Objections and Responses to Defendants' Interrogatory No. 1) | Granted |
| **Exhibit C** (Declaration of Seth James Nielson, Ph.D.) | Granted |

**IT IS SO ORDERED.**

Dated:  April 20, 2020

ROBERT M. ILLMAN
United States Magistrate Judge