QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Sean S. Pak (SBN 219032)
  seanpak@quinnemanuel.com
  Iman Lordgooei (SBN 251320)
  imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JWC LEGAL
  Jodie W. Cheng (SBN 292330)
  jwcheng@jwc-legal.com
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER MARIO LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC (RMI)<br><br>**DECLARATION OF IMAN LORDGOOEI IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKTS. 151, 153)**<br><br>Judge:  Hon. Maxine M. Chesney |

I, Iman Lordgooei, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiffs Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiffs") in the above-captioned matter.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Defendants' Administrative Motion to File Portions of Defendants' Motion for Relief Under Seal (Dkt. 151) relating to Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 149) ("Defendants' Motion for Relief"), as well as Defendants' Administrative Motion to File Portions of Defendants' Motion to Stay Under Seal (Dkt. 153) relating to Defendants' Motion to Stay Related Discovery Pending Final Disposition of Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (Dkt. 149) ("Defendants' Motion to Stay").

4. I have reviewed Defendants' Motion for Relief and Defendants' Motion to Stay that contain Plaintiffs' confidential, highly confidential, and/or trade secret information. Compelling reasons support sealing portions of the document, as set forth below:

| **Location of Confidential Material** | **Basis For Filing Under Seal:** |
|---|---|
| Defendants' Motion for Relief<br><br>Plaintiffs' confidential information redacted at:<br><br>• Page 1, lines 18–21;<br>• Page 1, footnotes 1 and 2;<br>• Page 2, footnotes 2 and 3;<br>• Page 2, line 20;<br>• Page 3, line 1;<br>• Page 4, lines 21 and 27-28. | Contains information that is "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 117).<br><br>Contains highly confidential information describing and relating to the trade secrets at issue in this action, including a description of trade secrets, source code, and related documents and files.<br><br>Contains information that is entitled to sealing for the same reasons set forth in the Court's Order Granting in Plaintiffs' Administrative Motion to File Under Seal (Dkt. 148). |

| | |
|---|---|
| Defendants' Motion to Stay<br><br>Plaintiffs' confidential information redacted at:<br><br>• Page 4, line 25-26, not including the portion redacted after "and a . . ."; <br>• Page 4, footnote 1;<br>• Page 5, lines 9 and 17-18;<br>• Page 5, footnotes 1 and 2;<br>• Page 6, footnote 4;<br>• Page 8, lines 4-5 and 10. | Contains information that is "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 117).<br><br>Contains highly confidential information describing and relating to the trade secrets at issue in this action, including a description of trade secrets, source code, and related documents and files.<br><br>Contains information that is entitled to sealing for the same reasons set forth in the Court's Order Granting in Plaintiffs' Administrative Motion to File Under Seal (Dkt. 148). |

5. The proposed sealing identified in the above chart is narrowly tailored because no less restrictive means exist to protect Plaintiff's confidential, highly confidential, and trade secret information from public disclosure. Disclosure of Plaintiff's information referenced above would create a substantial risk of serious harm if publicly disclosed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of May, 2020, in Los Angeles, California.

                                        */s/ Iman Lordgooei*
                                        Iman Lordgooei