IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04238-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTIONS TO SEAL; DIRECTIONS TO DEFENDANTS**<br><br>Re: Dkt. Nos. 151, 153 |

Before the Court are the following two motions, each filed May 4, 2020: (1) Defendants' Administrative Motion to File Portions of Defendants' Motion for Relief Under Seal"; and (2) "Defendants' Administrative Motion to File Portions of Defendants' Motion to Stay Under Seal."  In response, plaintiffs have filed a single declaration addressing both motions.

The Court having read and considered the parties' respective written submissions, the Administrative Motions are hereby GRANTED in part and DENIED in part, as set forth below, and defendants are hereby DIRECTED to file in the public record, no later than seven days from the date of this order, revised redacted versions of their Motion for Relief and Motion to Stay in accordance therewith.

**A.  Administrative Motion to File Portions of Motion for Relief Under Seal**

1.  To the extent defendants seek leave to file under seal page 1, line 22, beginning with the word "computer," through line 23, ending with the word "OSS," the motion is DENIED, as plaintiffs do not assert such portion contains sealable material.

2.  To the extent defendants seek leave to file under seal a portion of page 4, line 22, the motion is DENIED, as plaintiffs do not assert such portion contains sealable

1  material.

2      3.  In all other respects, the motion is GRANTED.

3  **B.  Administrative Motion to File Portions of Motion to Stay Under Seal**

4      1.  To the extent defendants seek leave to file under seal page 4, line 26,

5  beginning with the word "list" and ending with the word "documents," the motion is

6  DENIED, as plaintiffs do not assert such portion contains sealable material.

7      2.  In all other respects, the motion is GRANTED.

8      **IT IS SO ORDERED.**

10  Dated: May 11, 2020

                                          MAXINE M. CHESNEY
                                          United States District Judge