IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-04238-MMC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE; DENYING AS MOOT DEFENDANTS' MOTION TO STAY** |

Before the Court is defendants' Motion, filed May 4, 2020, "for Relief from Nondispositive Pretrial Order of Magistrate Judge." Plaintiffs, although not required to do so, see Civil L.R. 72-2, have filed opposition.

Having fully considered the matter, the Court finds defendants have failed to show the subject order is clearly erroneous or contrary to law, and, accordingly, the Motion for Relief is hereby DENIED. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

In light of the above, defendants' Motion, filed May 4, 2020, "to Stay Related Discovery Pending Final Disposition of Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge" is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 12, 2020

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge