1 | Colin H. Murray (SBN 159142)
  | colin.murray@bakermckenzie.com
2 | **BAKER & McKENZIE LLP**
  | Two Embarcadero Center, 11th Floor
3 | San Francisco, CA  94111-3802
  | Telephone: +1 415 576 3000
4 | Facsimile:  +1 415 576 3099

5 | Danielle L. Benecke (SBN 314896)
  | danielle.benecke@bakermckenzie.com
6 | **BAKER & McKENZIE LLP**
  | 600 Hansen Way
7 | Palo Alto, CA  94304
  | Telephone: +1 650 856 2400
8 | Facsimile:  +1 650 856 9299

Attorneys for Defendants,
VADE SECURE, INCORPORATED;
VADE SECURE SASU;
OLIVIER LEMARIÉ
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>    Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S ORDER (ECF NO. 158) GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Court has reviewed Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié's administrative motions to file portions of Defendants' Motion for Relief and portions of Defendants' Motion to Stay under seal (ECF Nos. 151, 153). The Court's rulings (ECF No. 158) on the sealing requests are set forth in the table below:

| Location of Plaintiffs' Alleged Confidential Information | Court's Ruling |
|---|---|
| "Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF No. 149)" (ECF No. 152)<br><br>Plaintiffs' alleged confidential information redacted at pp. 1-4. | **GRANTED IN PART, DENIED IN PART** |
| "Defendants' Notice of Motion and Motion to Stay Related Discovery Pending Final Disposition of Defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF No. 149)" (ECF No. 154)<br><br>Plaintiffs' alleged confidential information redacted at pp. 4-6 & 8. | **GRANTED IN PART, DENIED IN PART** |

Pursuant to the Court's instructions and rulings on the sealing requests set forth above (ECF No. 158), Defendants hereby submit the attached Declaration of Mackenzie Martin and revised redacted versions of Defendants' Motion for Relief (ECF No. 152) and Defendants' Motion to Stay (ECF No. 154).

| | | |
|---|---|---|
| 1 | Dated: May 18, 2020 | **BAKER & McKENZIE LLP** |
| 2 | | |
| 3 | | By: /s/ *Mackenzie Martin* |
| 4 | | Colin H. Murray (SBN 159142) |
| | | colin.murray@bakermckenzie.com |
| 5 | | **BAKER & McKENZIE LLP** |
| | | Two Embarcadero Center, 11th Floor |
| 6 | | San Francisco, CA  94111-3802 |
| | | Telephone:     +1 415 576 3000 |
| 7 | | Facsimile:      +1 415 576 3099 |
| 8 | | Danielle L. Benecke (SBN 314896) |
| | | danielle.benecke@bakermckenzie.com |
| 9 | | **BAKER & McKENZIE LLP** |
| | | 600 Hansen Way |
| 10 | | Palo Alto, CA  94304 |
| | | Telephone:     +1 650 856 2400 |
| 11 | | Facsimile:      +1 650 856 9299 |
| 12 | | Jay F. Utley (Admitted *Pro Hac Vice*) |
| | | jay.utley@bakermckenzie.com |
| 13 | | Bart Rankin (Admitted *Pro Hac Vice*) |
| | | bart.rankin@bakermckenzie.com |
| 14 | | Mackenzie M. Martin (Admitted *Pro Hac Vice*) |
| | | mackenzie.martin@bakermckenzie.com |
| 15 | | John G. Flaim (Admitted *Pro Hac Vice*) |
| | | john.flaim@bakermckenzie.com |
| 16 | | Chaoxuan Liu (Admitted *Pro Hac Vice*) |
| | | charles.liu@bakermckenzie.com |
| 17 | | Mark Ratway  (Admitted *Pro Hac Vice*) |
| | | mark.ratway@bakermckenzie.com |
| 18 | | **BAKER & McKENZIE LLP** |
| | | 1900 North Pearl Street, Suite 1500 |
| 19 | | Dallas, Texas 75201 |
| | | Telephone:     +1 214 978 3000 |
| 20 | | Facsimile:      +1 214 978 3099 |
| 21 | | |
| 22 | | Attorneys for Defendants, |
| | | Vade Secure, Incorporated; Vade Secure |
| 23 | | SASU; and Olivier Lemarié |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |