Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
**JWC LEGAL**
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC (RMI)<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF DEFENDANTS' MOTION TO QUASH UNDER SEAL (DKT. 166)** |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs Proofpoint, Inc. ("Proofpoint") and Cloudmark LLC ("Cloudmark") (collectively, "Plaintiffs") hereby file this Opposition to Defendants' Administrative Motion to File Portions of Defendants' Motion to Quash Under Seal (Dkt. 166) ("Defendants' Motion").

"As a public forum, the Court has a policy of providing to the public full access to documents filed with the Court." Civil L.R. 79-5 (Commentary). Thus, parties seeking to seal material in non-dispositive motions must establish "good cause" for sealing. *Dynetix Design Sols. Inc. v. Synopsys Inc.*, No. 11-cv-05973, 2013 WL 2285210, at *1 (N.D. Cal. May 23, 2013) (citing FED. R. CIV. P. 26(c)). The movant must make a "particularized showing that specific prejudice or harm will result if the information is disclosed. Broad allegations of harm, unsubstantiated by specific examples or articulated reasoning will not suffice." *Id.* (internal quotations and citation omitted).

Here, no good cause exists to seal the sentence in the Joint Discovery Statement re: Nonparty Subpoenas (Dkt. 166-3). "The mere existence of [an] agreement, and the identity of the parties involved, is not protectable." *Id.* (denying the request to file under seal portions "referencing the existence of a licensing agreement"); *see also Bernstein v. Target Stores, Inc.*, No. 13-cv-01018, 2013 WL 5807581, at *3 (N.D. Cal. Oct. 28, 2013) ("The existence of a confidentiality provision [in a settlement agreement], without more, does not constitute good cause . . . to seal."); *Select Portfolio Servicing v. Valentino*, No. C 12-0334, 2013 WL 1800039, at *3 (N.D. Cal. Apr. 29, 2013) (The "motion to file under seal is supported by a sole declaration, which only asserts that the material should be sealed because the parties agreed among themselves to make the settlement agreement confidential. This is insufficient."); *Mosaid Techs. Inc. v. LSI Corp.*, 878 F. Supp. 2d 503, 510–11 (D. Del. 2012) ("Making public the existence of these agreements or this very basic information about their scope would not result in a competitive disadvantage to the parties.").

Therefore, Defendants' Motion should be denied.

DATED: May 29, 2020                        Respectfully Submitted,

                                           By /s/ *Jodie W. Cheng*
                                              Jodie W. Cheng

                                           QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
                                           Sean S. Pak (SBN 219032)
                                           seanpak@quinnemanuel.com
                                           Iman Lordgooei (SBN 251320)
                                           imanlordgooei@quinnemanuel.com
                                           50 California Street, 22nd Floor
                                           San Francisco, CA 94111
                                           Telephone: (415) 875-6600
                                           Facsimile: (415) 875-6700

                                           JWC LEGAL
                                           Jodie W. Cheng (SBN 292330)
                                           jwcheng@jwc-legal.com
                                           One Market Street
                                           Spear Tower, 36th Floor
                                           San Francisco, CA 94105
                                           Telephone: (415) 293-8308

                                           *Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLC*