Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Attorneys for Defendants,
VADE SECURE, INCORPORATED;
VADE SECURE SASU;
OLIVIER LEMARIÉ
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>         Plaintiffs,<br>   v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>         Defendants. | **Case No. 3:19-cv-04238-MMC**<br><br>**Date Action Filed: July 23, 2019**<br><br>**DEFENDANTS' NOTICE OF NONOPPOSITION TO PLAINTIFFS' MOTION TO CHANGE TIME FOR THE PARTIES TO AMEND THEIR PLEADINGS (ECF NO. 164)** |

Pursuant to Civil Local Rules 6-3(b) and 7-3(b), Defendants, Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié ("Defendants"), hereby file this Notice of Nonopposition and inform the Court that Defendants do not oppose the relief sought by the Motion to Change Time Pursuant to Civil L.R. 6-3 (the "Motion"; ECF No. 164) filed by Plaintiffs, Proofpoint, Inc. and Cloudmark LLC ("Plaintiffs") on May 26, 2020.  At the time of the filing of Plaintiffs' Motion, Defendants had understood the parties to still be in a dialogue to confirm the parties' respective positions regarding Plaintiffs' request to modify the deadline to amend the parties' pleadings.  And Plaintiffs never sought Defendants' position on the date requested in the Motion.  (*See, e.g.*, Email from J. Cheng to M. Martin (May 8, 2020), ECF No. 164-4 at ECF page no. 2 (requesting an extension to the deadline to amend pleadings to July 31, 2020).)

Though Defendants do not oppose the requested relief sought by the Motion—that the parties' deadline to amend pleadings should be changed to August 14, 2020—Defendants in no way agree or concede that Plaintiffs have accurately characterized how discovery has progressed, any other aspect of discovery in this litigation, or the merits of Defendants' positions and briefing regarding whether Plaintiffs identified any trade secret in this litigation as required to proceed with discovery.  Defendants therefore contest any and all contentions by Plaintiffs that Defendants delayed or withheld discovery and that any such alleged delay, which there was none, satisfies the legal standard to amend the deadline to amend pleadings.  Defendants expressly reserve the right to assert all arguments, claims, and defenses available at law or equity in this action on these points.

With the above reservations, Defendants do not oppose an extension of the parties' deadline to amend pleadings from May 28, 2020, to August 14, 2020, as requested by Plaintiffs' Motion.

| | |
|---|---|
| 1  Dated: June 1, 2020 | **BAKER & McKENZIE LLP** |
| 2 | By: /s/ *Mackenzie Martin* |
| 3 | Colin H. Murray (SBN 159142) |
| 4 | colin.murray@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 5 | Two Embarcadero Center, 11th Floor<br>San Francisco, CA  94111-3802 |
| 6 | Telephone:     +1 415 576 3000<br>Facsimile:      +1 415 576 3099 |
| 7 | |
| 8 | Danielle L. Benecke (SBN 314896)<br>danielle.benecke@bakermckenzie.com<br>**BAKER & McKENZIE LLP** |
| 9 | 600 Hansen Way<br>Palo Alto, CA  94304 |
| 10 | Telephone:     +1 650 856 2400<br>Facsimile:      +1 650 856 9299 |

Jay F. Utley (Admitted *Pro Hac Vice*)
 jay.utley@bakermckenzie.com
Bart Rankin (Admitted *Pro Hac Vice*)
 bart.rankin@bakermckenzie.com
Mackenzie M. Martin (Admitted *Pro Hac Vice*)
 mackenzie.martin@bakermckenzie.com
John G. Flaim (Admitted *Pro Hac Vice*)
 john.flaim@bakermckenzie.com
Chaoxuan Liu (Admitted *Pro Hac Vice*)
 charles.liu@bakermckenzie.com
Mark Ratway  (Admitted *Pro Hac Vice*)
 mark.ratway@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone:     +1 214 978 3000
Facsimile:      +1 214 978 3099

*Attorneys for Defendants,*
*Vade Secure, Incorporated; Vade Secure SASU;*
*and Olivier Lemarié*