UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC (RMI)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-3** |

1     Before the Court is Plaintiffs' Motion to Change Time Pursuant to Civil L.R. 6-3.

2 Having considered Plaintiffs' Motion to Change Time, all papers submitted in support ~~of and in~~ thereof, and defendants' Notice of Nonopposition,

3 ~~opposition thereto~~, and finding that good cause exists, THIS COURT GRANTS the Motion to

4 Change Time and ORDERS that the deadline to amend pleadings is extended from May 28, 2020

5 to August 14, 2020.

7     IT IS SO ORDERED.

11 Dated: June 9, 2020

                                            The Honorable Maxine M. Chesney
                                            United States District Judge