**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
  Sean S. Pak (SBN 219032)
  seanpak@quinnemanuel.com
  Iman Lordgooei (SBN 251320)
  imanlordgooei@quinnemanuel.com
  50 California Street, 22nd Floor
  San Francisco, CA 94111
  Telephone: (415) 875-6600
  Facsimile: (415) 875-6700

**JWC LEGAL**
  Jodie W. Cheng (SBN 292330)
  jwcheng@jwc-legal.com
  One Market Street
  Spear Tower, 36th Floor
  San Francisco, CA 94105
  Telephone: (415) 293-8308

*Attorneys for Plaintiffs*
*Proofpoint, Inc. and Cloudmark LLC*

Colin H. Murray (SBN159142)
  colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:   +1 415 576 3099

Jay F. Utley (Admitted *Pro Hac Vice*)
  jay.utley@bakermckenzie.com
Bart Rankin (Admitted *Pro Hac Vice*)
  bart.rankin@bakermckenzie.com
Mackenzie M. Martin (Admitted *Pro Hac Vice*)
  mackenzie.martin@bakermckenzie.com
John G. Flaim (Admitted *Pro Hac Vice*)
  john.flaim@bakermckenzie.com
Chaoxuan Liu (Admitted *Pro Hac Vice*)
  charles.liu@bakermckenzie.com
Mark Ratway  (Admitted *Pro Hac Vice*)
  mark.ratway@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone:     +1 214 978 3000
Facsimile:   +1 214 978 3099

Attorneys for Defendants,
*Vade Secure, Incorporated; Vade Secure SASU;*
*Olivier Lemarié*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>                          Plaintiffs,<br><br>        v.<br><br>VADE SECURE, INCORPORATED;<br>VADE SECURE SASU; OLIVIER<br>LEMARIÉ,<br><br>                          Defendants. | **Case No. 3:19-cv-04238-MMC-RMI**<br><br>**Date Action Filed: July 23, 2019**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING TIME TO**<br>**SUBMIT JOINT STIPULATION AND**<br>**[PROPOSED] ORDER RE**<br>**NONPARTY SUBPOENAS**<br>**PURSUANT TO MINUTE ENTRY**<br>**(ECF NO. 175)** |

1

## STIPULATION

Under Civil L.R. 6-2, Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié (collectively, "Defendants") and Plaintiffs Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby stipulate to extend the deadline currently scheduled for June 10, 2020, to June 11, 2020, to submit a Proposed Order relating to a procedure and process by which the nonparties may produce documents in response to Plaintiffs' subpoenas. This Stipulation is supported by the Declaration of Mackenzie Martin submitted herewith.

WHEREAS, the Court has ordered the Parties to attempt to agree on a procedure and process by which the nonparties may produce documents, with certain limitations and without waiving Defendants' or the nonparties' objections, and to submit a Proposed Order governing that process by June 10, 2020 (Minute Entry, ECF No. 175.);

WHEREAS, the parties have met and conferred to attempt to reach agreement (Martin Decl. ¶ 3);

WHEREAS, the Parties have been unable to reach such agreement, but nevertheless expect that a one-day extension to submit a Proposed Order will allow for the Parties to verify necessary information relevant to their competing proposals, will allow for further consideration of the competing proposals and remaining disputed issues, will allow for further opportunity to meet and confer, and may facilitate further opportunity for the Parties to reach an agreement and eliminate the need for court intervention (Martin Decl. ¶ 4);

WHEREAS, good cause is shown because the Parties' meet and confers and communications are ongoing and, if permitted to continue, will facilitate the prospect of a potential agreement without the need for the Court's further intervention (Martin Decl. ¶ 4); and

WHEREAS, there have been no previous time modifications in connection with the Court's Order (ECF No. 175) requiring submission of a Proposed Order relating to the process and procedure by which documents and information may be produced by the nonparties, nor is there any prejudice to any party or nonparty resulting from this one-day extension.

1

1        NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY

2   REQUEST that the Court order that the Parties have up to and including June 11, 2020 to submit a

3   Proposed Order as required by ECF No. 175.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: June 10, 2020

Respectfully submitted,

By:  /s/ *Mackenzie Martin*

Colin H. Murray (SBN 159142)
  colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:    +1 415 576 3000
Facsimile:      +1 415 576 3099

Danielle L. Benecke (SBN 314896)
  danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:    +1 650 856 2400
Facsimile:      +1 650 856 9299

Jay F. Utley (Admitted *Pro Hac Vice*)
  jay.utley@bakermckenzie.com
Bart Rankin (Admitted *Pro Hac Vice*)
  bart.rankin@bakermckenzie.com
Mackenzie M. Martin (Admitted *Pro Hac Vice*)
  mackenzie.martin@bakermckenzie.com
John G. Flaim (Admitted *Pro Hac Vice*)
  john.flaim@bakermckenzie.com
Chaoxuan Liu (Admitted *Pro Hac Vice*)
  charles.liu@bakermckenzie.com
Mark Ratway  (Admitted *Pro Hac Vice*)
  mark.ratway@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone:    +1 214 978 3000
Facsimile:      +1 214 978 3099

*Attorneys for Defendants,*
*Vade Secure, Incorporated; Vade Secure SASU;*
*and Olivier Lemarié*

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Sean S. Pak*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JWC LEGAL
Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-8308

*Attorneys for Plaintiffs Proofpoint, Inc. and
Cloudmark LLCLLLC*

1

**FILER'S ATTESTATION OF CONCURRENCE**

2

I, Mackenzie Martin, attest that I am one of the attorneys for Defendants Vade Secure,

3

Incorporated; Vade Secure SASU; Olivier Lemarié.  As the ECF user and filer of this document, I

4

attest that concurrence in the filing of this document has been obtained from its signatories.

5

6

Dated: June 10, 2020                                    */s/ Mackenzie Martin*

7

Mackenzie Martin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Under Civil Local Rule 6-2, and on good cause shown, the parties have up to and including June 11, 2020 to submit a Proposed Order as required by ECF No. 175.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____          _____
                                  The Honorable Robert M. Illman
                                  United States Magistrate Judge

6