Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:  +1 650 856 2400
Facsimile:  +1 650 856 9299

Attorneys for Defendants,
VADE SECURE, INCORPORATED;
VADE SECURE SASU;
OLIVIER LEMARIÉ
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>Plaintiffs,<br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>Defendants. | **Case No. 3:19-cv-04238-MMC-RMI**<br><br>**Date Action Filed: July 23, 2019**<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S ORDER (ECF NO. 187) REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to the Court's instructions and rulings (ECF No. 187) in response to the sealing request made by Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié's to file under seal one sentence in the parties' Joint Discovery Statement Re: Nonparty Subpoenas (ECF No. 166), Defendants hereby submit the attached Declaration of Mackenzie Martin and a revised version of the parties' Joint Discovery Statement Re: Nonparty Subpoenas without the sentence at issue, as instructed and ordered by the Court.

| | |
|---|---|
| 1  Dated: June 23, 2020 | **BAKER & McKENZIE LLP** |

By: /s/ *Mackenzie Martin*

Colin H. Murray (SBN 159142)
  colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:   +1 415 576 3000
Facsimile:    +1 415 576 3099

Danielle L. Benecke (SBN 314896)
  danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:   +1 650 856 2400
Facsimile:    +1 650 856 9299

Jay F. Utley (Admitted *Pro Hac Vice*)
  jay.utley@bakermckenzie.com
Bart Rankin (Admitted *Pro Hac Vice*)
  bart.rankin@bakermckenzie.com
Mackenzie M. Martin (Admitted *Pro Hac Vice*)
  mackenzie.martin@bakermckenzie.com
John G. Flaim (Admitted *Pro Hac Vice*)
  john.flaim@bakermckenzie.com
Chaoxuan Liu (Admitted *Pro Hac Vice*)
  charles.liu@bakermckenzie.com
Mark Ratway  (Admitted *Pro Hac Vice*)
  mark.ratway@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone:   +1 214 978 3000
Facsimile:    +1 214 978 3099

Attorneys for Defendants,
Vade Secure, Incorporated; Vade Secure SASU; and Olivier Lemarié