Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
**JWC LEGAL**
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC (RMI)<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL NONPARTY GITHUB, INC. TO COMPLY WITH SUBPOENA *DUCES TECUM***<br><br>**Hearing**<br>Date: Aug. 6, 2020 11:00 a.m.<br>Judge: Hon. Robert M. Illman |

On July 10, 2020, Plaintiffs moved to compel nonparty Github, Inc. ("Github") to comply with the subpoena *duces tecum*, served nearly five months prior, by immediately producing the requested documents and information. (Dkt. 192 (the "Motion").) The Motion, supporting memorandum and exhibits, and proposed order were served on Github's registered agent of service identified in its corporate filings with the California Secretary of State. (Dkt. 194.) And the Court set a telephonic hearing on the Motion for August 6, 2020. (Dkt. 193.)

Github was required to file any opposition to the Motion by July 24, 2020. (Civil L.R. 7-3(a).) But that deadline has come and gone without any opposition or response from Github.

Therefore, in light of Github's failure to timely oppose the Motion, Plaintiffs respectfully request the Court to grant Plaintiffs' Motion on the papers and compel Github to immediately produce the documents requested by the subpoena. As detailed in the Motion, the subpoena complies with the procedural requirements of Rule 45 and seeks information that meets the relevance standard of Rule 26; and, thus, it should be treated and enforced as an order of the Court. *See, e.g.*, FED. R. CIV. P. 45, 26; *Martinez v. City of Pittsburg*, No. C 11-01017, 2012 WL 699462, *2 (N.D. Cal. Mar. 1, 2012) ("Subpoenas issued by attorneys are issued on behalf of the court and thus are treated as orders of the court.") (citations omitted); (Dkt. 192). In any event, any and all grounds for objection to the subpoena have been waived because Github failed to timely object (and, to date, has still not responded whatsoever to Plaintiffs' valid and compliant subpoena). *See Schoonmaker v. City of Eureka*, No. 17-cv-06749, 2018 WL 5829851, at *2 (N.D. Cal. Nov. 7, 2019) (Illman, M.J.)

DATED: July 31, 2020                              Respectfully Submitted,


By */s/ Jodie W. Cheng*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JWC LEGAL
Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-8308

*Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 31, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Executed on July 31, 2020, at San Francisco, California.

*/s/ Jodie W. Cheng*
Jodie W. Cheng