UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PROOFPOINT, INC., et al., <br> Plaintiffs, <br> v. <br> VADE SECURE, INCORPORATED, et al., <br> Defendants. | Case No. 19-cv-04238-MMC   (RMI) <br><br> **ORDER GRANTING MOTION TO COMPEL** <br><br> Re: Dkt. No. 192 |

On July 10, 2020, Plaintiffs filed a Motion to Compel (dkt. 192) nonparty Github Inc. ("Github") to comply with the Rule 45 subpoena *duces tecum* served on February 18, 2020. Prior to filing the instant motion, Plaintiffs attempted to meet and confer with Github on four separate occasions to no avail. *Id*. at 2. Github has not filed an opposition to the Motion. Pursuant to General Order 72-5 and Civil Local Rule 7-1(b), the court finds that Plaintiffs' Motion is appropriate for decision without oral argument and hereby VACATES the hearing set for August 6, 2020.

Rule 45 requires that all objections to a subpoena to "produce documents or tangible things" must be served "before the earlier of the time specified for compliance or 14 days after the subpoena is served." Fed. R. Civ. P. 45(d)(2)(B). "'Failure to serve timely objections waives **all** grounds for objection.'" *Poturich v. Allstate Ins. Co.*, No. EDCV150081GWKKX, 2015 WL 12766048, at *2 (C.D. Cal. Aug. 11, 2015) (quoting *McCoy v. Sw. Airlines Co.*, 211 F.R.D. 381, 385 (C.D. Cal. 2002)) (emphasis added).

Github failed to file objections to the Rule 45 subpoena, and thus, it has waived all objections thereto. *See Poturich*, 2015 WL 12766048, at *2 ("Quality Sheds has failed to object

within the time required and hence, has waived any objections."). Accordingly, it is hereby

**ORDERED** that Github shall comply with Rule 45 and respond to the subpoena and produce all responsive documents without objections in accordance with the undersigned's Order (dkt. 188) no later than August 10, 2020.

**IT IS SO ORDERED.**

Dated: August 3, 2020

ROBERT M. ILLMAN
United States Magistrate Judge