1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC <br><br> Plaintiffs, <br><br> v. <br><br> VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ <br><br> Defendants. | CASE NO. 3:19-cv-04238-MMC (RMI) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered Plaintiffs' Administration Motion to File Under Seal portions of

2  Plaintiffs' Motion for Leave to Amend the Complaint ("Plaintiffs' Motion") and portions of

3  Exhibits 1–2 to the Declaration of Jodie W. Cheng that were filed in support thereof, the Court's

4  rulings on the sealing requests are set forth below as to each document:

| Location of Confidential Material | Ruling |
|---|---|
| Plaintiffs' Motion for Leave to Amend the Complaint<br><br>Highly Confidential – Attorneys' Eyes Only and Highly Confidential – Source Code information redacted at pp. 1, 5, 8. | |
| *Exhibit 1* to the Declaration of Jodie W. Cheng In Support of *Plaintiffs' Motion for Leave to Amend the Complaint* (Proposed First Amended Complaint)<br><br>Highly Confidential – Attorneys' Eyes Only and Highly Confidential – Source Code information redacted ¶¶ 114, 116, 117. | |
| *Exhibit 2* to the Declaration of Jodie W. Cheng In Support of *Plaintiffs' Motion for Leave to Amend the Complaint* (Redline Comparison of the Proposed First Amended Complaint and the Complaint)<br><br>Highly Confidential – Attorneys' Eyes Only and Highly Confidential – Source Code information redacted ¶¶ 114, 116, 117. | |

IT IS SO ORDERED.

Dated: _____          _____
                                      The Honorable Maxine M. Chesney
                                      United States District Judge

- 1 -                                                  Case No. 3:19-cv-04238-MMC

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT