| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>  Sean S. Pak (SBN 219032)<br>  seanpak@quinnemanuel.com<br>  Iman Lordgooei (SBN 251320)<br>  imanlordgooei@quinnemanuel.com<br>  50 California Street, 22nd Floor<br>  San Francisco, CA 94111<br>  Telephone: (415) 875-6600<br>  Facsimile: (415) 875-6700<br><br>**JWC LEGAL**<br>  Jodie W. Cheng (SBN 292330)<br>  jwcheng@jwc-legal.com<br>  One Market Street<br>  Spear Tower, 36th Floor<br>  San Francisco, CA 94105<br>  Telephone: (415) 293-8308<br><br>*Attorneys for Plaintiffs,*<br>*Proofpoint, Inc. and Cloudmark LLC* | Colin H. Murray (SBN159142)<br>  colin.murray@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111-3802<br>Telephone: +1 415 576 3000<br>Facsimile: +1 415 576 3099<br><br>Jay F. Utley (Admitted *Pro Hac Vice*)<br>  jay.utley@bakermckenzie.com<br>Bart Rankin (Admitted *Pro Hac Vice*)<br>  bart.rankin@bakermckenzie.com<br>Mackenzie M. Martin (Admitted *Pro Hac Vice*)<br>  mackenzie.martin@bakermckenzie.com<br>John G. Flaim (Admitted *Pro Hac Vice*)<br>  john.flaim@bakermckenzie.com<br>Chaoxuan Liu (Admitted *Pro Hac Vice*)<br>  charles.liu@bakermckenzie.com<br>Mark Ratway (Admitted *Pro Hac Vice*)<br>  mark.ratway@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>1900 North Pearl Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone: +1 214 978 3000<br>Facsimile: +1 214 978 3099<br><br>*Attorneys for Defendants,*<br>*Vade Secure, Incorporated; Vade Secure SASU;*<br>*Olivier Lemarié* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>         Plaintiffs,<br>   v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>         Defendants. | **Case No. 3:19-cv-04238-MMC-RMI**<br><br>**Date Action Filed: July 23, 2019**<br><br>**STIPULATION OF NONOPPOSITION TO MOTIONS FOR LEAVE TO AMEND (ECF NOS. 198 & 201)** |

# **STIPULATION**

Under Civil L.R. 7-12, Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié (collectively, "Defendants") and Plaintiffs Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby stipulate, without waiving any rights or arguments relating to the amended pleadings, themselves, to not oppose the parties' respective pending motions for leave to amend. (*See* Pls.' Mot. for Leave to Amend the Compl., ECF No. 198; Defs.' Mot. for Leave, ECF No. 201.) Though Plaintiffs do not oppose the requested relief sought by Defendants' Motion for Leave—that they be granted leave to file their Second Amended Answer, Affirmative Defenses, and Counterclaims—Plaintiffs in no way agree or concede that Defendants have properly pleaded the additional counterclaims asserted therein, that the counterclaims state a claim upon which relief can be granted, or that Defendants' assertions in those counterclaims have any merit or basis in fact or law. To the contrary, Plaintiffs contest Defendants' counterclaims, but, in lieu of unnecessarily expending the parties' and the Court's resources litigating Motions for Leave and other potential ancillary issues,[1] Plaintiffs have agreed not to oppose Defendants' Motion for Leave so that the underlying counterclaims may be addressed on a motion to dismiss under Fed. R. Civ. P. 12(b)(6) and/or 12(c). Plaintiffs therefore expressly reserve the right to assert all arguments and defenses, including those under Fed. R. Civ. P. 12(b) and 12(c), available at law or equity in this action on these points.

Similarly, Defendants in no way agree or concede that Plaintiffs have properly pleaded the additional claim asserted in its First Amended Complaint, that the claims asserted therein state a claim upon which relief can be granted, or that Plaintiffs' assertions in those claims have any merit or basis in fact or law. To the contrary, Defendants contest Plaintiffs' claims, but, in lieu of unnecessarily expending the parties' and the Court's resources litigating Motions for Leave and other potential ancillary issues, Defendants have agreed not to oppose Plaintiffs' Motion for Leave so that the underlying claims may be addressed on a motion to dismiss under Fed. R. Civ. P. 12(b)(6), 12(c),

---

[1] Defendants have represented to Plaintiffs that, even if the Court denies their Motion for Leave, they intend to simply assert their counterclaims in a newly-filed action. Accordingly, while Plaintiffs believe that such an attempt would violate this jurisdiction's rule against claim splitting, Plaintiffs are willing to stipulate to the entry of the amended pleadings solely for the purpose of streamlining the parties' disputes and avoiding unnecessary ancillary litigation.

1
Case No. 3:19-cv-04238-MMC-RMI
STIPULATION AND [PROPOSED] ORDER

and/or any other motion as appropriate at law or in equity. Defendants therefore expressly reserve the right to assert all arguments and defenses, including those under Fed. R. Civ. P. 12(b), 12(c), or other applicable motion practice available at law or equity in this action on these points.

WHEREAS, Plaintiffs filed a Motion for Leave to Amend the Complaint on August 13, 2020 (Pls.' Mot. for Leave to Amend, ECF No. 198), and Defendants filed a Motion for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims on August 14, 2020 (Defs.' Mot. for Leave, ECF No. 201);

WHEREAS, the parties have met and conferred to reach agreement on the entry of their respective amended pleadings to avoid unnecessary motion practice with respect specifically, and limited, to the parties' motions for leave, and not the merits of the underlying pleadings sought to be filed in this action;

WHEREAS, neither side opposes the other's pending motion for leave to amend for the reasons stated above;

WHEREAS, the parties reserve all defenses and arguments that the parties have against any claim or allegation asserted in the amended pleadings, including the right to file a motion under Federal Rule of Civil Procedure 12(b) and/or 12(c) in response to the amended pleadings; and

WHEREAS, the parties, indeed, expressly reserve the right to file any 12(b) motions in response to the amended pleadings, and that such motions, if any, shall be filed within 14 days from the date the amended pleading is deemed filed with the Court, or 14 days from grant of this stipulation, whichever is later. *See* Fed. R. Civ. P. 15(a)(3).

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: August 27, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ *Bart Rankin* |
| 4 | | Colin H. Murray (SBN 159142) |
| | | colin.murray@bakermckenzie.com |
| 5 | | **BAKER & McKENZIE LLP** |
| | | Two Embarcadero Center, 11th Floor |
| 6 | | San Francisco, CA  94111-3802 |
| | | Telephone:     +1 415 576 3000 |
| 7 | | Facsimile:       +1 415 576 3099 |

Dated: August 27, 2020                          Respectfully submitted,

By: /s/ *Bart Rankin*

Colin H. Murray (SBN 159142)
 colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:     +1 415 576 3000
Facsimile:       +1 415 576 3099

Danielle L. Benecke (SBN 314896)
 danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:     +1 650 856 2400
Facsimile:       +1 650 856 9299

Jay F. Utley (Admitted *Pro Hac Vice*)
 jay.utley@bakermckenzie.com
Bart Rankin (Admitted *Pro Hac Vice*)
 bart.rankin@bakermckenzie.com
Mackenzie M. Martin (Admitted *Pro Hac Vice*)
 mackenzie.martin@bakermckenzie.com
John G. Flaim (Admitted *Pro Hac Vice*)
 john.flaim@bakermckenzie.com
Chaoxuan Liu (Admitted *Pro Hac Vice*)
 charles.liu@bakermckenzie.com
Mark Ratway  (Admitted *Pro Hac Vice*)
 mark.ratway@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone:     +1 214 978 3000
Facsimile:       +1 214 978 3099

*Attorneys for Defendants,*
*Vade Secure, Incorporated; Vade Secure SASU;*
*and Olivier Lemarié*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ Iman Lordgooei*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JWC LEGAL
Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-8308

*Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLC*

**FILER'S ATTESTATION OF CONCURRENCE**

I, Bart Rankin, attest that I am one of the attorneys for Defendants Vade Secure, Incorporated; Vade Secure SASU; Olivier Lemarié. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: August 27, 2020                     /s/ Bart Rankin
                                           Bart Rankin

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation under Civil Local Rule 7-12, Plaintiffs' Motion for Leave to Amend Complaint (ECF No. 198) and Defendants' Motion for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims (ECF No. 201) are GRANTED, subject to the parties' reservation of all rights and defenses as set forth in their stipulation. The parties shall file their respective responses to the amended pleadings and/or Motions to Dismiss under Fed. R. Civ. P. 12(b) within 14 days of the date the amended pleadings are filed with the Court or from the date of this Order, whichever is later.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

The Honorable Maxine M. Chesney
United States District Judge