IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PROOFPOINT, INC., et al.,

        Plaintiffs,

    v.

VADE SECURE, INCORPORATED, et al.,

        Defendants.

Case No.  19-cv-04238-MMC

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL; DIRECTIONS TO PLAINTIFFS**

Before the Court is plaintiffs' Administrative Motion to File Under Seal, filed August 13, 2020, and defendants' responsive declaration.

Having read and considered the papers filed in support of and in response to the Administrative Motion, the Court rules as follows:

1.  To the extent the motion seeks leave to file under seal the text located below the term "Vade source code file," in ¶ 116 of Exhibit 1 to the Declaration of Jodie W. Cheng in Support of Plaintiffs' Motion for Leave to Amend the Complaint ("Cheng Decl."), and ¶ 116 of Exhibit 2 to the Cheng Decl., the motion is hereby GRANTED; and

2.  In all other respects, the motion is hereby DENIED.

Plaintiffs are hereby DIRECTED to file in the public record, no later than seven days from the date of this order, the unredacted version of their Motion for Leave to Amend, as well as revised redacted versions of Exhibits 1 and 2 to the Cheng Decl. in accordance herewith.

**IT IS SO ORDERED.**

Dated: September 2, 2020

MAXINE M. CHESNEY
United States District Judge