IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 19-cv-04238-MMC<br><br>**ORDER APPROVING STIPULATION; GRANTING PLAINTIFFS' MOTION TO AMEND; GRANTING DEFENDANTS' MOTION TO AMEND; DIRECTIONS TO PARTIES; VACATING HEARING** |

    Before the Court are two motions: (1) plaintiffs' Motion, filed August 13, 2020, "for Leave to Amend the Complaint"; and (2) defendants' Motion, filed August 14, 2020, "for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims." Also before the Court is the parties' "Stipulation of Nonopposition to Motions for Leave to Amend," filed August 27, 2020.

    Having read and considered the parties' respective Motions and the Stipulation, the Court hereby rules as follows:[1]

    1. The Stipulation is hereby APPROVED, and, in light thereof, the parties' respective Motions are hereby GRANTED.

    2. No later than September 9, 2020, plaintiffs shall file their First Amended Complaint ("FAC"); specifically, plaintiffs shall file in the public record a redacted version of the FAC, in conformity with the order, filed concurrently herewith, granting in part and denying in part plaintiffs' Administrative Motion to File Under Seal, and shall file the unredacted version of the FAC under seal.

---

[1] The September 18, 2020, hearing on the motions to amend is hereby VACATED.

3.  No later than September 9, 2020, defendants shall file their Second Amended Answer, Affirmative Defenses, and Counterclaims ("SAA"); specifically, defendants shall file in the public record a redacted version of the SAA, in conformity with the order, filed concurrently herewith, granting in part and denying in part defendants' Administrative Motion to File Under seal, and shall file the unredacted version of the SAA under seal.

4.  The parties shall file their respective responses to the amended pleadings and/or motions to dismiss within 14 days of the date the amended pleadings are filed with the Court.

**IT IS SO ORDERED.**

Dated: September 2, 2020

_____
MAXINE M. CHESNEY
United States District Judge