Alexander Brauer (appearance *pro hac vice*)
TX SBN 24038780
abrauer@baileybrauer.com

**BAILEY BRAUER PLLC**
8350 N. Central Expressway
Suite 650
Dallas, Texas 75206
Telephone: (214) 360-7433
Facsimile: (214) 360-7435

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>                         Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIE,<br><br>                         Defendants. | CASE NO.: 3:19-cv-4238<br><br>**NOTICE OF APPEARANCE OF ALEXANDER BRAUER AS COUNSEL FOR DEFENDANTS VADE SECURE, INCORPORATED, VADE SECURE SASU, OLIVIER LEMARIE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Alexander Brauer of Bailey Brauer PLLC, 8350 N. Central Expressway, Suite 650, Dallas, Texas 75206 hereby appears as counsel on behalf of Defendants Vade Secure, Incorporated, Vade Secure Sasu, Olivier Lemarie in the above-referenced matter.  Copies of all pleadings and notices pertaining to the above-entitled action not filed through the Court's electronic filing system should be provided to counsel at the following address:

Alexander Brauer
BAILEY BRAUER PLLC
8350 N. Central Expressway
Suite 650
Dallas, Texas 75206
abrauer@baileybrauer.com

Date: September 2, 2020                     Respectfully Submitted,


By: */s/ Alexander Brauer*
    Alexander Brauer

Alexander Brauer (appearance *pro hac vice*)
TX SBN 24038780
abrauer@baileybrauer.com

**BAILEY BRAUER PLLC**
8350 N. Central Expressway
Suite 650
Dallas, Texas 75206
Telephone: (214) 360-7433
Facsimile: (214) 360-7435

*Attorney for Defendants*