Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
**JWC LEGAL**
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>vs.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER MARIO LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC<br><br>**PLAINTIFFS' RESPONSE TO THE COURT'S DIRECTIONS AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 212)** |

The Court has reviewed Proofpoint, Inc. and Cloudmark LLC's Administrative Motion to File Under Seal portions of Plaintiffs' Motion for Leave to Amend the Complaint ("Plaintiffs' Motion"), as well as Exhibits 1–2 to the Declaration of Jodie W. Cheng in support thereof. The Court finds that good causes exists to seal the documents or portions thereof submitted in connection with Plaintiffs' Motion. The Court also finds that the redactions are narrowly tailored. The Court's rulings (Dkt. 212) on the sealing requests are set forth in the tables below:

| Location of Confidential Material | Court's Order |
|---|---|
| Plaintiffs' Motion for Leave to Amend the Complaint<br><br>Possibly Highly Confidential – Attorneys' Eyes Only and Highly Confidential – Source Code information redacted at pp. 1, 5, 8. | **DENIED** |
| *Exhibit 1 to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion for Leave to Amend the Complaint* (Proposed First Amended Complaint)<br><br>Possibly Highly Confidential – Attorneys' Eyes Only and Highly Confidential – Source Code information ¶¶ 114, 116, 117. | **GRANTED IN PART, DENIED IN PART** |
| *Exhibit 2 to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Motion for Leave to Amend the Complaint* (Redline Comparison of the Proposed First Amended Complaint and the Complaint)<br><br>Possibly Highly Confidential – Attorneys' Eyes Only and Highly Confidential – Source Code information redacted ¶¶ 114, 116, 117. | **GRANTED IN PART, DENIED IN PART** |

DATED: Setpember 2, 2020              Respectfully Submitted,


                                      By /s/ Jodie W. Cheng

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Sean S. Pak (SBN 219032) |
| | seanpak@quinnemanuel.com |
| 3 | Iman Lordgooei (SBN 251320) |
| | imanlordgooei@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| 5 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 6 | |
| 7 | JWC LEGAL |
| | Jodie W. Cheng (SBN 292330) |
| 8 | jwcheng@jwc-legal.com |
| | One Market Street |
| 9 | Spear Tower, 36th Floor |
| | San Francisco, CA 94105 |
| 10 | Telephone: (415) 293-8308 |
| 11 | *Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLC* |