1  Colin H. Murray (SBN 159142)
     colin.murray@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, CA  94111-3802
   Telephone:  +1 415 576 3000
4  Facsimile:   +1 415 576 3099

5  Danielle L. Benecke (SBN 314896)
     danielle.benecke@bakermckenzie.com
6  **BAKER & McKENZIE LLP**
   600 Hansen Way
7  Palo Alto, CA  94304
   Telephone:  +1 650 856 2400
8  Facsimile:   +1 650 856 9299

9  Attorneys for Defendants
   VADE SECURE, INCORPORATED;
10 VADE SECURE SASU;
   OLIVIER LEMARIÉ
11

12                UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

14
   PROOFPOINT, INC.; CLOUDMARK              **Case No. 3:19-cv-04238-MMC**
15 LLC,
                                            **Date Action Filed: July 23, 2019**
16           Plaintiffs,
                                            [~~PROPOSED~~] ORDER GRANTING
17     v.                                   IN PART
                                            **DEFENDANTS' MOTION TO**
18 VADE SECURE, INCORPORATED;               **CHANGE TIME TO RESPOND TO**
   VADE SECURE SASU; OLIVIER                **PLAINTIFFS' FIRST AMENDED**
19 LEMARIÉ,                                 **COMPLAINT**

20           Defendants.
                                            **San Francisco Courthouse**
21                                          **450 Golden Gate Avenue**
                                            **San Francisco, CA 94102**
22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

Under Civil Local Rule 6-3, Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié (collectively, "Defendants") filed a Motion to Change Time to Respond to Plaintiffs' First Amended Complaint. After considering the Motion and ~~other matters of record~~ plaintiffs' opposition thereto, the Court is of the opinion that the Motion is meritorious and should be GRANTED in part.

It is therefore ORDERED that:

Defendants' deadline to respond to Plaintiffs' First Amended Complaint is hereby extended to and including September ~~30, 2020.~~ 23, 2020.

**IT IS SO ORDERED.**

Dated: September 18, 2020

_____
The Honorable Maxine M. Chesney
United States District Judge

1

Case No. 3:19-cv-04238-MMC
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT