Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
**JWC LEGAL**
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC (RMI)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Hearing**<br>Date:  N/A (General Order 72-6)<br>Judge:  Hon. Maxine M. Chesney |

05829-00002E/12371161.1

Pursuant to the Northern District of California's Civil Local Rules 7-11 and 79-5, Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiffs") respectfully move for an order permitting them to file under seal the following portions of Plaintiffs' Reply in Support of Motion to Dismiss Vade Defendants' Counterclaims ("Plaintiffs' Reply"), which contains confidential information of Plaintiffs and is considered "Confidential, "Highly Confidential – Source Code," or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. 117).  Certain portions of Plaintiffs' Reply also contain, discuss, or relate to information that Defendants Vade Secure, Incorporated and Vade Secure SASU ("Vade Defendants") designated as "Confidential," "Highly Confidential – Source Code," or "Highly Confidential – Attorneys' Eyes Only."

The reasons and specific bases for sealing the documents and excerpts identified below are set forth in the Declaration of Jodie W. Cheng in Support of Plaintiffs' Administrative Motion to File under Seal filed herewith ("Cheng Decl.") ¶ 4:

| Location of Confidential Material | Contains Confidential Information Of: |
|---|---|
| Plaintiffs' Reply in Support of Motion to Dismiss Vade Defendants' Counterclaims<br><br>Vade Defendants' Confidential Information Redacted at:<br><br>• p. 15, ll. 19–20 | Defendants |
| Plaintiffs' Reply in Support of Motion to Dismiss Vade Defendants' Counterclaims<br><br>Plaintiffs' Confidential Information Redacted at:<br><br>• p. 4, ll. 9, 11–12;<br>• p. 7, l. 15;<br>• p. 14, ll. 18–19 | Plaintiffs |

### I. ARGUMENT

Plaintiffs hereby move to seal documents or portions thereof, as set forth fully in the accompanying declaration in support of its Administrative Motion to Seal.  (Cheng Decl. ¶¶ 1–5.)  These documents contain information that has been designated "Highly Confidential – Attorneys'

Eyes Only," "Highly Confidential – Source Code," or "Confidential" by Vade under the Protective Order. (*Id.*) Additionally, portions of Plaintiffs' Reply contain Plaintiffs' confidential commercial information, including information relating to Plaintiffs' customers (to which Plaintiffs may owe a duty of confidentiality), contract terms, and negotiation process, which could cause serious commercial and competitive harm to Plaintiffs by competitors if publicly disclosed. (*Id.* ¶ 4.) These portions are entitled to sealing for the same reason set forth in the Court's Order Granting in Part and Denying in Part Defendants' Administrative Motion to File Under Seal (Dkt. 214). (*Id.*)

Plaintiffs' request is narrowly tailored and only seeks to seal the portions of Plaintiffs' Motion that Plaintiffs consider to be confidential and could create a substantial risk of serious harm if publicly disclosed. *See, e.g.*, *Kowalsky v. Hewlett-Packard Co.*, 2012 WL 892427, at *2 (N.D. Cal. Mar. 14, 2012) (finding sealing appropriate where "[t]he proposed redactions contain . . . confidential product development information, the disclosure of which could harm [movant's] competitive advantage in the marketplace").

## II.     CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their Administrate Motion to File Under Seal.

DATED: October 9, 2020          Respectfully Submitted,

By */s/ Jodie W. Cheng*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

05829-00002E/12371161.1

- 2 -      Case No. 3:19-cv-04238-MMC (RMI)
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JWC LEGAL
Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-8308

*Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLC*