Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
**JWC LEGAL**
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>vs.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER MARIO LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC (RMI)<br><br>**DECLARATION OF JODIE W. CHENG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Hearing**<br>Date:   N/A (General Order 72-6)<br>Judge:  Hon. Maxine M. Chesney |

05829-00002E/12371162.1

I, Jodie W. Cheng, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an attorney with JWC Legal, located at One Market Plaza, San Francisco, CA 94105. I am counsel for Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiffs") in the above-captioned matter.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Plaintiffs' Reply in Support of Motion to Dismiss Vade Defendants' Counterclaims ("Plaintiffs' Reply").

4. I have reviewed Plaintiffs' Reply. Portions of Plaintiffs' Reply contain confidential information of Plaintiffs and is considered "Confidential, "Highly Confidential – Source Code," or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. 117). Further, other portions contain, discuss, or relate to information that Defendants Vade Secure, Incorporated and Vade Secure SASU ("Vade Defendants") designated as "Confidential," "Highly Confidential – Source Code," or "Highly Confidential – Attorneys' Eyes Only." Compelling reasons support sealing the documents or portions thereof, as set forth below:

| **Location of Confidential Material** | **Basis For Filing Under Seal:** |
|---|---|
| Plaintiffs' Reply in Support of Motion to Dismiss Vade Defendants' Counterclaims<br><br>Vade Defendants' Confidential Information Redacted at:<br>• p. 15, ll. 19–20 | Contains, discusses, or relates to information that Defendants Vade Secure, Incorporated and Vade Secure SASU ("Vade Defendants") designated as "Confidential," "Highly Confidential – Source Code," or "Highly Confidential – Attorneys' Eyes Only." |

| Plaintiffs' Reply in Support of Motion to Dismiss Vade Defendants' Counterclaims<br><br>Plaintiffs' Confidential Information Redacted at:<br><br>• p. 4, ll. 9, 11–12;<br>• p. 7, l. 15;<br>• p. 14, ll. 18–19; | Contains information that is "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 117), and is entitled to sealing for the same reason set forth in the Court's Order Granting in Part and Denying in Part Defendants' Administrative Motion to File Under Seal (Dkt. 214), including that it contains Plaintiffs' confidential commercial information, including information relating to Plaintiffs' customers (to which Plaintiffs may owe a duty of confidentiality), contract terms, and negotiation process, which could cause serious commercial and competitive harm to Plaintiffs by competitors if publicly disclosed. |

5. The proposed sealing is narrowly tailored because no less restrictive means exist to protect Plaintiffs' confidential, highly confidential, and trade secret information from public disclosure. Disclosure of Plaintiffs' information referenced above would create a substantial risk of serious harm, including irreparable competitive harm, if publicly disclosed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October, 2020, in San Francisco, California.

*/s/ Jodie W. Cheng*
Jodie W. Cheng