Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
**JWC LEGAL**
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>vs.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER MARIO LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC (RMI)<br><br>**DECLARATION OF IMAN LORDGOOEI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**Hearing**<br>Date:   N/A (General Order 72-6)<br>Judge:  Hon. Robert M. Illman |

I, Iman Lordgooei, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, located at 50 California Street, 22nd Floor, San Francisco, CA 94111. I am counsel for Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiff") in the above-captioned matter.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal ("Plaintiffs' Motion") portions of Plaintiffs' Written Request Regarding the Procedure for Discovery Letter-Briefs ("Plaintiffs' Request").

4. I have reviewed Plaintiffs' Motion, as well as Exhibit 1 attached to this declaration, which was submitted in support of Plaintiffs' Request. Portions of Exhibit 1 contain, discuss, or relate to information that Defendants Vade Secure, Incorporated and Vade Secure SASU ("Vade Defendants") designated as "Confidential," "Highly Confidential – Source Code," or "Highly Confidential – Attorneys' Eyes Only." Compelling reasons support sealing the documents or portions thereof, as set forth below:

| Location of Confidential Material | Basis For Filing Under Seal: |
|---|---|
| *Exhibit 1 to the Declaration of Jodie W. Cheng In Support of Plaintiffs' Request*<br><br>Highly Confidential – Attorneys' Eyes Only and Highly Confidential – Source Code information redacted at pp. 6–8, 10–12. | Contains, discusses, or relates to information that Defendants Vade Secure, Incorporated and Vade Secure SASU ("Vade Defendants") designated as "Confidential," "Highly Confidential – Source Code," or "Highly Confidential – Attorneys' Eyes Only." |

5. The proposed sealing is narrowly tailored because no less restrictive means exist to protect Defendants' confidential, highly confidential, and trade secret information from public disclosure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October, 2020, in Los Angeles, California.

                                        */s/ Iman Lordgooei*
                                        Iman Lordgooei