UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No.  19-cv-04238-MMC   (RMI)<br><br>**ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 287 |

　　　　Previously, the court bifurcated the issues presented in Plaintiffs' motion (dkt. 287) for enforcement and sanctions, such that the court would first deal with the issues pertaining to the enforcement of its prior orders before turning to the issue of attorneys' fees and costs. *See* Order of November 11, 2020 (dkt. 334) at 2. Now that the discovery orders in question have been enforced (*see* dkts. 337, 338), the issue of Plaintiffs' request for attorneys' fees and costs can be adjudicated. Accordingly, no later than 12:00 p.m. on Friday, December 4, 2020, the parties are **ORDERED** to file a joint letter brief (without any page limitations) containing chronologically-organized and detailed descriptions for each item or unit of attorneys' fees and other costs to which Plaintiffs believe they are entitled (along with supporting information such as billing records and declarations pertaining to the justifications for the relevant hourly rates or other costs), as well as Defendants' point-for-point objections, if any.

　　　　**IT IS SO ORDERED.**

Dated: November 20, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge