Colin H. Murray (SBN 159142)
colin.murray@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

Danielle L. Benecke (SBN 314896)
danielle.benecke@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone:  +1 650 856 2400
Facsimile:  +1 650 856 9299

Attorneys for Defendants,
VADE SECURE, INCORPORATED and
VADE SECURE SASU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>Plaintiffs,<br>v.<br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>Defendants. | **Case No. 3:19-cv-04238-MMC-RMI**<br><br>**Date Action Filed: July 23, 2019**<br><br>**CERTIFICATION OF BART RANKIN PURSUANT TO COURT ORDER (ECF NO. 334)** |

I, Bart Rankin, declare:

1. I am counsel with the law firm Baker & McKenzie LLP, and I am one of the attorneys of record representing Defendants, Vade Secure, Incorporated and Vade Secure SASU (collectively "Vade"), in this matter.

2. I have personal knowledge of the matters set forth herein.

3. I am aware that on November 11, 2020, the Court entered an order requiring that "Vade's CEO and its counsel in this court have certified to the court in writing that all materials that are responsive to RFP Nos. 1, 2, and 7-10, have been made available for inspection by Plaintiffs." (Order 9-10, ECF No. 334.)

4. Plaintiffs' RFP Nos. 1 and 2 read as follows:

**REQUEST FOR PRODUCTION NO. 1**: Complete copies of the SOURCE CODE, including associated comments and revision histories (e.g., Git Commits) sufficient to show individual authors/contributors, that VADE has used or is using in connection with the development or sale of any and all versions or releases of VADE O365.

**REQUEST FOR PRODUCTION NO. 2**: Complete copies of the SOURCE CODE, including associated comments and revision histories (e.g., Git Commits) sufficient to show individual authors/contributors, that VADE has used or is using in connection with the development or sale of any and all versions or releases of VADE MTA.

5. In response to the Court's Order, Vade produced all Source Code, including associated comments and revision histories, that Vade used or is using in connection with the development or sale of any and all versions or releases of its Vade Secure for Office 365 and MTA products, as well as any other products or features developed by Vade.

6. On November 25, 2020, counsel for Plaintiffs sent an e-mail making the following statement: "Rather than producing the complete repositories, which include the revision histories and associated metadata, Vade only produced a 'working version' of each repository, *i.e.*, a snapshot containing a single version of the code, without revision histories or metadata. This appears to be the case for all of the directories and subdirectories in the path ███████████ on the source code review computer."

7. After discussing with Vade, it is my understanding that the code Plaintiffs contend is missing was actually already provided to Plaintiffs and can be found in at least the repository ███████████████████████████████████ which include all associated comments and revision histories. That code was provided to Plaintiffs on or before November 20, 2020.

8. While duplicative, Vade has now also provided the server copy of the ████ repository for inspection on the source code computer, such that Plaintiffs are also able to review that code in that manner if they prefer.

9. Counsel for Plaintiffs also made the following statement in his November 25th correspondence: "Vade has not produced the Git repositories associated with the ██████ files that have been produced. At least the following repositories are missing and should be produced: ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ And in Vade's view, these files do not substantively alter the application or functionality of Vade's MTA products.

10. To be clear, Vade produced all such policy files on or before November 20, 2020.

11. I understand that these ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ As a result, the Git repositories for these policy files were inadvertently omitted from the source code collection and production on or before November 20, 2020. Vade has now collected all Git repositories associated with these policy files and made them available on the Source Code computer.

12. Further, while Vade maintains that it has at all times been in compliance with the Court's orders, out of an abundance of caution, Vade has also paid into the Court's registry the total amount of $42,500, which reflects the outstanding accrued daily fines under the Court's Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on November 30, 2020.

_____
Bart Rankin

3