QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Jodie W. Cheng (SBN 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JWC LEGAL
Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
One Market Plaza, Suite 3600
San Francisco, California 94105
Telephone: (415) 293-8308

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER MARIO LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC-RMI<br><br>**DECLARATION OF CATHERINE R. LACEY IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Catherine R. Lacey, declare as follows:

1. I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP located at 50 California Street, 22nd Floor, San Francisco, CA 94111. I am counsel for Plaintiffs Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiffs") in the above-captioned matter.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal portions of Plaintiffs' Opposition to Defendant Olivier Lemarié's Motion to Strike the Expert Report and Opinions of Matthew Moore ("Plaintiffs' Opposition"), as well as Exhibits 1-2 to the Declaration of Catherine R. Lacey In Support Of Plaintiffs' Opposition.

4. I have reviewed Plaintiffs' Opposition and Exhibits 1-2 to the Declaration of Catherine R. Lacey In Support Of Plaintiffs' Opposition, which contain Plaintiffs' confidential information considered "Highly Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. 117), or contain, discuss, or relate to information that Defendants Vade Secure, Incorporated and Vade Secure SASU ("Vade") and/or Defendant Lemarié (collectively, "Defendants") have designated as "Confidential," "Highly Confidential – Source Code," or "Highly Confidential – Attorneys' Eyes Only," or that they may otherwise consider to be confidential to Vade. Compelling reasons support sealing the documents or portions thereof, as set forth below:

| **Location of Confidential Material** | **Basis For Filing Under Seal:** |
|---|---|
| Plaintiffs' Opposition to Defendant Olivier Lemarié's Motion to Strike the Expert Report and Opinions of Matthew Moore<br><br>Defendants' confidential information redacted at:<br><br>• pp. 1-14 | Contains, discusses, or relates to information that Defendants Vade Secure, Incorporated and Vade Secure SASU ("Vade Defendants") and/or Defendant Olivier Lemarié designated as "Confidential," "Highly Confidential – Source Code," or "Highly Confidential – Attorneys' Eyes Only." |

| | |
|---|---|
| ***Exhibit 1** to the Declaration of Catherine R. Lacey In Support Of Plaintiffs' Opposition*<br><br>***Exhibit 2** to the Declaration of Catherine R. Lacey In Support Of Plaintiffs' Opposition* | Contains Plaintiffs' highly confidential and sensitive business information, including technical information regarding the development and/or operation of Plaintiffs' products, that is "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and/or "HIGHLY CONFIDENTIAL – SOURCE CODE" under the Protective Order (Dkt. 117).<br><br>Contains, discusses, or relates to information that Defendant Olivier Lemarié designated as "Confidential," "Highly Confidential – Source Code," or "Highly Confidential – Attorneys' Eyes Only." |

5. The proposed sealing is narrowly tailored because no less restrictive means exist to protect Plaintiffs' confidential, highly confidential, and trade secret information from public disclosure. Disclosure of Plaintiffs' information referenced above would create a substantial risk of serious harm if publicly disclosed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day of May 7, 2021, in San Francisco, California.

*/s/ Catherine R. Lacey*
Catherine R. Lacey