IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>Defendants. | Case No. 19-cv-04238-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL [DOC. NO. 449]; DIRECTIONS TO PLAINTIFFS** |

Before the Court is plaintiffs' "Administrative Motion to File Under Seal," filed April 23, 2021, whereby plaintiffs seek leave to file under seal four exhibits attached to the Declaration of Iman Lordgooei in Support of Plaintiffs' Motion for Summary Judgment ("Lordgooie Declaration"). Also before the Court is a responsive declaration filed by Vade Secure, Inc. and Vade Secure SASU ("Vade Defendants"). Having read and considered the parties' respective written submissions, the Court rules as follows.

1. To the extent the motion seeks leave to file under seal Exhibit A to the Lordgooie Declaration, the motion is hereby DENIED, as Vade Defendants, the designating parties, have not asserted the exhibit is properly filed under seal.

2. To the extent the motion seeks leave to file under seal Exhibits B and C to the Lordgooie Declaration, the motion is hereby DENIED, as defendant Olivier LeMarié, the designating party, has not asserted those exhibits are properly filed under seal.

3. To the extent the motion seeks leave to file under seal Exhibit D to the Lordgooie Declaration:

    a. the motion is hereby GRANTED with respect to the following portions:

        (1) page 15, lines 2-5, 7,

     (2) page 17, lines 1-9, and the last two words of line 13,

     (3) page 18, lines 1-11,

     (4) page 20, lines 20-21 and 24-25,

     (5) page 21, lines 1, 10-14, and 20,

     (6) page 22, lines 1-2, 16-18, 25-26 and 28,

     (7) page 23, lines 1, 4, 13-16 and 21-26,

     (8) page 24, lines 3-4,

     (9) page 25, lines 3, 16-18, 26-27,

     (10) page 26, lines 1-3, 21-24,

     (11) page 28, line 1-3, 14-15; and

   b. in all other respects, the motion is hereby DENIED, as the designating party has either failed to show such additional portion(s) are properly filed under seal or has not asserted such portion(s) should be filed under seal.

   Accordingly, if plaintiffs wish the Court to consider such exhibits, plaintiffs are hereby DIRECTED to file in the public record, no later than seven days after the date of this order, Exhibits A, B, C, as well as, in conformity with the above findings, a redacted version of Exhibit D.  See Civil L.R. 7-5(f)(3).

   **IT IS SO ORDERED.**

Dated: May 13, 2021

                      *Maxine M. Chesney*
                      MAXINE M. CHESNEY
                      United States District Judge