1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Sean S. Pak (SBN 219032)
2  seanpak@quinnemanuel.com
   Iman Lordgooei (SBN 251320)
3  imanlordgooei@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, CA 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  JWC LEGAL
   Jodie W. Cheng (SBN 292330)
7  jodie@jwc-legal.com
   One Market Plaza, Suite 3600
8  San Francisco, California 94105
   Telephone: (415) 293-8308

9
   Attorneys for Plaintiffs,
10 Proofpoint, Inc. and Cloudmark LLC

11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                        SAN FRANCISCO DIVISION
15

16  PROOFPOINT, INC.; CLOUDMARK LLC

17           Plaintiffs,                    CASE NO. 3:19-cv-04238-MMC

18      v.                                  **[PLAINTIFFS' AMENDED PROPOSED]**
                                            **VERDICT FORM**
19
    VADE SECURE, INCORPORATED; VADE
20  SECURE SASU; OLIVIER MARIO
    LEMARIÉ
21
22           Defendants.

23
24
25
26
27
28

In answering the following questions, you are to follow the Court's Final Instructions to the Jury and any instructions provided in this form.  Your answers to the following questions must be unanimous.

**Question No. 1:**

Have Plaintiffs proven by a preponderance of the evidence that any of the following items qualifies as a trade secret and was unlawfully misappropriated by Defendants?

|  | YES | NO |
|---|---|---|
| **Asserted Trade Secret No. 1:** Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Trident source code and/or documents:  the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions. | ☐ | ☐ |
| **Asserted Trade Secret No. 2:** Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Trident source code and/or documents:  the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional step of checking for self-impersonation. | ☐ | ☐ |
| **Asserted Trade Secret No. 3:** Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Trident source code and/or documents:  the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional step of parsing and extracting features. | ☐ | ☐ |

|  | YES | NO |
|---|---|---|
| **Asserted Trade Secret No. 4:** Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Trident source code and/or documents: the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional steps of checking for self-impersonation and parsing and extracting features. | ☐ | ☐ |
| **Asserted Trade Secret No. 5:** Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Trident source code and/or documents: the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional step of checking for confusables. | ☐ | ☐ |
| **Asserted Trade Secret No. 6:** Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Trident source code and/or documents: the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional steps of checking for self-impersonation, and checking for confusables. | ☐ | ☐ |

|  | YES | NO |
|---|---|---|
| **Asserted Trade Secret No. 7:** Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Trident source code and/or documents: the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional steps of checking for self-impersonation, using internal emails to learn display name formats, parsing and extracting features, and checking for confusables. | ☐ | ☐ |
| **Asserted Trade Secret No. 8:** Plaintiffs' implementation and proposed improvements of the following feature, as reflected in the Trident source code and/or documents: Office 365 integration using journal extraction. | ☐ | ☐ |
| **Asserted Trade Secret No. 9:** Plaintiffs' implementation and proposed improvements of the following combination of unified architecture features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: Plaintiffs' implementation of behavioral analysis, heuristic rules, and statistical models/quantitative scoring for spear phishing in the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions; and Plaintiffs' implementation of Office 365 integration using journal extraction. | ☐ | ☐ |

|  | YES | NO |
|---|---|---|
| **Asserted Trade Secret No. 10:** Plaintiffs' implementation and proposed improvements of the following combination of unified architecture features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: Plaintiffs' implementation of behavioral analysis, heuristic rules, and statistical models/quantitative scoring for spear phishing in the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional step of checking for self-impersonation; and Plaintiffs' implementation of Office 365 integration using journal extraction. | ☐ | ☐ |
| **Asserted Trade Secret No. 11**: Plaintiffs' implementation and proposed improvements of the following combination of unified architecture features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: Plaintiffs' implementation of behavioral analysis, heuristic rules, and statistical models/quantitative scoring for spear phishing in the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional step of parsing and extracting features; and Plaintiffs' implementation of Office 365 integration using journal extraction. | ☐ | ☐ |

|  | YES | NO |
|---|---|---|
| **Asserted Trade Secret No. 12**: Plaintiffs' implementation and proposed improvements of the following combination of unified architecture features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: Plaintiffs' implementation of behavioral analysis, heuristic rules, and statistical models/quantitative scoring for spear phishing in the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional steps of checking for self-impersonation, and parsing and extracting features; and Plaintiffs' implementation of Office 365 integration using journal extraction. | ☐ | ☐ |
| **Asserted Trade Secret No. 13**: Plaintiffs' implementation and proposed improvements of the following combination of unified architecture features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: Plaintiffs' implementation of behavioral analysis, heuristic rules, and statistical models/quantitative scoring for spear phishing in the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional steps of checking for confusables; and Plaintiffs' implementation of Office 365 integration using journal extraction. | ☐ | ☐ |

|  | YES | NO |
|---|---|---|
| **Asserted Trade Secret No. 14**: Plaintiffs' implementation and proposed improvements of the following combination of unified architecture features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: Plaintiffs' implementation of behavioral analysis, heuristic rules, and statistical models/quantitative scoring for spear phishing in the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional steps of checking for self-impersonation, and checking for confusables; and Plaintiffs' implementation of Office 365 integration using journal extraction. | ☐ | ☐ |
| **Asserted Trade Secret No. 15**: Plaintiffs' implementation and proposed improvements of the following combination of unified architecture features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: Plaintiffs' implementation of behavioral analysis, heuristic rules, and statistical models/quantitative scoring for spear phishing in the steps of running classifiers, checking for calls to actions, checking for exceptions, and generating a verdict based on the results of the classifiers, calls to action, and exceptions, with the additional steps of checking for self-impersonation, using internal emails to learn display name formats, parsing and extracting features, and checking for confusables; and Plaintiffs' implementation of Office 365 integration using journal extraction. | ☐ | ☐ |
| **Asserted Trade Secret No. 16**: Plaintiffs' Gateway Daily Licensing Reports | ☐ | ☐ |

|  | YES | NO |
|---|---|---|
| **Asserted Trade Secret No. 17**: Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: a go language architecture; programmable policies using a simplified workflow language; REST API interfaces between modular components in a microservices architecture; and a cloud-deployed architecture. | ☐ | ☐ |
| **Asserted Trade Secret No. 18**: Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: a go language architecture; programmable policies using a simplified workflow language; REST API interfaces between modular components in a microservices architecture; and a cloud-deployed architecture; and with the addition of a clustering protocol. | ☐ | ☐ |
| **Asserted Trade Secret No. 19**: Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: a go language architecture; programmable policies using a simplified workflow language; REST API interfaces between modular components in a microservices architecture; and a cloud-deployed architecture; and with the additions of a clustering protocol, and distributed reputation (using clustering). | ☐ | ☐ |

|  | YES | NO |
|---|---|---|
| **Asserted Trade Secret No. 20**: Plaintiffs' implementation and proposed improvements of the following combination of features, as reflected in the Cloudmark MTA/CSP and Trident source code and/or documents: a go language architecture; programmable policies using a simplified workflow language; REST API interfaces between modular components in a microservices architecture; and a cloud-deployed architecture; and with the additions of a clustering protocol, and distributed message stores and/or message queues (using clustering). | ☐ | ☐ |

*Please proceed to the next question.*

**Question No. 2:**

Have Plaintiffs proven by a preponderance of the evidence that Defendants infringed one or more of Plaintiffs' copyrights?

| YES | NO |
|-----|-----|
| ☐ | ☐ |

*Please proceed to the next question.*

**Question No. 3 (*answer only if you answered "YES" to any part of Questions 1 and 2*):**

What is the total dollar amount of compensatory damages Plaintiffs are entitled to receive from Vade Secure?

$ _____

*Please proceed to the next question.*

**Question No. 4 (*answer only if you answered "YES" to any part of Question 1*):**

If you found that Vade Secure misappropriated one or more trade secrets, do you find that the misappropriation was willful and malicious?

| YES | NO |
|-----|-----|
| ☐ | ☐ |

*If you answered "YES", please proceed to the next question.*

*Otherwise, please proceed to Question 6.*

**Question No. 5 (*answer only if you answered "YES" to Question 4*):**

What is the dollar amount of punitive damages Plaintiffs are entitled to receive from Vade Secure for the trade secret misappropriation that was willful and malicious?

$ _____

**Question No. 6:**

Do you find that Olivier Lemarié breached his PIIA contract with Cloudmark?

| YES | NO |
|---|---|
| ☐ | ☐ |

*If you answered "YES", please proceed to the next question.*

*Otherwise, please proceed to the last page of the Verdict Form.*

**Question No. 7 (*answer only if you answered "YES" to Question 6*):**

What is the dollar amount of compensatory damages Plaintiffs are entitled to receive from Defendant Olivier Lemarié for breach of contract?

$ _____

*Please proceed to the last page of the Verdict Form.*

**We, the jury, unanimously agree to the answers to the preceding questions and return them under the instructions of this Court as our verdict in this case.**

_____        _____

   DATE                             JURY FOREPERSON

*You are finished.  Please ensure the Verdict Form accurately reflects your unanimous decisions.  Once signed by the Jury Foreperson, please notify the Court's Clerk that you have reached a verdict.  The Jury Foreperson should maintain possession of this Verdict Form and bring it when the jury is brought back into the Courtroom.*

DATED:  August 9, 2021                    Respectfully Submitted,

By */s/ Sean Pak*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JWC LEGAL
Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-8308

*Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLC*