1   Douglas E.  Lumish (SBN 183863)
      doug.lumish@lw.com
2   Jeffrey G.  Homrig (SBN 215890)
      jeff.homrig@lw.com
3   Arman Zahoory (SBN 306421)
      arman.zahoory@lw.com
4   Ryan T.  Banks (SBN 318171)
      ryan.banks@lw.com
5   **LATHAM & WATKINS LLP**
    140 Scott Drive
6   Menlo Park, CA 94025
    Telephone: (650) 328-4600
7   Facsimile: (650) 463 2600

8   Attorneys for Defendants,
    VADE SECURE, INC. and VADE SECURE SASU
9
    SINGER CASHMAN LLP
10     Adam S. Cashman (Bar No. 255063)
       acashman@singercashman.com
11     Evan Budaj (Bar No. 271213)
       ebudaj@singercashman.com
12  505 Montgomery Street, Suite 1100
    San Francisco, CA  94111
13  Telephone: (415) 500-6080
    Facsimile: (415) 500-6080
14  *Attorneys for Defendant OLIVIER LEMARIÉ*

15  [Additional counsel listed on signature page]

16                  UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19
    PROOFPOINT, INC.; CLOUDMARK          CASE NO. 3:19-CV-04238-MMC
20  LLC,
                                         **DEFENDANTS' AMENDED
21                  Plaintiffs,          PROPOSED VERDICT FORM**
           v.
22                                       Judge:  Hon. Maxine M. Chesney
    VADE SECURE, INCORPORATED;           Trial Date: July 26, 2021
23  VADE SECURE SASU; OLIVIER
    LEMARIÉ,
24                  Defendants.

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY
                                    i
                                         CASE NO. 3:19-CV-04238-MMC
                                         DEFENDANTS' AMENDED PROPOSED
                                         VERDICT FORM

In answering the following questions, you are to follow the Court's Final Instructions to the Jury and any instructions provided in this form.  Your answers to the following questions must be unanimous.

## I.    TRADE SECRET ALLEGATIONS

(AGAINST ALL DEFENDANTS)

**Question No. 1:**

For each alleged trade secret, have Plaintiffs proven each element of a protectable trade secret under the DTSA?

| Alleged Trade Secret | YES | NO | Alleged Trade Secret | YES | NO |
|---|---|---|---|---|---|
| No. 1 | ☐ | ☐ | No. 11 | ☐ | ☐ |
| No. 2 | ☐ | ☐ | No. 12 | ☐ | ☐ |
| No. 3 | ☐ | ☐ | No. 13 | ☐ | ☐ |
| No. 4 | ☐ | ☐ | No. 14 | ☐ | ☐ |
| No. 5 | ☐ | ☐ | No. 15 | ☐ | ☐ |
| No. 6 | ☐ | ☐ | No. 16 | ☐ | ☐ |
| No. 7 | ☐ | ☐ | No. 17 | ☐ | ☐ |
| No. 8 | ☐ | ☐ | No. 18 | ☐ | ☐ |
| No. 9 | ☐ | ☐ | No. 19 | ☐ | ☐ |
| No. 10 | ☐ | ☐ | No. 20 | ☐ | ☐ |

*[Proceed to Question No. 2 only if you marked "YES" for any of the alleged trade secrets.  Otherwise, please proceed to Section II, Copyright.]*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

CASE NO. 3:19-CV-04238-MMC
DEFENDANTS' AMENDED PROPOSED
VERDICT FORM

**Question No. 2:**

For any alleged trade secrets in Question No. 1 for which you answered "YES," identify

any product(s) that Plaintiffs have proven use the trade secret.

| Alleged Trade Secret | Content Filter | MTA Builder | O365 with Original identitymatch | O365 with identitymatch with Replacement Files | O365 with Zenika Module |
|---|---|---|---|---|---|
| No. 1 | ☐ | | ☐ | ☐ | ☐ |
| No. 2 | ☐ | | ☐ | ☐ | ☐ |
| No. 3 | ☐ | | ☐ | ☐ | ☐ |
| No. 4 | ☐ | | ☐ | ☐ | ☐ |
| No. 5 | ☐ | | ☐ | ☐ | ☐ |
| No. 6 | ☐ | | ☐ | ☐ | ☐ |
| No. 7 | ☐ | | ☐ | ☐ | ☐ |
| No. 8 | | | ☐ | ☐ | ☐ |
| No. 9 | | | ☐ | ☐ | ☐ |
| No. 10 | | | ☐ | ☐ | ☐ |
| No. 11 | | | ☐ | ☐ | ☐ |
| No. 12 | | | ☐ | ☐ | ☐ |
| No. 13 | | | ☐ | ☐ | ☐ |
| No. 14 | | | ☐ | ☐ | ☐ |
| No. 15 | | | ☐ | ☐ | ☐ |
| No. 16 | | ☐ | | | |
| No. 17 | | ☐ | | | |
| No. 18 | | ☐ | | | |
| No. 19 | | ☐ | | | |
| No. 20 | | ☐ | | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

CASE NO. 3:19-CV-04238-MMC
DEFENDANTS' AMENDED PROPOSED
VERDICT FORM

**Question No. 3:**

For any alleged trade secrets in Question No. 1 for which you answered "YES," have Plaintiffs proven that Mr. Lemarié used each alleged trade secret without Cloudmark or Proofpoint's consent *and* that at the time of that use, Mr. Lemarié knew or had reason to know that his knowledge of the alleged trade secret was acquired under circumstances giving rise to a duty to maintain the secrecy of the trade secret or limit the use of the trade secret?

|  | YES | NO |
|---|:---:|:---:|
| **No. 1** | ☐ | ☐ |
| **No. 2** | ☐ | ☐ |
| **No. 3** | ☐ | ☐ |
| **No. 4** | ☐ | ☐ |
| **No. 5** | ☐ | ☐ |
| **No. 6** | ☐ | ☐ |
| **No. 7** | ☐ | ☐ |
| **No. 8** | ☐ | ☐ |
| **No. 9** | ☐ | ☐ |
| **No. 10** | ☐ | ☐ |
| **No. 11** | ☐ | ☐ |
| **No. 12** | ☐ | ☐ |
| **No. 13** | ☐ | ☐ |
| **No. 14** | ☐ | ☐ |
| **No. 15** | ☐ | ☐ |
| **No. 16** | ☐ | ☐ |
| **No. 17** | ☐ | ☐ |
| **No. 18** | ☐ | ☐ |
| **No. 19** | ☐ | ☐ |
| **No. 20** | ☐ | ☐ |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

CASE NO. 3:19-CV-04238-MMC
DEFENDANTS' AMENDED PROPOSED
VERDICT FORM

1    *[Proceed to Questions 4, 5 and 6 only if you answered "YES" for any aspect of Questions*

2    *2 or 3.  Otherwise, please proceed to Section II, Copyright.]*

3

4    **Question No. 4:**

5        Have Plaintiffs proven that Mr. Lemarié was acting within the scope of his employment at

6    Vade when he allegedly used each alleged trade secret without Cloudmark or Proofpoint's

7    consent?

8

| YES | NO |
|-----|-----|
| ☐ | ☐ |

9

10   **Question No. 5:**

11       If you found that Vade misappropriated one or more alleged trade secrets, do you find that

12   the misappropriation was willful and malicious?

13

| YES | NO |
|-----|-----|
| ☐ | ☐ |

14

15

16   **Question No. 6:**

17       If you found that Mr. Lemarié misappropriated one or more alleged trade secrets, do you

18   find that the misappropriation was willful and malicious?

19

| YES | NO |
|-----|-----|
| ☐ | ☐ |

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

CASE NO. 3:19-CV-04238-MMC
DEFENDANTS' AMENDED PROPOSED
VERDICT FORM

1

**II.     COPYRIGHT ALLEGATIONS**

2

         (AGAINST ALL DEFENDANTS)

3

**Question No. 7:**

4

         Have Plaintiffs proven that the Trident software was offered to only a definitely selected

5

group of customers?

6

7

| YES | NO |
|:---:|:---:|
| ☐ | ☐ |

8

9

10

**Question No. 8:**

11

         Have Plaintiffs proven that Vade copied non-functional original expression in Plaintiffs'

12

registered Trident source code?

13

14

| YES | NO |
|:---:|:---:|
| ☐ | ☐ |

15

16

17

         *[If you answered "No" to this question, stop here, answer no further questions in this*

18

*section, and proceed to Section III, Contract.  If you answered "Yes" to this question, please*

19

*proceed to Question No. 9.]*

20

21

**Question No. 9:**

22

         Have Defendants proven that any copying of Plaintiffs' non-functional original expression

23

is either unrecognizable, dictated by functional requirements, or one of a few ways to implement

24

the ideas embodied in the software?

25

26

| YES | NO |
|:---:|:---:|
| ☐ | ☐ |

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

5                    CASE NO. 3:19-CV-04238-MMC
DEFENDANTS' AMENDED PROPOSED
VERDICT FORM

1

*[If you answered "Yes" to Question No. 9, proceed to Section III, Contract. If you*

2

*answered "No" to this question, please proceed to Question No. 10.]*

3

4    **Question No. 10:**

5        Have Plaintiffs proven that Vade infringed Plaintiffs' copyrights?

6

| YES | NO |
|:---:|:---:|
| ☐ | ☐ |

7

8

9

10       *[If you answered "No" to Question No. 10, proceed to Question No. 12.  If you answered*

11   *"Yes" to this question, please proceed to Question No. 11.]*

12

13   **Question No. 11:**

14       If you answered yes to Question No. 10, which products have Plaintiffs proven infringe

15   Plaintiffs' copyrights?

16

| O365 with Original identitymatch | O365 with identitymatch with Replacement Files | O365 with Zenika Module |
|---|---|---|
| | | |

17

18

19

20   **Question No. 12:**

21       Have Plaintiffs proven that Mr. Lemarié infringed Plaintiffs' copyrights?

22

23

| YES | NO |
|:---:|:---:|
| ☐ | ☐ |

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

6

CASE NO. 3:19-CV-04238-MMC
DEFENDANTS' AMENDED PROPOSED
VERDICT FORM

**III.**   **CONTRACT ALLEGATIONS**

   (AGAINST MR. LEMARIÉ)

**Question No. 13:**

   Have Plaintiffs proven that Mr. Lemarié committed a material breach of a valid contract with Cloudmark—i.e., Section 1.1 of the PIIA?

| YES | NO |
|:---:|:---:|
| ☐ | ☐ |

**Question No. 14:**

   Have Plaintiffs proven that Mr. Lemarié committed a material breach of a valid contract with Cloudmark—i.e., Section 6 of the PIIA?

| YES | NO |
|:---:|:---:|
| ☐ | ☐ |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

7

CASE NO. 3:19-CV-04238-MMC
DEFENDANTS' AMENDED PROPOSED
VERDICT FORM

IV.    **DAMAGES**

**Question No. 15:**

**Answer these questions only if you found trade secret misappropriation, copyright infringement, or breach of contract in the questions above.**

What are the actual damages, if any, attributable to Plaintiffs' claims?

$_____.

Please identify the portion of this amount that is attributable to each product for which you awarded damages.

| Content Filter | MTA Builder | O365 with Original identitymatch | O365 with identitymatch with Replacement Files | O365 with Zenika Module |
|---|---|---|---|---|
|  |  |  |  |  |

Please identify the portion of the damages amount, if any, attributable to Plaintiffs' claims for breach of contract.

$_____.

**We, the jury, unanimously agree to the answers to the preceding questions and return them under the instructions of this Court as our verdict in this case.**

JURY FOREPERSON_____ DATE_____

*You are finished.  Please ensure the Verdict Form accurately reflects your unanimous decisions. Once signed by the Jury Foreperson, please notify the [clerk/bailiff/court attendant] that you have reached a verdict.  The Jury Foreperson should maintain possession of this Verdict Form and bring it when the jury is brought back into the Courtroom.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

8

CASE NO. 3:19-CV-04238-MMC
DEFENDANTS' AMENDED PROPOSED
VERDICT FORM

1    Dated: August 10, 2021            Respectfully Submitted,

2

3                                       */s/ Douglas E. Lumish*
                                      Douglas E. Lumish (SBN 183863)

4                                       Jeffrey G. Homrig (SBN 215890)

5                                       Arman Zahoory (SBN 306421)
                                      Ryan Banks (SBN 318171)

6                                       **LATHAM & WATKINS LLP**
                                      140 Scott Drive

7                                       Menlo Park, CA 94025
                                      Telephone: (650) 328-4600

8                                       Facsimile: (650) 463-2600
                                      doug.lumish@lw.com

9                                       jeff.homrig@lw.com
                                      arman.zahoory@lw.com

10                                     ryan.banks@lw.com

11                                     Margaret A. Tough (SBN 218056)
                                    Sadik Huseny (SBN 224659)

12                                     Joseph R. Wetzel (SBN 238008)
                                    **LATHAM & WATKINS LLP**

13                                     505 Montgomery Street, Suite 2000
                                    San Francisco, CA 91444

14                                     Telephone: (415) 391-0600
                                    Facsimile: (415) 395-8095

15                                     margaret.tough@lw.com
                                    sadik.huseny@lw.com

16                                     joe.wetzel@lw.com

17                                     Danielle L. Benecke (SBN 314896)
                                    **BAKER & McKENZIE LLP**

18                                     600 Hansen Way
                                    Palo Alto, CA  94304

19                                     Telephone: (650) 856-2400
                                    Facsimile: (650) 856-9299

20                                     danielle.benecke@bakermckenzie.com

21                                     Mackenzie M. Martin (Admitted Pro Hac Vice)

22                                     John G. Flaim (Admitted Pro Hac Vice)
                                    Chaoxuan Liu (Admitted Pro Hac Vice)

23                                     Mark Ratway  (Admitted Pro Hac Vice)
                                    Benjamin B. Kelly (Admitted Pro Hac Vice)

24                                     **BAKER & McKENZIE LLP**
                                    1900 North Pearl Street, Suite 1500

25                                     Dallas, TX 75201
                                    Telephone: (214) 978-3000

26                                     Facsimile: (214) 978-3099
                                    mackenzie.martin@bakermckenzie.com

27                                     john.flaim@bakermckenzie.com
                                    charles.liu@bakermckenzie.com

28                                     mark.ratway@bakermckenzie.com
                                    ben.kelly@bakermckenzie.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

9

CASE NO. 3:19-CV-04238-MMC
DEFENDANTS' AMENDED PROPOSED
VERDICT FORM

1

2   Shima S. Roy
    **BAKER & McKENZIE LLP**
3   300 East Randolph Street, Suite 500
    Chicago, IL 60601
4   Telephone: (312) 861-8000
    Facsimile: (312) 861-2899
5   shima.roy@bakermckenzie.com

6   Alexander Brauer (Admitted Pro Hac Vice)
    (TX SBN 24038780)
7   **BAILEY BRAUER PLLC**
    8350 N. Central Expressway, Suite 650
8   Dallas, TX 75206
    Telephone: (214) 360-7433
9   Facsimile: (214) 360-7435
    abrauer@baileybrauer.com

10  *Attorneys for Defendants*
    *Vade Secure, Inc. and Vade Secure SASU*

11

12  Dated: August 10, 2021                    Respectfully Submitted,

13                                             **SINGER CASHMAN LLP**

14                                             */s/ Adam S. Cashman*
                                               Adam S. Cashman

15
                                               Adam S. Cashman (Bar No. 255063)
16                                             Evan Budaj (Bar No. 271213)
                                               Benjamin L. Singer (Bar No. 264295)
17                                             Neil Cave (admitted *pro hac vice*)

18                                             505 Montgomery Street, Suite 1100
                                               San Francisco, CA 94111
19                                             Telephone: (415) 500-6080
                                               Facsimile: (415) 500-6080
20                                             acashman@singercashman.com
                                               ebudaj@singercashman.com
21                                             bsinger@singercashman.com
                                               ncave@singercashman.com

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

10                          CASE NO. 3:19-CV-04238-MMC
                            DEFENDANTS' AMENDED PROPOSED
                            VERDICT FORM

1

## ATTESTATION OF CONCURRENCE

2      I, Douglas E. Lumish, am the ECF user whose ID and password are being used to file this

3  **DEFENDANTS' AMENDED PROPOSED VERDICT FORM**.   Pursuant to Civil L.R. 5-

4  1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of

5  this document.

6  Dated: August 10, 2021                    */s/   Douglas E. Lumish*
                                             Douglas E. Lumish

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

11

CASE NO. 3:19-CV-04238-MMC
DEFENDANTS' AMENDED PROPOSED
VERDICT FORM