# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 10, 2021     **Time:** 6 hours 56 minutes     **Judge:** MAXINE M. CHESNEY

**Case No.:** 19-cv-04238-MMC     **Case Name:** Proofpoint, Inc. v. Vade Secure, Inc., et al

**Attorney for Plaintiff:** Sean Pak, Iman Lordgooei, Ron Hagiz, Dallas Bullard, Cat Williams, Jodie Cheng

**Attorney for Defendant (Vade):** Douglas Lumish, Jeffrey Homrig, Margaret Tough, Joseph Lee, Robert Hemstreet

**Attorney for Defendant (Lemarie):** Adam Cashman, Evan Budaj

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Belle Ball

## PROCEEDINGS

**Jury Trial - Day 10 - held.**

**Defendants' witness(es):** Continued examination of Anthony Ferrante, James Pooley, Dr. Paul Clark, James Scarazzo, Mike Reading (video depo), Jeanine Kilroy (video depo), Michael Laudon (video depo)

**Case continued to:** August 11, 2021 at 8:30 a.m. for Continued Jury Trial

## Admitted Trial Exhibits

**Plaintiffs' Admitted Exhibits:** 701, 703, 704, 706, 1024, 1085, 1104, 2483, 5001

**Defendants' Admitted Exhibits:** 4056, 4058, 4076, 4079, 4110, 4206, 4508, 4981

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-04238-MMC
Case Name: <u>Proofpoint, Inc. v. Vade Secure, Inc., et al</u>

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Maxine M. Chesney | Sean Pak, Iman Lordgooei, Ron Hagiz, Dallas Bullard, Cat Williams | Douglas Lumish, Jeffrey Homrig Margaret Tough, Joseph Lee Robert Hemstreet, Jodie Cheng Adam Cashman, Evan Budaj |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| August 10, 2021 | Belle Ball | Tracy Geiger |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:31 AM | | | Court reconvened with counsel. | |
| | | | | | Plaintiffs' objection to exhibit DX4319 to be used | |
| | | | | | With defense witness James Pooley. | |
| | | | | | Court rules that the witness cannot rely on the | |
| | | | | | Exhibit. | |
| | | | | | Plaintiffs' objection to demonstratives and exhibits | |
| | | | | | To be used with defense witness Dr. Paul Clark. | |
| | | 9:00 AM | | | Jury brought into courtroom | |
| | | 9:05 AM | | | Court/Jury recess – 10 minutes | |
| | | 9:15 AM | | | Court reconvened with jury | |
| | | 9:17 AM | | | Continued direct exam: ANTHONY FERRANTE | Deft |
| | | 9:35 AM | | | Cross exam of Anthony Ferrante by R. Hagiz | Pltf |
| | | 9:46 AM | | | Witness excused | |
| | | 9:48 AM | | | Defense witness: JAMES POOLEY – A. Zahoory | Deft |
| | 4315 | | X | | | |
| | | 10:19 AM | | | Cross examination of James Pooley – Lordgooei | Pltf |
| 5001 | | | X | | | |
| | | 10:35 AM | | | Re-direct exam of James Pooley – Zahoory | Deft |
| | | 10:38 AM | | | Witness excused. | |
| | | 10:40 AM | | | Jury recess – 25 minutes | |
| | | | | | Court addressed plaintiffs' objection to exhibits | |
| | | | | | & demonstratives to be used with Dr. Paul Clark. | |
| | | 10:55 AM | | | Court recess – 15 minutes | |
| | | 11:10 AM | | | Court reconvened with jury | |

1

|  |  | 11:13 AM |  |  | Defense witness: DR. PAUL CLARK – J. Lee | Deft |
|---|---|---|---|---|---|---|
|  | 4110 | 8/10/2021 | X | X |  |  |
|  | 4076 | 8/10/2021 | X | X |  |  |
|  | 4206 | 8/10/2021 | X | X |  |  |
|  | 4079 | 8/10/2021 | X | X |  |  |
|  |  | 12:01 PM |  |  | Jury recess – 1 hour |  |
|  |  | 12:05 PM |  |  | Court recess |  |
|  |  | 1:01 PM |  |  | Court reconvened |  |
|  |  | 1:04 PM |  |  | Jury brought into courtroom |  |
|  |  | 1:05 PM |  |  | Cross examination of Dr. Paul Clark – Lordgooei | Pltf |
| 2483 |  | 8/10/2021 | X | X |  |  |
| 5001 |  | 8/10/2021 | X | X |  |  |
|  |  | 1:26 PM |  |  | Re-direct examination of Dr. Paul Clark – J. Lee | Deft |
|  |  | 1:30 PM |  |  | Re-cross examination of Dr. Paul Clark | Deft |
|  |  | 1:31 PM |  |  | Witness excused |  |
|  |  | 1:33 PM |  |  | Defense witness: JAMES SCARAZZO – E. Budaj | Deft |
|  | 4508 | 8/10/2021 | X | X |  |  |
|  | 4981 | 8/10/2021 | X | X |  |  |
|  |  | 1:50 PM |  |  | Cross examination of James Scarazzo – S. Pak | Pltf |
|  |  | 1:53 PM |  |  | Re-direct examination of James Scarazzo – Budaj | Deft |
|  |  | 1:54 PM |  |  | Witness excused |  |
|  |  | 1:56 PM |  |  | Defense witness: MIKE READING (video depo) |  |
|  |  |  |  |  | Time: Defense – 9 minutes/Plaintiff – 1 minute |  |
|  | 4056 | 8/10/2021 | X | X | Deposition exhibit 8 |  |
|  | 4058 | 8/10/2021 | X | X | Deposition exhibit 10 |  |
|  |  | 2:09 PM |  |  | Defense witness: JEANINE KILROY (video depo) |  |
|  |  |  |  |  | Time: Defense – 16 minutes / Plaintiff – 6 minutes |  |
| 704 |  | 8/10/2021 | X | X | Deposition exhibit 10 |  |
| 706 |  | 8/10/2021 | X | X | Deposition exhibit 12 |  |
| 1024 |  | 8/10/2021 | X | X | Deposition exhibit 6 |  |
| 1085 |  | 8/10/2021 | X | X | Deposition exhibit 9 |  |
| 703 |  | 8/10/2021 | X | X | Deposition exhibit 8 |  |
|  |  | 2:33 PM |  |  | Jury recess – 15 minutes |  |
|  |  | 2:35 PM |  |  | Court recess – 15 minutes |  |
|  |  | 2:50 PM |  |  | Court reconvened |  |
|  |  | 2:52 PM |  |  | Jury brought into courtroom |  |
|  |  |  |  |  | Defense corrected description of exhibit 4999 |  |
|  |  |  |  |  | During Striegel  exam– correct pages 1278 – 1281 |  |

2

|  |  |  |  |  | Lines 15-21 on page 1278. |  |
|  |  | 2:54 PM |  |  | **Defense witness: MICHAEL LAUDON-video depo** |  |
|  |  |  |  |  | **Time: Defense -15 minutes/Plaintiff- 2 minutes** |  |
| 701 |  | 8/10/2021 | X | X |  |  |
| 1104 |  | 8/10/2021 | X | X |  |  |
|  |  | 3:17 PM |  |  | **Jury recess – 15 minutes** |  |
|  |  |  |  |  | **Court addressed objections to Bakewell's opinion** |  |
|  |  |  |  |  | Re: unjust enrichment. |  |
|  |  | 3:43 PM |  |  | **Jury brought into courtroom – excused for the day** |  |
|  |  |  |  |  | **Continued hearing on plaintiffs' objections to** |  |
|  |  |  |  |  | Bakewell's opinion re: unjust enrichment. |  |
|  |  | 4:17 PM |  |  | **Court recess** |  |
|  |  | 4:36 PM |  |  | **Court reconvened** |  |
|  |  |  |  |  | **Court sustains plaintiffs' objection.** |  |
|  |  |  |  |  | **Court will not preclude plaintiffs' from calling** |  |
|  |  |  |  |  | Rebuttal witnesses at this time. |  |
|  |  | 5:37 PM |  |  | **Court recess** |  |

3