1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>       Plaintiffs,<br> v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br><br>       Defendants. | CASE NO. 3:19-CV-04238-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO APPEND TRIAL TRANSCRIPT WITH DEPOSITION DESIGNATIONS**<br><br>Judge: Hon. Maxine M. Chesney<br>Trial Date: July 26, 2021<br>Time: 8:30 AM<br>Courtroom 7, 19th Floor |

Plaintiffs Proofpoint, Inc. ("Proofpoint") and Cloudmark LLC ("Cloudmark") (together, "Plaintiffs") and Defendants Vade Secure, Incorporated, Vade Secure SASU (together "Vade Secure") and Olivier Lemarié (together, with Vade Secure, "Defendants"), have agreed to submit the attached Joint Addendum of Trial Transcript to enter into the trial record the transcripts of witness testimony presented at trial through deposition designations and video, including:

- Recorded Deposition Testimony from Helen Peck, who is the Sales Director of North America Service Providers at Vade Secure, Played at Trial Tr. 585:18-20, 592:6-7, 592:22-23;
- Recorded Deposition Testimony from Guillaume Séjourné, who is the Manager of Technical Publications at Vade Secure, Played at Trial Tr. 915:17-19;
- Recorded Deposition Testimony from Xavier Delannoy, who is the Vice-President of Engineering at Vade Secure, Played at Trial Tr. 1138:1-2;
- Recorded Deposition Testimony from Georges Lotigier, who is the Chief Executive Officer of Vade Secure, Played at Trial Tr. 1142:16-17;
- Recorded Deposition Testimony from Alexandre Boussinet, who is the Engineering Lead at Vade Secure, Played at Trial Tr. 1149:10-12;
- Recorded Deposition Testimony from Romain Seguy, who is the Chief Financial Officer at Vade Secure, Played at Trial Tr. 1539:4-5;
- Recorded Deposition Testimony from Adrien Gendre, who is the Chief Product and Services Officer at Vade Secure, Played at Trial Tr. 1636:10-11;
- Recorded Deposition Testimony from Phil Battaglia, Senior Director from Comcast, Played at Trial Tr. 2060:1-2;
- Recorded Deposition Testimony from Mike Reading, who is the Vice President of Technical Services at Proofpoint, Played at Trial Tr. 2484:12-13;
- Recorded Deposition Testimony from Jeannine Kilroy, who is a Senior Strategic Account Manager at Proofpoint, Played at Trial Tr. 2485:17-18;
- Recorded Deposition Testimony from Michael Laudon, who is Vice President and

General Manager of Cloudmark at Proofpoint, Played at Trial Tr. 2492:23-24;

The parties hereby stipulate as follows:

WHEREAS, the Parties agree and stipulate to the deposition transcripts attached hereto as a Joint Addendum of Trial Transcript are a true and correct copy of the testimony presented at trial through designation of deposition videos;

WHEREAS, the Parties agree and stipulate that the Joint Addendum of Trial Transcript be entered and considered a part of the trial record and hearing transcript.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The Joint Addendum of Trial Transcript is hereby entered and considered a part of the trial record and hearing transcript.

**IT IS SO ORDERED.**


Dated: _____          _____
                                Hon. Maxine M. Chesney
                                United States District Judge

Dated: August 11, 2021                              Respectfully Submitted,

By */s/ Sean S. Pak*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JWC LEGAL
Jodie W. Cheng (SBN 292330)
jwcheng@jwc-legal.com
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-8308

*Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLC*

Dated: August 11, 2021                              Respectfully Submitted,

*/s/ Douglas E. Lumish*
Douglas E. Lumish

Douglas E. Lumish (SBN 183863)
Jeffrey G. Homrig (SBN 215890)
Arman Zahoory (SBN 306421)
Ryan Banks (SBN 318171)
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
doug.lumish@lw.com
jeff.homrig@lw.com
arman.zahoory@lw.com
ryan.banks@lw.com

|   |   |
|---|---|
| 1 | Margaret A. Tough (SBN 218056) |
| 2 | Sadik Huseny (SBN 224659) |
|   | Joseph R. Wetzel (SBN 238008) |
| 3 | **LATHAM & WATKINS LLP** |
|   | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, CA 91444 |
| 4 | Telephone: (415) 391-0600 |
|   | Facsimile: (415) 395-8095 |
| 5 | margaret.tough@lw.com |
|   | sadik.huseny@lw.com |
| 6 | joe.wetzel@lw.com |
| 7 | Danielle L. Benecke (SBN 314896) |
|   | **BAKER & McKENZIE LLP** |
| 8 | 600 Hansen Way |
|   | Palo Alto, CA  94304 |
| 9 | Telephone: (650) 856-2400 |
|   | Facsimile: (650) 856-9299 |
| 10 | danielle.benecke@bakermckenzie.com |
| 11 | Mackenzie M. Martin (Admitted Pro Hac Vice) |
|   | John G. Flaim (Admitted Pro Hac Vice) |
| 12 | Chaoxuan Liu (Admitted Pro Hac Vice) |
|   | Mark Ratway  (Admitted Pro Hac Vice) |
| 13 | Benjamin B. Kelly (Admitted Pro Hac Vice) |
|   | **BAKER & McKENZIE LLP** |
| 14 | 1900 North Pearl Street, Suite 1500 |
|   | Dallas, TX 75201 |
| 15 | Telephone: (214) 978-3000 |
|   | Facsimile: (214) 978-3099 |
| 16 | mackenzie.martin@bakermckenzie.com |
|   | john.flaim@bakermckenzie.com |
| 17 | charles.liu@bakermckenzie.com |
|   | mark.ratway@bakermckenzie.com |
| 18 | ben.kelly@bakermckenzie.com |
| 19 | Shima S. Roy |
|   | **BAKER & McKENZIE LLP** |
| 20 | 300 East Randolph Street, Suite 500 |
|   | Chicago, IL 60601 |
| 21 | Telephone: (312) 861-8000 |
|   | Facsimile: (312) 861-2899 |
| 22 | shima.roy@bakermckenzie.com |
| 23 | Alexander Brauer (Admitted Pro Hac Vice) |
|   | (TX SBN 24038780) |
| 24 | **BAILEY BRAUER PLLC** |
|   | 8350 N. Central Expressway, Suite 650 |
| 25 | Dallas, TX 75206 |
|   | Telephone: (214) 360-7433 |
| 26 | Facsimile: (214) 360-7435 |
|   | abrauer@baileybrauer.com |
| 27 |   |
|   | *Attorneys for Defendants* |
| 28 |   |

|   |   |
|---|---|
| | *Vade Secure, Inc. and Vade Secure SASU* |
| Dated: August 11, 2021 | Respectfully Submitted, |
| | **SINGER CASHMAN LLP** |
| | */s/ Adam S. Cashman*<br>Adam S. Cashman |
| | Adam S. Cashman (Bar No. 255063)<br>Evan Budaj (Bar No. 271213)<br>Benjamin L. Singer (Bar No. 264295)<br>Neil Cave (admitted *pro hac vice*) |
| | 505 Montgomery Street, Suite 1100<br>San Francisco, CA 94111<br>Telephone: (415) 500-6080<br>Facsimile: (415) 500-6080<br>acashman@singercashman.com<br>ebudaj@singercashman.com<br>bsinger@singercashman.com<br>ncave@singercashman.com |

## **ATTESTATION OF CONCURRENCE**

I, , am the ECF user whose ID and password are being used to file the foregoing document. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: August 11, 2021                                   */s/ Iman Lordgooei*