# Joint Addendum of Trial Transcript

Recorded Deposition Testimony from
Helen Peck, who is the Sales Director of North
America Service Providers at Vade Secure

Played at Trial Tr. 585:18-20, 592:6-7, 592:22-23

| Page/Line | Source | ID |
|---|---|---|
| | **PEC-Peck_072621_130am** | |

| Page/Line | Source | ID |
|---|---|---|
| 15:08 - 15:10 | **Peck, Helen 02-12-2021 (00:00:06)** | PEC.1 |
| | 15:8   Q. Are you currently employed by Vade | |
| | 15:9 Secure SASU? | |
| | 15:10   A. I am. | |
| 15:25 - 16:15 | **Peck, Helen 02-12-2021 (00:00:43)** | PEC.2 |
| | 15:25   Q. And what are your responsibilities | |
| | 16:1 Highly Confidential - H. Peck | |
| | 16:2 as sales director North America, ISP space? | |
| | 16:3   A. Sure.  It's basically to sell and | |
| | 16:4 drive revenue for -- for Vade Secure in | |
| | 16:5 Canada and U.S., in the telco ISP hosting | |
| | 16:6 providers. | |
| | 16:7   Q. And ISP, you mean, referring to | |
| | 16:8 internet service providers? | |
| | 16:9   A. Yes. | |
| | 16:10   Q. And you mentioned telco.  What does | |
| | 16:11 that refer to? | |
| | 16:12   A. It's another word for internet | |
| | 16:13 service providers.  It could be, you know, a | |
| | 16:14 wireless company or a -- you know, like an | |
| | 16:15 AT&T. | |
| 18:23 - 19:04 | **Peck, Helen 02-12-2021 (00:00:18)** | PEC.3 |
| | 18:23   Q. And who do you report to at Vade? | |
| | 18:24   A. A Serge Dugas. | |
| | 18:25   Q. And what is Mr. Dugas's title at | |
| | 19:1 Highly Confidential - H. Peck | |
| | 19:2 Vade? | |
| | 19:3   A. VP of worldwide sales for the ISP | |
| | 19:4 market. | |
| 20:07 - 20:14 | **Peck, Helen 02-12-2021 (00:00:28)** | PEC.4 |
| | 20:7   Q. So, you mentioned Vade Secure for | |
| | 20:8 Office 365 is a product offered by Vade; is | |
| | 20:9 that correct? | |
| | 20:10   A. Correct. | |
| | 20:11   Q. And when was Vade for Office 365 | |
| | 20:12 first released to customers? | |
| | 20:13   A. 2017, two thousand -- 2017, 2018, | |
| | 20:14 somewhere around there. | |
| 21:11 - 21:13 | **Peck, Helen 02-12-2021 (00:00:09)** | PEC.5 |
| | 21:11   Q. Okay.  And is Vade Secure Content | |

| Page/Line | Source | ID |
|---|---|---|
| | 21:12 Filter another product offered by Vade? | |
| | 21:13  A. Yes. | |
| 28:25 - 29:03 | **Peck, Helen 02-12-2021 (00:00:09)** | **PEC.6** |
| | 28:25   Q. Is Vade Secure Cloud also a product | |
| | 29:1 Highly Confidential - H. Peck | |
| | 29:2 that is offered by Vade? | |
| | 29:3  A. Yes.  Yes. | |
| 31:10 - 31:12 | **Peck, Helen 02-12-2021 (00:00:10)** | **PEC.7** |
| | 31:10   Q. So, Vade Secure cloud as a product, | |
| | 31:11 does that include the Vade Content Filter? | |
| | 31:12  A. Yes. | |
| 31:13 - 31:18 | **Peck, Helen 02-12-2021 (00:00:24)** | **PEC.63** |
| | 31:13   Q. And Vade Secure Mailstro, is that | |
| | 31:14 another product offered by Vade? | |
| | 31:15  A. Yes.  It was an MTA that -- I would | |
| | 31:16 say it was an MTA that was released back in | |
| | 31:17 2015, I think.  '15, maybe a little bit | |
| | 31:18 before that. | |
| 32:06 - 32:09 | **Peck, Helen 02-12-2021 (00:00:12)** | **PEC.8** |
| | 32:6   Q. And is Vade Secure MTA Builder a | |
| | 32:7 product offered by Vade? | |
| | 32:8  A. We just released it November of | |
| | 32:9 last year. | |
| 32:14 - 32:17 | **Peck, Helen 02-12-2021 (00:00:15)** | **PEC.9** |
| | 32:14   Q. Is MTA Builder sometimes referred | |
| | 32:15 to as NextGen MTA? | |
| | 32:16  A. It has, yes.  It's a mouthful.  We | |
| | 32:17 just say MTA. | |
| 32:19 - 32:21 | **Peck, Helen 02-12-2021 (00:00:16)** | **PEC.10** |
| | 32:19 And so, there is no other product | |
| | 32:20 that Vade refers to as MTA.  It would -- | |
| | 32:21  A. It's the MTA Builder, right.  Yeah. | |
| 34:15 - 34:20 | **Peck, Helen 02-12-2021 (00:00:20)** | **PEC.11** |
| | 34:15 -- so, Vade Secure Cloud is a | |
| | 34:16 product or solution offered by Vade; correct? | |
| | 34:17  A. It is a service. | |
| | 34:18  Q. Okay.  And does that service | |
| | 34:19 include MTA Builder? | |
| | 34:20  A. Yes. | |
| 34:22 - 34:24 | **Peck, Helen 02-12-2021 (00:00:08)** | **PEC.12** |

**PEC-Peck_072621_130am**

| Page/Line | Source | ID |
|---|---|---|

34:22 And that service also includes the
34:23 Vade Secure Content Filter?
34:24   A. Yes.

| 35:17 - 35:24 | **Peck, Helen 02-12-2021 (00:00:37)** | **PEC.13** |
|---|---|---|

35:17 So, currently, how many customers
35:18 are using or have adopted the MTA Builder, in
35:19 some form or another, like --
35:20   A. So, we have one through OX, and
35:21 that's deployed in Europe, and one is
35:22 deployed in the U.S.  And I believe we have
35:23 one customer using -- that was an early
35:24 adopter of MTA Builder in Japan.

| 35:25 - 36:03 | **Peck, Helen 02-12-2021 (00:00:12)** | **PEC.64** |
|---|---|---|

35:25   Q. So, is that three customers in
36:1 Highly Confidential - H. Peck
36:2 total who are currently using MTA Builder?
36:3   A. I believe so.

| 38:06 - 38:11 | **Peck, Helen 02-12-2021 (00:00:26)** | **PEC.14** |
|---|---|---|

38:6   Q. Are there any versions or
38:7 releases of Vade for Office 365 that Vade has
38:8 discontinued?
38:9   A. Versions of Office 365?  Not to
38:10 my -- not to my knowledge.  One -- it's one
38:11 product.

| 38:12 - 38:15 | **Peck, Helen 02-12-2021 (00:00:10)** | **PEC.65** |
|---|---|---|

38:12   Q. Okay.  Did Vade receive positive
38:13 feedback from customers about Vade for Office
38:14 365?
38:15   A. Oh, sure.

| 38:16 - 39:06 | **Peck, Helen 02-12-2021 (00:00:51)** | **PEC.15** |
|---|---|---|

38:16   Q. And did Vade receive positive
38:17 feedback from customers about specific
38:18 aspects or features of Vade for Office 365?
38:19   A. Yes.
38:20   Q. What are some of those features or
38:21 aspects that -- for which Vade has received
38:22 positive feedback?
38:23   A. Easy to deploy.  It's easy to
38:24 implement.  It provided pretty good detection
38:25 capabilities, on top of Office 365.  They

| Page/Line | Source | ID |
|---|---|---|

PEC-Peck_072621_130am

39:1 Highly Confidential - H. Peck
39:2 liked the fact that it can use the filter
39:3 that comes with Office 365, and that this is
39:4 a second layer of protection that it
39:5 provides.  They like the ease of use and it's
39:6 simple to deploy.

**64:18 - 64:20**    **Peck, Helen 02-12-2021 (00:00:09)**    **PEC.16**

64:18   Q. If a functionality is removed from
64:19 a product, do customers have the option to
64:20 continue using that functionality?

**64:24 - 65:08**    **Peck, Helen 02-12-2021 (00:00:30)**    **PEC.17**

64:24   A. Yes.  Like I said, you know, we
64:25 have the ability to turn off functionality
65:1 Highly Confidential - H. Peck
65:2 and turn it back on if they have paid for it.
65:3 It sometimes comes in a different variety,
65:4 and I just -- I don't know where you are
65:5 going with that question.  So, I really don't
65:6 have an answer for you.  Maybe you would be
65:7 better to ask someone that is on the
65:8 technical side.

**65:09 - 65:17**    **Peck, Helen 02-12-2021 (00:00:24)**    **PEC.18**

65:9   Q. So, my question is not about
65:10 turning off a feature.  My question was about
65:11 the removal of a feature from the product.
65:12   A. But a feature could be removed and
65:13 put into another feature, you know, and you
65:14 just -- you know, it's part of something
65:15 else, and you just don't -- you know, you
65:16 would get it in another fashion, meaning it
65:17 would come in another form, so...

**65:19 - 65:20**    **Peck, Helen 02-12-2021 (00:00:03)**    **PEC.66**

65:19   A. So, it would just depend on the
65:20 context.

**70:24 - 71:05**    **Peck, Helen 02-12-2021 (00:00:27)**    **PEC.19**

70:24   Q. Has Vade advertised any features in
70:25 a product and then taken that feature out
71:1 Highly Confidential - H. Peck
71:2 after the product has been purchased?
71:3   A. Not to my knowledge.  Maybe, you

| Page/Line | Source | ID |
|---|---|---|
| | **PEC-Peck_072621_130am** | |

71:4 know, modified products, but not to my
71:5 knowledge.

**76:03 - 76:07**   **Peck, Helen 02-12-2021 (00:00:19)**   **PEC.20**

76:3   Q. How many customers does Vade have
76:4 for its Vade Office 365 product?
76:5   A. Many.  It's -- we have over 5,000
76:6 customers, which include the ISP and Office
76:7 365 product.

**105:24 - 106:09**   **Peck, Helen 02-12-2021 (00:00:24)**   **PEC.21**

105:24   Q. I'm just trying to get an
105:25 understanding of the different Vade products
106:1 Highly Confidential - H. Peck
106:2 and services.
106:3   A. Sure.
106:4   Q. I hope you can kind of see where I
106:5 am a little confused.
106:6   A. Yeah.  I tell you, I was confused.
106:7 Yeah.  They're -- because they're kind of
106:8 intermixed.  Yeah, because everything is
106:9 cloud; right?  Yeah.

**108:21 - 109:08**   **Peck, Helen 02-12-2021 (00:00:45)**   **PEC.22**

108:21 So, in the sales process for, let's
108:22 say, example, Vade Content Filter, when you
108:23 prepare -- do you prepare a proposal?  What's
108:24 the first step in communicating with a
108:25 potential customer, I suppose?
109:1 Highly Confidential - H. Peck
109:2   A. Sure.  So, we would do an overview
109:3 of what our product provides.  First, we
109:4 would do a discovery of understanding what
109:5 their issues are currently and pain points
109:6 and what their objectives that they're trying
109:7 to accomplish.  We would then go into a
109:8 presentation, followed by a proof of concept.

**111:05 - 111:25**   **Peck, Helen 02-12-2021 (00:01:06)**   **PEC.23**

111:5   Q. Okay.  And maybe you could explain
111:6 to me what a POC is.
111:7   A. Sure.  POC is -- basically, the
111:8 content filter is scanning messages, so, what
111:9 it would do is run side by side, the

| PEC-Peck_072621_130am | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

111:10 incumbent content filter, and you would
111:11 both -- they would report and log messages
111:12 that were coming in that got scanned and
111:13 provided a verdict, and then you would do a
111:14 comparison, and you would see which ones that
111:15 we differed with, and then from that you
111:16 would have a manual review of those messages
111:17 to determine a catch rate.  And accuracy.
111:18 Accuracy is important.
111:19 So, basically, what you're looking
111:20 at is who got it right, who got it wrong, and
111:21 the false positives that came from it.
111:22   Q. Okay.  So, it's only after this
111:23 process that pricing begins to be discussed
111:24 with the potential customer; is that correct?
111:25   A. Sure.

**112:02 - 112:21**   **Peck, Helen 02-12-2021 (00:01:03)**   **PEC.24**

112:2   Q. Do customers of the Vade Office 365
112:3 product also go through this POC process?
112:4   A. They use the -- they have a free
112:5 trial.  It's very easy to turn on our Office
112:6 365 product.  It's not like other competitors
112:7 where you've got to change the MX records.
112:8 You can turn it on and use it and just turn
112:9 it off.  And it's really -- you know, it's a
112:10 flat cut and dry, you know, if we provided
112:11 value, because we don't turn off the --
112:12 what's considered -- it ships with Microsoft,
112:13 so it's Microsoft's filter.  We are a layer
112:14 above it.
112:15 And so, you know, our detection of
112:16 phish, spam, what have you, is over and above
112:17 what you would get with the product that was
112:18 shipped -- you know, the filter that was
112:19 shipped with Microsoft.  So, it's -- you
112:20 know, you are either providing more coverage
112:21 or you're not.

**121:14 - 122:10**   **Peck, Helen 02-12-2021 (00:01:01)**   **PEC.25**

121:14   Q. The first, product one is listed as
121:15 Content Filtering Comfort Bundle.

| PEC-Peck_072621_130am | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

|  | 121:16   A. Yes. | |
|  | 121:17   Q. What is this referring to?  What | |
|  | 121:18 Vade product is this referring to? | |
|  | 121:19   A. This is a content filter, and it | |
|  | 121:20 includes our extended verdict | |
|  | 121:21 classifications, so we call it graymail. | |
|  | 121:22   Q. And that graymail is, fair to say, | |
|  | 121:23 like an add-on to the content filter? | |
|  | 121:24   A. Sure. | |
|  | 121:25   Q. Okay.  Other than that graymail | |
|  | 122:1 Highly Confidential - H. Peck | |
|  | 122:2 component, is there anything else in -- | |
|  | 122:3 included in the Content Filtering Comfort | |
|  | 122:4 Bundle besides the content filter itself? | |
|  | 122:5   A. No, just the content filter. | |
|  | 122:6   Q. Okay.  And then product two | |
|  | 122:7 underneath says "SMTP relay, including | |
|  | 122:8 premium support."  Do you see where I am | |
|  | 122:9 referring to? | |
|  | 122:10   A. I do. | |
| 122:11 - 122:17 | **Peck, Helen 02-12-2021 (00:00:23)** | **PEC.67** |
|  | 122:11   Q. And what is SMTP relay? | |
|  | 122:12   A. It's the messaging service, so it's | |
|  | 122:13 the -- the transport of taking in -- taking | |
|  | 122:14 in messages and being -- routing them to the | |
|  | 122:15 inbox. | |
|  | 122:16   Q. Is that a form of an MTA? | |
|  | 122:17   A. Yes. | |
| 122:18 - 122:21 | **Peck, Helen 02-12-2021 (00:00:18)** | **PEC.26** |
|  | 122:18   Q. Is there a customer or | |
|  | 122:19 public-facing name for the SMTP relay MTA | |
|  | 122:20 that is described here? | |
|  | 122:21   A. It would be the MTA Builder. | |
| 130:14 - 130:21 | **Peck, Helen 02-12-2021 (00:00:27)** | **PEC.68** |
|  | 130:14 Are there any scenarios in which | |
|  | 130:15 Vade is proposing the MTA Builder product but | |
|  | 130:16 not proposing or offering the Vade Content | |
|  | 130:17 Filter? | |
|  | 130:18   A. You said "is," like in the present | |
|  | 130:19 tense, or future tense?  Because -- yeah. | |

| PEC-Peck_072621_130am | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 130:24 - 131:04 | 130:20 Present tense, not to my knowledge.  Future | PEC.27 |
| | 130:21 tense, who knows?  Could be. | |
| | **Peck, Helen 02-12-2021 (00:00:14)** | |
| | 130:24 So, have there been any instances | |
| | 130:25 or scenarios in which Vade has proposed the | |
| | 131:1 Highly Confidential - H. Peck | |
| | 131:2 MTA Builder product but has not proposed or | |
| | 131:3 offered the Vade Content Filter? | |
| | 131:4   A. Not to my knowledge. | |
| 133:03 - 133:06 | **Peck, Helen 02-12-2021 (00:00:14)** | PEC.28 |
| | 133:3 Other than seeking investment or | |
| | 133:4 financing, are you aware of other ways that | |
| | 133:5 Vade has considered to become more | |
| | 133:6 profitable? | |
| 133:09 - 133:23 | **Peck, Helen 02-12-2021 (00:00:44)** | PEC.29 |
| | 133:9   A. Well, we have significant | |
| | 133:10 opportunities in the pipeline, and, you know, | |
| | 133:11 both on the Office 365 side with our | |
| | 133:12 distributor model.  You know, that is a model | |
| | 133:13 that is, you know, increasing, but not to my | |
| | 133:14 knowledge. | |
| | 133:15   Q. Okay.  So, you said significant | |
| | 133:16 opportunities in the pipeline.  What does | |
| | 133:17 that mean? | |
| | 133:18   A. Like Charter. | |
| | 133:19   Q. Okay.  So, sales opportunities that | |
| | 133:20 are -- | |
| | 133:21   A. Sure. | |
| | 133:22   Q. -- in development; is that fair? | |
| | 133:23   A. Sure. | |
| 134:18 - 135:02 | **Peck, Helen 02-12-2021 (00:00:32)** | PEC.69 |
| | 134:18   Q. You also mentioned the Office 365 | |
| | 134:19 distributor model as being -- | |
| | 134:20   A. Sure. | |
| | 134:21   Q. -- another way to increase, | |
| | 134:22 potentially increase Vade's profitability. | |
| | 134:23 What is the Vade Office 365 distributor | |
| | 134:24 model? | |
| | 134:25   A. It's basically where we sell | |
| | 135:1 Highly Confidential - H. Peck | |

| PEC-Peck_072621_130am | | |
| --- | --- | --- |
| Page/Line | Source | ID |

135:03 - 135:09

135:2 through distributors and resellers.

**Peck, Helen 02-12-2021 (00:00:25)**

135:3   Q. Okay.  And so, why is Vade's

135:4 Office 365 distributor model a potential way

135:5 for Vade to increase profitability?

135:6   A. As that ramps up, you have -- you

135:7 know, it's a question of this, you know,

135:8 ramping up and getting distributors and

135:9 resellers selling your product.

**PEC.30**

135:24 - 136:09

**Peck, Helen 02-12-2021 (00:00:40)**

135:24   Q. Okay.  So, some of the distributors

135:25 and resellers for Vade's Office 365 product

136:1 Highly Confidential - H. Peck

136:2 are fairly new, that they need to be educated

136:3 and trained right now; is that fair?

136:4   A. Sure.

136:5   Q. And so, for at least some of the

136:6 current distributors and resellers of

136:7 Office 365, Vade expects their sales to

136:8 increase; is that fair to say?

136:9   A. Sure.  Anyone would.

**PEC.31**

138:05 - 138:11

**Peck, Helen 02-12-2021 (00:00:32)**

138:5   Q. So, have you seen Exhibit 8 before?

138:6   A. Give me one moment.

138:7 Yes.

138:8   Q. And what does Exhibit 8 appear to

138:9 be?

138:10   A. A sales kickoff presentation that

138:11 Serge did for the team.

**PEC.32**

**P1863.1**

138:12 - 138:23

**Peck, Helen 02-12-2021 (00:00:45)**

138:12   Q. And does Mr. Dugas present these

138:13 sales kickoff presentations on a regular

138:14 basis?

138:15   A. I'm e-mailed them.  Although we

138:16 didn't do -- so, he's done it one time since

138:17 I have been an employee.

138:18   Q. So, this is the only sales kickoff

138:19 meeting or presentation that you have been

138:20 involved with or participated in since you

138:21 joined Vade; is that correct?

**PEC.70**

| Page/Line | Source | ID |
|---|---|---|
| | **PEC-Peck_072621_130am** | |

138:22   A. For the ISPs, yes.  This is the
138:23 only ISP kickoff.

**139:24 - 140:02**   **Peck, Helen 02-12-2021 (00:00:08)**   **PEC.71**

139:24   Q. Okay.  Were you involved in putting
139:25 together any of these slides in Exhibit 8?
140:1 Highly Confidential - H. Peck
140:2   A. No.

**153:05 - 153:14**   **Peck, Helen 02-12-2021 (00:00:28)**   **PEC.33**

153:5 Do you know approximately how many
153:6 mailboxes Comcast manages?
153:7   A. Yes.
153:8   Q. Okay.  Approximately how many
153:9 mailboxes does Comcast manage?
153:10   A. 23 million.
153:11   Q. Okay.  And currently Vade is the          **clear**
153:12 content filter provider for Comcast; is that
153:13 correct?
153:14   A. Yes.

**153:15 - 153:17**   **Peck, Helen 02-12-2021 (00:00:10)**   **PEC.72**

153:15   Q. Okay.  And is Vade --
153:16   A. For -- for the filtering component.
153:17 The gateway is with Cloudmark.

**153:18 - 153:21**   **Peck, Helen 02-12-2021 (00:00:14)**   **PEC.34**

153:18   Q. Okay.  So, are all 23 million
153:19 mailboxes managed by Comcast currently being
153:20 filtered by Vade's content filter?
153:21   A. Yes.

**153:22 - 154:11**   **Peck, Helen 02-12-2021 (00:00:48)**   **PEC.73**

153:22   Q. And those 23 million mailboxes
153:23 managed by Comcast are not currently being
153:24 filtered by Cloudmark's content filter;
153:25 correct?
154:1 Highly Confidential - H. Peck
154:2   A. To my knowledge, Cloudmark has
154:3 gotten permission to get some of the data
154:4 that they were -- they lost when they lost
154:5 the contract for the content filter, but they
154:6 have a POC where they made an arrangement so
154:7 they can get the data.
154:8   Q. And where do you -- where do you

| | | |
|---|---|---|
| **PEC-Peck_072621_130am** | | |

| Page/Line | Source | ID |
|---|---|---|
| | 154:9 base that -- where did you get that | |
| | 154:10 knowledge? | |
| | 154:11   A. From Comcast. | |
| 163:10 - 163:14 | **Peck, Helen 02-12-2021 (00:00:19)** | **PEC.35** |
| | 163:10   Q. Okay.  So, if I understand what you | |
| | 163:11 are saying, Cloudmark was able to achieve | |
| | 163:12 what you described as the lion's share of the | |
| | 163:13 business by obtaining Comcast as a customer; | |
| | 163:14 is that correct? | |
| 163:17 - 164:07 | **Peck, Helen 02-12-2021 (00:00:45)** | **PEC.36** |
| | 163:17   A. It's part of the formula, right. | |
| | 163:18 So, they have -- they got the data from | |
| | 163:19 Cloudmark -- I mean from Comcast.  It helps | |
| | 163:20 bring them into the market where others would | |
| | 163:21 follow because Comcast chose them.  And then | |
| | 163:22 from that, that data that they obtained, you | |
| | 163:23 know, allowed them to have a, you know, very | |
| | 163:24 competitive and effective product for a | |
| | 163:25 while, until hacker attacks figured out that | |
| | 164:1 Highly Confidential - H. Peck | |
| | 164:2 they had the lion's share of the business so | |
| | 164:3 they targeted Cloudmark to get around their | |
| | 164:4 filter, which was fingerprinting technology. | |
| | 164:5   Q. So, now Vade has Comcast's content | |
| | 164:6 filtering business; correct? | |
| | 164:7   A. Correct. | |
| 166:17 - 167:06 | **Peck, Helen 02-12-2021 (00:00:57)** | **PEC.37** |
| | 166:17   Q. So, if Comcast called you tomorrow | |
| | 166:18 and said that it wanted to exercise the MTA | |
| | 166:19 option in its contract with Vade, what would | |
| | 166:20 be the Vade product? | |
| | 166:21   A. MTA, MTA Builder.  And remember -- | |
| | 166:22 remember, MTA is not a -- it's a product but | |
| | 166:23 it's not a product.  It's a -- it's basically | |
| | 166:24 a tool that allows them to use their own, you | |
| | 166:25 know, developers to develop, you know, a | |
| | 167:1 Highly Confidential - H. Peck | |
| | 167:2 solution for -- for their -- for their | |
| | 167:3 environment.  So, it's not a -- | |
| | 167:4   Q. Is Vade's MTA Builder a product | |

| Page/Line | Source | ID |
|---|---|---|
| | PEC-Peck_072621_130am | |

167:5 that Vade is offering?

167:6   A. Yes.

**171:09 - 171:25**   **Peck, Helen 02-12-2021 (00:00:59)**    **PEC.38**

171:9   Q. Okay.  Let's move to the fourth    P1863.12

171:10 bullet on that same page, and it reads, "With    P1863.12.1

171:11 the MTA, we now provide a complete e-mail

171:12 delivery experience."

171:13 Do you see what I am referring to?

171:14   A. I do.

171:15   Q. Okay.  And the MTA referenced in

171:16 that statement, do you understand that to be

171:17 referring to Vade's MTA Builder?

171:18   A. Yes.

171:19   Q. And what do you understand the

171:20 statement "a complete e-mail delivery

171:21 experience" to mean?

171:22   A. Sure.  As -- if you look at the

171:23 marketplace, it means having the MTA and the

171:24 content filter, because the two make up the

171:25 solution.

**172:24 - 173:05**   **Peck, Helen 02-12-2021 (00:00:20)**    **PEC.39**

172:24   Q. Have you encountered customers or

172:25 potential customers who are looking for a

173:1 Highly Confidential - H. Peck

173:2 complete e-mail delivery experience, meaning

173:3 the combination of an MTA and content filter

173:4 from the same vendor?

173:5   A. Sure.

**174:02 - 174:21**   **Peck, Helen 02-12-2021 (00:01:11)**    **PEC.40**

174:2   Q. Is this bullet in Exhibit 8 now

174:3 describing that Vade has both an MTA and

174:4 content filter?

174:5   A. Sure.

174:6   Q. And the next sub-bullet states,    P1863.12.2

174:7 "For every dollar sold as content filter, we

174:8 have a dollar up sales opportunity with the

174:9 MTA."  Do you see what I am referring to?

174:10   A. I do.  I do.

174:11   Q. What is the up sales opportunity?

174:12 What does that mean?

| Page/Line | Source | ID |
|---|---|---|

**PEC-Peck_072621_130am**

174:13   A. So, yeah.  Before we sold in, and
174:14 customers that have our content filter, there
174:15 would be an opportunity to sell them, you
174:16 know, to replace what they have.  That is not
174:17 necessarily meaning that it's Cloudmark's
174:18 Bizanga product.  It could be, you know,
174:19 Message Systems, or it could be, you know,
174:20 that they had a free open source MTA like
174:21 Postfix or XM.

| 175:13 - 175:18 | **Peck, Helen 02-12-2021 (00:00:20)** | **PEC.41** |

175:13   Q. Okay.  So, you said that once a
175:14 customer puts in an MTA, they typically don't
175:15 take them -- replace that MTA for a long
175:16 time; is that correct?
175:17   A. It's -- it's difficult to take them
175:18 out in many cases.

| 176:18 - 177:07 | **Peck, Helen 02-12-2021 (00:00:46)** | **PEC.74** |

176:18   A. Serge placing an official title on
176:19 something that was just typical -- you know,
176:20 pretty much any opportunity we have, it was
176:21 going to be a Cloudmark replacement, so it
176:22 was more him just putting an official title
176:23 on something that is part of our everyday
176:24 opportunities that come across.
176:25 There was no -- to my recollection,
177:1 Highly Confidential - H. Peck
177:2 there was no extra pricing or anything
177:3 special that was done.  It was just, you
177:4 know -- again, it was a sales, you know,
177:5 meeting, and it was -- like I said, it was
177:6 him putting a replacement program title on
177:7 something that we were --

| 177:08 - 177:11 | **Peck, Helen 02-12-2021 (00:00:12)** | **PEC.42** |

177:8   Q. Okay.  So, "Cloudmark replacement
177:9 program" just refers generally to what Vade
177:10 is doing day to day anyway; is that correct?
177:11   A. Yes.

| 181:11 - 182:06 | **Peck, Helen 02-12-2021 (00:00:52)** | **PEC.43** |
| | | P1863.13 |

181:11 So, back to this page, ending 138,
181:12 looking at the first bullet --

PEC-Peck_072621_130am

| Page/Line | Source | ID |
|---|---|---|

181:13  A. Sure.
181:14  Q. -- under "North America," and
181:15 there's a -- the first sub-bullet states,
181:16 "Leveraging Comcast across the market."
181:17  A. Yes.
181:18  Q. What do you understand that to
181:19 mean?
181:20  A. That means that, you know, Comcast
181:21 would be a talking point, and that, you know,
181:22 it was a big win for us, really big win, and,
181:23 you know, they were huge fans, and we were
181:24 like partners, not -- you know, they were
181:25 willing to be references and so forth, but
182:1 Highly Confidential - H. Peck
182:2 just having their data and then leveraging
182:3 that in the U.S. market, you know, just from
182:4 a perception and, you know, a big customer
182:5 win.  You know, of course we were going to
182:6 leverage it.

P1863.13.1

**188:22 - 189:03**  **Peck, Helen 02-12-2021 (00:00:22)**   **PEC.44**

188:22  Q. So, yes.  The first -- the first
188:23 sentence or statement reads:  "Carpet Bomb
188:24 Cloudmark; a 35 million ARR new
188:25 opportunities."
189:1 Highly Confidential - H. Peck
189:2 Do you see what I am referring to?
189:3  A. Yes, I see it.

P1863.16.1

**189:04 - 189:12**  **Peck, Helen 02-12-2021 (00:00:27)**   **PEC.75**

189:4  Q. So, I am not familiar with sales
189:5 terminology, and I have not heard the phrase
189:6 "carpet bomb."  Are you familiar with that
189:7 term?
189:8  A. Not in the context of this.  I
189:9 think it's totally, you know, the French
189:10 translation.  They get a -- you know, a slang
189:11 or whatever, and they try to apply it, but --
189:12 yeah, most of --

**189:13 - 189:20**  **Peck, Helen 02-12-2021 (00:00:24)**   **PEC.45**

189:13  Q. What do you understand that to
189:14 mean?

| Page/Line | Source | ID |
|---|---|---|

**PEC-Peck_072621_130am**

189:15   A. I would be speculating.  It's kind
189:16 of funny.  Yeah.  Speculating, you know, it's
189:17 basically there is an opportunity to go --
189:18 you know, to -- basically, the competition
189:19 that has a lock on the market, you know, to
189:20 be able to go after some opportunities.

**189:21 - 190:03**   **Peck, Helen 02-12-2021 (00:00:19)**   **PEC.77**

189:21   Q. Okay.  And it says a 35 million ARR
189:22 new opportunities.  Is that referring to the
189:23 opportunities that Vade hopes to get from
189:24 Cloudmark, or --
189:25   A. I think he's talking about just the
190:1 Highly Confidential - H. Peck
190:2 market.
190:3   Q. Okay.

**190:04 - 190:10**   **Peck, Helen 02-12-2021 (00:00:23)**   **PEC.85**

190:4   A. Just the market.  And I am
190:5 speculating.  You know, I don't recall him
190:6 giving the slide, so I am not -- I don't know
190:7 what he was -- what the intent was there.  I
190:8 just don't recall.  Although I should,
190:9 because "carpet bomb" is kind of funny.  But
190:10 I don't remember the slide.

**190:18 - 190:21**   **Peck, Helen 02-12-2021 (00:00:10)**   **PEC.78**

190:18   Q. Okay.  If we needed to find out
190:19 what "carpet bomb" means in this context,
190:20 would we have to ask Serge Dugas?
190:21   A. You would.

**217:03 - 217:05**   **Peck, Helen 02-12-2021 (00:00:11)**   **PEC.47**

217:3   Q. All right.  So, have you seen
217:4 Exhibit 9 before?                                       P2037.1
217:5   A. It's been a while, but yes.

**217:10 - 217:13**   **Peck, Helen 02-12-2021 (00:00:14)**   **PEC.48**

217:10   Q. Do you see that the e-mail on the
217:11 bottom, which is the e-mail first in time, is    P2037.1.1
217:12 from you?
217:13   A. Yes.

**217:22 - 218:16**   **Peck, Helen 02-12-2021 (00:01:01)**   **PEC.79**

217:22   Q. In the first sentence, you write,
217:23 "I just got back from having drinks with

| PEC-Peck_072621_130am | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

217:24 Severin, Sharon and Dave (others)."  Do you
217:25 see what I am referring to?
218:1 Highly Confidential - H. Peck
218:2   A. I do.
218:3   Q. The Severin, Sharon and Dave
218:4 referenced here, are these Comcast employees?
218:5   A. They are.
218:6   Q. And are these your main contacts at
218:7 Comcast?
218:8   A. They are some contacts.  They are
218:9 not my main contacts.  Severin, Severin is
218:10 the chairman of M3AAWG and a very close
218:11 friend from my days at Message Systems.
218:12   Q. Got it.
218:13 So, you describe some of the things
218:14 that you learned from these Comcast
218:15 employees; correct?
218:16   A. Yes.

| 218:17 - 218:24 | **Peck, Helen 02-12-2021 (00:00:32)** | **PEC.49** |

218:17   Q. And then the fifth paragraph down
218:18 states, "We need to sync on the strategy for       **P2037.1.2**
218:19 Comcast that ensures we block Cloudmark from
218:20 winning back the filter business."  Do you
218:21 see what I am referring to?
218:22   A. I do.
218:23   Q. And this e-mail was sent to --
218:24   A. Dugas.

| 219:03 - 219:05 | **Peck, Helen 02-12-2021 (00:00:05)** | **PEC.50** |

219:3   Q. And other employees at Vade;
219:4 correct?
219:5   A. Yes.

| 220:17 - 220:23 | **Peck, Helen 02-12-2021 (00:00:18)** | **PEC.80** |

220:17 So, you know, it was -- for us to
220:18 keep the business, it really testifies to
220:19 Cloudmark -- I mean to Vade's technology that
220:20 we -- that they actually had a POC in there
220:21 and we continued to have their business.  So,
220:22 you know, it's because of our protection, so,
220:23 yeah, I was concerned.

| 220:24 - 221:08 | **Peck, Helen 02-12-2021 (00:00:40)** | **PEC.51** |

| Page/Line | Source | ID |
|---|---|---|

**PEC-Peck_072621_130am**

|  | 220:24   Q. So, my question is:  Was it |  |
|  | 220:25 important for Vade to be able to offer an MTA |  |
|  | 221:1 Highly Confidential - H. Peck |  |
|  | 221:2 to Comcast at this time, in your e-mail? |  |
|  | 221:3   A. Sure. |  |
|  | 221:4   Q. Okay.  And you write that -- it |  |
|  | 221:5 says, "Figure out what we can deliver mid Nov | P2037.1.3 |
|  | 221:6 on our MTA."  Do you see what I am referring |  |
|  | 221:7 to? |  |
|  | 221:8   A. Yes. |  |
| 222:08 - 222:14 | **Peck, Helen 02-12-2021 (00:00:17)** | **PEC.52** |
|  | 222:8 So, my question here is, Mario, is | P2037.1.4 |
|  | 222:9 that a reference to -- is that referring to |  |
|  | 222:10 Olivier Lemarié? |  |
|  | 222:11   A. It is. |  |
|  | 222:12   Q. Okay.  And Shaun, is that somebody |  |
|  | 222:13 who works at Comcast? |  |
|  | 222:14   A. Yes. |  |
| 234:24 - 235:23 | **Peck, Helen 02-12-2021 (00:01:23)** | **PEC.83** |
|  | 234:24 Did Apple ask Vade any questions | clear |
|  | 234:25 about this litigation? |  |
|  | 235:1 Highly Confidential - H. Peck |  |
|  | 235:2   A. Other than the conversation I had |  |
|  | 235:3 with Ruchi, you know, she -- she said, you |  |
|  | 235:4 know, that, you know, there was a conflict, |  |
|  | 235:5 and, you know, I countered with, well, let me |  |
|  | 235:6 check into it and get back with you, and then |  |
|  | 235:7 we had the second conversation.  It was, you |  |
|  | 235:8 know, we need to -- don't have enough -- like |  |
|  | 235:9 I just said, and I came back with, you know, |  |
|  | 235:10 that the lawsuit doesn't even have to deal |  |
|  | 235:11 with Proofpoint's content filter, because |  |
|  | 235:12 that's what the incumbent was, not |  |
|  | 235:13 Cloudmark's content filter.  So, to get the |  |
|  | 235:14 ISP, you know, that's one that Proofpoint |  |
|  | 235:15 has, and -- yes. |  |
|  | 235:16 So, she didn't ask me any questions |  |
|  | 235:17 other than she took back what I said, which |  |
|  | 235:18 was that it wasn't -- it doesn't have any |  |
|  | 235:19 relevance to the Proofpoint.  You can tell |  |

| Page/Line | Source | ID |
|---|---|---|
| | **PEC-Peck_072621_130am** | |
| | 235:20 it's kind of -- it was a big deal, and a lot | |
| | 235:21 of work went into it, and then, you know, | |
| | 235:22 kind of lost it at the last minute.  It was | |
| | 235:23 kind of disappointing. | |
| 248:25 - 249:04 | **Peck, Helen 02-12-2021 (00:00:19)** | **PEC.53** |
| | 248:25   Q. To your knowledge, was Apple ever | |
| | 249:1 Highly Confidential - H. Peck | |
| | 249:2 considering building its own in-house e-mail | |
| | 249:3 content filter? | |
| | 249:4   A. Yes, and they actually have one. | |
| 249:07 - 249:10 | **Peck, Helen 02-12-2021 (00:00:12)** | **PEC.54** |
| | 249:7 Does Vade consider Apple's in-house | |
| | 249:8 content filter to be competitive with Vade's | |
| | 249:9 Content Filter? | |
| | 249:10   A. No. | |
| 250:23 - 251:10 | **Peck, Helen 02-12-2021 (00:00:37)** | **PEC.81** |
| | 250:23   Q. And does that concern you from a | |
| | 250:24 sales perspective? | |
| | 250:25   A. No, because what they were | |
| | 251:1 Highly Confidential - H. Peck | |
| | 251:2 interested in us in, you know, at the time it | |
| | 251:3 was spam, but it was also -- the biggest part | |
| | 251:4 was the phishing component, and, you know, | |
| | 251:5 during my past working at Cyren, knowing | |
| | 251:6 Google's position on that and AOL's position | |
| | 251:7 on that, they typically will go outside to | |
| | 251:8 acquire that piece of the technology, you | |
| | 251:9 know, and that's where the opportunity is | |
| | 251:10 with them. | |
| 251:11 - 251:17 | **Peck, Helen 02-12-2021 (00:00:21)** | **PEC.55** |
| | 251:11   Q. Okay.  So, Apple having its own | |
| | 251:12 in-house e-mail content filter does not | |
| | 251:13 concern you from a sales perspective because | |
| | 251:14 Apple would still likely rely on outside | |
| | 251:15 options for the phishing component; is that | |
| | 251:16 correct? | |
| | 251:17   A. Phishing and malware. | |
| 257:04 - 257:22 | **Peck, Helen 02-12-2021 (00:01:04)** | **PEC.82** |
| | 257:4   A. Yes.  So, we were having -- for | |
| | 257:5 several months before this date, having false | |

| Page/Line | Source | ID |
|---|---|---|

**PEC-Peck_072621_130am**

257:6 positives, and they were -- we were
257:7 continuing to get them, and didn't know why,
257:8 and it ended up being that we get a feed, a
257:9 percentage of Comcast data that feeds our
257:10 algorithms, you know, so we -- basically, it
257:11 comes back through a separate feed of -- like
257:12 I said, we would get a percentage of data,
257:13 and lo and behold, we weren't getting that --
257:14 that traffic, and so it was throwing off our
257:15 algorithms.  That was throwing off our
257:16 detection of -- you know, listing false
257:17 positives and false negatives.
257:18 Come to find out that the reason we
257:19 weren't getting it is, they did an upgrade to
257:20 Cloudmark Gateway, which is where the content
257:21 filter sits in, and it broke the connection,
257:22 so we weren't able to get these UDP packets.

**257:23 - 258:06**  **Peck, Helen 02-12-2021 (00:00:30)**  **PEC.56**
**P2033.1**
257:23   Q. So, without the e-mail data feed,
257:24 Vade's content filter was losing accuracy?
257:25   A. We thought -- we -- because the
258:1 Highly Confidential - H. Peck
258:2 algorithms are based on a percentage of the
258:3 traffic, and we were getting some traffic but
258:4 not what was tuned for the algorithms, and
258:5 that's what caused the accuracy problem  **clear**
258:6 there.

**260:25 - 261:03**  **Peck, Helen 02-12-2021 (00:00:15)**  **PEC.57**
260:25 MS. CHENG:  I would like to
261:1 Highly Confidential - H. Peck
261:2 introduce Exhibit 12, and Exhibit 12 will
261:3 bear the Bates Number VS_0000066104.

**261:07 - 261:09**  **Peck, Helen 02-12-2021 (00:00:05)**  **PEC.58**
261:7   A. Okay.
261:8 I haven't seen it lately, and let
261:9 me read it.

**261:10 - 261:10**  **Peck, Helen 02-12-2021 (00:00:02)**  **PEC.59**
261:10 Yes, I have seen it.

**262:02 - 262:04**  **Peck, Helen 02-12-2021 (00:00:09)**  **PEC.60**
262:2   Q. Do you understand this e-mail chain

| PEC-Peck_072621_130am | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |
| | 262:3 to be discussing the Apple account generally? | |
| | 262:4   A. Yes. | |
| 268:23 - 269:18 | **Peck, Helen 02-12-2021 (00:01:07)** | **PEC.61** |
| | 268:23   Q. Going back to Exhibit 12, further | |
| | 268:24 down on that same paragraph, there is a | |
| | 268:25 sentence that begins, "Worst-case scenario, | |
| | 269:1 Highly Confidential - H. Peck | |
| | 269:2 Proofpoint wins and Apple would access our | |
| | 269:3 source code," and it goes -- the sentence | |
| | 269:4 goes on. | |
| | 269:5   A. Yes. | |
| | 269:6   Q. Do you have an understanding as to | |
| | 269:7 what that statement means? | |
| | 269:8   A. I do. | |
| | 269:9   Q. Okay.  And what is that? | |
| | 269:10   A. So, basically, it was, here is a | |
| | 269:11 scenario that we could offer, offer Apple, | |
| | 269:12 that in the worst-case scenario, if we lose, | |
| | 269:13 we would give you the source code to our | |
| | 269:14 product.  So, basically Apple would win | |
| | 269:15 either way.  They would either get a better | |
| | 269:16 product now and we would have a contract, and | |
| | 269:17 if we lost the lawsuit, they would get our | clear |
| | 269:18 source code.  So that, you know -- yeah. | |
| 269:19 - 269:24 | **Peck, Helen 02-12-2021 (00:00:20)** | **PEC.84** |
| | 269:19   Q. Okay.  So, is that the -- is that | |
| | 269:20 the escrow suggestion that Mr. Dugas was | |
| | 269:21 proposing? | |
| | 269:22   A. Right.  This -- like I said, this | |
| | 269:23 is internal conversations battering that -- | |
| | 269:24 you know, ideas around. | |

Proofpoint Designations = 00:27:10
Vade Counters = 00:10:28
**Total Time = 00:37:38**

**Documents Shown**
P1863
P2033

Page 21/22

| Page/Line | Source | ID |
|---|---|---|

P2037

Recorded Deposition Testimony from
Guillaume Séjourné, who is the Manager of
Technical Publications at Vade Secure

Played at Trial Tr. 915:17-19

| Page/Line | Source | ID |
|---|---|---|
| | **SEJ-Sejourne_072821_953pm** | |
| 7:25 - 8:01 | **Sejourne, Guillaume 12-22-2020 (00:00:05)**<br>7:25   Q. Mr. Sejourne, what is your title<br>8:1 today at Vade? | SEJ.1 |
| 8:04 - 8:04 | **Sejourne, Guillaume 12-22-2020 (00:00:07)**<br>8:4   A. Manager of technical publications. | SEJ.2 |
| 8:05 - 8:05 | **Sejourne, Guillaume 12-22-2020 (00:00:03)**<br>8:5   Q. When you were hired by Vade Secure? | SEJ.3 |
| 8:06 - 8:06 | **Sejourne, Guillaume 12-22-2020 (00:00:06)**<br>8:6   A. In December of 2016. | SEJ.4 |
| 8:16 - 8:17 | **Sejourne, Guillaume 12-22-2020 (00:00:05)**<br>8:16   Q. So today you are also a product<br>8:17 manager; is that correct? | SEJ.5 |
| 8:18 - 8:18 | **Sejourne, Guillaume 12-22-2020 (00:00:02)**<br>8:18   A. Yes. | SEJ.6 |
| 15:22 - 15:23 | **Sejourne, Guillaume 12-22-2020 (00:00:05)**<br>15:22   Q. Are you familiar with something<br>15:23 called NextGen MTA? | SEJ.7 |
| 15:24 - 15:24 | **Sejourne, Guillaume 12-22-2020 (00:00:03)**<br>15:24   A. Yes. | SEJ.8 |
| 16:03 - 16:04 | **Sejourne, Guillaume 12-22-2020 (00:00:03)**<br>16:3   Q. Mr. Sejourne, what is the NextGen<br>16:4 MTA? | SEJ.9 |
| 16:05 - 16:07 | **Sejourne, Guillaume 12-22-2020 (00:00:28)**<br>16:5   A. It was the development phase MTA by<br>16:6 Vade Secure, which is now sold under the<br>16:7 commercial name of MTA Builder. | SEJ.10 |
| 16:08 - 16:09 | **Sejourne, Guillaume 12-22-2020 (00:00:06)**<br>16:8   Q. So NextGen MTA is the same as MTA<br>16:9 Builder; is that correct? | SEJ.11 |
| 16:10 - 16:10 | **Sejourne, Guillaume 12-22-2020 (00:00:03)**<br>16:10   A. Yes.  It's the same product. | SEJ.76 |
| 26:02 - 26:04 | **Sejourne, Guillaume 12-22-2020 (00:00:10)**<br>26:2   Q. And Mr. Sejourne, was Mr. Lemarié<br>26:3 involved in setting the road map for the<br>26:4 NextGen MTA product, also known as MTA Builder? | SEJ.12 |
| 26:05 - 26:07 | **Sejourne, Guillaume 12-22-2020 (00:00:19)**<br>26:5   A. Not as far as I know.  Not since<br>26:6 I've been product manager responsible for this<br>26:7 product. | SEJ.13 |
| 83:07 - 83:11 | **Sejourne, Guillaume 12-22-2020 (00:00:10)** | SEJ.14 |

| Page/Line | Source | ID |
|---|---|---|

**SEJ-Sejourne_072821_953pm**

83:7   Q. I'm asking you any -- did you
83:8 understand that at least some of the code, any
83:9 part of the code, could not be shared with
83:10 someone outside the company of Cloudmark; did
83:11 you understand that?

**83:12 - 83:14**   **Sejourne, Guillaume 12-22-2020 (00:00:17)**   **SEJ.15**

83:12   A. I would assume that it is so.  But I
83:13 wouldn't know what part of it, indeed, would
83:14 fall into that category.

**83:15 - 83:18**   **Sejourne, Guillaume 12-22-2020 (00:00:09)**   **SEJ.16**

83:15   Q. At Cloudmark, did you have to use a
83:16 user name and a password with the right
83:17 credentials to be able to access the source
83:18 code repository?

**83:19 - 83:20**   **Sejourne, Guillaume 12-22-2020 (00:00:07)**   **SEJ.17**

83:19   A. Yes, as far as I remember, yes.
83:20 Indeed that was the case.

**84:07 - 84:10**   **Sejourne, Guillaume 12-22-2020 (00:00:15)**   **SEJ.18**

84:7   Q. If somebody did not have the right
84:8 credentials with the right user name and
84:9 password, they could not access the source code
84:10 repository at Cloudmark; correct?

**84:11 - 84:12**   **Sejourne, Guillaume 12-22-2020 (00:00:14)**   **SEJ.19**

84:11   A. I -- I don't know what the -- the
84:12 company policy was in that respect.

**84:18 - 84:21**   **Sejourne, Guillaume 12-22-2020 (00:00:08)**   **SEJ.20**

84:18   Q. Did you share your user name and
84:19 password for Cloudmark with anyone outside of
84:20 the company while you were employed by
84:21 Cloudmark?

**84:22 - 84:22**   **Sejourne, Guillaume 12-22-2020 (00:00:02)**   **SEJ.21**

84:22   A. No.

**84:23 - 85:02**   **Sejourne, Guillaume 12-22-2020 (00:00:11)**   **SEJ.22**

84:23   Q. You knew that would be against
84:24 company policy for you to share your user name
84:25 and password for Cloudmark systems with anyone
85:1 outside of the company while you were employed
85:2 by Cloudmark; correct?

**85:04 - 85:06**   **Sejourne, Guillaume 12-22-2020 (00:00:21)**   **SEJ.23**

85:4   A. I don't know.  It's simply that you

| Page/Line | Source | ID |
|---|---|---|

**SEJ-Sejourne_072821_953pm**

| Page/Line | Source | ID |
|---|---|---|
| | 85:5 know one doesn't ever share one's user name and<br>85:6 password.  It's as simple as that. | |
| 86:20 - 86:22 | **Sejourne, Guillaume 12-22-2020 (00:00:08)** | **SEJ.24** |
| | 86:20   Q. Have you ever received any training<br>86:21 at Vade Secure as to confidentiality of source<br>86:22 code? | |
| 86:23 - 86:23 | **Sejourne, Guillaume 12-22-2020 (00:00:02)** | **SEJ.25** |
| | 86:23   A. No. | |
| 87:04 - 87:06 | **Sejourne, Guillaume 12-22-2020 (00:00:08)** | **SEJ.26** |
| | 87:4   Q. Have you ever received any training<br>87:5 at Vade Secure as to the importance of<br>87:6 maintaining nondisclosure agreements? | |
| 87:07 - 87:07 | **Sejourne, Guillaume 12-22-2020 (00:00:04)** | **SEJ.27** |
| | 87:7   A. No, not to my knowledge. | |
| 142:07 - 142:09 | **Sejourne, Guillaume 12-23-2020 (00:00:08)** | **SEJ.28** |
| | 142:7   Q. Sir, you were involved in the<br>142:8 drafting of documents for the research tax<br>142:9 credit at Cloudmark; correct? | |
| 142:10 - 142:16 | **Sejourne, Guillaume 12-23-2020 (00:00:22)** | **SEJ.29** |
| | 142:10   A. I was involved in the technical<br>142:11 writing part.  That was my role.<br>142:12   Q. Correct.<br>142:13 You were involved in the technical<br>142:14 writing part of the research tax credit report<br>142:15 to the French authorities for Cloudmark;<br>142:16 correct? | |
| 142:17 - 142:17 | **Sejourne, Guillaume 12-23-2020 (00:00:02)** | **SEJ.30** |
| | 142:17   A. That's right. | |
| 155:15 - 155:18 | **Sejourne, Guillaume 12-23-2020 (00:00:08)** | **SEJ.31** |
| | 155:15   Q. And you know that Cloudmark had<br>155:16 nondisclosure agreements with various<br>155:17 companies, including certain customers.<br>155:18 You understood that; correct? | |
| 155:20 - 155:20 | **Sejourne, Guillaume 12-23-2020 (00:00:04)** | **SEJ.32** |
| | 155:20   A. I wouldn't know that. | |
| 156:09 - 156:10 | **Sejourne, Guillaume 12-23-2020 (00:00:05)** | **SEJ.33** |
| | 156:9   Q. So what is your understanding of a<br>156:10 NDA or a nondisclosure agreement? | |
| 156:11 - 156:21 | **Sejourne, Guillaume 12-23-2020 (00:00:48)** | **SEJ.34** |
| | 156:11   A. Again, I wouldn't know how to | |

| | SEJ-Sejourne_072821_953pm | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

156:12 describe them.  They are documents that are
156:13 established by the legal departments of
156:14 companies.  But I've never had one in my hands,
156:15 as far as I know.
156:16   Q. Do you understand that when you have
156:17 a conversation or exchange information with a
156:18 company under a nondisclosure agreement, that
156:19 such conversation, information, is to be kept
156:20 confidential?
156:21 Do you understand that?

| 156:23 - 156:24 | **Sejourne, Guillaume 12-23-2020 (00:00:11)** | **SEJ.35** |

156:23   A. I would say it depend on what
156:24 information we're talking about.

| 178:24 - 179:02 | **Sejourne, Guillaume 12-23-2020 (00:00:11)** | **SEJ.36** |

178:24   Q. So you understood at the time that
178:25 the handbook and the regulations contained in
179:1 the handbook applied to you as a Cloudmark
179:2 employee; correct?

| 179:03 - 179:10 | **Sejourne, Guillaume 12-23-2020 (00:00:23)** | **SEJ.37** |

179:3   A. No, not exactly.
179:4   Q. Sir, you received this Cloudmark
179:5 employee handbook and the employee handbook
179:6 states:  "This handbook aims at informing you
179:7 of our key principles and objectives, but also
179:8 the major regulations applicable to each
179:9 company employee."
179:10 That's what it states; correct?

| 179:11 - 179:15 | **Sejourne, Guillaume 12-23-2020 (00:00:09)** | **SEJ.38** |

179:11   A. Yeah, I do see that.  It's -- I do
179:12 see that.
179:13   Q. And you were a company employee of
179:14 Cloudmark at the time you received this
179:15 handbook; correct?

| 179:16 - 179:20 | **Sejourne, Guillaume 12-23-2020 (00:00:14)** | **SEJ.39** |

179:16   A. Yes, that's right.
179:17   Q. So is it your testimony that
179:18 although you were an employee of Cloudmark at
179:19 the time, that the regulations set forth in
179:20 this handbook did not apply to you?

| 179:22 - 180:05 | **Sejourne, Guillaume 12-23-2020 (00:00:47)** | **SEJ.40** |

| SEJ-Sejourne_072821_953pm | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

179:22   A. Yes, indeed, because as far as I
179:23 remember, this was just a work of translation.
179:24 And it came out that it was incomplete because
179:25 there were rules that actually didn't apply in
180:1 France.
180:2   Q. So it is your testimony that the
180:3 employee handbook of Cloudmark did not apply to
180:4 you as a company employee?  Is that your
180:5 testimony?

| 180:07 - 180:10 | **Sejourne, Guillaume 12-23-2020 (00:00:24)** | **SEJ.41** |

180:7   A. It would depend on which version
180:8 you're questioning.  I don't remember there
180:9 being a final version for France.  I don't
180:10 remember that.

| 188:04 - 188:08 | **Sejourne, Guillaume 12-23-2020 (00:00:13)** | **SEJ.42** |

188:4   Q. When you joined Vade Secure, did you
188:5 receive any training on Vade's policies with
188:6 respect to confidential information that you
188:7 had received from Cloudmark as your former
188:8 employer?

| 188:09 - 188:14 | **Sejourne, Guillaume 12-23-2020 (00:00:18)** | **SEJ.43** |

188:9   A. Not as far as I can recall.
188:10   Q. When you joined Vade Secure, did
188:11 anyone at Vade tell you not to use the
188:12 confidential information you had retained from
188:13 Cloudmark during the course of your employment
188:14 at Vade?

| 188:16 - 188:16 | **Sejourne, Guillaume 12-23-2020 (00:00:07)** | **SEJ.44** |

188:16   A. No one needed to do that.

| 189:13 - 189:16 | **Sejourne, Guillaume 12-23-2020 (00:00:11)** | **SEJ.45** |

189:13   Q. Did you receive any training from
189:14 Vade regarding Cloudmark's confidential source
189:15 code, confidential technical documents, or
189:16 other types of trade secrets?

| 189:18 - 189:20 | **Sejourne, Guillaume 12-23-2020 (00:00:28)** | **SEJ.46** |

189:18   A. I couldn't answer this question
189:19 differently.  I didn't receive any training on
189:20 that subject.

| 190:04 - 190:06 | **Sejourne, Guillaume 12-23-2020 (00:00:08)** | **SEJ.47** |

190:4   Q. All right.  Switching topics here.

| | SEJ-Sejourne_072821_953pm | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

| | 190:5 Mr. Sejourne, are you familiar with | |
| | 190:6 the French innovation tax credit? | |
| 190:07 - 190:08 | **Sejourne, Guillaume 12-23-2020 (00:00:15)** | **SEJ.48** |
| | 190:7   A. I know some of the -- some of how -- | |
| | 190:8 I know how it works and the mechanism of it. | |
| 190:16 - 190:18 | **Sejourne, Guillaume 12-23-2020 (00:00:04)** | **SEJ.49** |
| | 190:16   Q. Can you describe your personal | |
| | 190:17 understanding of the French innovation tax | |
| | 190:18 credit? | |
| 190:19 - 191:09 | **Sejourne, Guillaume 12-23-2020 (00:02:16)** | **SEJ.50** |
| | 190:19   A. I'm going to do it in several stages | |
| | 190:20 so it can be interpreted in segments. | |
| | 190:21 So every year the French companies | |
| | 190:22 file a -- they file the -- like a demand asking | |
| | 190:23 French institutions for the right to receive | |
| | 190:24 credits regarding innovations, regarding | |
| | 190:25 research and innovation. | |
| | 191:1 So it includes two things.  So one | |
| | 191:2 component of it are descriptions of techniques, | |
| | 191:3 technologies that are constituted as | |
| | 191:4 innovation. | |
| | 191:5 Then there's a time sheet, which is | |
| | 191:6 basically something to itemize the costs and | |
| | 191:7 the resources that -- over the last year that | |
| | 191:8 have been put into coming up with this | |
| | 191:9 innovation and the cost of this research. | |
| 191:11 - 191:14 | **Sejourne, Guillaume 12-23-2020 (00:00:10)** | **SEJ.51** |
| | 191:11 While you were at Cloudmark, to your | |
| | 191:12 knowledge did Cloudmark ever apply for the | |
| | 191:13 innovation tax credit with the French | |
| | 191:14 authorities? | |
| 191:15 - 191:15 | **Sejourne, Guillaume 12-23-2020 (00:00:04)** | **SEJ.52** |
| | 191:15   A. Yes, absolutely, yes. | |
| 191:22 - 191:22 | **Sejourne, Guillaume 12-23-2020 (00:00:03)** | **SEJ.53** |
| | 191:22   Q. And do you recall what years? | |
| 191:25 - 192:06 | **Sejourne, Guillaume 12-23-2020 (00:00:42)** | **SEJ.54** |
| | 191:25   A. I can't tell you when it started or | |
| | 192:1 when it finished.  We ended up outsourcing that | |
| | 192:2 task to an external company.  I don't remember | |
| | 192:3 the start or the end dates. | |

| Page/Line | Source | ID |
|---|---|---|

**SEJ-Sejourne_072821_953pm**

|  | 192:4  Q. Do you recall signing the |  |
|  | 192:5 application for the innovation tax credit |  |
|  | 192:6 submissions for Cloudmark? |  |
| 192:07 - 192:08 | **Sejourne, Guillaume 12-23-2020 (00:00:04)** | **SEJ.55** |
|  | 192:7  A. I don't remember having done that, |  |
|  | 192:8 no. |  |
| 193:21 - 193:23 | **Sejourne, Guillaume 12-23-2020 (00:00:06)** | **SEJ.56** |
|  | 193:21 MR. PAK:  Let's look at my next |  |
|  | 193:22 exhibit which is Exhibit 39.  That'll be | **P256.1** |
|  | 193:23 Tab 50. |  |
| 194:02 - 194:04 | **Sejourne, Guillaume 12-23-2020 (00:00:09)** | **SEJ.57** |
|  | 194:2 MR. PAK:  I'll also introduce the |  |
|  | 194:3 English version as Exhibit 40 and the | **P256.15** |
|  | 194:4 certification as Exhibit 41. |  |
| 194:14 - 194:17 | **Sejourne, Guillaume 12-23-2020 (00:00:09)** | **SEJ.58** |
|  | 194:14 Do you see that the title of this |  |
|  | 194:15 document is:  Cloudmark Labs innovation tax | **P256.15.1** |
|  | 194:16 credit 2015 technical file. |  |
|  | 194:17 Do you see that? |  |
| 194:18 - 194:18 | **Sejourne, Guillaume 12-23-2020 (00:00:05)** | **SEJ.59** |
|  | 194:18  A. Yes, I see that. |  |
| 196:11 - 196:15 | **Sejourne, Guillaume 12-23-2020 (00:00:12)** | **SEJ.60** |
|  | 196:11  Q. So -- when you were describing the |  |
|  | 196:12 technical projects for the innovation tax |  |
|  | 196:13 credit submission to the French authorities, |  |
|  | 196:14 you tried your best to be as accurate as |  |
|  | 196:15 possible; correct? |  |
| 196:16 - 196:16 | **Sejourne, Guillaume 12-23-2020 (00:00:05)** | **SEJ.61** |
|  | 196:16  A. Yes, as far as I know, yes. |  |
| 197:01 - 197:02 | **Sejourne, Guillaume 12-23-2020 (00:00:04)** | **SEJ.62** |
|  | 197:1  Q. Besides yourself, who else worked on | clear |
|  | 197:2 this report with you? |  |
| 197:03 - 197:08 | **Sejourne, Guillaume 12-23-2020 (00:00:47)** | **SEJ.63** |
|  | 197:3  A. So, in fact, for the -- this 2015 |  |
|  | 197:4 report, if I am to believe what it says in |  |
|  | 197:5 Exhibit 38, I was not the one who authored this |  |
|  | 197:6 report.  It was a consulting company. |  |
|  | 197:7  Q. And did you review this report |  |
|  | 197:8 before it was submitted? |  |
| 197:09 - 197:10 | **Sejourne, Guillaume 12-23-2020 (00:00:17)** | **SEJ.64** |

| Page/Line | Source | ID |
|---|---|---|
| | **SEJ-Sejourne_072821_953pm** | |

| Page/Line | Source | ID |
|---|---|---|
| | 197:9   A. I wouldn't be able to say.  I | |
| | 197:10 didn't -- I didn't look at the final versions. | |
| 197:24 - 198:03 | **Sejourne, Guillaume 12-23-2020 (00:00:16)** | **SEJ.65** |
| | 197:24   Q. Part of your job responsibility at | |
| | 197:25 Cloudmark as the technical writing manager was | |
| | 198:1 to oversee the technical portions of these | |
| | 198:2 reports to the tax authorities in France | |
| | 198:3 relating to the innovation tax credit, right? | |
| 198:04 - 198:05 | **Sejourne, Guillaume 12-23-2020 (00:00:11)** | **SEJ.66** |
| | 198:4   A. No.  As far as I remember, this was | |
| | 198:5 not part of my official designated duties. | |
| 198:20 - 198:25 | **Sejourne, Guillaume 12-23-2020 (00:00:18)** | **SEJ.67** |
| | 198:20   Q. In the parts that you saw, do you | |
| | 198:21 recall an instance where Cloudmark made an | |
| | 198:22 inaccurate statement or a misrepresentation of | |
| | 198:23 the French tax authorities in connection with | |
| | 198:24 any of the innovation tax credit reports you | |
| | 198:25 were involved in? | |
| 199:01 - 199:04 | **Sejourne, Guillaume 12-23-2020 (00:00:34)** | **SEJ.68** |
| | 199:1   A. I don't remember having seen any | |
| | 199:2 noncoherent statements or errors of the | |
| | 199:3 technical descriptions that passed through my | |
| | 199:4 hands.  At least I don't remember any. | |
| 199:10 - 199:16 | **Sejourne, Guillaume 12-23-2020 (00:00:20)** | **SEJ.69** |
| | 199:10   Q. Let's take a look at the statement | |
| | 199:11 in the Exhibit 40 document, which is the report | |
| | 199:12 to the French tax authorities for 2015 with | |
| | 199:13 your name on it. | |
| | 199:14 Do you see there's a section titled: | P256.21.2 |
| | 199:15 Vade Secure's targeted phishing attack | |
| | 199:16 detection solution? | |
| 199:19 - 199:19 | **Sejourne, Guillaume 12-23-2020 (00:00:03)** | **SEJ.70** |
| | 199:19 MR. PAK:  This is on page 7. | |
| 199:24 - 199:24 | **Sejourne, Guillaume 12-23-2020 (00:00:04)** | **SEJ.71** |
| | 199:24   A. Okay, I see. | |
| 199:25 - 200:14 | **Sejourne, Guillaume 12-23-2020 (00:00:41)** | **SEJ.72** |
| | 199:25   Q. So under this section, this report | |
| | 200:1 states:  "This solution combines e-mail content | |
| | 200:2 analysis with antispoofing functionality.  This | |
| | 200:3 feature also known as identity matching control | |

| Page/Line | Source | ID |
|---|---|---|
| | 200:4 allows to you check three elements:  The local | |
| | 200:5 part, domain, and the users habits. | |
| | 200:6 "This solution uses conventional | |
| | 200:7 detection techniques adapted to the targeted | |
| | 200:8 phishing problem.  It notices the user -- | |
| | 200:9 notifies the user when personal information is | |
| | 200:10 requested to remind them to confirm the | |
| | 200:11 identity of the sender.  This product has very | |
| | 200:12 limited hardware and algorithmic capabilities | |
| | 200:13 compared to our solution." | |
| | 200:14 Do you see that? | |
| 200:15 - 200:15 | **Sejourne, Guillaume 12-23-2020 (00:00:04)** | **SEJ.75** |
| | 200:15   A. Yes, I have. | clear |
| 201:07 - 201:09 | **Sejourne, Guillaume 12-23-2020 (00:00:10)** | **SEJ.73** |
| | 201:7   Q. And sitting here today, sir, do you | |
| | 201:8 have any reason to dispute these statements | |
| | 201:9 made to the French tax authorities as of 2015? | |
| 201:11 - 201:14 | **Sejourne, Guillaume 12-23-2020 (00:00:33)** | **SEJ.74** |
| | 201:11   A. I don't know.  I don't know at all. | |
| | 201:12 I don't know the part dealing with the targeted | |
| | 201:13 phishing attack.  I'm not in a position to | |
| | 201:14 comment on that. | |

Proofpoint Designations = 00:10:13
Vade Counters = 00:07:56
**Total Time = 00:18:09**

**Documents Shown**
P256

Recorded Deposition Testimony from
Xavier Delannoy, who is the Vice-President of
Engineering at Vade Secure

Played at Trial Tr. 1138:1-2

| | DEL-Delannoy_073121_949pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 8:1 - 8:2 | **Delannoy, Xavier 01-21-2021 (00:00:04)** | DEL.1 |
| | 8:1   Q. All right.  Mr. Delannoy, who is | |
| | 8:2 your current employer? | |
| 8:3 - 8:5 | **Delannoy, Xavier 01-21-2021 (00:00:10)** | DEL.2 |
| | 8:3   A. My current employer is Vade Secure. | |
| | 8:4   Q. And what is your title with Vade | |
| | 8:5 Secure? | |
| 8:6 - 8:7 | **Delannoy, Xavier 01-21-2021 (00:00:07)** | DEL.3 |
| | 8:6   A. Today my position is vice president | |
| | 8:7 of engineering. | |
| 12:2 - 12:3 | **Delannoy, Xavier 01-21-2021 (00:00:03)** | DEL.4 |
| | 12:2   Q. When did you join Vade Secure, | |
| | 12:3 Mr. Delannoy? | |
| 12:4 - 12:4 | **Delannoy, Xavier 01-21-2021 (00:00:06)** | DEL.5 |
| | 12:4   A. In June 2016. | |
| 32:9 - 32:11 | **Delannoy, Xavier 01-21-2021 (00:00:09)** | DEL.6 |
| | 32:9   Q. And specifically, you worked at | |
| | 32:10 Cloudmark from January of 2011 to June of | |
| | 32:11 2016; is that correct? | |
| 32:12 - 32:12 | **Delannoy, Xavier 01-21-2021 (00:00:02)** | DEL.7 |
| | 32:12   A. Yes, that's correct. | |
| 56:13 - 56:14 | **Delannoy, Xavier 01-21-2021 (00:00:02)** | DEL.153 |
| | 56:13   Q. Are you ashamed of anything that | |
| | 56:14 you did at Cloudmark? | |
| 56:16 - 56:18 | **Delannoy, Xavier 01-21-2021 (00:00:07)** | DEL.154 |
| | 56:16   A. No. | |
| | 56:17   Q. Did you have a positive experience | |
| | 56:18 working at Cloudmark? | |
| 56:20 - 56:23 | **Delannoy, Xavier 01-21-2021 (00:00:21)** | DEL.155 |
| | 56:20   A. It wasn't positive, it was not | |
| | 56:21 negative.  It wasn't my best experience. | |
| | 56:22   Q. What has been your best experience | |
| | 56:23 from a work perspective? | |
| 56:25 - 56:25 | **Delannoy, Xavier 01-21-2021 (00:00:03)** | DEL.156 |
| | 56:25   A. I would say Bizanga. | |
| 64:19 - 64:21 | **Delannoy, Xavier 01-21-2021 (00:00:06)** | DEL.157 |
| | 64:19   Q. Do you believe that Mr. Lemarié is | |
| | 64:20 honest and conducts business in a | |
| | 64:21 professional manner? | |
| 64:23 - 65:3 | **Delannoy, Xavier 01-21-2021 (00:00:30)** | DEL.158 |

| | | |
|---|---|---|
| | **DEL-Delannoy_073121_949pm_COUNTERS** | |
| **Page/Line** | **Source** | **ID** |

64:23   A. That's -- you know, that's
64:24 Mr. Lemarié, and that's one of the reasons
64:25 that I appreciate him, is that there are two
65:1 managers in my professional career that never
65:2 lied to me, and those two people were
65:3 Mr. Lahittete and Mr. Lemarié.

**76:24 - 77:4**   **Delannoy, Xavier 01-21-2021 (00:00:17)**   **DEL.159**

76:24   Q. My question, sir, is:  Do you think
76:25 it is appropriate per for you to use
77:1 confidential information that you learned
77:2 from Cloudmark employment in developing
77:3 products for Vade Secure or performing other
77:4 duties for Vade?  Yes or no?

**77:8 - 77:14**   **Delannoy, Xavier 01-21-2021 (00:00:39)**   **DEL.160**

77:8   A. The problem for me to answer by
77:9 just yes or no is that I don't know all of
77:10 the confidential information, and I don't
77:11 know the exact definition of "confidential
77:12 information."  So, if that would happen to
77:13 me, I think I would ask for some advice
77:14 before doing anything.

**78:1 - 78:4**   **Delannoy, Xavier 01-21-2021 (00:00:12)**   **DEL.161**

78:1   Q. Mr. Delannoy, do you believe that
78:2 you were exposed to any confidential
78:3 information relating to the Cloudmark Gateway
78:4 product while you were employed by Cloudmark?

**78:6 - 78:6**   **Delannoy, Xavier 01-21-2021 (00:00:03)**   **DEL.162**

78:6   A. I don't think so.

**82:9 - 82:12**   **Delannoy, Xavier 01-21-2021 (00:00:13)**   **DEL.163**

82:9   Q. Have you used any information that
82:10 you learned about the Cloudmark MTA in
82:11 developing products for Vade Secure or
82:12 performing other duties for Vade Secure?

**82:14 - 82:22**   **Delannoy, Xavier 01-21-2021 (00:00:37)**   **DEL.164**

82:14   A. No.  These are two separate
82:15 products, and they are separate from the very
82:16 initial stage, from the design stage.
82:17   Q. To your knowledge, has anyone at
82:18 Vade Secure used any information that they
82:19 learned about Cloudmark MTA while they were

| | DEL-Delannoy_073121_949pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| | 82:20 working for Cloudmark to develop products for | |
| | 82:21 Vade Secure or perform other duties for Vade | |
| | 82:22 Secure? | |
| 82:25 - 82:25 | **Delannoy, Xavier 01-21-2021 (00:00:03)** | **DEL.165** |
| | 82:25  A. No, not to my knowledge. | |
| 111:1 - 111:4 | **Delannoy, Xavier 01-21-2021 (00:00:32)** | **DEL.8** |
| | 111:1  Q. Now, I want to introduce you to the | |
| | 111:2 next exhibit, and this is Exhibit Number 5, | P2156.1 |
| | 111:3 and it's the document with the Bates number | |
| | 111:4 PP-VS4238_GC 6347. | |
| 111:9 - 111:13 | **Delannoy, Xavier 01-21-2021 (00:00:12)** | **DEL.9** |
| | 111:9 MR. PAK:  And I will also introduce | |
| | 111:10 as Exhibit -- Exhibit Number 6 the | P2156.2 |
| | 111:11 translation of that e-mail, and then | |
| | 111:12 Exhibit Number 7 will be the | |
| | 111:13 certification. | |
| 111:22 - 111:25 | **Delannoy, Xavier 01-21-2021 (00:00:20)** | **DEL.10** |
| | 111:22  Q. Mr. Delannoy, looking at Exhibits 5 | |
| | 111:23 and 6, do you see that this was an e-mail | P2156.2.1 |
| | 111:24 that you sent from your gmail account to your | |
| | 111:25 Vade Retro account on July 1st, 2016? | |
| 112:2 - 112:4 | **Delannoy, Xavier 01-21-2021 (00:00:08)** | **DEL.11** |
| | 112:2  A. Yes. | |
| | 112:3  Q. Do you see that the subject is | |
| | 112:4 titled "Thing," T-H-I-N-G? | |
| 112:5 - 112:7 | **Delannoy, Xavier 01-21-2021 (00:00:11)** | **DEL.12** |
| | 112:5  A. Yes. | |
| | 112:6  Q. The attachment is | |
| | 112:7 cloudmark_daily.tgz.  Do you see that? | |
| 112:8 - 112:8 | **Delannoy, Xavier 01-21-2021 (00:00:02)** | **DEL.13** |
| | 112:8  A. Yes. | |
| 112:9 - 112:13 | **Delannoy, Xavier 01-21-2021 (00:00:22)** | **DEL.14** |
| | 112:9 MR. PAK:  So, I'm going to | |
| | 112:10 introduce as my next exhibit, this will | P2156.262 |
| | 112:11 be Exhibit Number 8, a document with the | |
| | 112:12 Bates label PP-VS4238_GC 6348 going to | |
| | 112:13 6349. | |
| 112:17 - 112:20 | **Delannoy, Xavier 01-21-2021 (00:00:18)** | **DEL.15** |
| | 112:17 MR. PAK:  I will go ahead and | |
| | 112:18 introduce my next exhibit, which is | P2156.474 |

| Page/Line | Source | ID |
|---|---|---|
| | DEL-Delannoy_073121_949pm_COUNTERS | |
| | 112:19 Exhibit 9, which is the document | |
| | 112:20 PP-VS4238_GC 6350 to 6351. | |
| 112:24 - 113:1 | **Delannoy, Xavier 01-21-2021 (00:00:15)** | **DEL.16** |
| | 112:24 MR. PAK:  Then finally Exhibit | P2156.365 |
| | 112:25 Number 10 is document PP-VS4238_GC 6352, | |
| | 113:1 going to 6353. | |
| 113:11 - 113:18 | **Delannoy, Xavier 01-21-2021 (00:00:38)** | **DEL.17** |
| | 113:11   Q. Okay.  So, Mr. Delannoy, | |
| | 113:12 Exhibits 8, 9, and 10 are just three of the | |
| | 113:13 hundreds of Gateway daily license reports of | |
| | 113:14 Cloudmark contained in the attachment to the | |
| | 113:15 e-mail that you sent on July 1st, 2016 from | |
| | 113:16 your gmail account to your Vade Retro | |
| | 113:17 account, with the title cloudmark_daily.tgz. | |
| | 113:18 Do you see that? | |
| 113:19 - 113:19 | **Delannoy, Xavier 01-21-2021 (00:00:03)** | **DEL.18** |
| | 113:19   A. Yes. | |
| 113:21 - 114:2 | **Delannoy, Xavier 01-21-2021 (00:00:28)** | **DEL.19** |
| | 113:21   Q. Sir, do you see that, for example, | P2156.262 |
| | 113:22 in Exhibit 8, this is a license report for | |
| | 113:23 the Cloudmark Gateway product, dated | |
| | 113:24 January 1st, 2015, and there's various | |
| | 113:25 customers, including information about those | P2156.262.1 |
| | 114:1 customers' use of the Cloudmark Gateway | |
| | 114:2 product?  Do you see that? | |
| 114:5 - 114:10 | **Delannoy, Xavier 01-21-2021 (00:00:21)** | **DEL.20** |
| | 114:5   A. I can see that. | |
| | 114:6   Q. For example, this report contains | |
| | 114:7 number of servers, number of connections, | P2156.262.2 |
| | 114:8 number of messages, messages TPS, and the | |
| | 114:9 version corresponding to each customer.  Do | |
| | 114:10 you see that? | |
| 114:11 - 114:14 | **Delannoy, Xavier 01-21-2021 (00:00:15)** | **DEL.21** |
| | 114:11   A. Yes. | |
| | 114:12   Q. This is a daily license report that | |
| | 114:13 you received as a Cloudmark employee back in | |
| | 114:14 January of 2015; isn't that correct? | |
| 114:15 - 114:15 | **Delannoy, Xavier 01-21-2021 (00:00:02)** | **DEL.22** |
| | 114:15   A. Correct. | |
| 114:16 - 114:21 | **Delannoy, Xavier 01-21-2021 (00:00:20)** | **DEL.23** |

| Page/Line | Source | ID |
|---|---|---|
| | DEL-Delannoy_073121_949pm_COUNTERS | |

| Page/Line | Source | ID |
|---|---|---|
| | 114:16   Q. And then you were forwarding this<br>114:17 daily license report that you obtained as a<br>114:18 Cloudmark employee from your personal gmail<br>114:19 account to your Vade Retro account in July of<br>114:20 2016, a month after you had joined Vade<br>114:21 Secure; correct? | |
| 114:22 - 115:2 | **Delannoy, Xavier 01-21-2021 (00:00:20)** | **DEL.24** |
| | 114:22   A. Yes.<br>114:23   Q. You never obtained permission from<br>114:24 anyone at Cloudmark to forward these types of<br>114:25 daily license reports relating to the<br>115:1 Cloudmark Gateway product from your gmail<br>115:2 account to your Vade Retro account; correct? | |
| 115:4 - 115:4 | **Delannoy, Xavier 01-21-2021 (00:00:02)** | **DEL.25** |
| | 115:4   A. Yes. | |
| 115:5 - 115:10 | **Delannoy, Xavier 01-21-2021 (00:00:16)** | **DEL.26** |
| | 115:5   Q. Sir, there was no business reason<br>115:6 why you should be forwarding Cloudmark<br>115:7 Gateway licensing information from your gmail<br>115:8 account to your Vade Retro account a month<br>115:9 after you had joined Vade Secure; isn't that<br>115:10 true? | |
| 115:13 - 115:19 | **Delannoy, Xavier 01-21-2021 (00:01:15)** | **DEL.27** |
| | 115:13   A. I used the column MSGS TPS.  We<br>115:14 needed to justify that we needed to implement<br>115:15 an MTA, because in my view at that time, we<br>115:16 had performance issues, and that therefore<br>115:17 has allowed me to justify that my numbers was<br>115:18 not correct.  Allowed me to argue that my<br>115:19 number was incorrect. | |
| 115:20 - 116:5 | **Delannoy, Xavier 01-21-2021 (00:00:24)** | **DEL.28** |
| | 115:20   Q. What does TPS stand for?<br>115:21 CHECK INTERPRETER:  Check<br>115:22 interpreter seemed to understand that the<br>115:23 witness said, "This would allow me to<br>115:24 argue that our numbers were not good."<br>115:25 THE INTERPRETER:  The interpreter<br>116:1 respectfully disagree.  The word was<br>116:2 used, it was "incorrect" or "not<br>116:3 correct." | P2156.262.3 |

**DEL-Delannoy_073121_949pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|
| 116:6 - 116:11 | 116:4 MR. PAK:  Let's ask for<br>116:5 clarification from the witness, please.<br>**Delannoy, Xavier 01-21-2021 (00:00:49)**<br>116:6   A. I'm going to rephrase my answer.<br>116:7 The column that I was interested in<br>116:8 in this table was the MSGS TPS column, in<br>116:9 order to argue that we had a need at the time<br>116:10 to -- to invest some time in the development<br>116:11 of the MTA. | **DEL.29** |
| 116:12 - 116:13 | **Delannoy, Xavier 01-21-2021 (00:00:04)**<br>116:12   Q. When you say TPS, what does that<br>116:13 stand for? | **DEL.30** |
| 116:14 - 116:16 | **Delannoy, Xavier 01-21-2021 (00:00:21)**<br>116:14   A. It seems to me that it means<br>116:15 transactions per second, or messages per<br>116:16 second.  I have some doubts. | **DEL.31** |
| 116:23 - 116:25 | **Delannoy, Xavier 01-21-2021 (00:00:06)**<br>116:23   Q. Right.  But when you say "we at the<br>116:24 time," you're talking about Vade Secure,<br>116:25 correct, as of July of 2016? | **DEL.32** |
| 117:1 - 117:1 | **Delannoy, Xavier 01-21-2021 (00:00:02)**<br>117:1   A. Yes. | **DEL.33**<br>clear |
| 117:2 - 117:8 | **Delannoy, Xavier 01-21-2021 (00:00:22)**<br>117:2   Q. So, you were using Cloudmark<br>117:3 licensing reports, and specifically the<br>117:4 messages transactions per second numbers of<br>117:5 Cloudmark Gateway products to argue that Vade<br>117:6 Secure should be investing in improving its<br>117:7 own MTA product as of July 2016; is that<br>117:8 correct? | **DEL.166** |
| 117:10 - 117:12 | **Delannoy, Xavier 01-21-2021 (00:00:18)**<br>117:10   A. I have indeed used the MSGS<br>117:11 information that I could have obtained<br>117:12 differently. | **DEL.167** |
| 118:7 - 118:11 | **Delannoy, Xavier 01-21-2021 (00:00:15)**<br>118:7   Q. You were using the specific<br>118:8 messages transactions per second number from<br>118:9 the Cloudmark licensing reports to argue that<br>118:10 Vade Secure should be developing its MTA<br>118:11 product; correct? | **DEL.34** |

| | DEL-Delannoy_073121_949pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 118:14 - 118:16 | **Delannoy, Xavier 01-21-2021 (00:00:07)** | **DEL.35** |
| | 118:14   A. Yes, I have answered that question | |
| | 118:15 earlier. | |
| | 118:16   Q. And the answer is yes; correct? | |
| 118:19 - 118:20 | **Delannoy, Xavier 01-21-2021 (00:00:10)** | **DEL.36** |
| | 118:19   Q. I did not hear your answer, | |
| | 118:20 Mr. Delannoy.  You are on mute. | |
| 118:21 - 118:22 | **Delannoy, Xavier 01-21-2021 (00:00:07)** | **DEL.37** |
| | 118:21   A. I'm sorry.  Yes.  That's what I | |
| | 118:22 said earlier. | |
| 119:7 - 119:10 | **Delannoy, Xavier 01-21-2021 (00:00:11)** | **DEL.38** |
| | 119:7   Q. Mr. Delannoy, did you share the | |
| | 119:8 information from these Cloudmark Gateway | |
| | 119:9 licensing reports to anyone else at Vade | |
| | 119:10 Secure? | |
| 119:11 - 119:14 | **Delannoy, Xavier 01-21-2021 (00:00:15)** | **DEL.39** |
| | 119:11   A. I sent it to Georges.  I don't | |
| | 119:12 remember why anymore. | |
| | 119:13   Q. Is that Georges Lotigier, the CEO | |
| | 119:14 of Vade Secure? | |
| 119:15 - 119:15 | **Delannoy, Xavier 01-21-2021 (00:00:02)** | **DEL.40** |
| | 119:15   A. Yes. | |
| 133:21 - 133:24 | **Delannoy, Xavier 01-22-2021 (00:00:11)** | **DEL.41** |
| | 133:21   Q. Why did you not contact anyone at | |
| | 133:22 Cloudmark to let them know that you still had | |
| | 133:23 Cloudmark information on your personal | |
| | 133:24 computer after you left the company? | |
| 134:1 - 134:1 | **Delannoy, Xavier 01-22-2021 (00:00:03)** | **DEL.42** |
| | 134:1   A. I didn't think about it. | |
| 135:18 - 135:23 | **Delannoy, Xavier 01-22-2021 (00:00:16)** | **DEL.43** |
| | 135:18 Mr. Delannoy, do you understand | |
| | 135:19 that when you were an employee of Cloudmark, | |
| | 135:20 and now as a former employee of Cloudmark, | |
| | 135:21 Cloudmark information belongs to the company, | |
| | 135:22 Cloudmark, not you personally?  Do you | |
| | 135:23 understand that? | |
| 136:2 - 136:3 | **Delannoy, Xavier 01-22-2021 (00:00:10)** | **DEL.44** |
| | 136:2   A. I think that, yes.  For some | |
| | 136:3 informations, I think that, yes. | |
| 136:24 - 137:2 | **Delannoy, Xavier 01-22-2021 (00:00:12)** | **DEL.45** |

| Page/Line | Source | ID |
|---|---|---|
| | 136:24   Q. Mr. Delannoy, do you believe that<br>136:25 any Cloudmark work information that you<br>137:1 generated when you were an employee of<br>137:2 Cloudmark actually belongs to you personally? | |
| 137:5 - 137:5 | **Delannoy, Xavier 01-22-2021 (00:00:01)** | **DEL.46** |
| | 137:5   A. No. | |
| 137:20 - 137:22 | **Delannoy, Xavier 01-22-2021 (00:00:04)** | **DEL.47** |
| | 137:20 MR. PAK:  And this will be -- this<br>137:21 is Exhibit Number 11 for today's<br>137:22 deposition. | P2156.1 |
| 140:9 - 140:14 | **Delannoy, Xavier 01-22-2021 (00:00:23)** | **DEL.48** |
| | 140:9   Q. And if you go to the first page,<br>140:10 Mr. Delannoy, do you see that this is the<br>140:11 same e-mail that we discussed yesterday where<br>140:12 you sent this e-mail from your gmail account<br>140:13 to your Vade Retro account on July 1st, 2016<br>140:14 at 5:15 a.m.? | P2156.2.1 |
| 140:15 - 140:19 | **Delannoy, Xavier 01-22-2021 (00:00:22)** | **DEL.49** |
| | 140:15   A. Yes.<br>140:16   Q. Do you see that this attachment,<br>140:17 cloudmark_daily.tgz, contains hundreds of<br>140:18 pages of Gateway daily license reports from<br>140:19 Cloudmark? | |
| 140:20 - 140:23 | **Delannoy, Xavier 01-22-2021 (00:00:17)** | **DEL.50** |
| | 140:20   A. Yes.<br>140:21   Q. And do you see at the top that the<br>140:22 total number of pages for the e-mail and the<br>140:23 attachment for this exhibit is 1,560? | |
| 140:24 - 140:24 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | **DEL.51** |
| | 140:24   A. Yes. | |
| 141:6 - 141:9 | **Delannoy, Xavier 01-22-2021 (00:00:13)** | **DEL.52** |
| | 141:6   Q. And you testified yesterday you<br>141:7 forwarded this e-mail and attachment, which<br>141:8 is Exhibit 11, to Mr. Georges Lotigier at<br>141:9 Vade Secure; correct? | |
| 141:10 - 141:10 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | **DEL.53** |
| | 141:10   A. Yes. | |
| 141:11 - 141:14 | **Delannoy, Xavier 01-22-2021 (00:00:25)** | **DEL.54** |
| | 141:11   Q. And let's take a look at my next<br>141:12 exhibit, and this is Exhibit Number 12, and | P2254.1 |

DEL-Delannoy_073121_949pm_COUNTERS

| Page/Line | Source | ID |
|---|---|---|
| | 141:13 it will be an e-mail starting with the Bates<br>141:14 number VS 432067, tab 124. | |
| 141:23 - 142:1 | **Delannoy, Xavier 01-22-2021 (00:00:09)** | **DEL.55** |
| | 141:23 MR. PAK:  We will also introduce<br>141:24 the English translation of this document<br>141:25 as Exhibit 13, and the certification as<br>142:1 Exhibit 14. | P2254.2 |
| 142:12 - 142:14 | **Delannoy, Xavier 01-22-2021 (00:00:14)** | **DEL.56** |
| | 142:12 Mr. Delannoy, do you see that<br>142:13 Exhibit 12 is a series of e-mails between<br>142:14 yourself and Georges Lotigier? | |
| 142:16 - 142:21 | **Delannoy, Xavier 01-22-2021 (00:00:20)** | **DEL.57** |
| | 142:16   A. Yes.<br>142:17   Q. And do you see at the bottom of<br>142:18 this e-mail thread that you sent an e-mail to<br>142:19 Mr. Lotigier, who is the CEO of Vade Secure,<br>142:20 on July 1st, 2016, at 8:23 a.m.?  Do you see<br>142:21 that? | P2254.2.1 |
| 142:22 - 143:9 | **Delannoy, Xavier 01-22-2021 (00:00:48)** | **DEL.58** |
| | 142:22   A. Yes.<br>142:23   Q. And do you see that it says,<br>142:24 "Greetings, Georges.  Attached I have<br>142:25 provided for you all the information returned<br>143:1 by the MTA Cloudmark licensing system.  At<br>143:2 CM, we receive a daily e-mail containing (for<br>143:3 the MTA):  Customers, the number of MTAs, the<br>143:4 number of connections processed, the number<br>143:5 of messages, the number of messages per<br>143:6 second, the list of third-party applications<br>143:7 used on the MTA (typically, anti-spam and<br>143:8 antivirus, etc.)."<br>143:9 Do you see that? | |
| 143:10 - 143:12 | **Delannoy, Xavier 01-22-2021 (00:00:08)** | **DEL.59** |
| | 143:10   A. Yes.<br>143:11   Q. And you wrote those words to<br>143:12 Mr. Lotigier on July 1st, 2016; correct? | |
| 143:13 - 143:17 | **Delannoy, Xavier 01-22-2021 (00:00:16)** | **DEL.60** |
| | 143:13   A. Correct.<br>143:14   Q. And then the next statement that<br>143:15 you made to Mr. Lotigier in this e-mail is, | P2254.2.2 |

| Page/Line | Source | ID |
|---|---|---|

**DEL-Delannoy_073121_949pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|
| | 143:16 quote, "Clearly, I haven't given you | |
| | 143:17 anything," smiley mark.  Do you see that? | |
| 143:18 - 143:23 | **Delannoy, Xavier 01-22-2021 (00:00:17)** | **DEL.61** |
| | 143:18   A. Yes. | |
| | 143:19   Q. So, you told Mr. Lotigier after | |
| | 143:20 sending him all of this information from the | |
| | 143:21 Cloudmark licensing system that "I haven't | |
| | 143:22 given you anything," with a smiley face. | |
| | 143:23 That's what you did; right, sir? | |
| 143:25 - 143:25 | **Delannoy, Xavier 01-22-2021 (00:00:03)** | **DEL.62** |
| | 143:25   A. That's what I wrote, yes. | |
| 144:10 - 144:15 | **Delannoy, Xavier 01-22-2021 (00:00:15)** | **DEL.63** |
| | 144:10   Q. You knew that what you were doing | |
| | 144:11 was wrong, and that is why you said, "I | |
| | 144:12 haven't given you anything."  That's what you | |
| | 144:13 said to Mr. Lotigier when you were forwarding | |
| | 144:14 all of this Cloudmark licensing information | |
| | 144:15 to him; correct? | |
| 144:18 - 144:18 | **Delannoy, Xavier 01-22-2021 (00:00:03)** | **DEL.64** |
| | 144:18   A. That's what is written. | |
| 145:19 - 145:24 | **Delannoy, Xavier 01-22-2021 (00:00:22)** | **DEL.65** |
| | 145:19   Q. Sir, despite having doubts whether | |
| | 145:20 it was wrong for you to send Cloudmark | |
| | 145:21 licensing information to the CEO of another | |
| | 145:22 company, Vade Secure, you never checked with | |
| | 145:23 anyone at Cloudmark for permission to send | |
| | 145:24 this information to Mr. Lotigier; correct? | |
| 146:1 - 146:4 | **Delannoy, Xavier 01-22-2021 (00:00:11)** | **DEL.66** |
| | 146:1   A. Yes, that's correct. | |
| | 146:2   Q. And instead, what you told | |
| | 146:3 Mr. Lotigier is, quote, "I haven't given you | |
| | 146:4 anything."  That's what you said; correct? | |
| 146:7 - 146:7 | **Delannoy, Xavier 01-22-2021 (00:00:04)** | **DEL.67** |
| | 146:7   A. With a smiley, yes. | |
| 147:11 - 147:16 | **Delannoy, Xavier 01-22-2021 (00:00:18)** | **DEL.68** |
| | | clear |
| | 147:11   Q. So, Mr. Lotigier was forwarding all | |
| | 147:12 of this information from the Cloudmark MTA | |
| | 147:13 licensing system to Mr. Gendre at Vade Secure | |
| | 147:14 on the same day that you had sent the | |
| | 147:15 information to Mr. Lotigier.  Do you see | |

| | DEL-Delannoy_073121_949pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 147:16 that? | |
| 147:19 - 147:21 | **Delannoy, Xavier 01-22-2021 (00:00:10)** | **DEL.69** |
| | 147:19   A. Yes, I can see that. | |
| | 147:20   Q. Who was Mr. Gendre in terms of his | |
| | 147:21 role at Vade Secure on July of 2016? | |
| 147:22 - 148:2 | **Delannoy, Xavier 01-22-2021 (00:00:52)** | **DEL.70** |
| | 147:22   A. In July 2016, he was based in | |
| | 147:23 San Francisco.  I am looking in my head for | |
| | 147:24 the teams that were reporting to him.  I | |
| | 147:25 think the support team, the product team, and | |
| | 148:1 the presales team were reporting to him, but | |
| | 148:2 I don't remember his title. | |
| 149:7 - 149:10 | **Delannoy, Xavier 01-22-2021 (00:00:11)** | **DEL.168** |
| | 149:7   Q. At any point in time, did you have | |
| | 149:8 discussions with Mr. Gendre about the MTA | |
| | 149:9 Cloudmark licensing information that you had | |
| | 149:10 sent to Mr. Lotigier? | |
| 149:11 - 149:11 | **Delannoy, Xavier 01-22-2021 (00:00:04)** | **DEL.169** |
| | 149:11   A. I don't have any recollection, no. | |
| 149:12 - 149:14 | **Delannoy, Xavier 01-22-2021 (00:00:10)** | **DEL.71** |
| | 149:12   Q. Did you discuss your views on the | |
| | 149:13 need to develop a new MTA product with | |
| | 149:14 Mr. Gendre in the 2016 time frame? | |
| 149:16 - 149:19 | **Delannoy, Xavier 01-22-2021 (00:00:12)** | **DEL.72** |
| | 149:16   A. It's possible. | |
| | 149:17   Q. Did you discuss your views on the | |
| | 149:18 need to develop a new MTA product with | |
| | 149:19 Mr. Lotigier in the 2016 time frame? | |
| 149:21 - 149:25 | **Delannoy, Xavier 01-22-2021 (00:00:16)** | **DEL.73** |
| | 149:21   A. It's possible.  I don't remember | |
| | 149:22 anymore. | |
| | 149:23   Q. Who else did you discuss your views | |
| | 149:24 on the need to develop a new MTA product at | |
| | 149:25 Vade Secure in the 2016 time frame? | |
| 150:2 - 150:3 | **Delannoy, Xavier 01-22-2021 (00:00:12)** | **DEL.74** |
| | 150:2   A. In a definite way, I can answer | |
| | 150:3 with Alexandre Boussinet. | |
| 174:10 - 174:12 | **Delannoy, Xavier 01-22-2021 (00:00:05)** | **DEL.75** |
| | 174:10   Q. Do you know why you were offered | |
| | 174:11 the vice president of engineering position | |

**DEL-Delannoy_073121_949pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|
| | | |

174:14 - 174:23     174:12 shortly after joining Vade Secure?     **DEL.76**

**Delannoy, Xavier 01-22-2021 (00:00:57)**

174:14   A. I think -- I believe that it comes
174:15 out of a discussion between Georges Lotigier
174:16 and Sébastien Goutal, because there was poor
174:17 coordination within the engineering team, and
174:18 they offered it to me, as far as I can
174:19 recall, in September or October, 2016.
174:20   Q. Was there an increase in your
174:21 salary when you were promoted to vice
174:22 president of engineering in September or
174:23 October of 2016?

174:24 - 175:2     **Delannoy, Xavier 01-22-2021 (00:00:21)**     **DEL.77**

174:24   A. I benefited from a salary increase.
174:25 I don't know if it was in October or
175:1 November, but within two months I did benefit
175:2 from a salary increase.

175:3 - 175:5     **Delannoy, Xavier 01-22-2021 (00:00:04)**     **DEL.170**

175:3   Q. What was that increase in salary
175:4 when you became the vice president of
175:5 engineering at Vade Secure?

175:6 - 175:9     **Delannoy, Xavier 01-22-2021 (00:00:20)**     **DEL.171**

175:6   A. And I'm going to answer, but it's,
175:7 I believe, from the top of my head.  I must
175:8 have -- my salary must have gone from 65,000
175:9 euros to 75,000 euros.

175:10 - 175:11     **Delannoy, Xavier 01-22-2021 (00:00:03)**     **DEL.172**

175:10   Q. Were you offered any bonuses at
175:11 that time?

175:12 - 175:14     **Delannoy, Xavier 01-22-2021 (00:00:09)**     **DEL.173**

175:12   A. No.
175:13   Q. Were you offered any options to
175:14 purchase stock at that time?

175:15 - 175:15     **Delannoy, Xavier 01-22-2021 (00:00:02)**     **DEL.174**

175:15   A. No.

183:18 - 183:20     **Delannoy, Xavier 01-22-2021 (00:00:08)**     **DEL.175**

183:18   Q. And you were involved in the design
183:19 and development of the Builder MTA/NextGen
183:20 MTA?

183:22 - 183:24     **Delannoy, Xavier 01-22-2021 (00:00:17)**     **DEL.176**

**DEL-Delannoy_073121_949pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|
| | 183:22  A. To the development, no.  To | |
| | 183:23 meetings where we talked about MTA with | |
| | 183:24 developers, yes. | |
| 186:8 - 186:11 | **Delannoy, Xavier 01-22-2021 (00:00:16)** | **DEL.78** |
| | 186:8 Mr. Delannoy, Mr. Olivier Lemarié | |
| | 186:9 participated in some meetings where you | |
| | 186:10 discussed the design concept for the NextGen | |
| | 186:11 MTA also known as Builder MTA; correct? | |
| 186:12 - 186:12 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | **DEL.79** |
| | 186:12  A. Yes. | |
| 187:21 - 187:24 | **Delannoy, Xavier 01-22-2021 (00:00:12)** | **DEL.177** |
| | 187:21  Q. My question, sir, is that there are | |
| | 187:22 some features that are shared by both the | |
| | 187:23 Cloudmark MTA solutions and Vade Secure's | |
| | 187:24 NextGen MTA or the Builder MTA; correct? | |
| 188:1 - 188:4 | **Delannoy, Xavier 01-22-2021 (00:00:15)** | **DEL.178** |
| | 188:1  A. By definition, since both are MTAs, | |
| | 188:2 you know, they both share features.  You | |
| | 188:3 know, each car, for instance, has four | |
| | 188:4 wheels. | |
| 188:13 - 188:15 | **Delannoy, Xavier 01-22-2021 (00:00:07)** | **DEL.80** |
| | 188:13  Q. You argued to build a new MTA | |
| | 188:14 solution after you joined Vade Secure; | |
| | 188:15 correct? | |
| 188:17 - 188:20 | **Delannoy, Xavier 01-22-2021 (00:00:26)** | **DEL.81** |
| | 188:17  A. That's what I said yesterday.  I | |
| | 188:18 argued so that we develop our own MTA, | |
| | 188:19 replace the Postfix that we had on the cloud, | |
| | 188:20 which in my view was not fast enough. | |
| 190:16 - 190:17 | **Delannoy, Xavier 01-22-2021 (00:00:07)** | **DEL.82** |
| | 190:16  Q. When you joined Vade Secure, | |
| | 190:17 Cloudmark had its own MTA solution; correct? | |
| 190:18 - 190:18 | **Delannoy, Xavier 01-22-2021 (00:00:01)** | **DEL.83** |
| | 190:18  A. Yes. | |
| 202:8 - 202:11 | **Delannoy, Xavier 01-22-2021 (00:00:15)** | **DEL.84** |
| | 202:8 MR. PAK:  All right.  Let's go to | |
| | 202:9 my next exhibit, and this will be | |
| | 202:10 Exhibit 22.  I'm going to introduce tab | P635.1 |
| | 202:11 44, PP-VADE 249563. | |
| 203:22 - 203:25 | **Delannoy, Xavier 01-22-2021 (00:00:11)** | **DEL.85** |

| Page/Line | Source | ID |
|---|---|---|
| | 203:22 Mr. Delannoy, do you see that this | |
| | 203:23 is a contract between Cloudmark Labs | |
| | 203:24 represented by Mr. Olivier Lemarié and | |
| | 203:25 yourself as the employee? | |
| 204:1 - 204:1 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | DEL.86 |
| | 204:1   A. Yes. | |
| 204:20 - 204:21 | **Delannoy, Xavier 01-22-2021 (00:00:06)** | DEL.87 |
| | 204:20   Q. Do you see that on every page of | |
| | 204:21 this agreement, there is your initial, XD? | P635.1.1 |
| 204:22 - 204:24 | **Delannoy, Xavier 01-22-2021 (00:00:07)** | DEL.88 |
| | 204:22   A. Yes. | |
| | 204:23   Q. That means that you reviewed and | |
| | 204:24 you signed or initialed every page; correct? | |
| 204:25 - 204:25 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | DEL.89 |
| | 204:25   A. Yes. | |
| 208:12 - 208:14 | **Delannoy, Xavier 01-22-2021 (00:00:07)** | DEL.90 |
| | 208:12   Q. And did you report to Mr. Lemarié | |
| | 208:13 as the vice president of Gateway technology | |
| | 208:14 when you joined Cloudmark? | |
| 208:15 - 208:15 | **Delannoy, Xavier 01-22-2021 (00:00:01)** | DEL.91 |
| | 208:15   A. Yes. | |
| 208:20 - 209:7 | **Delannoy, Xavier 01-22-2021 (00:00:42)** | DEL.92 |
| | 208:20   Q. It says, "The employee," which is | |
| | 208:21 you, "shall not, either during the period of | P635.9.1 |
| | 208:22 his or her employment or at a later date, | |
| | 208:23 give, procure or supply in any manner | |
| | 208:24 whatsoever to any person, firm, association | |
| | 208:25 or company, the name or address of any client | |
| | 209:1 of the company or any trade secret or | |
| | 209:2 confidential information concerning the | |
| | 209:3 business of the company, or its group and its | P635.10.1 |
| | 209:4 personnel, except with the written | |
| | 209:5 authorization of a representative of the | |
| | 209:6 company." | |
| | 209:7 Do you see that? | |
| 209:8 - 209:10 | **Delannoy, Xavier 01-22-2021 (00:00:09)** | DEL.93 |
| | 209:8   A. Yes. | |
| | 209:9   Q. And, sir, you read and initialed | |
| | 209:10 that portion of the agreement; correct? | |
| 209:11 - 209:13 | **Delannoy, Xavier 01-22-2021 (00:00:08)** | DEL.94 |

| Page/Line | Source | ID |
|---|---|---|
| | DEL-Delannoy_073121_949pm_COUNTERS | |
| | 209:11  A. Yes. | |
| | 209:12  Q. And, sir, you agreed to be legally | |
| | 209:13 bound by that provision; correct? | |
| 209:16 - 209:16 | **Delannoy, Xavier 01-22-2021 (00:00:03)** | **DEL.95** |
| | 209:16  A. I think that, yes. | |
| 210:9 - 210:19 | **Delannoy, Xavier 01-22-2021 (00:00:31)** | **DEL.96** |
| | 210:9 So, Mr. Delannoy, the agreement | P635.10.2 |
| | 210:10 says, "In particular, the employee," which is | |
| | 210:11 you, "must refrain from providing third | |
| | 210:12 parties with information relating to the | |
| | 210:13 company or its group (notably regarding | |
| | 210:14 technical, financial, business and | |
| | 210:15 intellectual property aspects) that he/she | |
| | 210:16 would access in relation to his or her | |
| | 210:17 functions or his or her presence within the | |
| | 210:18 company." | |
| | 210:19 Do you see that? | |
| 210:20 - 210:23 | **Delannoy, Xavier 01-22-2021 (00:00:10)** | **DEL.97** |
| | 210:20  A. Yes. | |
| | 210:21  Q. And you reviewed and initialed that | |
| | 210:22 portion of the employment agreement with | |
| | 210:23 Cloudmark; correct? | |
| 210:24 - 210:24 | **Delannoy, Xavier 01-22-2021 (00:00:01)** | **DEL.98** |
| | 210:24  A. Yes. | |
| 210:25 - 211:1 | **Delannoy, Xavier 01-22-2021 (00:00:03)** | **DEL.99** |
| | 210:25  Q. And so, you agreed to be legally | |
| | 211:1 bound by that provision; correct? | |
| 211:4 - 211:4 | **Delannoy, Xavier 01-22-2021 (00:00:03)** | **DEL.100** |
| | 211:4  A. I think that, yes. | |
| 211:5 - 211:8 | **Delannoy, Xavier 01-22-2021 (00:00:09)** | **DEL.101** |
| | 211:5  Q. And you understand that "third | |
| | 211:6 parties" there refers to anyone outside the | |
| | 211:7 company or you as the employee.  You | |
| | 211:8 understand that; correct? | |
| 211:11 - 211:13 | **Delannoy, Xavier 01-22-2021 (00:00:06)** | **DEL.102** |
| | 211:11  A. Yes. | |
| | 211:12  Q. And the third parties there would | |
| | 211:13 include, for example, Vade Secure; correct? | |
| 211:17 - 211:17 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | **DEL.103** |
| | 211:17  A. Yes. | |

**DEL-Delannoy_073121_949pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|
| 211:18 - 212:2 | **Delannoy, Xavier 01-22-2021 (00:00:27)** | **DEL.104** |
| | 211:18   Q. On that same page, it says, "Any | |
| | 211:19 breach by the employee," which is you, | P635.10.3 |
| | 211:20 Mr. Delannoy, "of this confidentiality | |
| | 211:21 obligation may constitute a breach of | |
| | 211:22 contract leading to the application of any | |
| | 211:23 relevant sanction on the grounds of | |
| | 211:24 professional misconduct, without prejudice to | |
| | 211:25 any damages which may be awarded to the | |
| | 212:1 company to compensate for any loss suffered." | |
| | 212:2 Do you see that? | |
| 212:3 - 212:5 | **Delannoy, Xavier 01-22-2021 (00:00:07)** | **DEL.105** |
| | 212:3   A. Yes. | |
| | 212:4   Q. Again, you reviewed and initialed | |
| | 212:5 that portion of the agreement; correct? | |
| 212:6 - 212:8 | **Delannoy, Xavier 01-22-2021 (00:00:04)** | **DEL.106** |
| | 212:6   A. Yes. | |
| | 212:7   Q. And you agreed to be legally bound | |
| | 212:8 by that provision; correct? | |
| 212:12 - 212:12 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | **DEL.107** |
| | 212:12   A. Yes. | |
| 213:1 - 213:10 | **Delannoy, Xavier 01-22-2021 (00:00:26)** | **DEL.108** |
| | 213:1   Q. Go to the next portion of this | |
| | 213:2 agreement.  It says, "The employee undertakes | P635.10.4 |
| | 213:3 to devote all his or her work time and effort | |
| | 213:4 for the exclusive benefit of the company and | |
| | 213:5 the employee may therefore not exercise any | |
| | 213:6 other professional activity throughout the | |
| | 213:7 duration of this contract without the prior | |
| | 213:8 written express approval of a legal | |
| | 213:9 representative of the company." | |
| | 213:10 Do you see that? | |
| 213:11 - 213:13 | **Delannoy, Xavier 01-22-2021 (00:00:08)** | **DEL.109** |
| | 213:11   A. Yes. | |
| | 213:12   Q. And you reviewed and initialed this | |
| | 213:13 portion of the agreement; correct? | |
| 213:14 - 213:16 | **Delannoy, Xavier 01-22-2021 (00:00:06)** | **DEL.110** |
| | 213:14   A. Yes. | |
| | 213:15   Q. And you agreed to be legally bound | |
| | 213:16 by that provision; correct? | |

| | DEL-Delannoy_073121_949pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 213:19 - 214:3 | **Delannoy, Xavier 01-22-2021 (00:00:29)** | **DEL.111** |
| | 213:19  A. Yes. | |
| | 213:20  Q. And then do you see there is a | |
| | 213:21 non-competition section of the agreement at | P635.10.5 |
| | 213:22 the bottom, which says, "The employee | |
| | 213:23 commits, as long as he or she is an employee | |
| | 213:24 of the company, not to manage and/or work for | P635.11.1 |
| | 213:25 another business, industry, nor to have any | |
| | 214:1 other professional activity or job without | |
| | 214:2 the prior written consent of the company." | |
| | 214:3 Do you see that? | |
| 214:4 - 214:6 | **Delannoy, Xavier 01-22-2021 (00:00:06)** | **DEL.112** |
| | 214:4  A. Yes. | |
| | 214:5  Q. You read and initialed that portion | |
| | 214:6 of the contract; correct? | |
| 214:7 - 214:7 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | **DEL.113** |
| | 214:7  A. Yes. | |
| 214:20 - 215:11 | **Delannoy, Xavier 01-22-2021 (00:00:52)** | **DEL.114** |
| | 214:20  Q. The next provision states, | |
| | 214:21 "Considering the nature of his or her | P635.11.2 |
| | 214:22 functions and the information he/she will | |
| | 214:23 have access to, the employee commits in the | |
| | 214:24 case of the termination of the contract for | |
| | 214:25 any reason whatsoever after the trial period | |
| | 215:1 has expired not to be involved directly or | |
| | 215:2 indirectly in an activity that is competing | |
| | 215:3 with that of the company, i.e., entity -- any | |
| | 215:4 entity which develops or markets electronic | |
| | 215:5 message systems.  Such non-competition | |
| | 215:6 obligation shall be valid for a duration of | P635.11.3 |
| | 215:7 one year, starting on the last day of | |
| | 215:8 presence of the employee with the company, | |
| | 215:9 and will be restricted to European community | |
| | 215:10 and the United States." | |
| | 215:11 Do you see that? | |
| 215:12 - 215:14 | **Delannoy, Xavier 01-22-2021 (00:00:07)** | **DEL.115** |
| | 215:12  A. Yes. | |
| | 215:13  Q. You reviewed and initialed this | |
| | 215:14 portion of the agreement; correct? | |
| 215:15 - 215:17 | **Delannoy, Xavier 01-22-2021 (00:00:04)** | **DEL.116** |

**DEL-Delannoy_073121_949pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|
| | 215:15   A. Yes. | |
| | 215:16   Q. And you agreed to be legally bound | |
| | 215:17 by that provision; correct? | |
| 215:24 - 215:25 | **Delannoy, Xavier 01-22-2021 (00:00:15)** | DEL.117 |
| | 215:24 My non-competition provision was | clear |
| | 215:25 lifted when I left Cloudmark. | |
| 216:21 - 216:22 | **Delannoy, Xavier 01-22-2021 (00:00:04)** | DEL.118 |
| | 216:21   Q. Okay.  So, let's go back to your | |
| | 216:22 employment contract. | |
| 216:23 - 216:25 | **Delannoy, Xavier 01-22-2021 (00:00:11)** | DEL.152 |
| | 216:23 You mentioned that -- something | |
| | 216:24 about the waiver of the non-competition | |
| | 216:25 provision.  What did you mean by that? | |
| 217:1 - 217:3 | **Delannoy, Xavier 01-22-2021 (00:00:17)** | DEL.119 |
| | 217:1   A. When I left Cloudmark, and | |
| | 217:2 Cloudmark knew I was going to Vade Secure, | |
| | 217:3 they lifted the non-competition provision. | |
| 221:15 - 222:6 | **Delannoy, Xavier 01-22-2021 (00:00:46)** | DEL.120 |
| | 221:15   Q. Go to the next section here of the | |
| | 221:16 agreement.  Do you see there is a section | |
| | 221:17 titled "Intellectual Property," 14?  And it | P635.12.1 |
| | 221:18 says, quote, "The parties expressly agree | |
| | 221:19 that all developments, discoveries and | |
| | 221:20 inventions made in the course of the | |
| | 221:21 employee's mission and during the contract, | |
| | 221:22 including during the trial period, shall be | |
| | 221:23 the exclusive property of the company, and | P635.13.1 |
| | 221:24 that employee shall not claim any right on | |
| | 221:25 the above-mentioned discoveries and | |
| | 222:1 inventions.  All developments and discoveries | |
| | 222:2 made out of working hour and which cannot be | |
| | 222:3 related to the activity of the company are | |
| | 222:4 exclusively excluded from this scope of the | |
| | 222:5 present clause." | |
| | 222:6 Do you see that? | |
| 222:7 - 222:9 | **Delannoy, Xavier 01-22-2021 (00:00:07)** | DEL.121 |
| | 222:7   A. Yes. | |
| | 222:8   Q. You read and initialed this portion | |
| | 222:9 of the contract; correct? | |
| 222:10 - 222:12 | **Delannoy, Xavier 01-22-2021 (00:00:12)** | DEL.122 |

| | DEL-Delannoy_073121_949pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 222:10  A. Yes.<br>222:11  Q. And you agreed to be bound by the<br>222:12 provision; is that correct? | |
| 222:15 - 222:18 | **Delannoy, Xavier 01-22-2021 (00:00:12)** | **DEL.123** |
| | 222:15  A. I have signed the contract.<br>222:16  Q. By signing the contract, you<br>222:17 understood that you were agreeing to these<br>222:18 provisions in the contract; correct? | |
| 222:19 - 222:22 | **Delannoy, Xavier 01-22-2021 (00:00:10)** | **DEL.124** |
| | 222:19  A. Yes.<br>222:20  Q. And just to go to the end of this<br>222:21 contract, on page 14, that is your signature;<br>222:22 is that correct? | P635.14.1 |
| 222:23 - 222:23 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | **DEL.125** |
| | 222:23  A. Yes. | |
| 237:3 - 237:5 | **Delannoy, Xavier 01-22-2021 (00:00:08)** | **DEL.126** |
| | 237:3 MR. PAK:  I will introduce my next<br>237:4 exhibit which is Exhibit 34, and this is<br>237:5 tab 54, VS 419. | P1769.8 |
| 238:2 - 238:5 | **Delannoy, Xavier 01-22-2021 (00:00:14)** | **DEL.127** |
| | 238:2  Q. Do you see that this is a document<br>238:3 titled "MTA-138 reputation framework,"<br>238:4 produced by Vade Secure with the Bates number<br>238:5 VS 419? | P1769.8.1 |
| 238:6 - 238:9 | **Delannoy, Xavier 01-22-2021 (00:00:12)** | **DEL.128** |
| | 238:6  A. Yes.<br>238:7  Q. First of all, at the top, do you<br>238:8 see that it says "JIRA," J-I-R-A, "Okto,"<br>238:9 O-K-T-O, "Group"?  Do you see that? | |
| 238:10 - 238:11 | **Delannoy, Xavier 01-22-2021 (00:00:03)** | **DEL.129** |
| | 238:10  A. Yes.<br>238:11  Q. What is that referring to? | |
| 238:12 - 238:14 | **Delannoy, Xavier 01-22-2021 (00:00:21)** | **DEL.130** |
| | 238:12  A. JIRA, the word JIRA?<br>238:13  Q. Yes.<br>238:14  A. JIRA is the ticketing tool. | |
| 239:1 - 239:2 | **Delannoy, Xavier 01-22-2021 (00:00:09)** | **DEL.131** |
| | 239:1  Q. And you see here in this document<br>239:2 there is the type "new feature"? | P1769.8.2 |
| 239:3 - 239:5 | **Delannoy, Xavier 01-22-2021 (00:00:07)** | **DEL.132** |

| DEL-Delannoy_073121_949pm_COUNTERS | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| | 239:3   A. Yes. | |
| | 239:4   Q. And do you see that the priority is | |
| | 239:5 high for this new feature? | |
| 239:6 - 239:8 | **Delannoy, Xavier 01-22-2021 (00:00:07)** | **DEL.133** |
| | 239:6   A. Yes. | |
| | 239:7   Q. And the reporter who created the | |
| | 239:8 new feature ticket is yourself; correct? | |
| 239:9 - 239:12 | **Delannoy, Xavier 01-22-2021 (00:00:10)** | **DEL.134** |
| | 239:9   A. Yes. | P1769.8.3 |
| | 239:10   Q. And the assignee was Olivier | |
| | 239:11 Lemarié, so he was assigned to develop this | |
| | 239:12 new feature; is that correct? | |
| 239:13 - 239:17 | **Delannoy, Xavier 01-22-2021 (00:00:15)** | **DEL.135** |
| | 239:13   A. Yes. | |
| | 239:14   Q. So, does this refresh your | |
| | 239:15 recollection that Mr. Lemarié was doing new | |
| | 239:16 feature development for the next-generation | |
| | 239:17 MTA project as of February 2019? | |
| 239:19 - 239:24 | **Delannoy, Xavier 01-22-2021 (00:00:23)** | **DEL.136** |
| | 239:19   A. It is -- the document indeed shows | |
| | 239:20 that he worked on that. | |
| | 239:21   Q. And the project is identified as | |
| | 239:22 MTA, and that is in reference to the NextGen | |
| | 239:23 MTA which became Builder MTA; is that | |
| | 239:24 correct? | |
| 240:2 - 240:5 | **Delannoy, Xavier 01-22-2021 (00:00:16)** | **DEL.137** |
| | 240:2   A. Yes. | |
| | 240:3   Q. And do you see under "Description," | |
| | 240:4 it says, "Implement a reputation framework | |
| | 240:5 based on a RBTree"?  Do you see that? | |
| 240:6 - 240:6 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | **DEL.138** |
| | 240:6   A. Yes. | |
| 241:13 - 241:16 | **Delannoy, Xavier 01-22-2021 (00:00:12)** | **DEL.139** |
| | 241:13   Q. If you see the comment, "Implement | |
| | 241:14 a reputation framework," why was it useful to | P1769.8.4 |
| | 241:15 have a reputation framework for an MTA | |
| | 241:16 product? | |
| 241:19 - 241:25 | **Delannoy, Xavier 01-22-2021 (00:00:41)** | **DEL.140** |
| | 241:19   A. The reputation framework allows you | |
| | 241:20 to implement counters.  Yesterday we talked | |

| | DEL-Delannoy_073121_949pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 241:21 about screening messages without getting all | |
| | 241:22 the way to the content.  Using reputation, | |
| | 241:23 you can also do that kind of things. | |
| | 241:24   Q. When you say "reputation," what do | |
| | 241:25 you mean by that context? | |
| 242:1 - 242:8 | **Delannoy, Xavier 01-22-2021 (00:00:56)** | **DEL.141** |
| | 242:1   A. You can have different types of | |
| | 242:2 reputation.  For example, you have a | |
| | 242:3 reputation on the source IP.  You can then | |
| | 242:4 have reputations on many different kinds of | |
| | 242:5 e-mails. | |
| | 242:6 The way -- the idea is to have a | |
| | 242:7 very generic framework so that you can -- so | |
| | 242:8 as to be able to create any kind of counter. | |
| 242:9 - 242:12 | **Delannoy, Xavier 01-22-2021 (00:00:17)** | **DEL.142** |
| | 242:9   Q. Do you see in the middle of the | |
| | 242:10 document, it says, under "Olivier Lemarié | **P1769.8.6** |
| | 242:11 added a comment February 27, 2019," "Created | |
| | 242:12 initial reputation module"?  Do you see that? | |
| 242:13 - 242:13 | **Delannoy, Xavier 01-22-2021 (00:00:01)** | **DEL.143** |
| | 242:13   A. Yes. | |
| 243:2 - 243:5 | **Delannoy, Xavier 01-22-2021 (00:00:09)** | **DEL.179** |
| | 243:2   Q. Mr. Delannoy, based on these | |
| | 243:3 comments, Mr. Lemarié created the initial | |
| | 243:4 reputation module for the next-generation | |
| | 243:5 MTA; is that correct? | |
| 243:8 - 243:11 | **Delannoy, Xavier 01-22-2021 (00:00:12)** | **DEL.180** |
| | 243:8   A. Based on the information I have, | |
| | 243:9 the ticket, it's very difficult for me to | |
| | 243:10 answer.  We would have to check the source | |
| | 243:11 code. | |
| 243:12 - 243:15 | **Delannoy, Xavier 01-22-2021 (00:00:09)** | **DEL.144** |
| | 243:12   Q. Now, in the description that you | |
| | 243:13 wrote, it says, "Mario started to implement | |
| | 243:14 some stuff, but we don't know where the code | |
| | 243:15 is," with a smiley mark.  Do you see that? | |
| 243:16 - 243:16 | **Delannoy, Xavier 01-22-2021 (00:00:02)** | **DEL.145** |
| | 243:16   A. Yes. | |
| 243:19 - 243:24 | **Delannoy, Xavier 01-22-2021 (00:00:18)** | **DEL.146** |
| | 243:19   Q. So, what you were indicating in | |

| | DEL-Delannoy_073121_949pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 243:20 this JIRA ticket is that Mr. Lemarié started | |
|  | 243:21 to implement some of the code for the | |
|  | 243:22 reputation framework for the NextGen MTA, but | |
|  | 243:23 you didn't know where the code that he wrote | |
|  | 243:24 was at the time; is that correct? | |
| 244:5 - 244:5 | **Delannoy, Xavier 01-22-2021 (00:00:03)** | **DEL.147** |
|  | 244:5   A. Yes, that's correct. | |
| 245:4 - 245:6 | **Delannoy, Xavier 01-22-2021 (00:00:10)** | **DEL.148** |
|  | 245:4   Q. And the new feature was added in | clear |
|  | 245:5 the fixed version, Version 1.0.8 of the | |
|  | 245:6 NextGen MTA product; is that correct? | |
| 245:9 - 245:9 | **Delannoy, Xavier 01-22-2021 (00:00:01)** | **DEL.149** |
|  | 245:9   A. Yes. | |
| 246:7 - 246:10 | **Delannoy, Xavier 01-22-2021 (00:00:11)** | **DEL.150** |
|  | 246:7   Q. Right.  But one of the things that | |
|  | 246:8 is under development for the reputation | |
|  | 246:9 feature of the next generation MTA is to make | |
|  | 246:10 the reputation clustered; correct? | |
| 246:13 - 246:16 | **Delannoy, Xavier 01-22-2021 (00:00:16)** | **DEL.151** |
|  | 246:13   A. Is your question that ultimately | |
|  | 246:14 the reputation will be clustered? | |
|  | 246:15   Q. Yes. | |
|  | 246:16   A. Yes. | |

Proofpoint Designations = 00:35:38
Vade Counters = 00:06:14
**Total Time = 00:41:52**

**Documents Shown**
P1769
P2156
P2254
P635

Recorded Deposition Testimony from Georges Lotigier, who is the Chief Executive Officer of Vade Secure

Played at Trial Tr. 1142:16-17

| Page/Line | Source | ID |
|---|---|---|
| | **LOT-Lotigier_073121_942pm_COUNTERS** | |
| 14:14 - 14:15 | **Lotigier, Georges 02-01-2021 (00:00:04)** | LOT.1 |
| | 14:14   Q. Is it true, sir, that you are | |
| | 14:15 employed by Vade Secure today? | |
| 14:16 - 14:19 | **Lotigier, Georges 02-01-2021 (00:00:27)** | LOT.2 |
| | 14:16   A. No.  I'm the CEO my holding | |
| | 14:17 societe -- company, and I am the CEO of Vade | |
| | 14:18 Secure.  I'm an employee of my holding, not of | |
| | 14:19 Vade Secure. | |
| 81:7 - 81:10 | **Lotigier, Georges 02-01-2021 (00:00:11)** | LOT.3 |
| | 81:7   Q. So you understand and know that the | |
| | 81:8 law prohibits copyright infringement in the | |
| | 81:9 United States and in France; correct? | |
| | 81:10   A. Right. | |
| 84:14 - 84:17 | **Lotigier, Georges 02-01-2021 (00:00:08)** | LOT.4 |
| | 84:14 What is your understanding, setting | |
| | 84:15 aside any privileged communication, of the | |
| | 84:16 United States laws on trade secret | |
| | 84:17 misappropriation? | |
| 84:20 - 84:22 | **Lotigier, Georges 02-01-2021 (00:00:15)** | LOT.5 |
| | 84:20   A. It's forbidden.  That's it.  I don't | |
| | 84:21 know that it's -- this is the case in USA and | |
| | 84:22 everywhere, I think, this is normal. | |
| 86:14 - 86:18 | **Lotigier, Georges 02-01-2021 (00:00:18)** | LOT.6 |
| | 86:14   Q. Setting aside any privileged | |
| | 86:15 communication, do you have an understanding of | |
| | 86:16 the United States laws on using confidential | |
| | 86:17 information of other companies in order to | |
| | 86:18 develop products for Vade Secure? | |
| 86:25 - 87:5 | **Lotigier, Georges 02-01-2021 (00:00:25)** | LOT.7 |
| | 86:25   A. For sure the only thing that I know | |
| | 87:1 is that this is forbidden.  I don't have the | |
| | 87:2 details of the law.  I'm not a lawyer.  But | |
| | 87:3 everybody knows that the copyright infringement | |
| | 87:4 or the use of trade secrets is not allowed by | |
| | 87:5 the law.  That's what I know. | |
| 93:8 - 93:18 | **Lotigier, Georges 02-01-2021 (00:00:41)** | LOT.100 |
| | 93:8   Q. Is it your understanding that names | |
| | 93:9 of Vade Secure customers, for example, Apple | |
| | 93:10 and Comcast, are confidential information | |
| | 93:11 belonging to Vade Secure? | |

| | | |
|---|---|---|
| **LOT-Lotigier_073121_942pm_COUNTERS** | | |
| **Page/Line** | **Source** | **ID** |

93:12   A. The name of our customer are not
93:13 confidential.  We -- we never keep that
93:14 confidential, and as soon as we can, we ask to
93:15 our customer if we have the right to mention
93:16 that we are working with them.  This is what we
93:17 are considering in Vade Secure, but this is our
93:18 choice.

96:9 - 96:13   **Lotigier, Georges 02-01-2021 (00:00:14)**   **LOT.101**

96:9   Q. Do you consider proprietary source
96:10 code developed by Vade Secure engineers to be
96:11 confidential information of Vade Secure not to
96:12 be shared with others outside Vade Secure
96:13 without permission?

96:15 - 96:24   **Lotigier, Georges 02-01-2021 (00:01:27)**   **LOT.102**

96:15   A. I would answer that some parts of
96:16 source code can be confidential while others
96:17 will be confidential only for cyber criminals,
96:18 but not for reasons of intellectual property,
96:19 while some other parts of source codes as far
96:20 as we are concerned do not contain any valuable
96:21 information and we provide some parts of them
96:22 to some of our clients and we considered and we
96:23 are still considering that a large part of our
96:24 source code could be published as open sourced.

97:5 - 97:8   **Lotigier, Georges 02-01-2021 (00:00:10)**   **LOT.8**

97:5   Q. And there are also valuable parts of
97:6 your proprietary source code for Vade Secure
97:7 that you have not shared with your clients; is
97:8 that correct?

97:10 - 97:10   **Lotigier, Georges 02-01-2021 (00:00:03)**   **LOT.9**

97:10   A. Of course.  Of course.

99:4 - 99:6   **Lotigier, Georges 02-01-2021 (00:00:07)**   **LOT.10**

99:4   Q. Why is that important to keep
99:5 certain parts of your source code confidential
99:6 with respect to cyber criminals?

99:8 - 99:18   **Lotigier, Georges 02-01-2021 (00:00:41)**   **LOT.11**

99:8   A. This is vague, but I can answer.  We
99:9 are in the security industry, IT security
99:10 industry, so we are potentially a target for
99:11 cyber criminals, and when the source code is

| | LOT-Lotigier_073121_942pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
|  | 99:12 not made 100 percent properly, there is some | |
|  | 99:13 failures inside and we don't want to show that | |
|  | 99:14 possible failures.  This is the main reason why | |
|  | 99:15 we don't provide -- there is two reason, in | |
|  | 99:16 fact.  We don't provide that in open source | |
|  | 99:17 because of that and because there is -- this is | |
|  | 99:18 not documented. | |
| 99:19 - 100:3 | **Lotigier, Georges 02-01-2021 (00:00:23)** | **LOT.12** |
|  | 99:19   Q. And for the valuable parts of Vade | |
|  | 99:20 Secure source code, do you consider those | |
|  | 99:21 valuable parts to contain trade secrets of Vade | |
|  | 99:22 Secure? | |
|  | 99:23  A. Yes. | |
|  | 99:24   Q. And those trade secrets, for | |
|  | 99:25 example, could include confidential algorithms | |
|  | 100:1 of Vade Secure; is that right? | |
|  | 100:2   A. Confidential -- sorry.  Confidential | |
|  | 100:3 algorithm, yes. | |
| 104:24 - 105:3 | **Lotigier, Georges 02-01-2021 (00:00:17)** | **LOT.13** |
|  | 104:24   Q. So Mr. Lotigier, today Mr. Olivier | |
|  | 104:25 Lemarie is technically still the chief | |
|  | 105:1 technical officer, but is no longer active in | |
|  | 105:2 that capacity; is that correct? | |
|  | 105:3  A. Yes.  He is on leave. | |
| 105:10 - 105:12 | **Lotigier, Georges 02-01-2021 (00:00:06)** | **LOT.14** |
|  | 105:10   Q. Mr. Lemarie is still an employee of | |
|  | 105:11 Vade Secure; is that right? | |
|  | 105:12  A. That's right. | |
| 106:8 - 106:10 | **Lotigier, Georges 02-01-2021 (00:00:06)** | **LOT.15** |
|  | 106:8   Q. And he continues to be paid the same | |
|  | 106:9 salary as the CTO; is that right? | |
|  | 106:10   A. Right. | |
| 109:22 - 110:1 | **Lotigier, Georges 02-01-2021 (00:00:13)** | **LOT.16** |
|  | 109:22   Q. Okay.  And so when the Complaint was | |
|  | 109:23 filed against Vade Secure and against | |
|  | 109:24 Mr. Lemarie in the summer of 2019, Mr. Lemarie | |
|  | 109:25 was not put on leave. | |
|  | 110:1  A. Correct. | |
| 110:3 - 110:5 | **Lotigier, Georges 02-01-2021 (00:00:07)** | **LOT.17** |
|  | 110:3   Q. So he continued to perform his | |

**LOT-Lotigier_073121_942pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|

110:4 duties as the CTO of Vade Secure until
110:5 September of 2020; correct?

**110:7 - 110:8**   **Lotigier, Georges 02-01-2021 (00:00:04)**   **LOT.18**

110:7   A. He was continuing to act as the CTO
110:8 during this time, yes.

**110:9 - 110:20**   **Lotigier, Georges 02-01-2021 (00:00:50)**   **LOT.19**

110:9   Q. And then I'm asking you why is it
110:10 that you decided in September of 2020 to put
110:11 Mr. Lemarie on leave when you had decided not
110:12 to take that precautionary step in the summer
110:13 of 2019?
110:14   A. Because there were new accusations
110:15 in the Complaint.
110:16   Q. What were those new accusations that
110:17 caused you to put Mr. Lemarie on leave as a
110:18 precautionary measure?
110:19   A. Accusations related to copyright.
110:20 Copyright infringement.  Sorry.

**112:18 - 112:22**   **Lotigier, Georges 02-01-2021 (00:00:13)**   **LOT.20**

112:18   Q. Have you formed an opinion sitting
112:19 here today based on your investigation on
112:20 whether Mr. Lemarie did anything wrong with
112:21 respect to the allegations of the plaintiffs'
112:22 Complaint?

**113:1 - 113:3**   **Lotigier, Georges 02-01-2021 (00:00:27)**   **LOT.21**

113:1   A. Same answer.  I haven't formed an
113:2 opinion at this time.  We're waiting for the
113:3 proceeding to move on, for the case to move on.

**113:13 - 113:16**   **Lotigier, Georges 02-01-2021 (00:00:10)**   **LOT.22**

113:13   Q. Mr. Lotigier, have you placed any
113:14 other employee of Vade Secure on leave as of
113:15 today?
113:16   A. No.

**122:21 - 123:1**   **Lotigier, Georges 02-01-2021 (00:00:17)**   **LOT.23**

122:21   Q. Thank you.  So as the CTO of the
122:22 company, Mr. Lemarie from January of 2017 to
122:23 July of 2019 was in charge of all product
122:24 development for all the products of Vade
122:25 Secure; is that correct?
123:1   A. That is correct.

**LOT-Lotigier_073121_942pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|
| 136:5 - 136:10 | **Lotigier, Georges 02-01-2021 (00:00:20)** | **LOT.24** |
| | 136:5   Q. Mr. Lemarie's responsibility until | |
| | 136:6 he was put on leave in September of 2020 as the | |
| | 136:7 CTO of Vade Secure was to be responsible for | |
| | 136:8 defining the structure of the various software | |
| | 136:9 products including the MTA product; is that | |
| | 136:10 true? | |
| 136:12 - 136:12 | **Lotigier, Georges 02-01-2021 (00:00:03)** | **LOT.25** |
| | 136:12   A. It seems to be true. | |
| 150:9 - 150:12 | **Lotigier, Georges 02-01-2021 (00:00:09)** | **LOT.26** |
| | 150:9   Q. One of the things you stated was | |
| | 150:10 that you had known Mr. Delannoy for quite a | |
| | 150:11 long time.  Do you remember that testimony? | |
| | 150:12   A. Yes, absolutely. | |
| 154:1 - 154:6 | **Lotigier, Georges 02-01-2021 (00:00:15)** | **LOT.27** |
| | 154:1   Q. Let's take a look at the next | |
| | 154:2 exhibit, which is Exhibit 4. | P2177.1 |
| | 154:3   A. Go to the next exhibit.  I've got | |
| | 154:4 it. | |
| | 154:5   Q. This will be tab number 3, | |
| | 154:6 VS 307216. | |
| 154:6 - 154:9 | **Lotigier, Georges 02-01-2021 (00:00:12)** | **LOT.28** |
| | 154:6 VS 307216.  And Mr. Lotigier, I am going to | |
| | 154:7 introduce the English version of that document | P2177.3 |
| | 154:8 as Exhibit 5, and the certificate of | |
| | 154:9 translation as Exhibit 6. | |
| 157:1 - 157:4 | **Lotigier, Georges 02-01-2021 (00:00:09)** | **LOT.29** |
| | 157:1   Q. Does this e-mail refresh your | |
| | 157:2 recollection that sometime between March 29th | P2177.3.1 |
| | 157:3 and April 4th that you did speak with | |
| | 157:4 Mr. Delannoy about joining Vade Secure? | |
| 157:6 - 157:6 | **Lotigier, Georges 02-01-2021 (00:00:05)** | **LOT.30** |
| | 157:6   A. Absolutely.  I recall exactly. | |
| 161:23 - 162:1 | **Lotigier, Georges 02-01-2021 (00:00:08)** | **LOT.31** |
| | 161:23   Q. But you knew at the time, sir, that | |
| | 161:24 Mr. Delannoy had worked on MTA products at | |
| | 161:25 Cloudmark; correct? | |
| | 162:1   A. Yes. | |
| 162:2 - 162:4 | **Lotigier, Georges 02-01-2021 (00:00:06)** | **LOT.32** |
| | 162:2   Q. Okay.  And you knew that his | |

| | | |
|---|---|---|
| **LOT-Lotigier_073121_942pm_COUNTERS** | | |

| Page/Line | Source | ID |
|---|---|---|
| | 162:3 knowledge of MTA products would be useful to | |
| | 162:4 you at Vade Secure; correct? | |
| 162:8 - 162:17 | **Lotigier, Georges 02-01-2021 (00:00:52)** | **LOT.33** |
| | 162:8   A. I would say no.  Sorry.  That -- my | |
| | 162:9 position at this time was not to develop MTA | |
| | 162:10 and not to develop a new MTA, but that use the | |
| | 162:11 MTA that we had based on Postfix -- | |
| | 162:12 THE COURT REPORTER:  I'm sorry. | |
| | 162:13 "Based on" -- | |
| | 162:14   A. Postfix, which is an open source, | clear |
| | 162:15 which is empowered by another module and we | |
| | 162:16 had -- I had no intention to develop anything | |
| | 162:17 else at this time. | |
| 166:11 - 166:16 | **Lotigier, Georges 02-01-2021 (00:00:15)** | **LOT.34** |
| | 166:11   Q. Now, before Mr. Goutal worked with | |
| | 166:12 this third-party company on rewriting the spear | |
| | 166:13 phishing module, he was also involved in the | |
| | 166:14 original spear phishing module; is that | |
| | 166:15 correct? | |
| | 166:16   A. This is correct. | |
| 169:13 - 169:19 | **Lotigier, Georges 02-01-2021 (00:00:23)** | **LOT.35** |
| | 169:13 How is it that developing a | |
| | 169:14 rewritten spear phishing module, the third | |
| | 169:15 module that you talked about, is somehow | |
| | 169:16 demonstrating that Proofpoint's allegations of | |
| | 169:17 trade secret misappropriation with respect to | |
| | 169:18 the second module that Mr. Lemarie developed | |
| | 169:19 was untrue? | |
| 170:2 - 170:5 | **Lotigier, Georges 02-01-2021 (00:00:18)** | **LOT.36** |
| | 170:2   A. Not demonstrate that it's not true. | |
| | 170:3 Just demonstrate that this is easy to do and | |
| | 170:4 efficient with what -- the know-how we had. | |
| | 170:5 Nothing else.  That's the -- | |
| 203:20 - 204:3 | **Lotigier, Georges 02-01-2021 (00:00:32)** | **LOT.37** |
| | 203:20   Q. So with respect to the Vade Secure | |
| | 203:21 Cloud and Vade Secure for Microsoft o365, it is | |
| | 203:22 your testimony that the spear phishing | |
| | 203:23 functionality provided in those products is the | |
| | 203:24 third spear phishing module developed by | |
| | 203:25 Mr. Goutal and the third-party engineering | |

| | LOT-Lotigier_073121_942pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 204:1 company; is that right? | |
| | 204:2   A. According to all the information I | |
| | 204:3 have, this is correct. | |
| 204:4 - 204:12 | **Lotigier, Georges 02-01-2021 (00:00:30)** | **LOT.103** |
| | 204:4   Q. Sitting here today, do you know | |
| | 204:5 whether the second spear phishing module | |
| | 204:6 developed by Mr. Lemarie is provided as an | |
| | 204:7 option to customers of Vade Secure Cloud and | |
| | 204:8 Vade Secure for Microsoft o365 today? | |
| | 204:9   A. As an option? | |
| | 204:10   Q. Yes. | |
| | 204:11   A. This product was not working well, | |
| | 204:12 so this has been stopped. | |
| 208:15 - 208:21 | **Lotigier, Georges 02-01-2021 (00:00:24)** | **LOT.38** |
| | 208:15   Q. So for all the existing enterprise | |
| | 208:16 customers that have purchased the product | |
| | 208:17 before the release of the third spear phishing | |
| | 208:18 module, were those customers given an update to | |
| | 208:19 replace the second spear phishing module with | |
| | 208:20 the third spear phishing module? | |
| | 208:21   A. Yes. | |
| 237:24 - 238:4 | **Lotigier, Georges 02-01-2021 (00:00:20)** | **LOT.39** |
| | 237:24   Q. Who are you -- besides those two | |
| | 237:25 companies, what other companies are you | |
| | 238:1 speaking with today about purchasing the | |
| | 238:2 builder MTA solution? | |
| | 238:3   A. Every single telecom company we are | |
| | 238:4 discussing with we are proposing this MTA. | |
| 243:5 - 243:13 | **Lotigier, Georges 02-01-2021 (00:00:34)** | **LOT.40** |
| | 243:5   Q. Which telcos and ISPs are you | |
| | 243:6 discussing right now with respect to your MTA | |
| | 243:7 Builder products and the Vade filter solutions? | |
| | 243:8   A. You are speaking of the -- the MTA | |
| | 243:9 Builder or the filter or both? | |
| | 243:10   Q. Both.  So I am asking which telcos | |
| | 243:11 and ISPs today in the United States are you | |
| | 243:12 discussing with respect to both MTA Builder | |
| | 243:13 products and Vade filter solutions? | |
| 243:15 - 243:22 | **Lotigier, Georges 02-01-2021 (00:00:38)** | **LOT.41** |
| | 243:15   A. It's difficult to give -- to give a | |

| | LOT-Lotigier_073121_942pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 243:16 complete answer.  It's vague.  I can say one or | |
| | 243:17 two names, but there is a lot.  I don't | |
| | 243:18 remember the name.  I can say Charter, for | |
| | 243:19 example, I can say Comcast for the MTA only | |
| | 243:20 because we already provide the filter, but | |
| | 243:21 there is other tier-2 ISPs that we are speaking | |
| | 243:22 with, but just now I don't remember the names. | |
| 249:22 - 249:24 | **Lotigier, Georges 02-01-2021 (00:00:16)** | **LOT.42** |
| | 249:22   Q. So let's introduce the next exhibit, | |
| | 249:23 and this will be Exhibit 11, tab 113, | P2257.1 |
| | 249:24 VS 436631. | |
| 250:17 - 250:19 | **Lotigier, Georges 02-01-2021 (00:00:08)** | **LOT.43** |
| | 250:17   Q. And let's go ahead and introduce the | P2257.3 |
| | 250:18 English translation as Exhibit 12, and the | |
| | 250:19 certificate of translation as Exhibit 13. | |
| 251:4 - 251:12 | **Lotigier, Georges 02-01-2021 (00:00:25)** | **LOT.44** |
| | 251:4   Q. Okay.  So let's go to the bottom of | |
| | 251:5 this e-mail thread.  Do you see that Mr. Goutal | |
| | 251:6 is writing to Mr. Boussinet on April 14, 2016? | P2257.4.1 |
| | 251:7   A. Yes. | |
| | 251:8   Q. And he says:  "Good morning, | |
| | 251:9 Mr. Boussinet, I am contacting you after | |
| | 251:10 receiving a recommendation from Xavier | |
| | 251:11 Delannoy."  Do you see that? | |
| | 251:12   A. I see that. | |
| 255:9 - 255:13 | **Lotigier, Georges 02-01-2021 (00:00:13)** | **LOT.45** |
| | 255:9   Q. So with that clarification, what you | |
| | 255:10 said is since Mr. Boussinet comes from | |
| | 255:11 Cloudmark, "I would do whatever to weaken | P2257.3.1 |
| | 255:12 them," smiley face, that's what you wrote; | |
| | 255:13 correct? | |
| 255:17 - 255:17 | **Lotigier, Georges 02-01-2021 (00:00:00)** | **LOT.46** |
| | 255:17   A. Yes. | |
| 255:20 - 255:23 | **Lotigier, Georges 02-01-2021 (00:00:22)** | **LOT.104** |
| | 255:20   A. But you can see that there is a -- | |
| | 255:21 (in French) a wink in French.  (In English) So | |
| | 255:22 this remark was just a remark.  This was not | |
| | 255:23 the purpose of my answer. | |
| 256:14 - 256:17 | **Lotigier, Georges 02-01-2021 (00:00:25)** | **LOT.47** |
| | 256:14   A. I have nothing to add.  This is not | |

| | | |
|---|---|---|
| **LOT-Lotigier_073121_942pm_COUNTERS** | | |

| Page/Line | Source | ID |
|---|---|---|
| | 256:15 serious sentence.  This is just joke.  This | |
| | 256:16 is -- this is not the goal for sure.  That's | |
| | 256:17 no -- no interest and this is not true, so... | |
| 256:24 - 257:2 | **Lotigier, Georges 02-01-2021 (00:00:12)** | **LOT.48** |
| | 256:24   Q. The English translation written in | |
| | 256:25 the translated version is:  "Since he" -- | |
| | 257:1 Mr. Boussinet -- "comes from cloud/Mark I would | |
| | 257:2 do whatever to weaken them," wink. | |
| 257:9 - 258:1 | **Lotigier, Georges 02-01-2021 (00:01:39)** | **LOT.49** |
| | 257:9   A. I could have say that for, you know, | |
| | 257:10 to weakness there is in Proofpoint -- I don't | |
| | 257:11 know -- | |
| | 257:12 THE COURT REPORTER:  I'm sorry? | |
| | 257:13   A. There is a lot of employees at | |
| | 257:14 Proofpoint so (inaudible) -- | |
| | 257:15 THE COURT REPORTER:  I'm sorry, sir. | |
| | 257:16 You are breaking up.  You are breaking up. | |
| | 257:17   A. Sorry.  I just wanted to say in | |
| | 257:18 French that in French to say that it will | |
| | 257:19 weaken -- it would weaken Proofpoint, that does | |
| | 257:20 not make any sense, because -- because | |
| | 257:21 Alexandre Boussinet is not somebody who is | |
| | 257:22 indispensable for Proofpoint, so this is why it | |
| | 257:23 doesn't make any sense.  What I know about | |
| | 257:24 Alexandre Boussinet is that he is a good | |
| | 257:25 engineer with very traditional competencies. | |
| | 258:1 Nothing to add. | |
| 258:22 - 258:24 | **Lotigier, Georges 02-01-2021 (00:00:04)** | **LOT.50** |
| | | clear |
| | 258:22   Q. And Mr. Boussinet ultimately joined | |
| | 258:23 Vade Secure; correct? | |
| | 258:24   A. Yes. | |
| 269:20 - 270:16 | **Lotigier, Georges 02-01-2021 (00:01:06)** | **LOT.51** |
| | 269:20   Q. Just to be clear, as of September | |
| | 269:21 2016, you felt that the documentation for | |
| | 269:22 customers of Vade Secure was not at the right | |
| | 269:23 level of professionalism; is that correct? | |
| | 269:24   A. That's correct. | |
| | 269:25   Q. Another former -- and, by the way, | |
| | 270:1 Vade Secure did make an offer to Mr. Sejourne; | |
| | 270:2 is that right? | |

| | | |
|---|---|---|
| **LOT-Lotigier_073121_942pm_COUNTERS** | | |

| Page/Line | Source | ID |
|---|---|---|

270:3   A. That's right.

270:4   Q. And he was an employee of Cloudmark

270:5 at the time; is that correct?

270:6   A. That's correct.

270:7   Q. And Mr. Sejourne joined Vade Secure;

270:8 is that right?

270:9   A. That's correct.

270:10   Q. Another former employee of Cloudmark

270:11 that joined Vade Secure is Mr. Olivier Lemarie;

270:12 correct?

270:13   A. Correct.

270:14   Q. And he is also called Mario; is that

270:15 right?

270:16   A. Yes.

**270:17 - 270:19    Lotigier, Georges 02-01-2021 (00:00:16)**          **LOT.52**

270:17   Q. I want to go to my next exhibit,

270:18 which is Exhibit 16.  This is tab 35,                              P2288.1

270:19 VS 483961.

**270:24 - 271:1    Lotigier, Georges 02-01-2021 (00:00:12)**          **LOT.53**

270:24   Q. And we will also introduce the

270:25 translation of Exhibit 16 as Exhibit 17, and                       P2288.2

271:1 the certificate of translation as Exhibit 18.

**271:15 - 271:22    Lotigier, Georges 02-01-2021 (00:00:23)**        **LOT.54**

271:15   Q. So do you see that this is a series

271:16 of e-mails between yourself and Mr. Goutal                         P2288.2.1

271:17 dated January 14, 2017?

271:18   A. Yes.

271:19   Q. And the subject is:  "Recruiting an

271:20 R&D engineer for the fight against spear

271:21 phishing."  Do you see that?

271:22   A. Yes.

**272:9 - 272:19    Lotigier, Georges 02-01-2021 (00:00:36)**          **LOT.55**

272:9   Q. Mr. Goutal, according to the

272:10 translation, stated:  "Hello Georges, Alexandre                    P2288.2.2

272:11 Boussinet was initially recruited to work on

272:12 spear phishing."

272:13 Is that a fair understanding to you

272:14 of what Mr. Goutal wrote in this e-mail?

272:15   A. Yes, this is what is writed.  I

272:16 don't know why he is saying that Alexandre

| | LOT-Lotigier_073121_942pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 272:17 Boussinet was recruited to work on spear | |
| | 272:18 phishing, because to my -- what I remember, it | |
| | 272:19 was not the case, but anyway. | |
| 276:2 - 276:11 | **Lotigier, Georges 02-01-2021 (00:00:31)** | **LOT.56** |
| | 276:2   Q. So Mr. Goutal in this e-mail was | |
| | 276:3 saying to you from his perspective, | |
| | 276:4 Mr. Boussinet was initially recruited to work | |
| | 276:5 on spear phishing, but he has been working | P2288.2.3 |
| | 276:6 on -- a lot on other things, including the | |
| | 276:7 gateway MTA products, basically hasn't moved | |
| | 276:8 forward at all with respect to spear phishing, | |
| | 276:9 he would like to put up an offer to bring in a | |
| | 276:10 development engineer to focus on spear | |
| | 276:11 phishing; is that correct? | |
| 276:13 - 276:13 | **Lotigier, Georges 02-01-2021 (00:00:00)** | **LOT.57** |
| | 276:13  A. That's correct. | |
| 276:20 - 277:3 | **Lotigier, Georges 02-01-2021 (00:00:30)** | **LOT.58** |
| | 276:20   Q. At the top you wrote back to | |
| | 276:21 Mr. Goutal and said:  "Yes.  In fact, we've | P2288.2.4 |
| | 276:22 talked quite a bit with Mario ex cloudmark." | |
| | 276:23 Do you see that? | |
| | 276:24  A. Yes. | |
| | 276:25   Q. "Do you know him?  Do you think it | |
| | 277:1 would be a good thing if he joined Vade?  He's | |
| | 277:2 also worked on spear phishing."  And then we | |
| | 277:3 see that same wink mark; is that correct? | |
| 277:6 - 277:7 | **Lotigier, Georges 02-01-2021 (00:00:06)** | **LOT.59** |
| | 277:6   A. Yes, that reflects what I have | |
| | 277:7 written in French. | |
| 278:4 - 278:6 | **Lotigier, Georges 02-01-2021 (00:00:11)** | **LOT.60** |
| | 278:4   Q. So what is your interpretation as a | |
| | 278:5 French speaker of the wink mark as used in this | P2288.2.5 |
| | 278:6 e-mail? | |
| 278:8 - 279:17 | **Lotigier, Georges 02-01-2021 (00:03:03)** | **LOT.61** |
| | 278:8   A. I try to remember what I was | |
| | 278:9 thinking saying that.  He said that he was | |
| | 278:10 needing somebody for the spear phishing and | |
| | 278:11 that we have to engage somebody, so I was | |
| | 278:12 thinking yes, we need to engage somebody and, | |
| | 278:13 by the way, but it's not the same level of | |

**LOT-Lotigier_073121_942pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|

278:14 people that -- the demand, the need expressed
278:15 by Sebastien is for an engineer of development,
278:16 so not a senior engineer, not a CTO, not -- not
278:17 a VP or SVP, just a basic engineer of
278:18 development, but he is speaking of spear
278:19 phishing, and this is -- how to say that in
278:20 English -- partly in my mind and I was
278:21 remembering that and for a while I was thinking
278:22 maybe one time it would be interesting to call
278:23 Mario, Olivier Lemarie, and to see if it is
278:24 possible that he join Vade Secure, because I
278:25 was in a relationship with him, so I had a very
279:1 good opinion of this guy and so this was just a
279:2 reason in my mind.  So this is -- this just
279:3 mean, by the way, he was also knowing spear
279:4 phishing.  But what I'm saying here is not that
279:5 we should engage Mario to work on spear
279:6 phishing, because he is needing a guy to
279:7 develop in his team.  Mario is, by the way, not
279:8 at all a guy who can work in the team of
279:9 Sebastien Goutal, so this wink, you say wink,
279:10 is that correct, the word wink, just means this
279:11 has nothing to do with that, but yes, this is
279:12 not -- this is not really a joke, I don't know
279:13 how to explain that in English, but this mean
279:14 that this is not relative to that, but anyway,
279:15 I just give that idea to -- to you.  I'm not
                                                                          clear
279:16 sure you understand the spirit of what I'm
279:17 trying to explain to you.

| 293:19 - 293:21 | **Lotigier, Georges 02-02-2021 (00:00:10)** | **LOT.62** |

293:19 MR. PAK:  I would like to introduce
293:20 my next exhibit, which is Exhibit 19, and                          P2080.1
293:21 this is Tab 60, VS 110162.

| 293:25 - 294:3 | **Lotigier, Georges 02-02-2021 (00:00:10)** | **LOT.63** |

293:25 MR. PAK:  And I will go ahead and
294:1 introduce Exhibit 20 as the English                                  P2080.2
294:2 translation, and Exhibit 21 is the
294:3 certification of translation.

| 296:25 - 297:4 | **Lotigier, Georges 02-02-2021 (00:00:14)** | **LOT.64** |

296:25   Q. So, what Mr. Gendre was doing here

| Page/Line | Source | ID |
|---|---|---|
| | 297:1 was alerting the team members at Vade Secure,<br>297:2 the executive team members, about Cloudmark's<br>297:3 Trident product which is detecting spear<br>297:4 phishing attacks; is that correct? | P2080.2.1 |
| 297:7 - 297:7 | **Lotigier, Georges 02-02-2021 (00:00:01)** | **LOT.65** |
| | 297:7  A. Yes. | |
| 297:18 - 297:21 | **Lotigier, Georges 02-02-2021 (00:00:10)** | **LOT.105** |
| | 297:18  Q. So, isn't it true that these are<br>297:19 also features that you later developed for<br>297:20 the spear phishing functionality of the Vade<br>297:21 O365 product? | |
| 297:24 - 298:1 | **Lotigier, Georges 02-02-2021 (00:00:11)** | **LOT.106** |
| | 297:24  A. And the answer is no.  This was<br>297:25 previously made.  Previously, we had<br>298:1 developed this functionality before that. | |
| 299:8 - 299:10 | **Lotigier, Georges 02-02-2021 (00:00:14)** | **LOT.66** |
| | 299:8 MR. PAK:  Let's look at my next<br>299:9 exhibit, which is Exhibit 22, and this<br>299:10 will be tab 32, VS 484819. | P2290.1 |
| 299:14 - 299:16 | **Lotigier, Georges 02-02-2021 (00:00:11)** | **LOT.67** |
| | 299:14 MR. PAK:  I will also introduce as<br>299:15 Exhibit 23 the English translation, and<br>299:16 24 as the certificate of translation. | P2290.3 |
| 300:6 - 300:9 | **Lotigier, Georges 02-02-2021 (00:00:12)** | **LOT.68** |
| | 300:6 You see here that you are<br>300:7 exchanging e-mails with Mr. Goutal in April<br>300:8 of 2016; correct?<br>300:9  A. Um-hum. | |
| 301:6 - 301:8 | **Lotigier, Georges 02-02-2021 (00:00:09)** | **LOT.69** |
| | 301:6  Q. So, on or around April 23rd, 2016,<br>301:7 you were speaking with Mr. Delannoy about<br>301:8 Cloudmark; correct? | P2290.3.1 |
| 301:11 - 301:12 | **Lotigier, Georges 02-02-2021 (00:00:03)** | **LOT.70** |
| | 301:11  A. Yes.  This is just written like<br>301:12 this. | |
| 302:10 - 302:16 | **Lotigier, Georges 02-02-2021 (00:00:15)** | **LOT.71** |
| | 302:10  Q. So, what you were saying to<br>302:11 Mr. Goutal was, if a company already has a<br>302:12 gateway MTA solution, one possibility is to<br>302:13 sell the spear phishing functionality as an | |

| | | |
|---|---|---|
| **LOT-Lotigier_073121_942pm_COUNTERS** | | |
| **Page/Line** | **Source** | **ID** |

302:14 add-on product to that customer; is that
302:15 correct?                                            clear
302:16   A. That's correct.

302:19 - 302:24   **Lotigier, Georges 02-02-2021 (00:00:17)**          **LOT.72**

302:19   A. Yes, this is correct.  I'm speaking
302:20 at this time of an add-on product for
302:21 somebody who has a gateway with a spear
302:22 phishing solution, and so to add the specific
302:23 spear phishing functionality to a third-party
302:24 solution.

302:25 - 303:4   **Lotigier, Georges 02-02-2021 (00:00:11)**          **LOT.73**

302:25   Q. So, as of this point, you did not
303:1 have a supplementary solution in terms of
303:2 spear phishing for a company that already has
303:3 a gateway; is that correct?
303:4   A. That's correct.

304:2 - 304:5   **Lotigier, Georges 02-02-2021 (00:00:10)**          **LOT.74**

304:2   Q. What Mr. Goutal was telling you
304:3 was, I agree that selling spear phishing as
304:4 an add-on product to somebody who already has
304:5 a gateway is a good idea; correct?

304:8 - 304:9   **Lotigier, Georges 02-02-2021 (00:00:03)**          **LOT.75**

304:8   A. Yes, he is saying that it could be
304:9 a good idea.

307:21 - 308:1   **Lotigier, Georges 02-02-2021 (00:00:13)**          **LOT.76**

307:21   Q. And he says -- and then you say,
307:22 quote, "I am convinced that we need to go     P2290.3.2
307:23 even further in the area of spear phishing."
307:24 Correct?
307:25   A. That is correct, that is what I
308:1 writed.

349:22 - 349:25   **Lotigier, Georges 02-02-2021 (00:00:18)**          **LOT.77**

349:22   Q. And Exhibit 32 is e-mail with the     P2254.1
349:23 Bates label VS 432067, and the English
349:24 translation is Exhibit 33.  The certificate   P2254.2
349:25 of translation is Exhibit 34...

350:19 - 350:24   **Lotigier, Georges 02-02-2021 (00:00:20)**          **LOT.78**

350:19   Q. Okay.  So, looking at this e-mail,
350:20 Exhibit 32, translated as Exhibit 33, do you   P2254.2.1
350:21 see that Mr. Delannoy e-mails you on

**LOT-Lotigier_073121_942pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|

350:22 July 1st, 2016, with the title "Info CM"?
350:23 Do you see that?
350:24  A. Yes.

**350:25 - 351:2**      **Lotigier, Georges 02-02-2021 (00:00:07)**     **LOT.79**

350:25  Q. So, he was providing information on
351:1 CM, which is Cloudmark, to you; correct?
351:2  A. Yes.

**351:3 - 351:14**      **Lotigier, Georges 02-02-2021 (00:00:35)**     **LOT.80**

351:3  Q. And he writes, "Greetings, Georges.
351:4 Attached I have provided for you all the
351:5 information returned by the MTA Cloudmark
351:6 licensing system."
351:7 Do you see that?
351:8  A. I see that.
351:9  Q. Okay.  So, what Mr. Delannoy was
351:10 providing to you as a new employee of Vade
351:11 Secure was information that had been returned
351:12 by Cloudmark's MTA licensing system; correct?
351:13  A. That's correct.  That's what I am
351:14 reading, yes.

**351:15 - 351:24**      **Lotigier, Georges 02-02-2021 (00:00:25)**     **LOT.81**

351:15  Q. And it says, "At Cloudmark, we
351:16 receive a daily e-mail containing (for the
351:17 MTA) customers, number of MTAs, number of
351:18 connections processed, number of messages,
351:19 number of messages per second, the list of
351:20 third-party applications used on the MTA
351:21 (typically, anti-spam and anti-virus,
351:22 et cetera)."
351:23 Do you see that?
351:24  A. I see that.

**354:21 - 355:4**      **Lotigier, Georges 02-02-2021 (00:00:25)**     **LOT.107**

354:21  Q. Okay.  Two, you never contacted
354:22 anyone at Cloudmark to ask for permission to
354:23 be able to use this type of information from
354:24 Cloudmark; correct?
354:25  A. You are speaking of me?
355:1  Q. Yes.
355:2  A. I didn't use this information.  As
355:3 I said, I didn't -- I didn't ever look on the

**LOT-Lotigier_073121_942pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|

355:25 - 356:4

355:4 content.  That's what I referred to.
**Lotigier, Georges 02-02-2021 (00:00:12)**    **LOT.82**
355:25   Q. But with respect to this e-mail and
356:1 the information contained in this e-mail, you
356:2 did not tell Mr. Delannoy, don't send me this
356:3 information from Cloudmark; correct?
356:4   A. That's correct.

356:5 - 356:10

**Lotigier, Georges 02-02-2021 (00:00:17)**    **LOT.83**
356:5   Q. Instead, what you did at the top of     **P2254.2.4**
356:6 this e-mail is the following.  On that very
356:7 same day, you take this e-mail and the
356:8 attachment, and you resend it to Mr. Adrien
356:9 Gendre.  Do you see that?
356:10   A. I see that.

356:11 - 356:18

**Lotigier, Georges 02-02-2021 (00:00:17)**    **LOT.84**
356:11   Q. And Mr. Gendre was in charge of
356:12 product development for the company at that
356:13 point in time; correct?
356:14   A. That's correct.
356:15   Q. Including the MTA products;
356:16 correct?
356:17   A. Including the MTA product, yes.  He
356:18 was head of product management.

356:19 - 356:22

**Lotigier, Georges 02-02-2021 (00:00:10)**    **LOT.85**
356:19   Q. What you say in that e-mail to
356:20 Mr. Gendre, forwarding all this information
356:21 from Cloudmark, is, "Discrete with that,"
356:22 wink mark.  Do you see that?

356:24 - 356:24

**Lotigier, Georges 02-02-2021 (00:00:01)**    **LOT.86**
356:24   A. It's writed this.

358:18 - 358:22

**Lotigier, Georges 02-02-2021 (00:00:12)**    **LOT.87**
358:18   Q. Mr. Lotigier, you forwarded not
358:19 only the e-mail but the attachment of the
358:20 Cloudmark licensing report to Mr. Gendre;
358:21 correct?
358:22   A. That is correct.

358:23 - 359:2

**Lotigier, Georges 02-02-2021 (00:00:12)**    **LOT.88**
358:23   Q. Number two, you didn't say, this is
358:24 public information.  You said, "Be discrete
358:25 with that," as you were forwarding all of

| Page/Line | Source | ID |
|---|---|---|
| | | |

LOT-Lotigier_073121_942pm_COUNTERS

359:1 this information to Mr. Gendre; correct?

359:2   A. That is correct.

**359:24 - 362:16**   **Lotigier, Georges 02-02-2021 (00:03:32)**          **LOT.89**

359:24   Q. If you look at the original e-mail,          **P2254.1.1**

359:25 what did you write in French to Mr. Gendre?

360:1   A. I said you are not discreet.

360:2 That's what it mean, "discret avec ça."  That

360:3 means when we say that, well, discreet, that

360:4 means that you are not.  That's the -- the

360:5 way the structure of the sentence like this,

360:6 I said, okay, you are not discreet.  It's not

360:7 an advice, it's a fact.

360:8   Q. Okay.  So, let me just -- can you

360:9 just say it slowly for me in French without

360:10 the interpreter.  Just say it in French, what

360:11 you wrote to Mr. Gendre.

360:12   A. Oh, no.  The message is not at the

360:13 attention of Adrien Gendre.  The "discrete

360:14 with this" is at the attention of Xavier.

360:15   Q. Right.

360:16 So, you were writing to Mr. Gendre,

360:17 and you said, "Discrete with that," smiley

360:18 face; correct?

360:19   A. I understand what you are

360:20 understanding.  This is exactly the contrary

360:21 of what I was saying.  Okay.  You understand

360:22 be discreet with that, and this is meaning --

360:23 so I need a translator for that.

360:24   A. (Through interpreter) What we say,

360:25 you know, it's, well, on top of everything,

361:1 you are discreet with it.

361:2   Q. Right.

361:3   A. This is exactly the contrary.  This

361:4 is not advice.  This is not be discreet.

361:5 This is, oh, you are not discreet.  That's

361:6 what I am saying, not more, not different.

361:7   Q. But you were not writing back to

361:8 Mr. Delannoy.  Sorry.  You were writing to

361:9 Mr. Gendre.  Do you see that?

361:10   A. No, no, no, no.  Oh, yes.  You're

| | | |
|---|---|---|
| | **LOT-Lotigier_073121_942pm_COUNTERS** | |
| **Page/Line** | **Source** | **ID** |

361:11 right.  So --
361:12   Q. Hold on.  Hold on, Mr. Lotigier.
361:13 This is important.  I want to get the record
361:14 clear.
361:15   A. Yes.
361:16   Q. The phrase we are talking about is
361:17 not responding back to Mr. Delannoy, who sent
361:18 you this information.  You were forwarding
361:19 the information in the e-mail from
361:20 Mr. Delannoy, forwarding it to Mr. Gendre.
361:21   A. Yes.
361:22   Q. And you said, "Discrete with that,"
361:23 smiley face; correct?
361:24   A. It means the same thing that I
361:25 said.  It's not you are discreet with that.
362:1 This is -- this means he is discreet with
362:2 that.  But it's not an advice.  This is
362:3 just -- I absolutely know what I mean with
362:4 that.  This is absolutely not an advice.  I'm
362:5 just joking with the fact that this guy is
362:6 not discreet.  Okay.  That's -- I should
362:7 maybe react more in this e-mail.
362:8   Q. So, let me get this right.  You are
362:9 the CEO of Vade Secure.  Your new employee,
362:10 Mr. Delannoy, sends you Cloudmark's licensing
362:11 information.  You forward that Cloudmark
362:12 licensing information to another employee,
362:13 Mr. Gendre, and you are joking that
362:14 Mr. Delannoy is not being discreet with the
362:15 information?  Is that what your testimony is
362:16 today?

| | | |
|---|---|---|
| 362:21 - 363:21 | **Lotigier, Georges 02-02-2021 (00:02:34)** | **LOT.90** |
| | | clear |

362:21   A. I was understanding -- as I said, I
362:22 never read the content of the file attached,
362:23 so I didn't realize you are -- and still I
362:24 have not seen that.  But I didn't realize
362:25 this fact.  What I say is that I received
363:1 that.  This is the information, that the
363:2 content of the file, that the different
363:3 points that are sent by Xavier Delannoy,

| Page/Line | Source | ID |
|---|---|---|

**LOT-Lotigier_073121_942pm_COUNTERS**

363:4 which was -- which were expected.  And so,
363:5 that is the reason why I send it to -- I have
363:6 sent it to Adrien Gendre, because we were --
363:7   A. (Through interpreter) In French it
363:8 will be more precise.
363:9 In the process of thinking of what
363:10 should be done, I suppose I asked a question
363:11 to Xavier.  I -- who answers with -- and I am
363:12 not talking about the attachment that are
363:13 known and public, or not fully public, but
363:14 that were known of our partners, and as I
363:15 said, I did not open that attachment and
363:16 therefore I did not know.
363:17 And when I reacted by saying, you
363:18 know, he is not discreet, it's because he
363:19 just said, of course I didn't give you
363:20 anything.  That's my reaction to that
363:21 sentence.

**364:10 - 364:11**   **Lotigier, Georges 02-02-2021 (00:00:02)**   **LOT.91**

364:10   Q. Let's open up Exhibit 35, take a
364:11 look.

P2254.6

**364:13 - 364:19**   **Lotigier, Georges 02-02-2021 (00:00:22)**   **LOT.92**

364:13   Q. You see that this is the gateway
364:14 daily licensing reports from the Cloudmark
364:15 licensing system, and there are 1559 pages of
364:16 Cloudmark's Gateway licensing reports for all
364:17 the customers of the MTA products from
364:18 Cloudmark.  Do you see that?
364:19   A. I see that.

**365:7 - 365:10**   **Lotigier, Georges 02-02-2021 (00:00:11)**   **LOT.93**

365:7   Q. Sir, no one at Vade Secure should
365:8 have had Gateway daily licensing reports from
365:9 Cloudmark for customers that are not shared
365:10 with Vade Secure; correct?

P2254.6.1

**365:12 - 365:14**   **Lotigier, Georges 02-02-2021 (00:00:06)**   **LOT.94**

365:12   A. That's correct.  That's correct.
365:13 We should have only the documents concerning
365:14 Vade Secure.

clear

**365:15 - 366:9**   **Lotigier, Georges 02-02-2021 (00:01:31)**   **LOT.95**

365:15   Q. All right.  Now, Mr. Lotigier,

| LOT-Lotigier_073121_942pm_COUNTERS | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

365:16 you said, "I believe that this document was
365:17 not opened."  Did you do a forensic
365:18 investigation, as the CEO of Vade Secure,
365:19 to determine whether you or anyone else in
365:20 fact had actually opened this document when
365:21 this document was received?
365:22   A. No, because I don't remember at all
365:23 having realized that there was a specific
365:24 attachment like this, and if I realized at
365:25 this time that the content were not at the
366:1 destination of Vade Secure or something like
366:2 this, so if I had realized this content, I
366:3 would have react.
366:4 But, yes, to be -- to be clear, I
366:5 had never heard of that, of that content, and
366:6 I don't think anything which can be used by
366:7 Vade Secure -- okay.  This is received and
366:8 re-sent, and we should not have this kind of
366:9 document.  I agree.  This is wrong.

| 369:4 - 369:8 | **Lotigier, Georges 02-02-2021 (00:00:15)** | **LOT.96** |

369:4   Q. Now, let's go to -- okay.  Let's go
369:5 to my next exhibit.  Can you click on       **P100.2**
369:6 Exhibit 36, and what I am going to do, sir,
369:7 is -- why don't you click on Exhibit 37,
369:8 which is a transcription of --

| 369:16 - 369:19 | **Lotigier, Georges 02-02-2021 (00:00:12)** | **LOT.97** |

369:16 Exhibit 37 is the French -- is the actual
369:17 English transcription of what is on this
369:18 French video, and Exhibit 38 is the
369:19 translation.

| 373:10 - 374:5 | **Lotigier, Georges 02-02-2021 (00:00:48)** | **LOT.98** |

373:10   Q. So, Mr. Lotigier, that was you on
373:11 the video; right?
373:12   A. That's me.                          **P100.3.1**
373:13   Q. And you were giving a meeting
373:14 presentation to your team members at Vade
373:15 Secure; correct?
373:16   A. That is correct.
373:17   Q. And what you told your team members
373:18 was the following.  You said, "For telecom   **P100.3.2**

| Page/Line | Source | ID |
|---|---|---|
| | 373:19 operators, we remain convinced that we are on | |
| | 373:20 the right track."  You said that; correct? | |
| | 373:21   A. That is correct. | |
| | 373:22   Q. You said, "We want Comcast against | |
| | 373:23 Cloudmark, which is number one in the U.S., | |
| | 373:24 if not in the world."  You also said that; | |
| | 373:25 correct? | |
| | 374:1   A. That is not exactly the right | |
| | 374:2 translation, but close to this. | |
| | 374:3   Q. Is that the meaning of what you | |
| | 374:4 said in French? | |
| | 374:5   A. Close to this. | |
| 374:12 - 375:20 | **Lotigier, Georges 02-02-2021 (00:01:40)** | LOT.99 |
| | 374:12   Q. And then you said, "Although it is | |
| | 374:13 not yet announced, we have a new MTA for | |
| | 374:14 telecom operators, which will allow us to | |
| | 374:15 completely destroy Cloudmark." | |
| | 374:16 Do you see that?  And you said that | |
| | 374:17 as well to your team? | |
| | 374:18   A. This is not exactly that.  Trust | |
| | 374:19 me, the translation, there is something | |
| | 374:20 missing.  We have a new revolutionary MTA. | |
| | 374:21 That's what I said.  For the telecom | |
| | 374:22 operators.  And "which allow us to completely | |
| | 374:23 destroy" is not the right translation.  I | |
| | 374:24 said "de gommer complÃ¨tement Cloudmark."  "De | |
| | 374:25 gommer" means more pushback of the market. | |
| | 375:1 That's what I said.  De gommer doesn't mean | |
| | 375:2 this word.  This is the wrong... | |
| | 375:3   Q. So, what you said was, you have a | |
| | 375:4 revolutionary new MTA for telcos which will | |
| | 375:5 completely push back Cloudmark in the market. | |
| | 375:6 That's what you told your team; is that | |
| | 375:7 right? | |
| | 375:8   A. That's more the -- the sense I | |
| | 375:9 likely to say, yes.  This is more what I | |
| | 375:10 said. | |
| | 375:11   Q. The new MTA that you are talking | clear |
| | 375:12 about for telcos, that's the NextGen MTA | |
| | 375:13 product; is that right? | |

| Page/Line | Source | ID |
|---|---|---|

**LOT-Lotigier_073121_942pm_COUNTERS**

375:14   A. Yes.  That is the -- what has been
375:15 called the MTA Builder.
375:16   Q. And that MTA Builder product
375:17 competes with Cloudmark for telco customers;
375:18 correct?
375:19   A. That is correct.  Cloudmark is a
375:20 competitor.

Proofpoint Designations = 00:39:45
Vade Counters = 00:04:05
**Total Time = 00:43:50**

**Documents Shown**
P100
P2080
P2177
P2254
P2257
P2288
P2290

Recorded Deposition Testimony from Alexandre Boussinet, who is the Engineering Lead at Vade Secure

Played at Trial Tr. 1149:10-12

**BOU-Boussinet_080121_252pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|
| 17:23 - 17:24 | **Boussinet, Alexandre 01-28-2021 (00:00:04)** | BOU.1 |
| | 17:23   Q. When you first joined Cloudmark, | |
| | 17:24 what was your title with the company? | |
| 17:25 - 18:1 | **Boussinet, Alexandre 01-28-2021 (00:00:04)** | BOU.2 |
| | 17:25   A. Software developer. | |
| | 18:1 | |
| 18:2 - 18:3 | **Boussinet, Alexandre 01-28-2021 (00:00:02)** | BOU.3 |
| | 18:2   Q. Who was your supervisor at that | |
| | 18:3 time? | |
| 18:4 - 18:4 | **Boussinet, Alexandre 01-28-2021 (00:00:03)** | BOU.4 |
| | 18:4   A. Olivier Lemarié. | |
| 20:3 - 20:4 | **Boussinet, Alexandre 01-28-2021 (00:00:03)** | BOU.5 |
| | 20:3   Q. After Mr. Lemarié, who was your | |
| | 20:4 next supervisor? | |
| 20:5 - 20:7 | **Boussinet, Alexandre 01-28-2021 (00:00:10)** | BOU.6 |
| | 20:5   A. Frederik Deweerdt. | |
| | 20:6   Q. When did that change in your | |
| | 20:7 supervisor occur? | |
| 20:8 - 20:9 | **Boussinet, Alexandre 01-28-2021 (00:00:08)** | BOU.7 |
| | 20:8   A. I don't recall exactly. | |
| | 20:9   Q. Can you give me your best estimate? | |
| 20:10 - 20:11 | **Boussinet, Alexandre 01-28-2021 (00:00:08)** | BOU.8 |
| | 20:10   A. I would say two years before I left | |
| | 20:11 Cloudmark. | |
| 21:2 - 21:3 | **Boussinet, Alexandre 01-28-2021 (00:00:03)** | BOU.9 |
| | 21:2   Q. Going back to when you first joined | |
| | 21:3 Cloudmark, what products did you work on? | |
| 21:4 - 21:4 | **Boussinet, Alexandre 01-28-2021 (00:00:02)** | BOU.10 |
| | 21:4   A. On the Gateway. | |
| 26:14 - 26:15 | **Boussinet, Alexandre 01-28-2021 (00:00:04)** | BOU.11 |
| | 26:14   Q. Were you involved in the Trident | |
| | 26:15 project at Cloudmark? | |
| 26:16 - 26:16 | **Boussinet, Alexandre 01-28-2021 (00:00:01)** | BOU.12 |
| | 26:16   A. No. | |
| 27:25 - 28:3 | **Boussinet, Alexandre 01-28-2021 (00:00:05)** | BOU.13 |
| | 27:25   Q. While you were employed by Vade | |
| | 28:1 | |
| | 28:2 Secure, did you ever discuss the Trident | |
| | 28:3 product at Cloudmark? | |
| 28:4 - 28:4 | **Boussinet, Alexandre 01-28-2021 (00:00:02)** | BOU.14 |

| | BOU-Boussinet_080121_252pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 28:4   A. No. | |
| 28:5 - 28:8 | **Boussinet, Alexandre 01-28-2021 (00:00:08)** | **BOU.63** |
| | 28:5   Q. While you were employed by Vade | |
| | 28:6 Secure, did you ever see anyone else at Vade | |
| | 28:7 Secure discuss the Trident product at | |
| | 28:8 Cloudmark? | |
| 28:10 - 28:10 | **Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.15** |
| | 28:10 | |
| 28:11 - 28:11 | **Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.64** |
| | 28:11   A. Not to my knowledge. | |
| 29:3 - 29:5 | **Boussinet, Alexandre 01-28-2021 (00:00:05)** | **BOU.16** |
| | 29:3   Q. While you were at Cloudmark, were | |
| | 29:4 you given access to any source code for any | |
| | 29:5 products? | |
| 29:6 - 29:6 | **Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.17** |
| | 29:6   A. Yes. | |
| 29:7 - 29:8 | **Boussinet, Alexandre 01-28-2021 (00:00:03)** | **BOU.18** |
| | 29:7   Q. And what type of source code did | |
| | 29:8 you have access to at Cloudmark? | |
| 29:9 - 29:9 | **Boussinet, Alexandre 01-28-2021 (00:00:04)** | **BOU.19** |
| | 29:9   A. To the source code of the Gateway. | |
| 84:25 - 85:3 | **Boussinet, Alexandre 01-28-2021 (00:00:06)** | **BOU.20** |
| | 84:25   Q. Did there come a time when | |
| | 85:1 | |
| | 85:2 Mr. Lemarié was no longer working on the | |
| | 85:3 NextGen MTA product? | |
| 85:4 - 85:4 | **Boussinet, Alexandre 01-28-2021 (00:00:07)** | **BOU.21** |
| | 85:4   A. Yes.  Very early in the project. | |
| 94:25 - 95:5 | **Boussinet, Alexandre 01-28-2021 (00:00:17)** | **BOU.22** |
| | 94:25   Q. Did Mr. Delannoy indicate to you | |
| | 95:1 | |
| | 95:2 that he was using information from the | |
| | 95:3 Cloudmark licensing reports to argue for the | |
| | 95:4 development of a new MTA solution at Vade | |
| | 95:5 Secure? | |
| 95:10 - 95:11 | **Boussinet, Alexandre 01-28-2021 (00:00:07)** | **BOU.23** |
| | 95:10   A. No, I'm not aware of that.  I don't | |
| | 95:11 see the connection. | |
| 95:18 - 95:20 | **Boussinet, Alexandre 01-28-2021 (00:00:07)** | **BOU.24** |
| | 95:18   Q. Did Mr. Delannoy also agree with | |

| | BOU-Boussinet_080121_252pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 95:21 - 96:2 | 95:19 you that Mailstro and Mailcube products were<br>95:20 not competitive products?<br>**Boussinet, Alexandre 01-28-2021 (00:00:23)**<br>95:21   A. I don't recall his -- the way he<br>95:22 reacted, but you would have to ask him.  But<br>95:23 I think that yes.<br>95:24   Q. Is the NextGen MTA product at Vade<br>95:25 Secure based on the Mailstro and Mailcube<br>96:1 | **BOU.25** |
| 96:3 - 96:3 | 96:2 products, or is that a new product?<br>**Boussinet, Alexandre 01-28-2021 (00:00:04)** | **BOU.26** |
| 96:21 - 96:23 | 96:3   A. It's a brand-new product.<br>**Boussinet, Alexandre 01-28-2021 (00:00:07)** | **BOU.27** |
| 96:25 - 97:1 | 96:21   Q. Have you ever received training as<br>96:22 to maintaining source code developed for Vade<br>96:23 Secure as confidential information?<br>**Boussinet, Alexandre 01-28-2021 (00:00:03)** | **BOU.28** |
| 97:2 - 97:4 | 96:25   A. I don't believe so, no.<br>97:1<br>**Boussinet, Alexandre 01-28-2021 (00:00:06)** | **BOU.29** |
| 97:6 - 97:6 | 97:2   Q. Have you ever received any training<br>97:3 at Vade Secure as to maintaining the<br>97:4 confidence of technical documentation?<br>**Boussinet, Alexandre 01-28-2021 (00:00:02)** | **BOU.30** |
| 97:7 - 97:8 | 97:6   A. No, I don't believe so.<br>**Boussinet, Alexandre 01-28-2021 (00:00:04)** | **BOU.31** |
| 97:10 - 97:10 | 97:7   Q. Have you ever received training at<br>97:8 Vade Secure as to non-disclosure agreements?<br>**Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.32** |
| 98:5 - 98:7 | 97:10   A. No.<br>**Boussinet, Alexandre 01-28-2021 (00:00:04)** | **BOU.33** |
| 98:9 - 98:9 | 98:5   Q. Have you ever received any training<br>98:6 at Vade Secure as to confidential<br>98:7 information?<br>**Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.34** |
| 98:22 - 99:2 | 98:9   A. No.<br>**Boussinet, Alexandre 01-28-2021 (00:00:14)** | **BOU.35** |
| | 98:22 When you joined Vade Secure, did<br>98:23 you receive any company training from Vade<br>98:24 Secure on any confidential information that | |

| BOU-Boussinet_080121_252pm_COUNTERS | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 98:25 you may have received as part of your work at | |
|  | 99:1 | |
|  | 99:2 Cloudmark? | |
| 99:6 - 99:6 | **Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.36** |
|  | 99:6   A. No. | |
| 99:7 - 99:9 | **Boussinet, Alexandre 01-28-2021 (00:00:07)** | **BOU.37** |
|  | 99:7   Q. Did you receive any training from | |
|  | 99:8 Vade regarding what to do or what not to do | |
|  | 99:9 with Cloudmark's intellectual property? | |
| 99:13 - 99:13 | **Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.38** |
|  | 99:13   A. No. | |
| 101:4 - 101:8 | **Boussinet, Alexandre 01-28-2021 (00:00:14)** | **BOU.39** |
|  | 101:4   Q. So, were you told by Vade Secure | |
|  | 101:5 not to use any source-code-related | |
|  | 101:6 information that you obtained as part of your | |
|  | 101:7 work at Cloudmark with respect to any work | |
|  | 101:8 that you were doing for Vade Secure? | |
| 101:9 - 101:9 | **Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.40** |
|  | 101:9   A. No. | |
| 104:21 - 104:24 | **Boussinet, Alexandre 01-28-2021 (00:00:09)** | **BOU.41** |
|  | 104:21   Q. And Mr. Boussinet, when Vade Secure | |
|  | 104:22 contacted you about the opportunity to join | |
|  | 104:23 them, were you actively looking for other | |
|  | 104:24 jobs? | |
| 104:25 - 104:25 | **Boussinet, Alexandre 01-28-2021 (00:00:02)** | **BOU.42** |
|  | 104:25   A. Yes. | |
| 120:16 - 120:18 | **Boussinet, Alexandre 01-28-2021 (00:00:07)** | **BOU.43** |
|  | 120:16   Q. While you were at Cloudmark, did | |
|  | 120:17 you document any of your ideas for improving | |
|  | 120:18 the Cloudmark Gateway product? | |
| 120:19 - 120:19 | **Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.44** |
|  | 120:19   A. No. | |
| 120:20 - 120:22 | **Boussinet, Alexandre 01-28-2021 (00:00:06)** | **BOU.45** |
|  | 120:20   Q. At that time you were working for | |
|  | 120:21 Cloudmark, did you have any specific ideas | |
|  | 120:22 for improving the Cloudmark Gateway product? | |
| 120:23 - 120:23 | **Boussinet, Alexandre 01-28-2021 (00:00:05)** | **BOU.46** |
|  | 120:23   A. I had several ones, yes. | |
| 123:13 - 123:16 | **Boussinet, Alexandre 01-28-2021 (00:00:10)** | **BOU.47** |
|  | 123:13   Q. And what about with respect to the | |

| BOU-Boussinet_080121_252pm_COUNTERS | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 123:14 policy engine?  Did you come up with any | |
| | 123:15 specific solutions for solving those problems | |
| | 123:16 when you were working for Cloudmark? | |
| 123:20 - 124:9 | **Boussinet, Alexandre 01-28-2021 (00:01:27)** | **BOU.48** |
| | 123:20   A. So, we had quite a few discussions, | |
| | 123:21 me and Alexandre Luciani, about this, because | |
| | 123:22 it was one of the improvement projects that | |
| | 123:23 was very interesting, and it showed a number | |
| | 123:24 of performance weaknesses.  I don't recall | |
| | 123:25 precisely how far we thought about this. | |
| | 124:1 | |
| | 124:2 Often we would talk about a workflow | |
| | 124:3 language.  But that -- this language would be | |
| | 124:4 very difficult to represent for the client. | |
| | 124:5 CHECK INTERPRETER:  Check | |
| | 124:6 interpreter notes that he saw a mistake | |
| | 124:7 in the record.  The lead interpreter used | |
| | 124:8 the word "weaknesses," and the | |
| | 124:9 transcription says "witnesses." | |
| 124:10 - 124:12 | **Boussinet, Alexandre 01-28-2021 (00:00:09)** | **BOU.49** |
| | 124:10   Q. What type of workflow language were | |
| | 124:11 you discussing with Mr. Luciani to deal with | |
| | 124:12 the policy engine performance issues? | |
| 124:13 - 125:25 | **Boussinet, Alexandre 01-28-2021 (00:04:54)** | **BOU.50** |
| | 124:13   A. Firstly, we wanted to have a better | |
| | 124:14 expressivity or expressiveness.  One of the | |
| | 124:15 issues with the workflow of the policy is the | |
| | 124:16 fact that all the rules are tightly connected | |
| | 124:17 with one another.  Actually, one rule might | |
| | 124:18 be embedded in another one, which created | |
| | 124:19 various or several levels of logic.  If you | |
| | 124:20 take, for example, the case of choice that | |
| | 124:21 has to be made, if one value is equal to the | |
| | 124:22 reference value, then we would execute | |
| | 124:23 another rule, and if that other rule | |
| | 124:24 contained a condition, and that would be | |
| | 124:25 repeated, and would repeat itself and repeat | |
| | 125:1 | |
| | 125:2 itself time and again. | |
| | 125:3 The policy would become very | |

| | BOU-Boussinet_080121_252pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

125:4 difficult to read, because you would end up
125:5 with a pyramidal effect within the policy.
125:6 And it was as much a problem for the client
125:7 in terms of reading and in terms of proper
125:8 follow-up of the good operation of the
125:9 policy, but also in terms of how the policy
125:10 was executed later on by the workflow engine,
125:11 because in fact, there were a lot of
125:12 exchanges for each line, for the execution of
125:13 each line of the rule of the policy.  The
125:14 workflow engine would need to create a
125:15 context that is specific to that particular
125:16 line, and then call a function that is also
125:17 specific to that line, which -- which once it
125:18 is repeated numerous times becomes very
125:19 onerous, due to the numbers of copies that
125:20 are produced inside the memory and the number
125:21 of induced function calls.
125:22 So, one idea was to limit that
125:23 number of copies and, if possible, reduce or
125:24 prepare the function calls which are
125:25 successive in that case.

| 126:2 - 126:5 | **Boussinet, Alexandre 01-28-2021 (00:00:10)** | **BOU.51** |

126:2   Q. In addition to Mr. Luciani, did you
126:3 discuss any of these ideas for improving the
126:4 Cloudmark Gateway product with other people
126:5 at Cloudmark?

| 126:6 - 126:9 | **Boussinet, Alexandre 01-28-2021 (00:00:30)** | **BOU.52** |

126:6   A. It seems that I did, once again,
126:7 during our coffee breaks.  I'm thinking about
126:8 Gail Roulland, but most of those discussions
126:9 were with Alexandre.

| 126:14 - 126:17 | **Boussinet, Alexandre 01-28-2021 (00:00:09)** | **BOU.53** |

126:14   Q. Do you remember discussing any of
126:15 these ideas for improving the Cloudmark
126:16 Gateway product with Mr. Lemarié at
126:17 Cloudmark?

| 126:18 - 126:18 | **Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.54** |

126:18   A. Yes.

| 128:20 - 129:2 | **Boussinet, Alexandre 01-28-2021 (00:00:25)** | **BOU.55** |

| | BOU-Boussinet_080121_252pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| | 128:20   Q. So, fast forwarding in time, | |
| | 128:21 Mr. Boussinet, when you had a chance to | |
| | 128:22 develop the NextGen MTA for Vade Secure, did | |
| | 128:23 you try to solve some of the problems that we | |
| | 128:24 just discussed with respect to the workflow | |
| | 128:25 policy, as well as these other areas in terms | |
| | 129:1 | |
| | 129:2 of callbacks? | |
| 129:3 - 129:3 | **Boussinet, Alexandre 01-28-2021 (00:00:01)** | **BOU.56** |
| | 129:3   A. Yes. | |

Proofpoint Designations = 00:10:39
Vade Counters = 00:01:56
**Total Time = 00:12:35**

Recorded Deposition Testimony from Romain Seguy, who is the Chief Financial Officer at Vade Secure

Played at Trial Tr. 1539:4-5

**SEG-Seguy_080321_850pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|

**18:23 - 19:5** — **Seguy, Romain 02-10-2021 (00:00:27)** — **SEG.1**

18:23   Q. And are you currently employed by Vade
18:24 Secure SASU?
18:25   A. Correct.
19:1   Q. Okay.  And other than being employed at
19:2 Vade Secure SASU, do you have -- do you -- are you
19:3 currently an employee or officer of any other
19:4 entity?
19:5   A. I'm secretary of Vade Secure, Inc.

**19:8 - 19:12** — **Seguy, Romain 02-10-2021 (00:00:15)** — **SEG.2**

19:8   Q. Okay.  And when did you join Vade?
19:9   A. I joined Vade in May 2018.
19:10   Q. Okay.  And your current job title at Vade
19:11 is as a chief financial officer; is that correct?
19:12   A. Correct.

**24:5 - 24:8** — **Seguy, Romain 02-10-2021 (00:00:20)** — **SEG.3**

24:5   Q. Okay.  And so as CFO at Vade, are you
24:6 responsible for the financial, legal, and HR matters
24:7 across all Vade Secure SASU subentities?
24:8   A. Yes.

**27:14 - 27:17** — **Seguy, Romain 02-10-2021 (00:00:19)** — **SEG.4**

27:14   Q. Yeah.  What do you understand annual
27:15 recurring revenue to mean?
27:16   A. It correspond to the annual value of a
27:17 subscription contract with our client.

**43:1 - 43:4** — **Seguy, Romain 02-10-2021 (00:00:13)** — **SEG.5**

43:1   Q. Okay.  And do you report directly to
43:2 Mr. Lotigier, CEO of Vade?
43:3   A. I report directly to Mr. Georges Lotigier
43:4 as CEO of Vade, yes.

**44:22 - 45:3** — **Seguy, Romain 02-10-2021 (00:00:22)** — **SEG.6**

44:22   Q. Mr. Seguy, have you seen this document
44:23 before?
44:24   A. Yes.   — **P2021.1**
44:25   Q. And what is Exhibit 3?
45:1   A. It's the financial statement of the
45:2 company related to half year 2020 and issued in July
45:3 2020.

**46:7 - 46:11** — **Seguy, Romain 02-10-2021 (00:00:22)** — **SEG.7**

46:7 So turning back to Exhibit 3, were you

| | | |
|---|---|---|
| **SEG-Seguy_080321_850pm_COUNTERS** | | |
| **Page/Line** | **Source** | **ID** |

46:8 involved in preparing or creating this document?
46:9   A. As CFO of company, I have been necessarily
46:10 involve in this -- in the preparation of this
46:11 document.

**46:16 - 46:20**   **Seguy, Romain 02-10-2021 (00:00:27)**   **SEG.8**

46:16   Q. Okay.  And when you -- what was the
46:17 purpose of creating this document?
46:18   A. To explain, to give financial information
46:19 to the management team of Vade and to the board of
46:20 directors of the company.

**49:2 - 49:7**   **Seguy, Romain 02-10-2021 (00:00:25)**   **SEG.9**

49:2 Have you personally communicated this
49:3 document, Exhibit 3, to any customers or potential
49:4 customers of Vade?
49:5   A. I personally don't communicated this
49:6 document to client or potential client of the
49:7 company.

**49:8 - 49:12**   **Seguy, Romain 02-10-2021 (00:00:21)**   **SEG.10**

49:8   Q. Okay.  Have you personally communicated
49:9 this document, Exhibit 3, to parties outside of this
49:10 litigation for the purpose of seeking funding for
49:11 Vade?
49:12   A. Yes.

**54:6 - 54:12**   **Seguy, Romain 02-10-2021 (00:00:17)**   **SEG.11**

54:6   Q. Okay.  And the first point on this list is   **P2021.4.1**
54:7 significant ISP deals.  Do you see what I'm
54:8 referring to?
54:9   A. Yes.
54:10   Q. Okay.  And the first one is a deal with
54:11 Docomo; is that correct?
54:12   A. Correct.

**54:18 - 55:8**   **Seguy, Romain 02-10-2021 (00:01:26)**   **SEG.12**

54:18   Q. Okay.  So setting aside the exchange rate,
54:19 the deal between Docomo and Vade was for 833,000
54:20 euros per year; is that fair?
54:21   A. Under yearly basis, yes.
54:22   Q. Okay.  How many years is the duration of
54:23 the Docomo deal?
54:24   A. We sign with Docomo a five-years
54:25 agreement.

| Page/Line | Source | ID |
|---|---|---|

**SEG-Seguy_080321_850pm_COUNTERS**

| | | |
|---|---|---|
| | 55:1   Q. Okay.  And did Docomo prepay all five | |
| | 55:2 years of fees in advance? | |
| | 55:3   A. Yes, according to the agreement, five | |
| | 55:4 years prepaid -- prepayment has been done by Docomo. | |
| | 55:5   Q. Okay.  And Vade has received that -- the | |
| | 55:6 prepayment from Docomo for five years contract; is | |
| | 55:7 that correct? | |
| | 55:8   A. Yes. | |
| 57:2 - 57:11 | **Seguy, Romain 02-10-2021 (00:00:39)** | **SEG.13** |
| | 57:2   Q. Okay.  Do you know what products and | |
| | 57:3 services the Docomo deal was for? | |
| | 57:4   A. If I remember well, it was a filtering | |
| | 57:5 product. | |
| | 57:6   Q. And by filtering product, do you mean | |
| | 57:7 Vade's Content Filter? | |
| | 57:8   A. Yeah.  But I draw your attention to the | |
| | 57:9 fact that I'm here for the company and not sales guy | |
| | 57:10 of the company, so I cannot give you more details on | |
| | 57:11 the service provided to -- by the company to Docomo. | |
| 61:8 - 61:14 | **Seguy, Romain 02-10-2021 (00:00:35)** | **SEG.14**<br>clear |
| | 61:8   Q. Okay.  So sales and revenue from Vade's | |
| | 61:9 Office 365 product accounted for a larger portion of | |
| | 61:10 Vade's overall sales and revenue month after month; | |
| | 61:11 is that -- | |
| | 61:12   A. Yes.  This revenue, this product is | |
| | 61:13 growing in our revenue, so it takes a more important | |
| | 61:14 weight in the total revenue of the company, yes. | |
| 72:7 - 72:10 | **Seguy, Romain 02-10-2021 (00:00:17)** | **SEG.15** |
| | 72:7   Q. Okay.  So this seems like an obvious | |
| | 72:8 question to me, but I'm not a CFO, so why didn't | |
| | 72:9 Vade raise prices so that its sales revenue could | |
| | 72:10 cover its costs -- | |
| 72:13 - 72:13 | **Seguy, Romain 02-10-2021 (00:00:01)** | **SEG.16** |
| | 72:13   Q. -- since in -- since 2016? | |
| 72:17 - 72:22 | **Seguy, Romain 02-10-2021 (00:00:42)** | **SEG.17** |
| | 72:17 THE WITNESS:  Cost strategy is not under | |
| | 72:18 my responsibilities.  And it is important to have in | |
| | 72:19 mind that to be -- to -- to make a company | |
| | 72:20 profitable, it's not only question of pricing. | |
| | 72:21 Perhaps a company could decide to invest more and | |

**SEG-Seguy_080321_850pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|

**97:21 - 97:23**

72:22 then expenses more and then create some losses.

**Seguy, Romain 02-10-2021 (00:00:20)**          SEG.18

97:21   Q.   Does Vade keep data for

97:22 R&D costs broken down at the product level?

97:23   A. There is -- no.

**101:10 - 102:3**

**Seguy, Romain 02-10-2021 (00:01:13)**          SEG.19

101:10 Have you seen this document before?

101:11   A. Yes.

101:12   Q. Okay.  And what is Exhibit 5?          P1820.1

101:13   A. Exhibit 5 is the ARR of the com- -- just

101:14 let me time to deep dive on it just to be sure what

101:15 it's about.

101:16 Okay.  This document is the ARR

101:17 spreadsheet that report the ARR, the net booking,

101:18 the booking, the churn, backlog, and other

101:19 information that is related to the ARR KPI as we

101:20 discussed earlier this morning.

101:21   Q. Okay.  And KPI stands for key performance

101:22 indicator; is that correct?

101:23   A. Correct.

101:24   Q. And so Exhibit 5, this is a type of ARR

101:25 data that Vade would -- keeps on it as part of its

102:1 regular part -- regular course of business; is that

102:2 correct?

102:3   A. Yes.

**102:21 - 102:23**

**Seguy, Romain 02-10-2021 (00:00:15)**          SEG.20

102:21   Q. Okay.  In 2020 did -- did Vade change any

102:22 allocations, like how it allocates specific numbers

102:23 to different line items as opposed to 2019?

**102:25 - 103:1**

**Seguy, Romain 02-10-2021 (00:00:01)**          SEG.21

102:25 THE WITNESS:  It's possible.

103:1   BY MS. CHENG:

**103:2 - 103:2**

**Seguy, Romain 02-10-2021 (00:00:06)**          SEG.22

103:2   Q. Okay.  So if we look at this first tab,

**103:3 - 103:5**

**Seguy, Romain 02-10-2021 (00:00:09)**          SEG.23

103:3 this is a -- this shows ARR per product; is that

103:4 correct?

103:5   A. Yes.

**108:18 - 108:21**

**Seguy, Romain 02-10-2021 (00:00:12)**          SEG.24

108:18   Q. Okay.  So you see where I'm referring

| Page/Line | Source | ID |
|---|---|---|
| | SEG-Seguy_080321_850pm_COUNTERS | |

| | | |
|---|---|---|
| | 108:19 to -- I'm looking at row 102 and there's a line item | P1820.1.1 |
| | 108:20 that is labeled "Content Filter," correct? | |
| | 108:21   A. Yes. | |
| 108:22 - 109:3 | **Seguy, Romain 02-10-2021 (00:00:32)** | **SEG.25** |
| | 108:22   Q. And so what is being shown here in row | |
| | 108:23 102? | |
| | 108:24   A. It's -- I think it's a misnaming of that | |
| | 108:25 item.  And it -- it showed -- in fact, there is -- I | |
| | 109:1 just note now when you were discussing that there is | |
| | 109:2 a misspecification of the line and a miss -- how to | |
| | 109:3 say -- misnaming of some line because -- | |
| 109:4 - 109:18 | **Seguy, Romain 02-10-2021 (00:01:17)** | **SEG.26** |
| | 109:4   Q. Okay. | |
| | 109:5   A. -- when the total ARR of the company | |
| | 109:6 amount to 16.7 million euro, so number is true, and | |
| | 109:7 you want to have the breakdown by business line, you | |
| | 109:8 have to go to second -- second table spreadsheet in | |
| | 109:9 column AH, and you would find again this -- on line | |
| | 109:10 36, the number 17.7 million euro of ARR.  And in | |
| | 109:11 this ARR, it is including the ISP business line for | |
| | 109:12 an amount of 6.4 million euro, as is in the | |
| | 109:13 continuing column AH, line 27.  And product related | |
| | 109:14 to Content Filter or MTA, as we discussed, are | |
| | 109:15 including only on the ISP business line and not on | |
| | 109:16 the corporate -- or SMB is the same -- business line | |
| | 109:17 that represent 6.8 million euro at the end of | |
| | 109:18 December, as it's shown in column AH, line 11. | |
| 109:19 - 109:24 | **Seguy, Romain 02-10-2021 (00:00:12)** | **SEG.27** |
| | 109:19   Q. Okay.  So if we're looking at -- let's go | |
| | 109:20 back to that row 102, line item Content Filter.  And | |
| | 109:21 you said this is a miss -- mistake, a mislabeling -- | |
| | 109:22   A. Yeah. | |
| | 109:23   Q. -- is that correct? | |
| | 109:24   A. Yeah. | |
| 110:20 - 110:24 | **Seguy, Romain 02-10-2021 (00:00:19)** | **SEG.28** |
| | 110:20   Q. Okay.  So setting aside whether it is | |
| | 110:21 reported outside of Vade or not, does Vade track ARR | |
| | 110:22 specific at the product level for Vade Content | |
| | 110:23 Filter? | |
| | 110:24   A. As mentioned earlier, no. | |

| | SEG-Seguy_080321_850pm_COUNTERS | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 110:25 - 111:3 | **Seguy, Romain 02-10-2021 (00:00:13)** | SEG.29 |
| | 110:25   Q. Okay.  So then the numbers in line 102, | |
| | 111:1 what are those numbers? | |
| | 111:2   A. It's not an accurate numbers.  It does not | |
| | 111:3 reflect the value of the Content Filter product. | |
| 116:10 - 116:18 | **Seguy, Romain 02-10-2021 (00:00:42)** | SEG.30 |
| | 116:10   Q. Okay.  Does Vade track costs at the | |
| | 116:11 product level for any of Vade's products? | clear |
| | 116:12   A. No. | |
| | 116:13   Q. Okay.  Does Vade track R&D costs at the | |
| | 116:14 product level for any of Vade's products? | |
| | 116:15   A. No. | |
| | 116:16   Q. Does Vade track costs for the -- | |
| | 116:17 attributable to the ISP business line? | |
| | 116:18   A. No. | |
| 124:15 - 124:18 | **Seguy, Romain 02-10-2021 (00:00:22)** | SEG.33 |
| | 124:15   Q. Since September 2020 has Vade been in | |
| | 124:16 communication with any third parties for the purpose | |
| | 124:17 of seeking funding or investments in Vade? | |
| | 124:18   A. Yes. | |
| 125:4 - 125:5 | **Seguy, Romain 02-10-2021 (00:00:07)** | SEG.34 |
| | 125:4   Q. So Vade told those third parties that | |
| | 125:5 Mr. Lemarié is Vade's CTO; is that correct? | |
| 125:8 - 125:13 | **Seguy, Romain 02-10-2021 (00:00:20)** | SEG.35 |
| | 125:8 THE WITNESS:  Yes. | |
| | 125:9   BY MS. CHENG: | |
| | 125:10   Q. Okay.  Did Vade communicate to those third | |
| | 125:11 parties that Mr. Lemarié is current -- is on leave | |
| | 125:12 from his duties as CTO at Vade? | |
| | 125:13   A. No. | |
| 138:24 - 139:4 | **Seguy, Romain 02-10-2021 (00:00:14)** | SEG.36 |
| | 138:24 Are you familiar with a French newspaper | |
| | 138:25 or a news outlet called Les Échos, L-E-S -- | |
| | 139:1   A. Les Échos?  Yes. | |
| | 139:2   Q. Yes. | |
| | 139:3   A. Les Échos, yes.  It's a very famous | |
| | 139:4 newspaper. | |
| 140:16 - 140:19 | **Seguy, Romain 02-10-2021 (00:00:14)** | SEG.37 |
| | 140:16   Q. Are you aware that | |
| | 140:17 Mr. Lotigier spoke to Les Échos concerning in | |

**SEG-Seguy_080321_850pm_COUNTERS**

| Page/Line | Source | ID |
|---|---|---|

| Page/Line | Source | ID |
|---|---|---|
| | 140:18 litigation? | |
| | 140:19   A. Yes. | |
| 140:22 - 140:24 | **Seguy, Romain 02-10-2021 (00:00:16)** | **SEG.38** |
| | 140:22  So I'd like to introduce as -- as | |
| | 140:23 Exhibit 7 document bearing Bates Nos. | P675.1 |
| | 140:24 PP-VADE00297896. | |
| 141:3 - 141:5 | **Seguy, Romain 02-10-2021 (00:00:14)** | **SEG.39** |
| | 141:3 MS. CHENG:  I'd also like to introduce as | |
| | 141:4 Exhibit 8 document bearing Bates numbers | |
| | 141:5 PP-VADE00297897. | |
| 141:8 - 141:9 | **Seguy, Romain 02-10-2021 (00:00:19)** | **SEG.40** |
| | 141:8 MS. CHENG:  And as Exhibit 9 document | P675.2 |
| | 141:9 bearing Bates numbers PP-VADE00297898. | |
| 141:19 - 142:3 | **Seguy, Romain 02-10-2021 (00:00:41)** | **SEG.41** |
| | 141:19   Q. And so Exhibit 7 is a French-language | |
| | 141:20 document; is that correct? | |
| | 141:21  A. Yes, it's a French-language document, yes. | |
| | 141:22  Q. Okay.  And I'll represent to you that | |
| | 141:23 Exhibit 9 is the English translation of that | |
| | 141:24 document.  And Exhibit 8 is the certification of the | |
| | 141:25 translation. | |
| | 142:1 Have you seen this -- have you seen the | |
| | 142:2 article in Exhibit 7 before? | |
| | 142:3   A. Yes. | |
| 142:10 - 142:11 | **Seguy, Romain 02-10-2021 (00:00:12)** | **SEG.42** |
| | 142:10 When did you first learn that Mr. Lotigier | |
| | 142:11 was speaking to or did speak to Les Échos? | P675.2.1 |
| 142:12 - 142:14 | **Seguy, Romain 02-10-2021 (00:00:16)** | **SEG.43** |
| | 142:12   A. I have been inform of this -- that | |
| | 142:13 Mr. Lotigier had an interview with Les Échos two day | |
| | 142:14 before its publication on the newspaper. | |
| 145:10 - 145:10 | **Seguy, Romain 02-10-2021 (00:00:07)** | **SEG.44** |
| | 145:10 Is this article in Exhibit 9 accurate? | |
| 145:13 - 145:19 | **Seguy, Romain 02-10-2021 (00:00:37)** | **SEG.45** |
| | 145:13 THE WITNESS:  This article reflects -- | |
| | 145:14 reflect the point of view of the person was being | |
| | 145:15 interviewed.  Interviewed, yes.  So I cannot speak | |
| | 145:16 for this same people about numbers.  Some numbers | |
| | 145:17 are assess and could not be considered as accurate | clear |
| | 145:18 compared with what is we call into the book of a | |

| | | |
|---|---|---|
| **SEG-Seguy_080321_850pm_COUNTERS** | | |

| Page/Line | Source | ID |
|---|---|---|

145:19 company.

147:25 - 148:3     **Seguy, Romain 02-10-2021 (00:00:17)**      **SEG.46**

147:25   Q.   You mentioned earlier
148:1 that Docomo prepaid for a -- a five-year contract
148:2 with Vade; is that correct?
148:3   A. Yes.

148:10 - 148:13     **Seguy, Romain 02-10-2021 (00:00:21)**      **SEG.47**

148:10 So other than Docomo, what other clients
148:11 of Vade have prepaid their contract?
148:12   A. A lot of client.  So many that I cannot
148:13 give you the -- the name.  It would be impossible.

234:18 - 234:21     **Seguy, Romain 02-11-2021 (00:00:17)**      **SEG.48**

234:18  Q. Okay.  All right.  Is -- have you seen
234:19 Exhibit 13 before?      **P1659.1**
234:20   A. It seems that it is something that has been
234:21 prepared by my financial team, so yes.

235:24 - 236:6     **Seguy, Romain 02-11-2021 (00:00:42)**      **SEG.49**

235:24 MS. CHENG:   Q.  So what is Exhibit 13?
235:25   A. LLG Group 2018 actual and 2019 budget
236:1 financial.
236:2   Q. And what is LLG Group?
236:3   A. Is a foreign name of Vade Secure Group.
236:4   Q. What do you mean by foreign name?
236:5   A. Until 2020, Vade Secure Group was -- the
236:6 name of Vade Secure Group was LLG Group.      clear

252:14 - 252:20     **Seguy, Romain 02-11-2021 (00:00:28)**      **SEG.50**

252:14 MS. CHENG:   Q.  Does Vade Secure
252:15 have a handbook for its employees?
252:16   A. Vade Secure U.S. has a specific U.S.
252:17 handbook.
252:18   Q. Does Vade SASU have a handbook for its
252:19 employees?
252:20   A. No.

253:6 - 253:14     **Seguy, Romain 02-11-2021 (00:00:38)**      **SEG.51**

253:6   Q. Okay.  And do you know when was the --
253:7 whether all employees of Vade Secure, Inc. receive a
253:8 copy of the handbook?
253:9   A. Uhm, I don't know whether all employee of
253:10 Vade Secure, Inc. have received or not this
253:11 handbook.

| | | |
|---|---|---|
| **SEG-Seguy_080321_850pm_COUNTERS** | | |
| **Page/Line** | **Source** | **ID** |

253:12   Q. Okay.  Do you oversee the HR sub-department
253:13 for Vade?
253:14   A. Yes.

| 256:20 - 256:22 | **Seguy, Romain 02-11-2021 (00:00:09)** | **SEG.52** |

256:20 How do Vade's employees become aware of the
256:21 rules of the company?
256:22   A. Uhm, through HR department.

| 259:5 - 259:7 | **Seguy, Romain 02-11-2021 (00:00:11)** | **SEG.54** |

259:5 Do you know if Mr. Lemarié received a copy
259:6 of any Vade handbook or any version of Vade --
259:7 Vade's handbook?

| 259:9 - 259:9 | **Seguy, Romain 02-11-2021 (00:00:01)** | **SEG.55** |

259:9 THE WITNESS:  I don't know.

| 262:1 - 262:6 | **Seguy, Romain 02-11-2021 (00:00:24)** | **SEG.56** |

262:1 MS. CHENG:   Q.  Are employees asked to
262:2 sign any agreements as part of the on-boarding
262:3 process at Vade?
262:4   A. Uhm, there is no kind of acknowledgment of
262:5 how on-boarding process is done at this time.  How
262:6 it is done, it is done.

| 262:7 - 262:13 | **Seguy, Romain 02-11-2021 (00:00:20)** | **SEG.57** |

262:7   Q. Okay.  And so for Vade Secure, Inc., who at
262:8 Vade oversees the on-boarding process for new
262:9 employees?
262:10   A. HR.
262:11   Q. And is that Ms. Delphine you mentioned
262:12 earlier?
262:13   A. Yes.

| 263:7 - 263:11 | **Seguy, Romain 02-11-2021 (00:00:20)** | **SEG.58** |

263:7     So are employees asked to sign any
263:8 agreements during the on-boarding process at Vade?
263:9   A. Not to my knowledge.
263:10   Q. I'm sorry?
263:11   A. Not to my knowledge.

| 263:15 - 263:22 | **Seguy, Romain 02-11-2021 (00:00:37)** | **SEG.59** |

263:15   Q. Yes.  Do U.S. employees receive a copy of
263:16 the Vade handbook during the on-boarding process?
263:17   A. Uhm, not necessarily.
263:18   Q. Okay.  Do French employees receive a copy
263:19 of the Vade handbook during the on-boarding process?

| Page/Line | Source | ID |
|---|---|---|
| | 263:20   A. Uhm, as far as I know about French law, 263:21 this kind of document is not required and does not 263:22 exist. | |
| 266:5 - 266:7 | **Seguy, Romain 02-11-2021 (00:00:20)** | **SEG.60** |
| | 266:5   Q. Is there a document that contains the rules 266:6 and policies applicable to employees of Vade Secure 266:7 SASU, SASU? | |
| 266:9 - 266:13 | **Seguy, Romain 02-11-2021 (00:00:29)** | **SEG.61** |
| | 266:9 THE WITNESS:  Uhm, some of rules are 266:10 communicated verbally.  Some of the rules by 266:11 written.  And those rule may be -- how to say -- 266:12 stored in a archive, stored by HR.  Where? 266:13 Sincerely, I don't know. | |

Proofpoint Designations = 00:20:53

Vade Counters = 00:02:04

**Total Time = 00:22:57**

**Documents Shown**
P1659
P1820
P2021
P675

Recorded Deposition Testimony from
Adrien Gendre, who is the Chief Product and
Services Officer at Vade Secure

Played at Trial Tr. 1636:10-11

| GEN-Gendre_080321_410pm_COUNTERS | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 8:08 - 8:12 | **Gendre, Adrien 02-03-2021 (00:00:16)** | GEN.1 |
| | 8:8   Q. Mr. Gendre, can you state and spell | |
| | 8:9 your full name for the record? | |
| | 8:10   A. Sure.  My first name is Adrien, | |
| | 8:11 A-D-R-I-E-N, and my last name is Gendre, | |
| | 8:12 G-E-N-D-R-E. | |
| 8:21 - 8:22 | **Gendre, Adrien 02-03-2021 (00:00:06)** | GEN.2 |
| | 8:21   Q. Who is your current employer? | |
| | 8:22   A. My current employer is Vade Secure. | |
| 152:12 - 152:13 | **Gendre, Adrien 02-04-2021 (00:00:06)** | GEN.3 |
| | 152:12   Q. Does the Vade content filter have | |
| | 152:13 any spear phishing filtering capability? | |
| 152:15 - 153:15 | **Gendre, Adrien 02-04-2021 (00:01:31)** | GEN.4 |
| | 152:15   A. So, the Vade content filter is | |
| | 152:16 built to detect some of the spear phishing | |
| | 152:17 e-mails, yes. | |
| | 152:18   Q. How is it able to detect spear | |
| | 152:19 phishing e-mail? | |
| | 152:20   A. One of the techniques, among | |
| | 152:21 others, is from the headers practices of the | |
| | 152:22 hacker, and some of the content that he | |
| | 152:23 inserts in the e-mails. | |
| | 152:24   Q. So, you recall yesterday we talked | |
| | 152:25 about the spear phishing engine used in Vade | |
| | 153:1 Secure Cloud, the Identity D spear phishing | |
| | 153:2 engine developed by Mr. Lemarié, and the new | |
| | 153:3 version of the spear phishing engine | |
| | 153:4 developed by what you said was a third-party | |
| | 153:5 consultant.  Do you recall that? | |
| | 153:6   A. Yes, I recall that. | |
| | 153:7   Q. Are any of those three spear | |
| | 153:8 phishing engines the ones -- the one that is | |
| | 153:9 used by the Vade content filter for its spear | |
| | 153:10 phishing filtering capabilities? | |
| | 153:11   A. No.  It is separate engines.  The | |
| | 153:12 Vade content filter does not connect with | |
| | 153:13 those three engines you mentioned. | |
| | 153:14   Q. So, who developed the spear | |
| | 153:15 phishing engine for the Vade content filter? | |
| 153:18 - 154:01 | **Gendre, Adrien 02-04-2021 (00:00:35)** | GEN.17 |

| GEN-Gendre_080321_410pm_COUNTERS | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

153:18   A. Just to clarify one thing.  The
153:19 content filter has the ability to detect
153:20 spear phishing from the way it processes the
153:21 analysis, but there is no specific dedicated
153:22 to spear phishing e-mails, some developments
153:23 inside the content filter, and the content
153:24 filter has been developed and improved and
153:25 evolved by various people, started in 2004,
154:1 the best I can recall.

161:05 - 161:05   **Gendre, Adrien 02-04-2021 (00:00:05)**   **GEN.5**

161:5   Q. You have heard of VRGNI; correct?

161:06 - 161:08   **Gendre, Adrien 02-04-2021 (00:00:09)**   **GEN.6**

161:6   A. Yes.  I am aware of what is VRGNI.
161:7   Q. VRGNI stands for Vade Retro Global
161:8 Network Intelligence; correct?

161:09 - 161:10   **Gendre, Adrien 02-04-2021 (00:00:09)**   **GEN.7**

161:9   A. Yes, this is correct.
161:10   Q. Can you describe what VRGNI is?

161:13 - 161:22   **Gendre, Adrien 02-04-2021 (00:00:35)**   **GEN.8**

161:13   A. So, it may be not exhaustive, but
161:14 the best of my knowledge, VRGNI collects
161:15 metadata from the customer's traffic and
161:16 computer's data to trigger blocking decision,
161:17 and updates the engine with those blocking
161:18 decisions.
161:19   Q. When you say VRGNI updates the
161:20 engine, you are referring to the Vade content
161:21 filter; correct?  It's updating the Vade
161:22 content filter?

161:25 - 162:04   **Gendre, Adrien 02-04-2021 (00:00:17)**   **GEN.9**

161:25   A. The best of my knowledge, the
162:1 content filter is loading updates provided by
162:2 VRGNI.
162:3   Q. When you say "loading updates,"
162:4 what are you referring to?

162:05 - 162:10   **Gendre, Adrien 02-04-2021 (00:00:23)**   **GEN.10**

162:5   A. I mean that the best of my
162:6 knowledge, the VRGNI make a disposal --
162:7 blocking decisions that the content filter is
162:8 loading to implement in the updates.

Page 3/4

| Page/Line | Source | ID |
|---|---|---|
| | **GEN-Gendre_080321_410pm_COUNTERS** | |
| | 162:9   Q. Updates to what? | |
| | 162:10   A. To the content engine itself. | |
| 164:11 - 164:12 | **Gendre, Adrien 02-04-2021 (00:00:06)** | **GEN.11** |
| | 164:11   Q. Okay.  But Vade O365 traffic does | |
| | 164:12 feed into the VRGNI; correct? | |
| 164:13 - 164:17 | **Gendre, Adrien 02-04-2021 (00:00:19)** | **GEN.12** |
| | 164:13   A. The best of my knowledge, there is | |
| | 164:14 the e-mails metadata of our customers in | |
| | 164:15 Office 365 being reported to VRGNI, yes. | |
| | 164:16   Q. And VRGNI then updates the Vade | |
| | 164:17 content filter; correct? | |
| 164:19 - 164:25 | **Gendre, Adrien 02-04-2021 (00:00:22)** | **GEN.13** |
| | 164:19   A. As far as I recall, yes, this is | |
| | 164:20 correct. | |
| | 164:21   Q. So, would it be fair to say that | |
| | 164:22 the Vade content filter is being continuously | |
| | 164:23 improved based on these updates and feedback | |
| | 164:24 coming in from traffic such as traffic from | |
| | 164:25 Vade O365? | |
| 165:03 - 165:08 | **Gendre, Adrien 02-04-2021 (00:00:26)** | **GEN.14** |
| | 165:3   A. The best of my knowledge, it's a | |
| | 165:4 fair statement to say that there is an | |
| | 165:5 improvement loop between the Vade for | |
| | 165:6 Microsoft 365, VRGNI, and the content engine, | |
| | 165:7 as there is for a lot of our ISP customers | |
| | 165:8 and Vade Cloud, as far as I know. | |
| 167:17 - 167:19 | **Gendre, Adrien 02-04-2021 (00:00:09)** | **GEN.15** |
| | 167:17   Q. The Vade content filter is offered | |
| | 167:18 for sale and sold separately as a separate | |
| | 167:19 product; correct? | |
| 167:22 - 167:23 | **Gendre, Adrien 02-04-2021 (00:00:04)** | **GEN.16** |
| | 167:22   A. The best I know, this is correct. | |
| | 167:23 The content filter is sold separately. | |

Proofpoint Designations = 00:03:13
Vade Counters = 00:02:25
**Total Time = 00:05:38**

Page 4/4

Recorded Deposition Testimony from Phil Battaglia, Senior Director from Comcast

Played at Trial Tr. 2060:1-2

 **Battaglia, Philip (Vol. 01) - 02/22/2021**



🎬 Good morning, Mr. Battaglia.   How ...

**PBV   (41 SEGMENTS RUNNING 00:25:31.394)**

**1.  PAGE 7:07 TO 7:09   (RUNNING 00:00:03.730)**

```
07    Q.    Good morning, Mr. Battaglia.  How
08  are you?
09    A.    Fine.
```

**2.  PAGE 42:02 TO 42:05   (RUNNING 00:00:08.804)**

```
02    Q.    Mr. Battaglia, are you familiar
03  with a product offering from Cloudmark called
04  Authority?
05    A.    Yes.
```

**3.  PAGE 42:13 TO 42:20   (RUNNING 00:00:22.961)**

```
13    Q.    And is it fair to say that at least
14  beginning in 2016, Cloudmark was -- sorry,
15  sorry -- Comcast was using Cloudmark's
16  Authority product?
17    A.    Yes.
18    Q.    And is it fair for me to describe
19  Authority as a content filter?
20    A.    Yes.
```

**4.  PAGE 44:14 TO 44:20   (RUNNING 00:00:18.055)**

```
14    Q.    Have you ever seen that license
15  agreement?
16    A.     I don't remember seeing it.  I
17  have seen the renewal, the annual renewal
18  that references it, but I didn't have a
19  reason to see the original licensing
20  agreement.
```

**5.  PAGE 44:24 TO 45:05   (RUNNING 00:00:25.299)**

```
24        Q.    Okay.  I'm going to show you what's
25  been marked as Exhibit 2 in this deposition,
00045:01  and for the record, that is the amended and
02  restated software services agreement that
03  begins with the Bates label PP-VADE 238190.
04        Do you see that in the chat?
05    A.    Yes.  I have it open.
```

**6.  PAGE 46:16 TO 46:18   (RUNNING 00:00:02.757)**

```
16    Q.    The Cloudmark MTA is called
17  Gateway?
18    A.    Um-hum.
```

**7.  PAGE 47:02 TO 47:05   (RUNNING 00:00:08.513)**

```
02        Does the Gateway product collect
03  certain data or statistics that Comcast can
04  review?
05    A.    Yes.
```

**8.  PAGE 50:08 TO 50:14   (RUNNING 00:00:22.710)**

```
08      A.   I wouldn't say it's functionality
09   that is -- it's not reports about the
10   functionality.  It's reports about the stages
11   of the attempted delivery, so --
12   functionality of the Gateway to me would be
13   we accepted it versus what did we do with it.
14   We delivered it --
```

9. **PAGE 51:14 TO 51:19   (RUNNING 00:00:15.651)**

```
14      Q.   And do you consider that data to be
15   Comcast's data?
16      A.   Yes.
17      Q.   And if you wanted to share that
18   data with a third party, that would be
19   Comcast's decision as to whether to do that?
```

10. **PAGE 51:22 TO 51:24   (RUNNING 00:00:05.927)**

```
22      A.   That is not our group's decision.
23   That's legal would have to be involved as
24   well.
```

11. **PAGE 54:17 TO 54:25   (RUNNING 00:00:23.213)**

```
17      Q.   Do you know who found the document?
18      A.   Yes.  Sharon Kent is another
19   person.  We did consult with her about the
20   subpoena requirement.  She would have been a
21   part of the communications.  She produced
22   this evaluation and had it stored.  She is on
23   our team.  So, we just went to her, knowing
24   that this was an artifact, saying can you
25   retrieve this for us.
```

12. **PAGE 55:01 TO 55:03   (RUNNING 00:00:05.187)**

```
00055:01      Q.   Prior to preparing for testimony
02   today, have you seen this document?
03      A.   Yes.
```

13. **PAGE 55:23 TO 56:05   (RUNNING 00:00:26.930)**

```
23      Q.   Were you personally involved in the
24   Vade Secure evaluation that is the subject of
25   Exhibit 3?
00056:01      A.   Yes.
02      Q.   How so?
03      A.   I established the objectives what
04   we wanted to see from it, and sort of the
05   boundaries by which we can conduct the test.
```

14. **PAGE 59:19 TO 59:24   (RUNNING 00:00:15.691)**

```
19      Q.   What we are looking at in Exhibit 3
20   is a presentation, a presentation of findings
21   following a comparison of Cloudmark's
22   Authority product and Vade Secure's content
23   filter?
24      A.   Yes.
```

15. **PAGE 60:20 TO 60:23   (RUNNING 00:00:11.908)**

```
20      Q.   And what was the purpose of the
```

```
21  evaluation ultimately?
22      A.    The purpose was to understand if we
23  had a potential replacement.
```

**16.  PAGE 60:24 TO 61:01   (RUNNING 00:00:08.618)**

```
         24      Q.    Was there a particular issue that
         25  Comcast had with Cloudmark's Authority
00061:01  product that prompted this evaluation?
```

**17.  PAGE 61:03 TO 61:06   (RUNNING 00:00:10.191)**

```
03      A.    As I have noted before, it was that
04  I wanted to have a more -- I didn't want to
05  be locked into a single vendor, and we were
06  in a single-vendor solution.
```

**18.  PAGE 63:12 TO 63:17   (RUNNING 00:00:15.398)**

```
12      Q.    So, in other words, Comcast took
13  the same group of incoming messages and ran
14  them through, those same messages through
15  Vade's content filter and Cloudmark's
16  Authority content filter; correct?
17      A.    Yes.
```

**19.  PAGE 65:04 TO 66:09   (RUNNING 00:01:40.395)**

```
         04      Q.    What is the significance to Comcast
         05  of processing time?  Why is that important?
         06      A.    Well, for two reasons; right?  So,
         07  there is a -- one of our customers gets a
         08  message in a timely manner; right?  There
         09  are -- sometimes these things come through
         10  instantly or as close to instant as possible.
         11  And then on the other hand, it's how much
         12  system resources are being taken up in order
         13  to process and make a determination.  So, we
         14  don't want it to be a lagging situation for
         15  either; right?  We don't want it to be
         16  something that is just latent and coming
         17  through because of volume and volume is
         18  overrunning us, but it's also a situation
         19  where we can't allow a component of the
         20  platform to be particularly a part of the --
         21  causing a significant part of latency.
         22          So, if the content filter was slow
         23  in its assessment or another part was slow in
         24  its assessment, that would be a negative to
         25  the product, or to that component.
00066:01      Q.    And that would be because it
         02  would -- it would result in a lag time for
         03  ordinary business operations?
         04      A.    Right.  It would slow the rest of
         05  the pipeline down.
         06      Q.    And the reference to accuracy, is
         07  that just the accuracy of identification of
         08  e-mail messages as spam or not spam?
         09      A.    Yes.
```

**20.  PAGE 67:16 TO 68:20   (RUNNING 00:01:21.677)**

```
16      Q.    Okay.  Let's go back to graymail.
17  I had asked you earlier what -- why Comcast
18  wanted to compare graymail management, and I
```

```
19  also asked you what graymail management is.
20  So, let's start with the second question:
21  What is graymail?
22       A.   Okay.  So, what -- it's not a term
23  that we hear all that often.  I actually
24  don't even remember it, and I wouldn't have
25  called it graymail in the document, except
00068:01  she categorized it that way, or maybe someone
02  else.
03            These are categorizations of
04  e-mails.  We don't have just spamming and
05  phishing.  We have other things.  There is
06  bulk commercial e-mail.  Is it promotional
07  e-mail?  Is it some other way?  Is it social,
08  something coming from Facebook?  You know,
09  high-volume centers, like could be coming in
10  through a different mindset that we need to
11  categorize, and there are vendors, webmail
12  providers, like gmail, that tag these things
13  accordingly in order to do something with it.
14            So, this was a new feature really
15  for us that Vade was bringing to us.
16  Cloudmark, I remember them kind of catching
17  up after.  But it wasn't a part really of our
18  world prior to the Vade interaction.
19  However, it was something we knew existed and
20  we were pushing for.
```

**21.  PAGE 70:14 TO 70:18   (RUNNING 00:00:12.027)**

```
14       Q.   And you see there is a chart
15  underneath that with some headers, "Marked
16  legit by Vade Secure," "Marked Legit by
17  Cloudmark."  Do you see that?
18       A.   Yes.
```

**22.  PAGE 71:13 TO 72:14   (RUNNING 00:01:28.315)**

```
13       Q.   So, when -- when the report states
14  in the last paragraph of the spam
15  determination correlation that results show
16  about 17 percent of these messages would be
17  classified differently using the new product,
18  that is -- that 17 percent represents the
19  difference between the messages that were
20  marked spam by Vade and spam by Cloudmark's
21  Authority product?
22       A.   I don't know have a calculator in
23  front of me to see if that's the right math,
24  but that's the way I read that right now.
25       Q.   Okay.  Why would that be
00072:01  significant to Comcast?
02       A.   Well, then it looked like we would
03  have a better -- just that, this table one,
04  we would say, okay, there was something that
05  Vade does better in the spam category, and
06  that doesn't necessarily mean it was spam,
07  but in its identification of spam, there is
08  10 million more messages that Vade would have
09  flagged as spam versus Cloudmark.  So, on one
10  hand, you can look at that as they are more
11  successful in identifying spam.  On the other
12  hand, you can say they are not spam and we
13  are taking messages out of an inbox that
```

```
           14   should have been delivered.
```

**23.  PAGE 74:17 TO 75:04   (RUNNING 00:00:59.429)**

```
           17          Is the data under the header
           18   "Recall" on page four the results of the
           19   accuracy analysis?
           20     A.   Yes.
           21     Q.   And am I reading it correctly that
           22   under "Recall," that Vade was accurate in
           23   marking messages as spam 94.17 percent of the
           24   time?
           25     A.   I don't remember it from memory,
00075:01   but that's what she has down here.
           02     Q.   And am I reading it correctly that
           03   Cloudmark was accurate detecting messages as
           04   spam 31.66 percent of the time?
```

**24.  PAGE 75:06 TO 75:07   (RUNNING 00:00:04.037)**

```
           06     A.   Okay.  Yes, that's what she has
           07   written down here as well.
```

**25.  PAGE 76:05 TO 76:17   (RUNNING 00:01:03.827)**

```
           05     Q.   So, with that in mind,
           06   Mr. Battaglia, is it fair to say that for
           07   Vade, the known legitimate messages that were
           08   marked as legitimate was that accurate
           09   84.71 percent?
           10     A.   Yes.
           11     Q.   And for Cloudmark that accuracy
           12   rate for legitimate messages marked as
           13   legitimate was 18.48 percent?
           14     A.   Right.  So, that would be coming
           15   out of spam and going into inbox.
           16     Q.   Is that differential significant to
           17   Comcast?
```

**26.  PAGE 76:19 TO 76:20   (RUNNING 00:00:03.188)**

```
           19     A.   I remember it being pretty
           20   shocking.
```

**27.  PAGE 81:05 TO 81:14   (RUNNING 00:00:31.326)**

```
           05     Q.   And the sentence under there you
           06   see reads, "It is also worth noting that more
           07   than 60 percent of messages marked as
           08   phishing, scam, or malware by Vade were
           09   considered legit by Cloudmark."  What is the
           10   significance of that observation?
           11     A.   That if true, if they were actually
           12   phishing, spam, or malware, that Cloudmark
           13   was allowing a significant percentage to go
           14   through to inbox by comparison to Vade.
```

**28.  PAGE 88:07 TO 89:10   (RUNNING 00:01:32.511)**

```
           07     Q.   So, in other words, what stood out
           08   to you in this analysis that is Exhibit 3 are
           09   the accuracy findings as between the
           10   products?
           11     A.   Accuracy and performance.
           12     Q.   So, then the -- the report or the
```

13 evaluation goes on to talk about graymail
14 management.  You see that on page ten?
15      A.    Yes.
16      Q.    And does anything in the -- any of
17 the analysis under graymail management in
18 this evaluation report stand out to you as
19 significant in terms of how or whether
20 Comcast decided to move forward with the Vade
21 product versus the Cloudmark product?
22      A.    It just had a much more granular
23 look at messaging categorization, when it
24 came in, and we were thinking we would be
25 able to attach this to our webmail product
00089:01 now and give customers better insight into
02 how to manage the message, what can go into
03 inbox versus not, what needs to be retained.
04 There was a lot we could do with this.
05         So, having this level of insight
06 about message categorization was something we
07 wanted to go further with.  So, this was not
08 as much of an assessment between the two
09 products as just us seeing a new type of
10 information.

**29.  PAGE 89:16 TO 90:04   (RUNNING 00:00:38.886)**

16      Q.    Comcast viewed the graymail
17 management or e-mail categorization feature
18 as being a positive or helpful with respect
19 to inbox management?
20      A.    Yes.  You can see just on this
21 assessment, this pie chart, the percentage of
22 spam that the pie chart sets out is so
23 significantly lower.  Whereas in a much more
24 binary world, so much more would have went to
25 inbox or spam, here we can have a folder that
00090:01 says "community:social," a folder that says
02 "commercial:mce," and just allow customers to
03 just go and explore on their own.  So, this
04 opened up new possibilities for us.

**30.  PAGE 97:19 TO 98:18   (RUNNING 00:01:15.231)**

19      Q.    And what were the factors that were
20 significant to you in recommending that you
21 at least move forward based on these
22 preliminary results with Vade Secure's
23 content filter?
24      A.    It was two.  It was technical and
25 price.  So, technically, accuracy was in the
00098:01 ballpark; right?  We couldn't conclude that
02 her findings were, you know, of true
03 significance, that they would be to the
04 extent that they were, but it was, you know,
05 definitely promising.
06         Performance, no reason to say no
07 from that perspective, as we had already
08 ruled out another vendor, and knowing the
09 price of the current product where they
10 wanted to move us to, this -- some -- you
11 know, that was more of an issue, I think,
12 really was the price overall.
13         But, you know, in terms of ongoing
14 discussion, internally, it was just like,

```
15   hey, they are expensive.  But that -- those
16   two factors to me made -- kind of made my
17   decision to continue on in a technical
18   assessment, pricing, performance, accuracy.
```

**31.   PAGE 98:22 TO 102:11   (RUNNING 00:04:19.576)**

```
22              What were the factors that Comcast
23   considered to support its decision to, I
24   think you called it, to do a flash cut to the
25   Vade content filter?
00099:01      A.   I really do remember it as a
02   contract situation with Cloudmark, them not
03   moving.  We have to -- we had to save money.
04   We had to come in cheaper than what we
05   currently paid, and we had a contract to keep
06   that same price point with them year over
07   year, and wanted out of that contract.  The
08   proposals that they were giving us to come
09   out of that contract were so significantly
10   out of whack with our needs, that I just
11   remember telling Matt just -- just move on,
12   let's go, and he kind of kept giving them
13   opportunities to stay.
14              It would have been cheaper just
15   to -- you know, obviously, it would have been
16   easiest for us to just keep them in the
17   environment at the discount that we needed,
18   but that just never came to fruition.  So, at
19   the time where we had to make an announcement
20   that we intended to not renew that particular
21   part of the product, and we had to get a plan
22   together to move over and sign contracts with
23   the other vendor, it was just -- I'm calling
24   it a flash cut.  It was probably about 45
25   days of all that, and from an engineering
00100:01   perspective, that is still pretty short.
02      Q.   So, can you elaborate what you mean
03   when you say that the proposals that they
04   were giving us, and I assume that means
05   Cloudmark was giving Comcast, were
06   significantly out of whack with our needs?
07   What did you mean by that?
08      A.   I think that we were paying
09   something like $2.7 million a year for all of
10   their combined products from Cloudmark, and
11   we had licensed Gateway and the Authority
12   engine and maybe a couple of other things
13   that were thrown in there, too, support.  But
14   we had to -- in our world, we have op-ex and
15   cap-ex, and we had to reduce our op-ex by a
16   significant amount, and so, regularly we will
17   go to vendors and say, what can we do, we
18   have been with you for a long time.  And they
19   just -- they weren't moving.  They wanted out
20   of that ongoing contract that kept us at that
21   price point, and what they wanted to do, what
22   it had come to was increases over that, so
23   where we needed to go down, they wanted to go
24   up.
25              So, the first kind of offers were,
00101:01   hey, look, we are going to put you into this
02   new Proofpoint licensing structure with like
```

03  a 5 percent increase every year, and blah,
04  blah, blah, and that was the opposite
05  direction of where we needed to go.
06          Ultimately, I think where they just
07  lost us entirely was, we had a meeting in
08  San Francisco with Paul Buttle, who was like
09  the head of accounts at that time, and he had
10  pitched some government type of math, so, you
11  know, it was going to be 3 million for this
12  year, 4 million for next year, 5 million for
13  the next three years after that, so the
14  all-in price would be 15 million, but we will
15  give you a credit of this, this, and this.
16  So, you are going to be able to go to your
17  finance and say you saved $5 million over
18  that time frame, but we wind up paying an
19  extra 5 million over what we had previously
20  paid.
21          So, again, we needed to be below
22  where we currently were, and they wanted us
23  to be above that, obviously.  So, it just --
24  by comparison to what Vade was charging, it
25  didn't make any sense to continue on with
00102:01  those discussions, because they just were
02  unable to, I think because they had gotten
03  purchased by Proofpoint, to get any more --
04  move any way in our direction.
05          So, we felt like in a way, they
06  didn't value us as a longstanding customer.
07  They didn't value the name of having Comcast
08  in their portfolio.  There is a point in the
09  contract where you have to notify them if you
10  intend not to renew, and it just came to
11  that.

**32.  PAGE 105:04 TO 105:11   (RUNNING 00:00:29.686)**

04      Q.   So, in December or thereabouts of
05  2019, Comcast moved out of the Authority
06  content filter into Vade's content filter;
07  correct?
08      A.   No.  It was 2018, if I remember
09  right.  I believe we switched in December of
10  2018.  We've had them as a vendor for all of
11  2019 and 2020 so far, and '21.

**33.  PAGE 113:25 TO 115:08   (RUNNING 00:01:49.218)**

25      Q.   And to recap, your view of Vade was
00114:01  that they approached Comcast in a more
02  thoughtful way with respect to product
03  offerings and integration?
04      A.   Well, I don't know if "thoughtful"
05  is the right word, but they were definitely a
06  better reflection of what modern messaging
07  needs in terms of a product offering.  They
08  definitely were, you know, more current, and
09  they had more offerings, and they had, you
10  know, other things that we felt that we
11  should have been getting from Cloudmark along
12  the way that they didn't even have in their
13  portfolio.
14          So, I don't think they did that
15  just for Comcast.  I think that they matched

```
16  the current needs of messaging better than
17  what Cloudmark had evolved to.
18      Q.   Can you explain to me what you mean
19  when you say that Vade had a better -- had a
20  more modern approach to its product offering?
21      A.   Just look at categorization; right?
22  We are all behind gmail.  It's an enormous
23  platform, and they do the categorization now
24  and users like it, and, you know, Cloudmark
25  couldn't, and that was many years before
00115:01  Cloudmark was bringing it to their customers.
02  I don't know why.  I don't know if our
03  environment is different and that somehow
04  made it a part of the problem for us to get
05  it, but it really only became a thing
06  available to us as they knew that we were
07  assessing Vade.  I guess they could
08  understand what Vade's offerings were.
```

**34.  PAGE 145:14 TO 145:22   (RUNNING 00:00:24.124)**

```
14      Q.   And at any time was Comcast
15  interested in exploring the possibility of
16  using Vade's content filter in addition to
17  Vade's MTA as kind of a combined solution?
18      A.   Yes.
19      Q.   And at least some people at Comcast
20  believed there were benefits to a
21  single-vendor solution; is that correct?
22      A.   Yes.
```

**35.  PAGE 153:20 TO 154:01   (RUNNING 00:00:13.402)**

```
20      Q.   Okay.  And so, the Vade content
21  filter has abilities to detect phishing; is
22  that correct?
23      A.   Yes.
24      Q.   And does this include spear
25  phishing?
00154:01      A.   That's my understanding.
```

**36.  PAGE 165:21 TO 165:23   (RUNNING 00:00:09.997)**

```
21      Q.   So, other than IsItPhishing, have
22  you visited Vade's website?
23      A.   Not that I remember.
```

**37.  PAGE 166:06 TO 166:10   (RUNNING 00:00:20.225)**

```
06      Q.   I'm going to go over to products,
07  and where it says "Products for ISP, Telecom
08  Operators, and SOC."  I'm going to click
09  this, and here there is a heading "The Vade
10  Secure E-mail Content Filter."
```

**38.  PAGE 166:13 TO 166:15   (RUNNING 00:00:06.663)**

```
13          Is this the content filter that
14  Comcast currently licenses from Vade today,
15  to your understanding?
```

**39.  PAGE 167:10 TO 168:05   (RUNNING 00:00:54.690)**

```
10      A.   Okay.  I believe this is the
11  product that we license.
```

```
12      Q.   Okay.  And do you see in this first
13 bullet, this says, "Artificial intelligence"?
14      A.   Yes.
15      Q.   And in here it also includes this
16 phrase -- I will read it for the
17 transcript -- "trained to detect behaviors
18 and anomalies common to phishing, spear
19 phishing, malware, and ransomware attacks."
20           Do you see what I am --
21      A.   Yes.
22      Q.   -- referring to?
23      A.   I see that, yeah.
24      Q.   To your understanding, does
25 Comcast's deployment of Vade's content filter
00168:01 include these features that I just described?
02      A.   I hope so.
03      Q.   Because you guys are paying for
04 that; is that correct?
05      A.   Right.
```

**40.  PAGE 175:19 TO 176:01   (RUNNING 00:00:22.229)**

```
19      Q.   You mentioned pricing was a large
20 factor in Comcast's decision to replace
21 Cloudmark's filter with Vade's filter; is
22 that correct?
23      A.   Yes.
24      Q.   Okay.  And what is Comcast paying
25 today to license Vade's's content filter?
00176:01      A.   I don't know.  Significantly less.
```

**41.  PAGE 185:20 TO 186:22   (RUNNING 00:01:19.192)**

```
20      Q.   Earlier you -- just now you
21 mentioned that Mr. Lemarii introduced the
22 product conceptually to you?  Is that --
23      A.   Yes.
24      Q.   And how did Mr. Lemarii introduce
25 the product conceptually to you?
00186:01      A.   Before we had even started an
02 assessment, if I remember correctly, before
03 that, when they were talking about their
04 product offerings, their catalog, their
05 portfolio, we had -- they had brought us in
06 to hear about the anti-spam, the content
07 filter, but they talked about IsItPhishing,
08 the categorizations, and then there was
09 another opportunity, and they -- where we
10 met, and they were talking about their MTA
11 product and how there was some engineering
12 features that were different than most other
13 MTAs that might be beneficial for us, and for
14 anybody else that wanted to buy it, so not
15 just specifically to Comcast.
16           So, it just came up in the
17 conversation of portfolio, available
18 products.
19      Q.   Was it Mr. Lemarii specifically who
20 discussed the features and aspects of Vade's
21 MTA product --
22      A.   Yes.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:25:31.394)

Recorded Deposition Testimony from
Mike Reading, who is the Vice President
of Technical Services at Proofpoint

Played at Trial Tr. 2484:12-13

 **<u>Reading, Michael (Vol. 01) - 02/10/2021</u>**



When did you first start working for ...

**READINGV   (42 SEGMENTS RUNNING 00:10:17.575)**

   **1.   PAGE 34:21 TO 34:24   (RUNNING 00:00:11.870)**

```
    21      Q.    When did you first start working for
    22   Cloudmark?
    23      A.    Approximately 2007, but I don't
    24   recall the exact date.
```

   **2.   PAGE 41:02 TO 41:06   (RUNNING 00:00:15.115)**

```
    02      Q.    And you joined Cloudmark in 2007.
    03   According to your LinkedIn profile, you were at
    04   Openwave Systems from April of 2000 to February
    05   of 2007.  Is that correct?
    06      A.    That is correct.
```

   **3.   PAGE 43:20 TO 43:22   (RUNNING 00:00:05.695)**

```
    20      Q.    Do you feel that you were doing
    21   anything morally wrong in going to work for
    22   Cloudmark from Openwave?
```

   **4.   PAGE 43:25 TO 43:25   (RUNNING 00:00:00.609)**

```
    25      A.    No.
```

   **5.   PAGE 44:01 TO 44:03   (RUNNING 00:00:04.177)**

```
00044:01      Q.    Do you feel that you were doing
    02   anything legally wrong in going to work for
    03   Cloudmark from Openwave?
```

   **6.   PAGE 44:07 TO 44:07   (RUNNING 00:00:00.586)**

```
    07      A.    No.
```

   **7.   PAGE 52:13 TO 52:19   (RUNNING 00:00:13.695)**

```
    13            But, you know, in your personal
    14   view -- I'm just asking for your personal
    15   view -- is there anything wrong with somebody
    16   leaving one company and going to work for
    17   another company even if the two companies are
    18   competitors?  Is there anything inherently
    19   wrong with that?
```

   **8.   PAGE 52:22 TO 52:23   (RUNNING 00:00:06.479)**

```
    22      A.    I don't have a precise enough
    23   definition of morally wrong to answer that.
```

   **9.   PAGE 52:24 TO 53:05   (RUNNING 00:00:28.488)**

```
    24      Q.    Now, you're familiar with something
    25   called M3AAWG.  Right?
00053:01      A.    Yes.
    02      Q.    And what is that?
    03      A.    Mobile Messaging Malware Anti-Abuse
    04   Working Group is the definition of the acronym.
```

```
05       Q.    And what is that group's purpose?
```

**10.  PAGE 53:09 TO 53:15   (RUNNING 00:00:35.480)**

```
09       A.    Their charter is listed on the
10   website.  My understanding is that it is a
11   group of technologists who are investigating
12   anti-abuse.
13       Q.    Anti-abuse in like the -- like email
14   context, for example.  Correct?
15       A.    Related to messaging, yes.
```

**11.  PAGE 54:16 TO 54:19   (RUNNING 00:00:11.032)**

```
16       Q.    And when you were working for
17   Cloudmark, did you attend M3AAWG conferences as
18   a representative of Cloudmark?
19       A.    Yes.
```

**12.  PAGE 56:08 TO 56:10   (RUNNING 00:00:05.800)**

```
08       Q.    Have you presented at any of the
09   M3AAWG meetings?
10       A.    Yes.
```

**13.  PAGE 74:11 TO 74:18   (RUNNING 00:00:18.488)**

```
11       Q.    Were any of the presentations that
12   you gave at M3AAWG given as part of a panel?
13       A.    Yes.
14       Q.    And so to the extent that other
15   people on the panel also shared presentations,
16   you would have been present for that -- during
17   that panel, you would have been present for
18   that.  Correct?
```

**14.  PAGE 74:22 TO 74:23   (RUNNING 00:00:05.856)**

```
22       A.    Yes, I was present with other
23   presenters.
```

**15.  PAGE 83:07 TO 83:09   (RUNNING 00:00:07.297)**

```
07       Q.    Now, Trident is no longer being
08   actively sold by Proofpoint.  Isn't that
09   correct?
```

**16.  PAGE 83:12 TO 83:14   (RUNNING 00:00:05.563)**

```
12       A.    Trident the product and the brand is
13   no longer being marketed and sold by
14   Proofpoint.
```

**17.  PAGE 103:01 TO 103:09   (RUNNING 00:00:27.091)**

```
00103:01      Q.    But you yourself don't know which
02   elements, if any, from Trident got -- actually
03   got incorporated into Authority.  Is that
04   correct?
05       A.    That's correct.
06       Q.    And are you aware of any Trident
07   code, source code that was incorporated into
08   Authority source code?
09       A.    I'm not aware.  I don't know.
```

**18.  PAGE 121:14 TO 121:18   (RUNNING 00:00:11.319)**

```
14              When a customer shares information
15  with you about a competing product, do you know
16  whether or not the information they share with
17  you is or is not confidential to that
18  competitor?
```

**19.  PAGE 121:21 TO 121:24   (RUNNING 00:00:14.446)**

```
21      A.   I don't personally know, no.
22      Q.   Do you make any attempt to ask the
23  customer if it is confidential information or
24  not?
```

**20.  PAGE 122:01 TO 122:04   (RUNNING 00:00:15.266)**

```
00122:01    A.   No.
02      Q.   Do you ever refuse to learn or to
03  receive information from a customer about a
04  competitor's product?
```

**21.  PAGE 122:08 TO 122:09   (RUNNING 00:00:06.137)**

```
08      A.   I don't recall any instances.  I
09  don't recall any occurrences.
```

**22.  PAGE 122:10 TO 122:18   (RUNNING 00:00:39.179)**

```
10      Q.   Have you ever asked a customer to
11  provide information about a competitor's
12  product?
13      A.   No.
14      Q.   Are you aware of anyone else at
15  Cloudmark or Proofpoint ever asking a customer
16  to provide information about a competitor's
17  product?
18      A.   I'm not aware.
```

**23.  PAGE 166:05 TO 166:07   (RUNNING 00:00:13.370)**

```
05      Q.   Mr. Reading, I am going to put in
06  chat a document marked as Exhibit 8, which is
07  PP-VADE00153355.  And I'll open up a copy of
```

**24.  PAGE 166:16 TO 166:22   (RUNNING 00:00:29.370)**

```
16      Q.   Okay.  So have you -- are you
17  familiar with Jira?
18      A.   Yes.
19      Q.   And what is Jira?
20      A.   It is an internal system we use to
21  track bugs, features, activity.  Internal --
22  internal tracking system.
```

**25.  PAGE 167:04 TO 167:06   (RUNNING 00:00:07.916)**

```
04      Q.   But this is an example of a Jira
05  ticket.  Is that correct?
06      A.   Correct.
```

**26.  PAGE 168:11 TO 169:06   (RUNNING 00:00:46.525)**

```
11      Q.   Okay.  If you look at the next
12  comment, it's also from Lori Cho, dated
13  April 29th of 2016.
14              Do you see that?
```

```
         15       A.   Yes.
         16       Q.   And she says, "I came across this
         17  today," and then there's a link to something on
         18  GitHub.
         19            Do you see that?
         20       A.   Yes.
         21       Q.   Do you know what GitHub is?
         22       A.   Yes.
         23       Q.   What is it?
         24       A.   It's a public code repository for
         25  openly available software.
00169:01       Q.   Then she goes on to say -- and this
         02  is on the following page ending in 357 -- "So
         03  instead of reinventing the wheel, we can use
         04  someone else's wheel."
         05            Do you see that?
         06       A.   Yes.
```

**27.  PAGE 170:04 TO 170:07  (RUNNING 00:00:12.491)**

```
         04       Q.   Is it fair to say that she was
         05  suggesting instead of coming up with your own
         06  code, it would make more sense to use the
         07  already existing code in GitHub?
```

**28.  PAGE 170:16 TO 170:17  (RUNNING 00:00:09.068)**

```
         16       A.   I would have to speculate that she
         17  was proposing to use public code.
```

**29.  PAGE 170:23 TO 170:25  (RUNNING 00:00:08.264)**

```
         23       Q.   Well, let me just ask you, are you
         24  aware of Cloudmark having used a code from
         25  third parties in its products?
```

**30.  PAGE 171:03 TO 171:04  (RUNNING 00:00:04.495)**

```
         03       A.   Yes.  We do disclose when we use
         04  open-source code in some of our products.
```

**31.  PAGE 181:08 TO 181:10  (RUNNING 00:00:18.691)**

```
         08            MR. LEE:  I'm going to mark as
         09       Exhibit 10 a document with the production
         10       number PP-VADE00579944, and I will also
```

**32.  PAGE 181:22 TO 182:06  (RUNNING 00:00:46.413)**

```
         22       Q.   And if you look at the first email
         23  in the chain, it's from an individual whose
         24  name is Nick Halar.  Who is he?
         25       A.   He is a sales rep director -- I
00182:01  don't know the exact title -- out of Australia
         02  that covers Japan.
         03       Q.   Now, who is TwoFive?
         04       A.   TwoFive is a partner of Cloudmark
         05  and Proofpoint that resells our software in the
         06  Japan region.
```

**33.  PAGE 183:12 TO 183:15  (RUNNING 00:00:19.252)**

```
         12            What Mr. Halar is saying is that he
         13  asked TwoFive, a Proofpoint reseller, to
         14  consider telling NEC about the items in the
```

```
       15   list below.  Correct?
```

**34.   PAGE 183:18 TO 183:19   (RUNNING 00:00:02.465)**

```
       18        A.    That is what is written in the
       19   email, correct.
```

**35.   PAGE 184:08 TO 184:12   (RUNNING 00:00:16.531)**

```
       08              Included in the things that
       09   Mr. Halar asked TwoFive to consider advising
       10   NEC on are points that relate to the current
       11   litigation between Proofpoint and Vade Secure.
       12   Correct?
```

**36.   PAGE 184:16 TO 184:23   (RUNNING 00:00:18.583)**

```
       16        A.    That appears to be what's in this
       17   email.
       18        Q.    Okay.  And the third bullet point
       19   says "Would NEC be embarrassed about any
       20   potential oversights in partnering with Vade
       21   Secure ... knowing that there's publicly
       22   available court documentation on this
       23   litigation?"
```

**37.   PAGE 185:05 TO 185:06   (RUNNING 00:00:04.220)**

```
       05        A.    That is, in essence, what the third
       06   bullet says.
```

**38.   PAGE 188:04 TO 188:08   (RUNNING 00:00:20.567)**

```
       04        Q.    Are you aware of any other instances
       05   in which people at Proofpoint either directly
       06   or indirectly discussed any aspect of the
       07   litigation between Proofpoint and Vade Secure
       08   to its customers?
```

**39.   PAGE 188:18 TO 188:18   (RUNNING 00:00:00.689)**

```
       18        A.    Yes.
```

**40.   PAGE 188:21 TO 189:01   (RUNNING 00:00:22.855)**

```
       21        Q.    Around when was that?
       22        A.    Sometime in 2019.
       23        Q.    And who was the customer that
       24   Cloudmark talked to about the litigation, or
       25   Cloudmark or Proofpoint talked to about the
00189:01   litigation?
```

**41.   PAGE 189:04 TO 189:04   (RUNNING 00:00:01.238)**

```
       04        A.    The customer was Comcast.
```

**42.   PAGE 189:22 TO 190:04   (RUNNING 00:00:24.904)**

```
       22        Q.    Can you be more specific about the
       23   substance of what was said to Comcast about the
       24   litigation?
       25        A.    The substance was to inform them
00190:01   that there was a pending litigation and that
       02   they -- that the information about the
       03   litigation was public and they were free to
       04   investigate themselves.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:10:17.575)

Recorded Deposition Testimony from
Jeannine Kilroy, who is a Senior
Strategic Account Manager at Proofpoint


Played at Trial Tr. 2485:17-18

 **Kilroy, Jeannine (Vol. 01) - 01/25/2021**

Good afternoon, Ms. Kilroy.   Could you ...

**JKV   (46 SEGMENTS RUNNING 00:20:34.583)**

**1.  PAGE 12:07 TO 12:09   (RUNNING 00:00:08.063)**

```
07        Q.   Good afternoon, Ms. Kilroy.  Could you
08  please state your name for the record?
09        A.   Certainly.  Jeannine Kilroy.
```

**2.  PAGE 47:12 TO 47:15   (RUNNING 00:00:16.037)**

```
12             When you got to Proofpoint in 2004,
13  what was your role?
14        A.   Account manager role.  That's not my
15  title, but that would be a similar role.
```

**3.  PAGE 54:06 TO 54:09   (RUNNING 00:00:28.747)**

```
06        Q.   Sure, let's try this.  What is your
07  current title?
08        A.   I believe that in our phone directory
09  my title is senior strategic account manager.
```

**4.  PAGE 65:14 TO 65:22   (RUNNING 00:00:25.727)**

```
14        Q.   Just in terms of the corporate
15  organization at Proofpoint, are you within a
16  particular department?
17        A.   Yes.
18        Q.   What would that be?
19        A.   So, I don't know that this is what we
20  are called anymore, but some people call the
21  group strategic accounts.  Some people call it
22  major accounts.
```

**5.  PAGE 71:05 TO 71:09   (RUNNING 00:00:09.697)**

```
05        Q.   Do you manage the Apple relationship
06  for Proofpoint?
07        A.   Yes, that one, I'm sorry.  So let me
08  restate that.  I can tell you that I manage
09  Apple.
```

**6.  PAGE 72:03 TO 72:06   (RUNNING 00:00:13.573)**

```
03        Q.   And when you say "size," what do you
04  mean by that?
05        A.   Employees.  Employee user mailbox is
06  usually what we use to designate.
```

**7.  PAGE 180:04 TO 180:07   (RUNNING 00:00:15.941)**

```
04             Do you know as of February 2019 who
05  Proofpoint's competitors were for the licensing
06  of e-mail filtering products of the type being
07  licensed to Apple?
```

**8.  PAGE 180:10 TO 180:11   (RUNNING 00:00:07.123)**

```
10             THE WITNESS:  I can't say whether we
11  were in competition or not.  I have no idea.
```

**9.   PAGE 182:24 TO 183:01   (RUNNING 00:00:17.621)**

```
        24        Q.   Let's turn to what will be uploaded and
        25   we will mark as Kilroy Deposition Exhibit 6.  And
00183:01   the Bates number is PP-Vade 00948140.
```

**10.   PAGE 183:09 TO 183:14   (RUNNING 00:00:20.691)**

```
        09        Q.   Do you see at the top here it says this
        10   is an e-mail from Angela Knox?
        11        A.   I see this is an e-mail from Angela
        12   Knox, yes.
        13        Q.   And the sent date is March 6, 2019?
        14        A.   Correct, I see March 6, 2019.
```

**11.   PAGE 184:15 TO 184:23   (RUNNING 00:00:30.733)**

```
        15        Q.   So in this e-mail written by Angela
        16   Knox you see she is writing to Paul, Mike and
        17   Kevin.  "Jeannine," presumably in reference to
        18   you, "is the account manager for Apple and a
        19   number of other large Proofpoint accounts with
        20   many years experience selling large scale e-mail
        21   anti-abuse systems.  So she's a kindred spirit."
        22   Do you see that?
        23        A.   I do see that, yes.
```

**12.   PAGE 185:22 TO 186:09   (RUNNING 00:00:45.463)**

```
        22        Q.   Sure.  Let's just move on to the next
        23   line here.  It says that, "I spoke to her today
        24   about the Apple project and the topic of
        25   competitive landscape came up."  Do you see that?
00186:01        A.   I do see that.
        02        Q.   And, again, this e-mail is in March of
        03   2019, correct?
        04        A.   I see it as March 6, 2019, yes.
        05        Q.   "I mention that Paul and Kevin and each
        06   provide very useful background information on our
        07   main competitors such as Cyren," C-Y-R-E-N "and
        08   Vade Secure."  Do you see that?
        09        A.   I do see that.
```

**13.   PAGE 188:14 TO 189:04   (RUNNING 00:01:24.001)**

```
        14        Q.   When you say you have many competitors,
        15   who are you referring to?
        16        A.   I'm referring to Proofpoint has various
        17   competitors.  There are many.
        18        Q.   Can you name those competitors for us?
        19        A.   Certainly.  The ones that come to mind,
        20   and this will not be a complete list.  It is such
        21   a giant list, I could never come close to getting
        22   them all.  But some that come to mind would be
        23   Agari, Symantec, Microsoft.  There are many.
        24        Q.   Those are three names.  Can you name
        25   anymore?
00189:01        A.   Minecast.
        02        Q.   Any others?
        03        A.   None that are jumping to me, but I know
        04   there are more.
```

**14.   PAGE 197:16 TO 197:17   (RUNNING 00:00:06.866)**

```
16        Q.   Let's move to what we'll mark as Kilroy
17   Deposition Exhibit 8.
```

**15.  PAGE 197:22 TO 197:23   (RUNNING 00:00:07.699)**

```
22        Q.   And the Bates number is PP Vade
23   00413438.
```

**16.  PAGE 198:10 TO 199:14   (RUNNING 00:01:20.747)**

```
10        Q.   You see the only thing on this page is
11   at the very top it says, "from Gary Steele."  Do
12   you see that?
13        A.   I do see that.
14        Q.   And then it's dated April 3, 2019.  Do
15   you see that?
16        A.   I see that.
17        Q.   And that's to you, Jeannine Kilroy,
18   correct?
19        A.   That is to me, yes.
20        Q.   And then Paul Awville, who I believe
21   you said earlier was the company's CFO; is that
22   correct?
23        A.   That is correct.
24        Q.   And then Marlese Reachey.  Do you know
25   what her role is at Proofpoint?
00199:01        A.   I don't know her exact title, but she's
02   also part of the financial department.
03        Q.   And then Gary Steele is the CEO of
04   Proofpoint, correct?
05        A.   That is correct.
06        Q.   And he was the CEO as of April 2019,
07   right?
08        A.   Gary was the CEO, to my knowledge, that
09   date.  When you say as of, it sounds like he just
10   became CEO.  He had been CEO, yes.
11        Q.   And he's asking you, the subject line
12   you see there says, "how did the Apple
13   conversation go?"  Do you see that?
14        A.   I do see that.
```

**17.  PAGE 200:05 TO 200:15   (RUNNING 00:00:40.209)**

```
05        Q.   And over then on the next page is the
06   body of that e-mail.  And you see you say, "Gary,
07   one, regroup, yes, please, perhaps over weekend."
08   Do you so that?
09        A.   I do see that.
10        Q.   And then number two it says, "how did
11   meeting go?"  And your response is, "not great, a
12   bit of a lead balloon, but not absolutely
13   horrible either.  Got some good scoop.  Notes
14   below."  Do you see that?
15        A.   I do see that.
```

**18.  PAGE 200:19 TO 201:06   (RUNNING 00:00:42.687)**

```
19        Q.   Do you see the next line there?  It
20   says, "near I can tell, Vade," and that's in
21   reference to Vade Secure, correct?
22        A.   I believe so.  It appears that way.
23        Q.   It says, "which is pronounced with a
24   French accent per Anthony," right?
25        A.   It does say that.
```

```
00201:01        Q.   And that's in reference to Anthony
       02  Purcell of Apple?
       03        A.   Almost certainly.
       04        Q.   It says, "has already started contract
       05  process or is about to."  Do you see that?
       06        A.   I do see that.
```

**19.  PAGE 201:22 TO 201:24   (RUNNING 00:00:07.180)**

```
       22        Q.   You go down under where it says, "key
       23  take-aways."
       24        A.   Yes.
```

**20.  PAGE 202:25 TO 203:09   (RUNNING 00:00:42.180)**

```
       25        Q.   Move down to number 5, your point 5
00203:01  here says, "Vade handles the Moroccans
       02  well/better in our testing."
       03        A.   I see number 5.
       04        Q.   You have that in quotes there.  Are you
       05  intending that to be a statement from Apple or is
       06  that your statement?
       07        A.   You know, I don't know that when you
       08  say a statement, give me a minute to read context
       09  here.  (Perusing.)
```

**21.  PAGE 203:10 TO 203:13   (RUNNING 00:00:15.443)**

```
       10            I'm not certain and I can't confirm who
       11  exactly made that statement.
       12        Q.   Do you know if Proofpoint ever did any
       13  testing of how Vade handled the Moroccans.
```

**22.  PAGE 203:16 TO 203:17   (RUNNING 00:00:03.175)**

```
       16            THE WITNESS:  And can you restate the
       17  question one more time?
```

**23.  PAGE 203:21 TO 203:22   (RUNNING 00:00:07.234)**

```
       21  is, did Proofpoint ever conduct any testing to
       22  determine how Vade handles the Moroccans?
```

**24.  PAGE 204:02 TO 204:03   (RUNNING 00:00:05.853)**

```
       02  I don't know if we did or didn't.  I have no
       03  idea.
```

**25.  PAGE 206:15 TO 206:16   (RUNNING 00:00:08.828)**

```
       15        Q.   Let's upload what we will mark as
       16  Deposition Exhibit Number 9.
```

**26.  PAGE 206:21 TO 206:21   (RUNNING 00:00:08.584)**

```
       21        Q.   It is Bates number PP-Vade 01012205.
```

**27.  PAGE 207:02 TO 207:20   (RUNNING 00:01:01.852)**

```
       02            Let's first look to the last page of
       03  the document, and it is PP-Vade 01012207.
       04        A.   Okay.
       05        Q.   Now you see there there is an e-mail.
       06  It's from Gary Steele, correct?
       07        A.   I see an e-mail from Gary on April 7th
       08  at 5:41 p.m.
```

```
09      Q.   So that's the same Gary Steele that's
10 the CEO of Proofpoint, right?
11      A.   Yes.
12      Q.   And he's sending this e-mail to Paul
13 Buttle, who I think you understood previously was
14 a sales rep for Proofpoint, correct?
15      A.   I think I previously said he might have
16 been a sales rep, but I don't recall his actual
17 role or title.
18      Q.   And then you have Kevin San Diego.  Do
19 you see that?
20      A.   I do see Kevin San Diego.
```

**28.  PAGE 208:06 TO 208:13   (RUNNING 00:00:27.723)**

```
06      Q.   And under the cc line you've got
07 yourself, Paul Awville again and then Blake.  How
08 do you pronounce his last name?
09      A.   Salle.
10      Q.   That's spelled S-A-L-L-E.
11           Do you know what Mr. Salle does for
12 Proofpoint?
13      A.   He runs the sales organization.
```

**29.  PAGE 209:04 TO 209:16   (RUNNING 00:00:32.198)**

```
04      Q.   And he is saying to Paul, Kevin and
05 Mike, "we are trying to better understand the
06 Vade technology."  Do you see that?
07      A.   I do see that.
08      Q.   It says, "do you happen to know whether
09 Vade collects and retains lots of data?"  Do you
10 see that?
11      A.   I do see that.
12      Q.   And Mr. Steele concludes his e-mail
13 saying, "We are thinking about it in the context
14 of Apple and their sensitivity on privacy."  Do
15 you see that?
16      A.   I do see that.
```

**30.  PAGE 214:22 TO 214:24   (RUNNING 00:00:15.722)**

```
22      Q.   Ms. Kilroy, I'd like to upload now what
23 we'll mark as Kilroy Deposition Exhibit 10 and
24 it's Bates number PP-Vade 00413442.
```

**31.  PAGE 215:06 TO 215:16   (RUNNING 00:00:36.565)**

```
06      Q.   Would you look down to the last e-mail
07 on the page, the first page there and it is from
08 you, Jeannine Kilroy, correct?
09      A.   The last e-mail, I see an e-mail from
10 me, Tuesday, April 9, at 1:37 a.m.
11      Q.   And you sent this e-mail to Gary
12 Steele, correct?
13      A.   It appears so, yes.
14      Q.   And the subject is, "Any feedback from
15 Apple?"
16      A.   That is the subject, yes.
```

**32.  PAGE 215:24 TO 216:12   (RUNNING 00:00:48.010)**

```
24      Q.   I want to point you to the last page of
25 that e-mail, and you say that "the face-to-face
00216:01 with Paul Buttle was worthwhile."  Do you see
```

```
02  that?
03        A.   I do.
04        Q.   Do you recall a face-to-face
05  conversation with Mr. Buttle in this time period
06  regarding Apple?
07        A.   I'm not recalling one now.
08        Q.   In the e-mail here it says, "He is
09  aiming to speak with a friend of his who just
10  exited Vade tomorrow morning, hoping to get that
11  insight before call."  Do you see that?
12        A.   I do see that.
```

**33.  PAGE 220:21 TO 220:23   (RUNNING 00:00:22.260)**

```
21        Q.   Let me show you what we'll mark and
22  upload as Kilroy Deposition Exhibit 11.  And it's
23  Bates numbered PP-Vade 00797045.
```

**34.  PAGE 226:06 TO 226:23   (RUNNING 00:01:05.256)**

```
06        Q.   In this e-mail hear you say, "Hi Apple
07  team, I wanted to give you a head's up on the
08  matter below which I was just made aware of so
09  that you would not be surprised."
10             Do you see that?
11        A.   I see that.
12        Q.   And I think you reviewed the e-mail
13  earlier.  It's fair to say that the last two
14  paragraphs of this e-mail reference the current
15  lawsuit between Proofpoint and Vade, right?
16        A.   That is correct that the two paragraphs
17  just reference the lawsuit, correct.
18        Q.   Why did you feel like you needed to
19  send this to the Apple team?
20        A.   I don't remember exactly because it was
21  two years ago.  But in the spirit of
22  transparency, given the partnership, that's
23  probably why I sent this.
```

**35.  PAGE 230:22 TO 231:12   (RUNNING 00:01:10.588)**

```
22        Q.   What was Apple's reaction to this
23  e-mail?  Did they respond to it?
24        A.   I don't believe -- my recollection is
25  that they respected the fact that I couldn't
00231:01  discuss this and it was never brought up again.
02  It was never brought up, period, I should say.
03        Q.   So your testimony is that you did not
04  have any further discussions with Apple about
05  this lawsuit?
06        A.   Correct.  Could I clarify one thing
07  also?
08        Q.   Please.
09        A.   There is reference to this lawsuit
10  being available, so Apple could have, I suppose,
11  looked it up and they chose to respect to not ask
12  me about it.
```

**36.  PAGE 231:22 TO 231:24   (RUNNING 00:00:14.518)**

```
22        Q.   So let's look at what we'll mark as
23  Kilroy Deposition Exhibit 12, and it is Bates
24  number PP-Vade 00413532.
```

37.  **PAGE 231:25 TO 231:25   (RUNNING 00:00:04.882)**

```
25      A.   It's here, downloading.
```

38.  **PAGE 232:06 TO 233:04   (RUNNING 00:01:08.629)**

```
06      Q.   So this is an e-mail at the top.  It's
07 from you, correct?
08      A.   This is an e-mail from me, yes.
09      Q.   And it was sent on August 16, 2019,
10 right?
11      A.   Yes, correct.
12      Q.   So after the e-mail you sent to Apple
13 telling them about that this lawsuit had been
14 filed, right?
15      A.   What was the date of the other message?
16      Q.   It was July 24, 2019.
17      A.   So, yes, it appears it was after.
18      Q.   Okay.  And this is to Blake Salle and
19 then you've got cc here Gary Steele and Paul
20 Awville again, correct?
21      A.   Correct.
22      Q.   And the subject is, "Apple
23 background/thoughts."  Do you see that?
24      A.   I do see that.
25      Q.   And then you are saying to Blake in the
00233:01 body of the e-mail, we can run through any
02 questions, ideas on the attached before we meet
03 up at 12:30 or at that time.  Do you see that?
04      A.   I do see that.
```

39.  **PAGE 233:05 TO 233:07   (RUNNING 00:00:18.108)**

```
05      Q.   Let's upload what we'll mark as Kilroy
06 Deposition Exhibit 13, and it is Bates numbered
07 PP-Vade 00414533.
```

40.  **PAGE 233:13 TO 233:24   (RUNNING 00:00:28.109)**

```
13          THE WITNESS:  It looks to be eight
14 slides.  Should I read through it first?
15 BY MR. RANKIN:
16      Q.   I don't know that we have time for
17 that.  I'm going to ask you about a couple of
18 items and if your counsel wants to ask you
19 questions about it, she can.
20          So I'll represent to you that this is
21 the attachment to the e-mail we were just looking
22 at.  Do you see on the first slide there it says,
23 "Apple meeting goals"?
24      A.   I do see the title, yes.
```

41.  **PAGE 234:23 TO 235:02   (RUNNING 00:00:11.419)**

```
23      Q.   It does.  And you see the next
24 subbullet there, it says "serving all of iCloud's
25 hundreds of millions of growing global users."
00235:01 Do you see that?
02      A.   I do see that.
```

42.  **PAGE 235:10 TO 235:11   (RUNNING 00:00:13.446)**

```
10      Q.   Let's turn to, you will see it on the
11 bottom, the Bates number 413538.
```

**43.  PAGE 235:12 TO 235:12   (RUNNING 00:00:02.897)**

```
12        A.    The last two digits were what?
```

**44.  PAGE 235:18 TO 235:25   (RUNNING 00:00:24.150)**

```
18             Okay, miscellaneous points.  I have it.
19        Q.    You see there, it's the last subbullet
20   and it says, "weave in Vade."  Do you see that?
21        A.    I do see that.
22        Q.    And then there you write, "will not,
23   just as Apple would never, tolerate any company
24   stealing trade secrets and devalue our IP."  Do
25   you see that?
```

**45.  PAGE 236:02 TO 236:08   (RUNNING 00:00:27.469)**

```
02        Q.    Did you make those representations to
03   Apple during the course of your meeting in August
04   of 2019?
05        A.    You're suggesting that this slide deck
06   was for a meeting with Apple.  And I'd have to
07   read through it, but I don't believe this was a
08   deck for an actual Apple meeting.
```

**46.  PAGE 254:01 TO 254:10   (RUNNING 00:00:40.680)**

```
00254:01        Q.    Ms. Kilroy, who is this quote prepared
02   for?
03        A.    The company or a person?  Can I explain
04   my reservation?  Is that permitted?
05        Q.    Sure.
06        A.    We are the cyber security vendor and
07   it's highly sensitive what people use for
08   technology.  And I'm under NDA with other
09   companies.  And hopefully people can appreciate
10   why that's sensitive.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:20:34.583)

Recorded Deposition Testimony from
Michael Laudon, who is Vice President
and General Manager of Cloudmark at
Proofpoint


Played at Trial Tr. 2492:23-24

 **Laudon, Michael (Vol. 01) - 02/12/2021**

Do you understand that you've been ...

**MLDV  (62 SEGMENTS RUNNING 00:17:15.502)**

**1.  PAGE 24:08 TO 24:12  (RUNNING 00:00:10.132)**

```
08          Do you understand that you've been
09   designated by Cloudmark and Proofpoint as a
10   corporate representative to testify on certain
11   topics on behalf of those entities today?
12       A.   I do.
```

**2.  PAGE 25:09 TO 25:12  (RUNNING 00:00:07.469)**

```
09       Q.   Do you feel prepared to testify on behalf
10   of plaintiffs about all the topics for which you've
11   been designated?
12       A.   I do.
```

**3.  PAGE 41:07 TO 41:09  (RUNNING 00:00:05.267)**

```
07       Q.   What -- what did Vade take from Cloudmark
08   or Proofpoint that prompted you to bring this
09   lawsuit?
```

**4.  PAGE 41:18 TO 41:20  (RUNNING 00:00:11.561)**

```
18       A.   Again, my understanding is that Vade has
19   benefited from trade secrets related to Cloudmark
20   development of our Trident product.
```

**5.  PAGE 42:23 TO 42:23  (RUNNING 00:00:02.182)**

```
23       Q.   Which trade secrets are you referring to?
```

**6.  PAGE 43:02 TO 43:03  (RUNNING 00:00:04.616)**

```
02          THE WITNESS:  As I'm not lawyer, I -- I
03   can't comment on the -- the specific legal merits.
```

**7.  PAGE 44:08 TO 44:15  (RUNNING 00:00:22.318)**

```
08       Q.   The -- the Trident product that you
09   referenced is -- is no longer offered by Cloudmark,
10   is it?
11       A.   Correct.
12       Q.   Are the elements of the Trident product
13   that -- that Vade allegedly stole offered by
14   Cloudmark or Proofpoint in any of its other products
15   in the market right now?
```

**8.  PAGE 44:18 TO 44:21  (RUNNING 00:00:09.412)**

```
18          THE WITNESS:  This is -- we use our
19   intellectual property in multiple places, but I
20   can't comment on specifically where the Trident
21   product is used.
```

**9.  PAGE 75:11 TO 75:13  (RUNNING 00:00:08.564)**

```
11       Q.   Have you observed in the marketplace a
12   competitive advantage held by Vade against Cloudmark
```

132

```
            13  in recent years?
```

**10. PAGE 75:16 TO 75:21 (RUNNING 00:00:14.700)**

```
            16          THE WITNESS:  No, I can't comment
            17  specifically.  Certainly, it's a competitive market
            18  in this market space and continuous to be.
            19  BY MR. WETZEL:
            20      Q.  What makes you say that it's a competitive
            21  market in this marketplace?
```

**11. PAGE 75:23 TO 76:03 (RUNNING 00:00:22.848)**

```
            23          THE WITNESS:  It's a competitive market.
            24  It's not just -- there's business to be had and
            25  multiple competitors out there.
    00076:01  BY MR. WETZEL:
            02      Q.  Who are -- who are Cloudmark's primary
            03  competitors in the marketplace?
```

**12. PAGE 76:06 TO 76:11 (RUNNING 00:00:15.086)**

```
            06          THE WITNESS:  I believe there's a -- a
            07  certain section on competitive analysis.  There are
            08  multiple competitors in the market.  I couldn't
            09  definitively say as to a primary vendor -- who a
            10  primary competitor is.  We have multiple
            11  competitors.
```

**13. PAGE 76:13 TO 76:14 (RUNNING 00:00:08.389)**

```
            13      Q.  Are there specific competitors that
            14  Cloudmark sales teams focus on more than others?
```

**14. PAGE 76:17 TO 76:18 (RUNNING 00:00:06.262)**

```
            17          THE WITNESS:  We focus our -- on all of
            18  our competitors in every account.
```

**15. PAGE 78:11 TO 78:12 (RUNNING 00:00:07.340)**

```
            11      Q.  Has Cloudmark in recent years had to offer
            12  price reductions or discounts to its customers?
```

**16. PAGE 78:15 TO 78:18 (RUNNING 00:00:12.745)**

```
            15          THE WITNESS:  We have to price our
            16  products competitively.  So inasmuch as it's a
            17  competitive market, we -- we price our products
            18  competitively.
```

**17. PAGE 79:14 TO 79:19 (RUNNING 00:00:26.157)**

```
            14      Q.  Has Cloudmark or Proofpoint ever had to
            15  forego sales opportunities as a result of Vade's
            16  alleged IP theft?
            17      A.  Again, I -- I can't -- I can't speculate
            18  regarding the IP theft and whether that has affected
            19  the deals specifically.
```

**18. PAGE 80:20 TO 80:24 (RUNNING 00:00:17.820)**

```
            20      Q.  But sitting here today, can you think of
            21  any specific foregone sales opportunities that --
            22  that you would attribute directly to -- to Vade's
            23  misappropriation and/or infringement of Cloudmark's
```

```
        24  IP?
```

**19. PAGE 81:02 TO 81:04  (RUNNING 00:00:15.460)**

```
        02          THE WITNESS:  I can't comment specifically
        03  on the misappropriation of trade secrets and deals
        04  that we have lost relative to Vade.
```

**20. PAGE 81:06 TO 81:11  (RUNNING 00:00:21.405)**

```
        06          Q.   Have you lost deals relative to Vade in
        07  recent years?
        08          A.   We have.
        09          Q.   What are some of those deals?
        10          A.   One example specifically, we lost a deal
        11  to Vade at Comcast for their Content Filter.
```

**21. PAGE 82:02 TO 82:11  (RUNNING 00:00:35.013)**

```
        02          Q.   And -- and how big was the -- the lost
        03  Com- -- Comcast deal?
        04          A.   The Comcast deal loss was 1.9 million.
        05          Q.   Are there any other deals that Cloudmark
        06  or Proofpoint has lost to Vade in recent years that
        07  you can think of?
        08          A.   I believe there -- this has been
        09  documented in the documents that have been provided
        10  to legal counsel.  If you prefer, we could go and
        11  bring those documents up and go through those.
```

**22. PAGE 104:11 TO 104:14  (RUNNING 00:00:08.110)**

```
        11          Q.   Let's talk about Apple now.
        12               Is -- is Apple a current Proofpoint
        13  customer?
        14          A.   Yes.
```

**23. PAGE 107:13 TO 107:15  (RUNNING 00:00:08.641)**

```
        13          Q.   In -- in the 2018-2019 time period, did --
        14  did Proofpoint face any competition for Apple's
        15  business?
```

**24. PAGE 107:17 TO 107:19  (RUNNING 00:00:07.319)**

```
        17          THE WITNESS:  I -- all I know is there was
        18  a renewal process that was happening at Apple during
        19  that time frame.
```

**25. PAGE 108:11 TO 108:16  (RUNNING 00:00:21.524)**

```
        11          Q.   Had -- had Proofpoint received any
        12  complaints from Apple around that time period about
        13  its products or services?
        14          A.   I have no -- no knowledge or indication
        15  that there were complaints from Apple regarding the
        16  Proofpoint products.
```

**26. PAGE 109:08 TO 109:11  (RUNNING 00:00:24.523)**

```
        08          Q.   I'm going to ask you to take a look at
        09  what we'll mark Exhibit 5, which should be, when you
        10  get it, an April 4, 2019, e-mail from Mr. Auvil to
        11  Mr. Harvey, Ms. Kilroy, Mr. Salle and Ms. Ricci.
```

**27. PAGE 110:01 TO 110:02  (RUNNING 00:00:04.210)**

```
00110:01          Do you recognize this -- this document?
     02      A.   No.
```

**28. PAGE 110:10 TO 110:11  (RUNNING 00:00:05.335)**

```
     10          In one of the e-mails, Mr. Steele asks,
     11 "How did the Apple conversation go?"
```

**29. PAGE 110:24 TO 111:08  (RUNNING 00:00:40.873)**

```
     24      Q.   And do you -- do you have an understanding
     25 of -- of what Ms. Kilroy was referring to when she
00111:01 responded "Not great, bit of a lead balloon, but not
     02 absolutely horrible either, got some good scoop,
     03 notes below.  As near as I can tell, Vade has
     04 already started contract process or is about to."
     05          Do you know what that's a reference to?
     06      A.   No.  I -- I can speculate it appears that
     07 she feels that Vade has started a contract with
     08 Apple.
```

**30. PAGE 111:23 TO 112:04  (RUNNING 00:00:20.929)**

```
     23      Q.   And do you have any understanding of
     24 whether the negotiations with Apple factored in any
     25 way into Cloudmark's decision around this time to
00112:01 bring a lawsuit against Vade?
     02      A.   Again, I -- I wasn't involved in the
     03 decision to bring the lawsuit, so I don't know if
     04 this had any factor in that decision.
```

**31. PAGE 122:08 TO 122:15  (RUNNING 00:00:27.798)**

```
     08      Q.   And what was your understanding of what --
     09 what drove the -- the decision to offer a price
     10 concession to Apple in the context of those
     11 negotiations?
     12      A.   Apple wanted pricing concessions in -- in
     13 general competitive market.  You know, we needed to
     14 meet what the -- we felt was the right market price
     15 here.
```

**32. PAGE 124:24 TO 125:03  (RUNNING 00:00:28.252)**

```
     24      Q.   I'm going to have you take a look at what
     25 we'll mark Exhibit 8, which begins with a -- at the
00125:01 top with a May 4, 2020, e-mail, from you to Jacinta
     02 Tobin.  And, and it -- the document bears the
     03 production Nos. PP-VADE00409068 through 070.
```

**33. PAGE 125:13 TO 125:15  (RUNNING 00:00:06.306)**

```
     13      Q.   What -- who is Jacinta Tobin?
     14      A.   Jacinta Tobin came on board as our vice
     15 president of sales.
```

**34. PAGE 126:02 TO 126:13  (RUNNING 00:00:42.056)**

```
     02      Q.   And the first e-mail in the chain is -- is
     03 a lengthy e-mail from you which you described in the
     04 first line as -- as a bit of a brain dump.
     05          I wanted to direct your attention to some
     06 of the bullet points in the -- in the body of the
     07 e-mail below.  I guess the -- the fourth black
```

```
08  bullet down, or filled-in bullet down, which reads,
09  "Develop a plan to attack Vade, we are letting them
10  nibble away at our accounts without attacking and
11  putting them on the defensive."
12        Do you recall writing that to Ms. Tobin?
13    A.  Sure.  It's my -- it's my e-mail.
```

**35. PAGE 127:12 TO 127:24  (RUNNING 00:00:32.617)**

```
12        Q.  A few bullets later in the e-mail, do you
13  see where it says, "Get authority back in Comcast
14  ASAP.  We should be able to knock Vade back out of
15  this account."
16    A.  Correct.
17    Q.  What was -- what did you mean by knocking
18  Vade back out of that account?
19    A.  I'd simply like to rewin the business at
20  Comcast.
21    Q.  And -- and that was the business that we
22  discussed earlier that -- that Vade had taken
23  from -- from Cloudmark?
24    A.  Correct.
```

**36. PAGE 142:06 TO 142:09  (RUNNING 00:00:14.698)**

```
06        Q.  I'd like to direct you to what we'll mark
07  as Exhibit 11 which is a July 15, 2020, e-mail from
08  Mr. San Diego to Andrew Conway and yourself and some
09  others.
```

**37. PAGE 142:17 TO 142:20  (RUNNING 00:00:11.025)**

```
17        Q.  Before getting into that -- I saw a term
18  on the last exhibit, "FUD."
19        What does that term refer to in your
20  business?
```

**38. PAGE 142:23 TO 143:05  (RUNNING 00:00:24.900)**

```
23        THE WITNESS:  I can speculate that "FUD"
24  would potentially refer to fear, uncertainty and
25  doubt.
00143:01 BY MR. WETZEL:
02    Q.  Is that a term that people in your
03  business use from time to time?
04    A.  Yeah, it's a term that could be used from
05  time to time.
```

**39. PAGE 144:01 TO 144:09  (RUNNING 00:00:37.129)**

```
00144:01      Q.  And you wrote, "Our competitors are
02  claiming all sorts of machine learning and AI
03  techniques and using that to throw FUD on our old
04  technology."
05        What competitors were you referring to
06  there?
07    A.  I think in this situation, thinking back,
08  I think that was related to the TalkTalk discussion,
09  so one of those competitors would be Vade.
```

**40. PAGE 165:21 TO 165:25  (RUNNING 00:00:15.841)**

```
21        Q.  And was it typical for -- for Cloudmark
22  to -- to price its bundles in this way where certain
23  of the bundled products would -- would carry no
```

```
24  license fee for the -- for the early years and --
25  and would ultimately carry a fee?
```

**41. PAGE 166:03 TO 166:11  (RUNNING 00:00:24.756)**

```
03           THE WITNESS:  That's difficult to answer,
04  based upon you would have to look at a lot of
05  different customers.
06           I'll go back to the statement that the
07  pricing is based upon a bundle of what's being
08  offered to the customer.  So the overall total is
09  what we consider the -- the fair value, not the --
10  not necessarily looking right down into the
11  individual pieces.
```

**42. PAGE 261:02 TO 261:07  (RUNNING 00:00:29.010)**

```
02           Were you an employee of Cloudmark when
03  Proofpoint acquired it?
04      A.   I was not.
05      Q.   You understand that Proofpoint acquired
06  Cloudmark in late 2016, correct?
07      A.   They acquired Cloudmark in late 2017.
```

**43. PAGE 261:24 TO 262:04  (RUNNING 00:00:15.045)**

```
24      Q.   Okay.  So you know that you've been
25  designated as the corporate representative to speak
00262:01  to, among other things, Topic No. 45, which relates
02  to the due diligence relating to Proofpoint's
03  acquisition of Cloudmark, correct?
04      A.   Yes.
```

**44. PAGE 265:18 TO 265:25  (RUNNING 00:00:35.323)**

```
18      Q.   And you don't know whether there was ever
19  any valuation that was undertaken with respect to
20  the intellectual property assets that were conveyed
21  to Proofpoint as part of its acquisition, right?
22      A.   Correct, I can't answer that.
23      Q.   And I take it you don't know what value,
24  if any, Proofpoint placed on those intellectual
25  property assets as part of the transaction, fair?
```

**45. PAGE 266:03 TO 266:04  (RUNNING 00:00:03.409)**

```
03           THE WITNESS:  Yeah, I don't have that
04  information.  Sorry, I can't answer.
```

**46. PAGE 280:13 TO 280:18  (RUNNING 00:00:18.046)**

```
13      Q.   Okay.  And how much cost did Cloudmark
14  incur in the course of creating the Trident and
15  MTA-related trade secrets at issue in this case?
16           Do you know that?
17      A.   No, I don't have a dollar figure broken
18  out on that.
```

**47. PAGE 280:19 TO 280:24  (RUNNING 00:00:21.220)**

```
19      Q.   Do you have any other measure of the costs
20  that Cloudmark incurred in the course of creating
21  the trade secrets that are at issue?
22      A.   We have an overall R&D budget, but I don't
23  have it broken down into specific elements related
```

```
        24  to the MTA and to the Trident product.
```

**48. PAGE 287:07 TO 287:17  (RUNNING 00:00:48.019)**

```
        07          Do you have any facts that you're prepared
        08  to testify about here today supporting any claim of
        09  any damage that Cloudmark or Proofpoint suffered as
        10  a result of any trade secret misappropriation?
        11      A.   You know, I'm -- I -- from my
        12  understanding, the facts based on the damages are
        13  going to be assessed and -- by experts, so...
        14      Q.   And so my question is:  Which facts?  Do
        15  you have any facts that you're prepared to share
        16  with us today supporting any claim of damages that
        17  stem from any alleged trade secret misappropriation?
```

**49. PAGE 287:19 TO 287:20  (RUNNING 00:00:02.140)**

```
        19          THE WITNESS:  I don't have any specific
        20  facts to share.
```

**50. PAGE 298:08 TO 298:13  (RUNNING 00:00:28.855)**

```
        08      Q.   Do you have any information regarding the
        09  value, if any, that the Trident source code or any
        10  functionality embedded therein has provided to any
        11  other Cloudmark product?
        12      A.   Again, I can't speculate.  I don't have
        13  the details on that, so I don't have an answer.
```

**51. PAGE 337:15 TO 337:18  (RUNNING 00:00:14.603)**

```
        15      Q.   Isn't it possible, sir, that costs for the
        16  products in which Cloudmark competes with Vade are
        17  subject to industrywide reduction?
        18          Isn't that possible, sir?
```

**52. PAGE 338:05 TO 338:05  (RUNNING 00:00:01.581)**

```
        05          THE WITNESS:  It's a competitive industry.
```

**53. PAGE 338:07 TO 338:11  (RUNNING 00:00:11.111)**

```
        07      Q.   Right.  And so I guess what I'm asking is,
        08  are you saying that Vade's pricing is the only
        09  reason that Cloudmark has had to reduce the price of
        10  its products?
        11          Is that your testimony?
```

**54. PAGE 338:14 TO 338:15  (RUNNING 00:00:03.388)**

```
        14          THE WITNESS:  I'm not -- I can't
        15  necessarily say that it's specifically only Vade.
```

**55. PAGE 339:07 TO 339:19  (RUNNING 00:00:41.523)**

```
        07      Q.   Is there a specific time -- not a
        08  hypothetical, a specific time of which you have
        09  personal knowledge when Cloudmark discounted its
        10  price because of competition with Vade?
        11      A.   Yes.
        12      Q.   Okay.  And what was that instance that
        13  you're thinking of?
        14      A.   I can think currently of a -- a deal that
        15  we're working on with -- with Docomo.
```

```
16      Q.   Docomo.
17           And is there any other service provider
18 besides Cloudmark and Vade that is competing for
19 Docomo's business?
```

**56. PAGE 339:22 TO 339:24  (RUNNING 00:00:12.724)**

```
22           THE WITNESS:  It's my understanding that
23 they also potentially -- Brightmail might also be a
24 competitor in this business -- in this deal.
```

**57. PAGE 342:04 TO 342:08  (RUNNING 00:00:11.732)**

```
04      Q.   And going in with pricing that's lower
05 than was originally intended is due in part to the
06 presence of not just Vade but also Brightmail in
07 this competition for Docomo's business; that's fair,
08 right?
```

**58. PAGE 342:11 TO 342:12  (RUNNING 00:00:03.640)**

```
11           THE WITNESS:  It's -- it's based upon
12 competition.
```

**59. PAGE 350:16 TO 350:22  (RUNNING 00:00:19.338)**

```
16      Q.   And do you have any information at all,
17 whether it's specific or general, any information at
18 all regarding the value, if any, of any Trident
19 modules or source code that may have been used with
20 other Cloudmark products?
21           Do you have any information on that at
22 all?
```

**60. PAGE 351:02 TO 351:03  (RUNNING 00:00:02.528)**

```
02           THE WITNESS:  I do not have any specific
03 information on that.
```

**61. PAGE 351:13 TO 351:15  (RUNNING 00:00:12.634)**

```
13      Q.   And -- and what is your general
14 understanding of which trade secrets have been used
15 in which of Cloudmark's other products?
```

**62. PAGE 351:18 TO 351:21  (RUNNING 00:00:08.045)**

```
18           THE WITNESS:  I don't have details on
19 which product -- which trade secrets have been used
20 in the other products, so I can't give a specific
21 answer on that.  I can't give an answer on that.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:17:15.502)