IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 19-cv-04238-MMC<br><br>**ORDER GRANTING MOTIONS TO SEAL** |

Before the Court are thirty separate motions to seal, filed in connection with various pretrial matters raised in the above-titled action. (See Doc. Nos. 451, 459, 465, 475, 476, 498, 501, 503, 505, 510, 514, 518, 527, 529, 532, 534, 535, 542, 556, 583, 586, 609, 618, 643, 661, 686, 688, 716, 719, 723.) The motions to seal primarily seek to preclude public disclosure of asserted trade secrets and measures taken to maintain their secrecy, as well as documents containing internal corporate financial data and other assertedly proprietary information.

Although in a number of instances the motions sweep more broadly than arguably necessary, the Court finds a detailed parsing of each request, given the number submitted, is not presently warranted, and, accordingly, the motions to seal are hereby GRANTED. If, however, a motion to unseal particular material is subsequently submitted, the Court will address such submission at that time.

**IT IS SO ORDERED.**

Dated: August 17, 2021

MAXINE M. CHESNEY
United States District Judge