Sean S. Pak (SBN 219032)
  seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
  imanlordgooei@quinnemanuel.com
Jodie W. Cheng (SBN 292330)
  jodiecheng@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Plaintiffs,*
*Proofpoint, Inc. and Cloudmark LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>vs.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC<br><br>**DECLARATION OF JODIE W. CHENG IN SUPPORT OF PLAINTIFFS' MOTION FOR EXEMPLARY DAMAGES** |

I, Jodie W. Cheng, declare as follows:

1. I am a member of the bar of the State of California and Of Counsel at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Plaintiffs Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiffs") in above-captioned case.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Plaintiffs' Motion For Exemplary Damages in re Vade's Willful & Malicious Trade Secret Misappropriation.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the article, "Proofpoint wins $14m from ex-VP and French email security rival in IP theft court battle," by Gareth Corfield, published by THE REGISTER, and dated August 24, 2021 (*available at* www.theregister.com/AMP/2021/08/24 /proofpoint_wins_14m_vade/).

5. Attached hereto as **Exhibit 2** is a true and correct copy of the article, "Le rêve américain contrarié de la jeune pousse lilloise Vade Secure," published by LES ECHOS, and dated August 26, 2021; and its certified English translation.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the article, "Le rêve américain contrarié de la start-up lilloise Vade Secure," published by LES ECHOS, and dated August 27, 2021; and its certified English translation.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the certification of English translations associated with Exhibits 2 and 3.

8. Attached hereto as **Exhibit 5** is a true and correct copy of the correspondence from Plaintiffs' counsel, Sean S. Pak, to Vade's counsel, Mackenzie Martin, dated August 27, 2019.

9. Attached hereto as **Exhibit 6** is a true and correct copy of the correspondence from Vade's then-counsel (at the time), Jay Utley, to Plaintiffs' counsel, Sean S. Pak, dated September 11, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 10, 2021, in San Jose, California.

/s/ *Jodie W. Cheng*
Jodie W. Cheng