# EXHIBIT 1

9/10/21, 7:16 PM   Proofpoint wins $14m from ex-VP and French email security rival in IP theft court battle • The Register

Case 3:19-cv-04238-MMC   Document 810-2   Filed 09/10/21   Page 2 of 10

{* SECURITY *}

# Proofpoint wins $14m from ex-VP and French email security rival in IP theft court battle

Jury finds message-filtering tech misappropriation was 'wilful and malicious'

**Gareth Corfield**
Tue 24 Aug 2021 // 16:57 UTC

3 

Infosec firm Proofpoint has won $14m from a former vice president and his new employer after a jury found they had unlawfully used its trade secrets when he moved to the other company.

Both his new firm, infosec company Vade, and Olivier Lemarié misappropriated trade secrets relating to Proofpoint subsidiary Cloudmark's Trident spear-phishing detection platform, a federal jury in the US state of California ruled late last week.

Lemarié, the San Francisco jury found, then went on to share those trade secrets with his new employer, French email security firm Vade Secure.

Of 20 trade secrets Proofpoint said Lemarié and Vade had used unlawfully, the jury agreed that 15 had been misappropriated by Vade Secure in a "wilful and malicious" way, according to the final verdict form [PDF]. It did not find that Lemarié's misuse of the trade secrets was wilful and malicious, however. The reason this distinction is made is because the judge has discretion to raise the amount the plaintiffs are owed.

The jury also found that both Vade and Lemarié had infringed at least one of Cloudmark's copyrights and that Lemarié had breached his employee agreement with the now-Proofpoint subsidiary.

The original complaint, filed in July 2019 [PDF], sued Lemarié and Vade for misappropriation of trade secrets and Lemarié for breach of contract. As detailed in the filing, the vice president had joined Proofpoint when it acquired Cloudmark, a firm Lemarié had been employed by since 2010.

9/10/21, 7:16 PM                    Proofpoint wins $14m from ex-employee and French email security rival in IP theft court battle • The Register

Case 3:19-cv-04238-MMC   Document 810-2   Filed 09/10/21   Page 3 of 10

According to the complaint:

> **As part of his job responsibilities at Cloudmark from 2010 until 2016, Lemarié, together with Cloudmark's engineering and product development teams, contributed to developing technology for Cloudmark's cybersecurity products, including techniques and methods for identifying and filtering malicious emails, such as spam, phishing, and spear-phishing emails.**

The engineer left the firm voluntarily in November 2016, joining Vade. According to the complaint, Vade's subsequent "new email security product was a dispositive factor in its ability to secure nearly $80 million USD in funding from its investor, General Catalyst."

- [Australian court rules an AI can be considered an inventor on patent filings](#)
- [Ex-IBM staffer files lawsuit claiming company stole his cloud computing tech IP](#)
- [China tells America, with a straight face, it will absolutely crack down on hacking and copyright, tech blueprint theft](#)
- [McAfee sues ship-jumping sales staff over trade secret theft allegations](#)

It also alleged the pair had used its Message (or Mail) Transfer Agent (MTA) tech "for which [Lemarié] had led the design, development, and implementation," with the complaint noting Vade had "been developing an MTA product that it intends to launch by the end of this year and, as explained by Lemarié himself, is intended to displace Cloudmark's MTA, by offering a similarly flexible, cloud-based MTA."

In a [statement](#) made in April, just before the case went to trial, Proofpoint claimed Lemarié "took and used Cloudmark's confidential and proprietary information and source code when he joined Vade Secure as Chief Technology Officer in 2017."

9/10/21, 7:16 PM  Proofpoint wins $14m from ex-UK ISP builder Vade in email security rival IP theft court battle • The Register

Case 3:19-cv-04238-MMC   Document 810-2   Filed 09/10/21   Page 4 of 10

French IT news website *Le Monde Informatique* reported that Vade had spent "€13m in 2019" alone fighting the case, which the site characterised as "half of [Vade's] turnover in legal fees."

Proofpoint bought Cloudmark, a message-filtering firm used by the FTC, among others, in 2017 for $110m, praising both its email security tech and its threat intelligence products. The smaller company was founded in 2001, came out of stealth in 2002 with a "Napster-style" technology for fighting spam, briefly crashed Microsoft Outlook in 2007 after a borked update to its anti-spam plugin, and was last seen on *El Reg* after analysing blackmail claims made in the wake of the Ashley Madison breach in 2015.

A jubilant Gary Steele, Proofpoint's chief exec, told legal newswire Law360: "While we welcome fair competition and collaboration within the cybersecurity community, the misappropriation, copying and theft of our intellectual property required us to vigorously enforce our rights."

According to the verdict, Proofpoint will get $13.4m for unjust enrichment and $480k for breach of contract but $0 for actual loss.

Vade Secure told *The Reg*: "While we were hopeful we would be successful on all claims, we are pleased that the jury saw that Proofpoint and Cloudmark's claims were an overreach as evidenced by their decision on damages.

"As a company whose core values are integrity and innovation, we don't believe this outcome accurately reflects who we are. We will be evaluating our next steps in the coming days in light of this verdict." ®

Sponsored: Take these three steps to unify and manage your data

 SHARE

3 Comments

Corrections

Send us news

## WhatsApp to offer end-to-end encrypted backups in iCloud, Google Drive with user-managed keys

9/10/21, 7:16 PM  Proofpoint wins $14m from ex-VP and rival – email security rival in IP theft court battle • The Register

Case 3:19-cv-04238-MMC   Document 810-2   Filed 09/10/21   Page 5 of 10

Funny how 'privacy-focused' Apple and Google haven't managed that

**Thomas Claburn in San Francisco** Sat 11 Sep 2021 // 01:21 UTC

Facebook's WhatsApp on Friday said users will soon be able to store end-to-end (E2E) encrypted backups of their chat history on Google Drive in Android or Apple iCloud in iOS, with an option to self-manage the encryption key.

The move makes encryption-enforced message privacy – typically rather complicated – more viable for consumer-oriented messaging services, if you take for granted the technical integrity of WhatsApp's encryption and the company's claims about its privacy practices.

"We're adding another layer of privacy and security to WhatsApp: an

**CONTINUE READING**

## DoorDash, Grubhub, Uber Eats sue NYC for trying to permanently cap delivery fees

We'll just hike the prices for customers, otherwise. Happy now?

**Katyanna Quach** Fri 10 Sep 2021 // 23:59 UTC  4

Three of biggest US food delivery outfits – DoorDash, Uber Eats, and Grubhub – have sued New York City to stop it enforcing a limit on the fees they can extract from restaurants.

In May 2020, the city temporarily ordered food delivery apps to charge restaurants no more than about 20 per cent of each order total to deliver takeout – 15 per cent for the actual deliveries, five per cent for being listed in the app, plus payment processing fees. The's city order was set to end in 90 days though it was later extended until February 2022.

A bill passed by the city in August this year, however, proposed making this cap permanent. It has yet to be signed into effect by Mayor Bill de Blasio. Now, in an attempt to block the bill, all three tech companies

**CONTINUE READING**

## Sort-of Epic win as judge kills Apple ban on apps linking to outside payment systems

9/10/21, 7:16 PM   Proofpoint wins $14m from ex-VP and Facebook email security rival in IP theft court battle • The Register

Case 3:19-cv-04238-MMC   Document 810-2   Filed 09/10/21   Page 6 of 10

Games maker weakens iGiant's control over iOS, loses its antitrust claims

**Thomas Claburn in San Francisco**   Fri 10 Sep 2021 // 20:48 UTC         8 

**ANALYSIS**   Epic Games on Friday won a Pyrrhic victory against Apple in its antitrust lawsuit, with US District Judge Yvonne Gonzalez Rogers ruling that Apple must allow developers to tell customers about third-party payments systems.

But Epic will not immediately benefit from that decision because the judge also determined that Apple has not monopolized gaming transactions and that the iGiant has the right to terminate Epic's developer account for violating Apple's Developer Program License Agreement.

**CONTINUE READING**

## Kubernetes means local storage for local apps just isn't good enough

Find out just how flashy your applications really could be

**David Gordon**   Fri 10 Sep 2021 // 19:30 UTC

**SPONSORED**   Kubernetes promises enterprises the sort of scalability, ease of management and portability that were previously the preserve of the hyperscalers alone. The problem is your enterprise applications probably still have a penchant for local storage, which is at odds with the container orchestration environment's cloudscale roots.

The result is that without the ability to throw resources at tailoring a solution, you are left with the choice of compromising on performance, portability or cost-efficiency. Or, more likely, all three. But there are ways around this conundrum, and you can find out more on September 28 at 9:00 PST / 12:00 EST / 17:00 BST, with this webcast on "Kubernetes Portability with Local NVMe Performance".

Your host will be our own Tim Phillips, eminently portable without being

**CONTINUE READING**

## Hey – how did you get in here? Number one app security weakness of 2021 was borked access

control, says OWASP

Org releases its top ten list of bad things software vendors do

Gareth Corfield   Fri 10 Sep 2021 // 18:35 UTC                    1

The Open Web App Security Project has released its Top Ten list of vulnerabilities in web software, as part of the general movement to make software less painfully insecure at the design stage.

Among new entries in the top 10 flaws highlighted by the project are "insecure design", relating to specific design flaws, and "software and data integrity failures." The latter refers to "making assumptions related to software updates, critical data, and CI/CD pipelines without verifying integrity".

**CONTINUE READING**

## Microsoft releases new Windows 11 builds, confirms running on an Apple M1 'is not a supported scenario'

Old proverb: If Windows crashes on a Surface Pro X, will anyone see the bugcheck?

Richard Speed   Fri 10 Sep 2021 // 17:32 UTC                    6 

Microsoft has confirmed that Windows 11 on Apple's M1 is not "a supported scenario" for the OS that stands to bring so much joy to OEMs.

The confirmation was given to *The Register* by a Microsoft spokesperson as the super-corp unleashed an ad campaign for the Windows 11 operating system, due in less than a month, and continued tweaking the preview code for Windows Insiders via the Dev and Beta Channels.

We noted last week that a Windows 11 Virtual Machine running on an M1

**CONTINUE READING**

## RAF chief: Our Reaper drones (sorry, SkyGuardians) stand ready to help British councils

There's no council tax infringement a Brimstone missile can't punish

Gareth Corfield   Fri 10 Sep 2021 // 16:26 UTC                    22

Case 3:19-cv-04238-MMC   Document 810-2   Filed 09/10/21   Page 8 of 10

The Royal Air Force is set to start testing its rebranded Reaper drones in UK skies over the next few weeks – and senior officers are planning to make them available to local councils.

Air Chief Marshal Sir Mike Wigston, head of the RAF, made the bizarre pledge about local authority assistance in a speech announcing the unmanned aircraft's arrival at Lincolnshire's RAF Waddington.

"Over the next few weeks we'll be working with the Civil Aviation

**CONTINUE READING**

## Lenovo blames 'firmware' issue for blank-screened Smart Displays, says Google's working on a fix – 6 months after complaints started

Home assistant little more than an expensive plastic brick for some owners

**Tim Richardson** Fri 10 Sep 2021 // 15:38 UTC          4 

Lenovo says it is still waiting on Google to fix a "firmware issue" that has left some owners of its Lenovo Smart Displays and Smart Clocks with blank screens, almost five months after the problem was first reported.

Reports that all was not well with Lenovo's Smart Displays first surfaced in April when a customer based in Canada posted on the company's tech support pages to ask if anyone else had suffered a frozen screen.

**CONTINUE READING**

## Right to contest automated AI decision under review as part of UK government data protection consultation

Right not to be subjected to solely automated decisions might not be keeping pace with 'data-driven economy' says document

**Lindsay Clark** Fri 10 Sep 2021 // 14:35 UTC          24 

The UK government has launched a consultation that suggests it could water down individuals' rights to challenge decisions made about them by artificial intelligence.

In documents released today, the Department for Digital, Culture, Media & Sport (DCMS) said that the need "to provide human review [of AI decisions] may, in future, not be practicable or proportionate."

In the UK's current implementation of the EU's General Data Protection Directive (via the Data Protection Act 2018), people have a right to not be

**CONTINUE READING**

## The magic TUPE roundabout: Council, Wipro, Northgate all deny employing Unix admins in outsourcing muddle

Employment judge points finger at Northgate – trial to follow

**Gareth Corfield**  Fri 10 Sep 2021 // 13:45 UTC            12 💬

A pair of Unix sysadmins have claimed a botched TUPE job transfer left them stuck between three organisations which all denied responsibility for employing them.

The two, named by the Scottish Employment Tribunal as Messrs K Fulke and K Reid, were employed by Wipro in 2011 on a contract the Indian firm had with the Highland Council.

**CONTINUE READING**

## T-Systems and Google Cloud building 'sovereign cloud services' for Germany

Sovereign according to Google's definition, that is

**Tim Anderson**  Fri 10 Sep 2021 // 13:01 UTC            8 💬 

Google Cloud and T-Systems are to create what the companies call a "sovereign cloud offering" for Germany, though details are sketchy and it may not be digital sovereignty as the term is normally understood.

The project involves T-Systems playing a role in managing "a large spectrum of next-generation cloud solutions and infrastructure… powered by Google Cloud," the European integrator-cum consultancy said.

Case 3:19-cv-04238-MMC   Document 310-2   Filed 09/10/21   Page 10 of 10

What does that mean in practice? Key questions include the physical

**CONTINUE READING**

**ABOUT US**

**MORE CONTENT**

**SITUATION PUBLISHING**



**The Register** - Independent news and views for the tech community. Part of Situation Publishing

**SIGN UP TO OUR DAILY NEWSLETTER**

Your Work Email Address

**SUBSCRIBE**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Biting the hand that feeds IT © 1998–2021

Do not sell my personal information   Cookies   Privacy   Ts&Cs