# EXHIBIT 2


LesEchos.fr

URL : http://www.LesEchos.fr/
COUNTRY: France
TYPE: General Public Web

► August 26, 2021 - 4:07 p.m.

> Online version

## The thwarted American dream of the Lille start-up Vade Secure



Vade Secure is the leader in email security in Europe and number two worldwide in number of secure mailboxes (more than 1 billion). (Rawpixel. com/Shutterstock)

This is a big blow for Vade Secure. Leader in e-mail security in Europe and number two worldwide in number of secure mailboxes (over 1 billion), the Lille-based start-up has just been found guilty of "having deliberately and maliciously misappropriated more than a dozen trade secrets and infringed copyrights belonging to **Proofpoint** and its subsidiary Cloudmark" by an American federal jury. The jury ordered Vade Secure to pay the American company, which is its direct competitor and number one worldwide, $ 13.5 million in compensatory damages.

The court must also decide at the end of October on the amount of the "punitive damages for the deliberate misappropriation of trade secrets." Vade Secure has been sued by the California-based company since hiring Olivier Lemarié, a former employee of Cloudmark, to be CTO in 2017.

"Although we had hoped to prevail in all the opposing claims, we are pleased to note from the jury's decision on damages, that the jurors considered **Proofpoint's** and Cloudmark's claims to be excessive," Vade Secure said in a brief statement. "We have strong arguments and consider that **Proofpoint** /Cloudmark has not sufficiently demonstrated the validity of its claims. […]We will therefore assess the remedies available to us regarding this verdict in the coming days."
No risk for Vade Secure

The young French start-up has assured that the large sum to be paid does not call into question its survival. "The 13.5 million is much less than the annual value of our recurring contracts," Georges Lotigier, CEO and majority shareholder of Vade Secure, told "Les Echos." This annual value was nearly € 20 million in revenue in 2019, compared to 14 in 2018, an increase of nearly 40%. Although it has not disclosed its 2020 revenue or its forecasts for 2021, the company states that its annual growth rate is still 30 to 40%, self-financed and "with an EBITDA that is becoming significantly positive," Georges Lotigier said.

All reproduction rights reserved

LesEchos.fr

**URL :** http://www.LesEchos.fr/
**COUNTRY:** France
**TYPE:** General Public Web

Case 3:19-cv-04238-MMC   Document 810-3   Filed 09/10/21   Page 3 of 5

► **August 26,2021 - 4:07 p.m.**

**> Online version**

Regarding the additional fine, although **Proofpoint** is considering an amount equal to the first, Vade Secure thinks that "this is not certain" in light of the first judgment.
Legal harassment

The start-up arrived in the United States in 2014. Based in Boston, it has since expanded to San Francisco, Dallas, Denver and Vancouver in Canada. Since the beginning of this case, Vade Secure has been struck by the "extremely litigious nature" of the American culture, as Georges Lotigier stated a year ago, when tried to raise funds from the American fund General Catalyst. It was ultimately the health crisis that halted the transaction.

Corporate life in the United States is often affected by legal battles. More than once American players have used this weapon to discourage competitors, even American ones. And this has sometimes made it possible to purchase at a lower cost companies that were the subject of lawsuits and whose value depreciated.

All reproduction rightsreserved

URL :http://www.LesEchos.fr/
PAYS :France
TYPE :Web Grand Public



► 26 août 2021 - 16:07

> Version en ligne

# Le rêve américain contrarié de la jeune pousse lilloise Vade Secure



Vade Secure est leader de la sécurité de l'e-mail en Europe et numéro deux mondial en nombre de boîtes aux lettres sécurisées (plus de 1 milliard). (Rawpixel.com/Shutterstock)

C'est un coup dur pour Vade Secure. Leader de la sécurité de l'e-mail en Europe et numéro deux mondial en nombre de boîtes aux lettres sécurisées (plus de 1 milliard), la jeune société lilloise vient d'être reconnue coupable d'avoir détourné « de manière délibérée et malveillante plus d'une douzaine de secrets des affaires et contrefait des droits d'auteur appartenant à Proofpoint et à sa filiale Cloudmark » par un jury fédéral américain. Celui-ci a condamné Vade Secure à verser à la société américaine, qui est son concurrent direct et numéro un mondial, 13,5 millions de dollars au titre de dommages et intérêts compensatoires.

Le tribunal doit en outre décider fin octobre du montant du montant des « dommages-intérêts punitifs pour le détournement délibéré des secrets des affaires ». Vade Secure était poursuivi par la société californienne depuis l'embauche en 2017 en tant que CTO d'Olivier Lemarié, ancien employé de Cloudmark.

« Bien que nous espérions obtenir gain de cause sur l'ensemble des revendications adverses, nous sommes satisfaits de constater, au travers de la décision du jury sur les dommages, que les jurés ont considéré les réclamations de Proofpoint et de Cloudmark comme étant excessives », a déclaré Vade Secure dans un bref communiqué. « Nous avons de solides arguments et considérons que Proofpoint /Cloudmark n'a pas suffisamment démontré le bien-fondé de ses affirmations. […] Nous allons donc évaluer les recours qui s'offrent à nous concernant ce verdict dans les prochains jours. »
Pas de risque pour Vade Secure

La somme importante à verser ne remet pas en cause la survie de la jeune pousse française, assure-t-elle. « Les 13,5 millions sont très inférieurs à la valeur annuelle de nos contrats récurrents », a indiqué aux « Echos » Georges Lotigier, PDG et actionnaire majoritaire de Vade Secure. Celle-ci approchait les 20 millions d'euros de chiffres d'affaires en 2019, contre 14 en 2018, soit une progression de près de 40 %. Si elle ne communique pas celui de 2020 ni ses prévisions pour 2021, la société précise que sa croissance annuelle est toujours de 30 à 40 %, autofinancée et « avec un Ebida qui

Tous droits de reproduction réservés

LesEchos.fr

URL :http://www.LesEchos.fr/
PAYS :France
TYPE :Web Grand Public

► 26 août 2021 - 16:07

> Version en ligne

devient significativement positif », a juste précisé Georges Lotigier.

Concernant l'amende complémentaire, si du côté de **Proofpoint** l'on table sur un montant équivalent à la première, Vade Secure pense qu'« elle n'est pas certaine » au vu du premier jugement.
Harcèlement juridique

La start-up est arrivée aux Etats-Unis en 2014. Basée à Boston, elle est, depuis, aussi présente à San Francisco, Dallas, Denver et Vancouver au Canada. Vade Secure est, depuis le début de cette affaire, marqué par la « grande violence juridique » inhérente à la culture américaine, expliquait déjà Georges Lotigier il y a un an, quand il a tenté de lever des fonds auprès du fonds américain General Catalyst. C'est finalement la crise sanitaire qui a stoppé l'opération .

La vie des affaires aux Etats-Unis est souvent affectée par des batailles juridiques. Plus d'une fois des acteurs américains ont usé de cette arme pour décourager les concurrents, même américains. Et cela a parfois permis ensuite de racheter à moindre coût des sociétés poursuivies et qui se trouvaient alors dépréciées.

Tous droits de reproduction réservés