# EXHIBIT 3

**PAYS :**France
**PAGE(S) :**20
**SURFACE :**15 %
**PERIODICITE :**Quotidien

**RUBRIQUE :**High-tech et medias
**DIFFUSION :**129052
**JOURNALISTE :**Nicole Buyse

27 août 2021 - N°23525




## HIGH-TECH & MEDIAS

# Le rêve américain contrarié de la start-up lilloise Vade Secure

### JURIDIQUE

La jeune pousse est poursuivie par son principal concurrent américain pour vol et utilisation d'informations.

Le spécialiste français de sécurisation de boîtes d'e-mails a été condamné à payer une lourde amende.

**Nicole Buyse**
— Correspondante à Lille

C'est un coup dur pour Vade Secure. Leader de la sécurité de l'e-mail en Europe et numéro deux mondial en nombre de boîtes aux lettres sécurisées (plus de 1 milliard), la société lilloise vient d'être reconnue coupable d'avoir détourné « *de manière délibérée et malveillante plus d'une douzaine de secrets des affaires et contrefait des droits d'auteur appartenant à* Proofpoint *et à sa filiale Cloudmark* » par un jury fédéral américain. Celui-ci a condamné Vade Secure à verser à la société américaine, son concurrent direct et numéro un mondial, 13,5 millions de dollars au titre de dommages et intérêts compensatoires.

Le tribunal doit en outre décider fin octobre du montant du montant des « *dommages-intérêts punitifs pour le détournement délibéré des secrets des affaires* ». Vade Secure était poursuivi par la société californienne depuis l'embauche en 2017 en tant que CTO d'Olivier Lemarié, ancien employé de Cloudmark.

### Pas de risque pour la survie de Vade Secure

« *Bien que nous espérions obtenir gain de cause sur l'ensemble des revendications adverses, nous sommes satisfaits de constater, au travers de la décision du jury sur les dommages, que les jurés ont considéré les réclamations de* Proofpoint *et de Cloudmark comme étant excessives* », a déclaré Vade Secure dans un bref communiqué. « *Nous avons de solides arguments et considérons que* Proofpoint/Cloudmark *n'a pas suffisamment démontré le bien-fondé de ses affirmations. […] Nous allons donc évaluer les recours qui s'offrent à nous concernant ce verdict dans les prochains jours.* »

La somme importante à verser ne remet pas en cause la survie de la jeune pousse française, assure-t-elle. « *Les 13,5 millions sont très inférieurs à la valeur annuelle de nos contrats récurrents* », a indiqué aux « Echos » Georges Lotigier, PDG et actionnaire majoritaire de Vade Secure. Celle-ci approchait les 20 millions d'euros de chiffres d'affaires en 2019, contre 14 en 2018, soit une progression de près de 40 %. Si elle ne communique pas celui de 2020 ni ses prévisions pour 2021, la société précise que sa croissance annuelle est toujours de 30 à 40 %, autofinancée et « *avec un Ebida qui devient significativement positif* », a juste précisé Georges Lotigier.

Concernant l'amende complémentaire, si du côté de Proofpoint l'on table sur un montant équivalent à la première, Vade Secure pense qu'« *elle n'est pas certaine* » au vu du premier jugement.

La start-up est arrivée aux Etats-Unis en 2014. Basée à Boston, elle est, depuis, aussi présente à San Francisco, Dallas, Denver et Vancouver au Canada. Vade Secure est, depuis le début de cette affaire, marqué par la « *grande violence juridique* » inhérente à la culture américaine, expliquait déjà Georges Lotigier il y a un an, quand il a tenté de lever des fonds auprès du fonds américain General Catalyst. La crise sanitaire a stoppé l'opération.

La vie des affaires aux Etats-Unis est souvent affectée par des batailles juridiques. Plus d'une fois des acteurs américains ont usé de cette arme pour décourager les concurrents, même américains. Et cela a parfois permis de racheter à moindre coût des sociétés poursuivies et qui se trouvaient alors dépréciées. ■

**La vie des affaires aux Etats-Unis est souvent marquée par des batailles juridiques.**

Tous droits de reproduction réservés


Case 3:19-cv-04238-MMC   Document 810-4   Filed 09/10/21   Page 3 of 3

**COUNTRY:** France  **SECTION:** High-tech and media
**PAGE(S):** 20  **DISTRIBUTION:** 129052
**AREA:** 15%  **JOURNALIST:** Nicole Buyse
**PERIODICITY:** Daily




► August 27, 2021 – No. 23525

## HIGH-TECH & MEDIA

# The thwarted American dream of the Lille start-up Vade Secure

**LEGAL**

**The start-up is being sued by its main American competitor for theft and use of information.**

**The French email security specialist has been ordered to pay a heavy fine.**

*Nicole Buyse*
— *Correspondent in Lille*

This is a big blow for Vade Secure. Leader in Europe in email security and number two worldwide in number of secure mailboxes (more than 1 billion), the Lille-based company has just been found guilty of having "*deliberately and maliciously misappropriated more than a dozen trade secrets and infringed copyrights belonging to Proofpoint and its subsidiary Cloudmark*" by an American federal jury. The jury ordered Vade Secure to pay the American company, its direct competitor and number one worldwide, $ 13.5 million in compensatory damages.

The court must also decide at the end of October on the amount of the "*punitive damages for the deliberate misappropriation of trade secrets.*" Vade Secure has been sued by the California-based company since hiring Olivier Lemarié, a former employee of Cloudmark, to be CTO in 2017.

### No risk for the survival of Vade Secure

"*Although we had hoped to prevail in all the opposing claims, we are pleased to note from the jury's decision on damages, that the jurors considered Proofpoint's and Cloudmark's claims to be excessive,*" Vade Secure said in a brief statement. "*We have strong arguments and consider that Proofpoint/Cloudmark has not sufficiently demonstrated the validity of its claims. […] We will therefore assess the remedies available to us regarding this verdict in the coming days.*"

The young French start-up has assured that the large sum to be paid does not call into question its survival. "*The 13.5 million is much less than the annual value of our recurring contracts*" Georges Lotigier, CEO and majority shareholder of Vade Secure, told "Les Echos." This annual value was nearly € 20 million in revenue in 2019, compared to 14 in 2018, an increase of nearly 40%. Although it has not disclosed its 2020 revenue or its forecasts for 2021, the company states that its annual growth rate is still 30 to 40%, self-financed and *"with an EBITDA that is becoming significantly positive,"* Georges Lotigier said.

Regarding the additional fine, although Proofpoint is considering an amount equal to the first, Vade Secure thinks that *"this is not certain"* in light of the first judgment.

The start-up arrived in the United States in 2014. Based in Boston, it has since expanded to San Francisco, Dallas, Denver and Vancouver in Canada. Since the beginning of this case, Vade Secure has been struck by the *"extremely litigious nature"* of the American culture, as Georges Lotigier stated a year ago, when he tried to raise funds from the American fund General Catalyst. The health crisis halted the transaction.

Corporate life in the United States is often affected by legal battles. More than once American players have used this weapon to discourage competitors, even American ones. And this has sometimes made it possible to purchase at a lower cost companies that were the subject of lawsuits and whose value depreciated. ∎

**Corporate life in the United States is often affected by legal battles.**



All reproduction rights reserved