# EXHIBIT 4

| | |
|---|---|
| **DATE OF TRANSLATION:** | 10-Sep-21 |
| **ELECTRONIC FILE NAME:** | 27.08.2021_Les_Echos_20210826100000 |
| | 27.08.2021_LesEchos.fr_20210826020700 |
| **SOURCE LANGUAGE:** | French |
| **TARGET LANGUAGE:** | English |
| **TRANSPERFECT JOB ID:** | US109190 |

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TCert v. 2.0