# EXHIBIT 5

quinn emanuel trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**415-875-6320**

WRITER'S EMAIL ADDRESS
**seanpak@quinnemanuel.com**

August 27, 2019

<u>VIA E-MAIL</u>

Mackenzie Martin
Baker & McKenzie LLP
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
T + 1 214 978 3048
mackenzie.martin@backermckenzie.com

Re:     ***Proofpoint, Inc., et al. v. Vade Secure, Inc., et al.*, Case No. 3:19-cv-04238-MMC (N.D. Cal.)**

Counsel:

We write regarding the above-captioned matter and, in particular, our desire to work with you to resolve expeditiously our concerns regarding Proofpoint, Inc. and Cloudmark LLC's (collectively, "Proofpoint") trade secrets and confidential information. In particular, we intend to seek a motion for preliminary injunctive relief to enjoin any further use of our client's trade secret information, including enjoining:

- Mario Lemarié, Alexandre Boussinet, Xavier Delannoy, and Guillaume Séjourné from any further work on, or involvement with, the development of Vade Secure, Inc. and/or Vade Secure SASU's (collectively, "Vade") Office 365, MTA, and gateway products; and
- Vade from releasing the Office 365 product in collaboration with Datto, and Vade's MTA and gateway products.

However, to the extent that Vade and Mr. Lemarié deny trade secret misappropriation, we would like to provide them with an opportunity to provide expedited discovery to prove their claims.

In particular, as explained in our complaint, we believe that Proofpoint's trade secrets have been incorporated into the Vade Office 365 and Vade Cloud products, as well as Vade's forthcoming MTA. Accordingly, to assess the extent of any such misappropriation, we request that, under the terms of the Northern District of California Model Protective Order for Litigation Involving

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

Patents, Highly Sensitive Confidential Information and/or Trade Secrets ("model PO," available at https://www.cand.uscourts.gov/model-protective-orders), Vade:

1. make the source code and changelogs for source code repositories, such as Git repositories, for the Vade Office 365 and Cloud products available for inspection to outside counsel and approved expert consultants pursuant to the terms of the model PO;

2. make the source code and changelogs for source code repositories, such as Git repositories, for the MTA product available for inspection to outside counsel and approved expert consultants pursuant to the terms of the model PO;

3. produce all non-privileged materials collected as part of the Article 145 discovery procedure in France, and provide a privilege log for any items withheld as privileged; and

4. produce and return all Proofpoint and Cloudmark confidential materials in the possession, custody or control of Vade, or any one of Messrs. Lemarié, Boussinet, Delannoy, and Séjourné, including without limitation any communications that reference or describe Proofpoint and Cloudmark confidential information.

We also request that Vade agree it will not release its forthcoming MTA product or Vade Secure Office 365 integration with Datto until the parties' dispute has been resolved.

Please acknowledge receipt and let us know by September 11, 2019 whether Vade will agree to provide the requested discovery and/or suspend the release of its MTA product and Vade Secure Office 365 integration with Datto.

Thank you.

Very truly yours,

Sean Pak

Sean Pak
05829-00002E/11042028.1