# EXHIBIT 6



Baker & McKenzie LLP

1900 North Pearl Street
Suite 1500
Dallas, TX 75201
United States

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

September 11, 2019

Sean Pak
Quinn Emanuel
50 California Street, 22nd Floor
San Francisco, CA 94111

**By email**
seanpak@quinnemanuel.com

Dear Mr. Pak,

Thank you for your correspondence dated August 27, 2019. In light of the parties' agreed extension of time in which to answer or otherwise respond to the Complaint (ECF No. 1) filed by Proofpoint, Inc. and Cloudmark LLC (collectively, "Proofpoint"), Vade Secure, Inc., Vade Secure SASU (together, "Vade"), and Olivier Lemarié (collectively, "Defendants") will not provide their responses to the allegations contained therein at this time.

Out of an abundance of caution and notwithstanding Defendants' vigorous denial of possession or use of any Proofpoint trade secret, Defendants on their own initiative voluntarily suspended Mr. Lemarié's work on and involvement with the development of the aspects of Vade's Office 365 product and forthcoming MTA gateway product referenced in the Complaint. Defendants communicated the same to relevant personnel and instructed them to cease any related communications with Mr. Lemarié.

As to Vade's actual product releases, Proofpoint should be well aware that Vade's Office 365 product has already been released and is in use by hundreds of its customers. As for Vade's MTA gateway product, no release date has yet been determined or announced.

With respect to discovery and the particular information referenced in your correspondence, Defendants are unaware of any need for discovery outside the normal course of discovery proceedings in this matter. Subject to any appropriate objections Defendants may have, they intend to provide responsive, non-privileged documents and information upon receipt of appropriate requests during the discovery phase of this litigation. Please note in particular that Defendants have not identified any Proofpoint confidential materials or information in their possession, custody, or control.

We hope the foregoing information resolves your stated concerns.

Sincerely,

Jay F. Utley
Partner

(214) 978-3036
jay.utley@bakermckenzie.com