UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC-RMI<br><br>**[[PROPOSED]] ORDER GRANTING PLAINTIFFS' MOTION FOR EXEMPLARY DAMAGES** |

1  Having considered Plaintiffs Proofpoint, Inc. and Cloudmark LLC's (collectively,
2  "Plaintiffs") Motion For Exemplary Damages in re Vade's Willful & Malicious Trade Secret
3  Misappropriation (the "Motion"), and all briefing, evidence, and argument submitted in support
4  and opposition thereof, the Court **GRANTS** Plaintiffs' Motion.

In light of the jury's finding that Vade willfully and maliciously misappropriated Plaintiffs' trade secrets, as well as the evidence and Vade's conduct, the Court finds that exemplary damages in the amount of $26,991,318 is warranted, well supported, and necessary to deter similar wrongdoing.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Maxine M. Chesney
United States District Judge