QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
Jodie W. Cheng (SBN 292330)
jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER MARIO LEMARIÉ<br><br>　　　　　Defendants. | CASE NO. 3:19-cv-04238-MMC-RMI<br><br>**DECLARATION OF JODIE W. CHENG IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR EXEMPLARY DAMAGES** |

I, Jodie W. Cheng, declare as follows:

1. I am a member of the bar of the State of California and Of Counsel at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Plaintiffs Proofpoint, Inc. and Cloudmark LLC (collectively, "Plaintiffs") in above-captioned case.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

3. I submit this declaration in support of Plaintiffs' Reply In Support Of Motion For Exemplary Damages in re Vade's Willful & Malicious Trade Secret Misappropriation.

4. Attached hereto as **Exhibit A** is a table listing cases/opinions cited in Vade Secure, Inc. and Vade Secure SASU's Opposition to Plaintiffs' Motion For Exemplary Damages in re Vade's Willful & Malicious Trade Secret Misappropriation (Dkt. 811).

5. Attached hereto as **Exhibit B** is a true and correct copy of the article, "Vade Secure in Hem: The Cybersecurity SME Identified as a 'Promising company,' by Emmanuel Macron," published by LA GAZETTE, dated February 19, 2021, and its certified translation from French to English.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed this day of October 13, 2021, in San Francisco, California.

>                                      */s/ Jodie W. Cheng*
>                                      Jodie W. Cheng

05829-00002E/13007251.1