# EXHIBIT A

| Opinion Cited in Vade Opposition | Description |
|---|---|
| *Alla v. Verkay*, 979 F.Supp.2d 349 (E.D.N.Y. 2013) | Not a trade secret or intellectual property case |
| *Am. Sales Corp. v. Adventure Travel, Inc.*, 862 F. Supp. 1476 (E.D. Va. 1994), *on reconsideration in part*, 867 F. Supp. 378 (E.D. Va. 1994) | Applying Virginia state law |
| *Beard Research, Inc. v. Kates*, 8 A.3d 573 (Del. Ch. 2010), *judgment aff'd*, 2010 WL 4751770 (Del. 2010) | Applying Delaware state law |
| *Becker Equip., Inc. v. Flynn*, 2004-Ohio-1190 (Ohio Ct. App. 2004). | Applying Ohio state law |
| *BladeRoom Grp. Ltd. v. Emerson Elec. Co.*, 2021 WL 3852630 (9th Cir. Aug. 30, 2021) | Applying California state law |
| *Bladeroom Grp. v. Emerson Elec.*, 2019 WL 1117538 (N.D. Cal. Mar. 11, 2019), *vacated and remanded*, 11 F.4th 1010 (9th Cir. 2021) | Applying California state law |
| *BMW of N. Am., Inc. v. Gore*, 517 U.S. 559 (1996) | Not a trade secret or intellectual property case |
| *Bombardier Inc. v. Mitsubishi Aircraft Corp.*, 383 F. Supp. 3d 1169 (W.D. Wash. 2019) | Not addressing exemplary damages |
| *Burke v. Regalado* (10th Cir. 2019) 935 F3d 960 | Not a trade secret or intellectual property case |
| *Duarte v. St. Barnabas Hosp.*, 341 F. Supp. 3d 306 (S.D.N.Y. 2018 | Not a trade secret or intellectual property case |
| *Eagle Oil & Gas Co. v. Shale Expl., LLC*, 549 S.W.3d 256 (Tex. App. 2018) | Applying Texas state law |
| *Hammonds v. Yeager*, 2017 WL 10560471 (C.D. Cal. Aug. 9, 2017) | Not a trade secret or intellectual property case |
| *Luken v. Edwards*, 2012 WL 5332193 (N.D. Iowa Oct. 26, 2012) | Not a trade secret case |
| *Mattel, Inc. v. MGA Ent., Inc.*, 801 F. Supp. 2d 950 (C.D. Cal. 2011) | Applying California state law |
| *NCMIC Fin. Corp. v. Artino*, 638 F. Supp. 2d 1042 (S.D. Iowa 2009) | Applying Iowa state law |
| *Reinicke v. Creative Empire, LLC*, 2013 WL 275900 (S.D. Cal. Jan. 24, 2013) | Not a trade secret case |
| *Roton Barrier, Inc. v. Stanley Works*, 79 F.3d 1112 (Fed. Cir. 1996 | Applying Illinois state law |
| *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408 (2003) | Not a trade secret or intellectual property case; applying Utah state law |