# EXHIBIT B

LA GAZETTE
*Nord – Pas de Calais*
Your regional economic journal

Home > News > Vade Secure in Hem: the cybersecurity SME identified as a "promising company" by Emmanuel Macron

## Vade Secure in Hem: the cybersecurity SME identified as a "promising company" by Emmanuel Macron

While 2020 was a year of crisis, it also saw a resurgence in cyberattacks against organizations, which was four times higher than in 2019 (last year, 200 operations were conducted by the Anssi, the French National Information Systems Security Agency, compared to 50 operations in 2019). With Emmanuel Macron's recent announcement of a cyber strategy to boost the industry with one billion euros in new financing (of which 720 million euros is publicly funded), Georges Lotigier, CEO of Vade Secure in Hem, had an exceptional year.

BY AMANDINE PINOT – FEBRUARY 19, 2021



*Georges Lotigier created Vade Secure in 2009.*

[facebook] [twitter] [Instagram] [LinkedIn]

Vade Secure, an SME at the 4 Vents business park in Hem, is has been riding a wave of growth for a few years already and on February 18 at a presentation on the French cybersecurity strategy was named by the French President as a "*promising company*". This **global leader in predictive email defense** has crossed the bar of 1 billion inboxes in nearly 76 countries. This is an essential safety barrier against increasingly sophisticated threats. Designed to

"*detect the undetectable*", the security solutions of this SME (with nearly 165 employees), are based on AI to protect individuals via Internet Service Providers (ISPs) or companies through their information service providers.

## 33% growth in 2020



With 33% they came in slightly below the expected growth of 40% for 2020, but Georges Lotigier has no reason not to be satisfied. "*We thought it would be hard but nothing could stop us*." And while the company usually attends hundreds of professional events every year, in 2020 it only participated in…two! "*We have had to focus more on e-marketing*" he explains. And above all, **meet the growing demands of companies** who, with the development of remote work and video-conferences, have been more harshly exposed.

"*Remote work has increased everyone's level of vulnerability: individuals, companies, telecoms operators, etc. Governmental and intergovernmental attacks have increased 7 fold, phishing has doubled and very organized mafia-related attacks have increased up to three times*."

Vade Secure thus work twice as hard to improve its filters. "*Our security office center was inundated with requests*" reveals the CEO, who recorded an increase in activity from medium-sized businesses (up to 5,000 employees, Ed).

### New business activity: user coach

While it is admittedly a flaw in the system, it is above all a **human flaw**: "*The core of our business is AI security to help people combat attacks. The best combination is still to join AI and human intelligence. It should be noted that 92% of attacks take place through email because it is the weakest link in the chain. The biggest safety companies have surprisingly always neglected this component because we often think about securing technology*" says Georges Lotigier. Fortunately, the Government has become aware of the need to acquire skills and independence, thus encouraging European digital companies.

Vade Secure had nearly 160 employees, half of which are at the Hem campus. Recently there were about 50 new recruits. While he prefers to keep quiet about the company's turnover (of which nearly two-thirds was achieved in exportation), Georges Lotigier confirms that growth will continue by about 35% in the coming years. In these times of crisis, this is a great feat for the company which has the capacity to self-fund its growth. With the knowledge that the market of securitization and combatting attacks via email is worth 3 billion euros, Vade Secure is keeping up its momentum. "*We are on track, with a long road ahead of us, nothing can stop us!*"

**LABELS:**   HEM        FRENCH TECH        CYBERSECURITY        VADE SECURE        GEORGES LOTIGIER        CYBER CRIME

**CATEGORIES:** NEWS

Search

# SAVE TIME!
## PUBLISH your Legal Notices in a few CLICKS

PUBLISH anywhere in FRANCE

FREE proofreading service

INSTANT quote

IMMEDIATE certificate

Click here

THE PAPER JOURNAL



| | |
|---|---|
| **DATE OF TRANSLATION:** | 12-Oct-21 |
| **ELECTRONIC FILE NAME:** | "Vade Secure in Hem: the cybersecurity SME identified as a "promising company" by Emmanuel Macron" by Amandine Pinot - La Gazette |
| **SOURCE LANGUAGE:** | French |
| **TARGET LANGUAGE:** | English |
| **TRANSPERFECT JOB ID:** | US1120991 |

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TCert v. 2.0



Home  >  Actualités  >  Vade Secure à Hem : la PME de cybersécurité identifiée comme une "entreprise prometteuse" par Emmanuel Macron

# Vade Secure à Hem : la PME de cybersécurité identifiée comme une "entreprise prometteuse" par Emmanuel Macron

Si l'année 2020 a été celle de la crise, elle a aussi vu la recrudescence des cyberattaques contre les organisations : quatre fois plus qu'en 2019 (200 opérations menées par l'Anssi l'an dernier, l'Agence Nationale de la Sécurité des Systèmes d'Information, contre 50 en 2019). Alors qu'[Emmanuel Macron](#) vient d'annoncer une stratégie cyber dotée de nouveaux financements à hauteur d'un milliard d'euros (dont 720 millions d'euros de fonds publics) pour renforcer la filière, Georges Lotigier, CEO de Vade Secure à Hem, revient sur une année particulière.

PAR **AMANDINE PINOT**   -   19 FÉVRIER 2021



*Georges Lotigier a créé Vade Secure en 2009.*



[Vade Secure](#), PME de la zone d'activité des 4 Vents à Hem surfe sur une belle croissance depuis quelques années déjà et vient d'être citée par le Président de la République en tant que «*société prometteuse*» lors de la présentation de la stratégie française en matière de cybersécurité, le 18 février dernier. Le **leader mondial de la défense prédictive de la messagerie** a passé la barre du milliard de boîtes aux lettres protégées dans près de 76 pays. Une barrière de protection indispensable contre des menaces de plus en plus sophistiquées. Conçues pour

«*détecter l'indétectable*», les solutions de sécurité de la PME de près de 165 salariés, misent sur l'IA pour assurer la protection des particuliers via les fournisseurs d'accès à Internet (FAI) ou les entreprises par le biais de leurs prestataires de services informatiques.

## Une croissance de 33% en 2020



La croissance de 40% prévue en 2020 a été légèrement en-dessous des espérances mais avec 33%, Georges Lotigier ne peut être que satisfait : «*On a cru que ce serait difficile mais rien ne nous arrête.*» Et alors que l'entreprise avait l'habitude de participer à une centaine d'événements professionnels chaque année, en 2020, elle n'en a réalisé que… deux ! «*Nous avons dû nous tourner davantage vers du e-marketing*» explique-t-il. Et surtout, **répondre aux demandes croissantes des entreprises**, qui, avec le développement du télé-travail et des visio-conférences, ont été plus durement exposées.

«*Le télétravail a augmenté la surface de vulnérabilité de tout le monde : particuliers, entreprises, opérateurs de télécoms… Les attaques de type gouvernemental et intergouvernemental ont été multipliées par 7, le fishing par deux et les attaques très organisées d'origine mafieuses, jusqu'à trois fois plus importantes.*»

Vade Secure a donc redoublé d'effort pour améliorer ses filtres : «*Notre security office center croulait sous les demandes*» confie le CEO, qui constate une augmentation d'activité sur les entreprises de taille moyenne (jusqu'à 5 000 salariés, ndlr).

## Activité nouvelle : le coach des utilisateurs

Faille du système certes mais avant tout, **faille humaine** : «*Le cœur de notre activité, c'est la sécurité par l'IA pour aider l'humain à combattre les attaques. La meilleure combinaison reste de coupler* [IA](#) *et intelligence humaine. Il faut savoir que 92% des attaques passent par l'email car c'est le maillon de la chaîne le plus faillible. Les grandes entreprises de sécurité ont toujours négligé cette partie là, étonnamment, on raisonne souvent à sécuriser la technologie*» constate Georges Lotigier. Heureusement, le Gouvernement a pris conscience de la nécessité d'acquérir les compétences et une indépendance, favorisant ainsi les entreprises européennes du numérique.

Vade Secure compte près de 160 collaborateurs, dont la moitié sur le campus d'Hem. Une cinquantaine de nouveaux profils ont été récemment recrutés. S'il tient à rester discret sur le chiffre d'affaires de l'entreprise (dont près des deux tiers sont réalisés à l'export), Georges Lotigier confirme un maintien de la croissance de l'ordre de 35% pour les années à venir. Une belle prouesse en temps de crise pour l'entreprise qui a la capacité d'autofinancer sa croissance. Sachant que le marché de la sécurisation et de la lutte contre les attaques via l'email s'affiche à 3 milliards d'euros, Vade Secure poursuit sur sa belle lancée : «*Nous sommes sur des rails, devant un boulevard, et rien ne peut nous arrêter !*»

**ÉTIQUETTES :**   HEM   FRENCH TECH   CYBERSÉCURITÉ   VADE SECURE   GEORGES LOTIGIER   CYBER-CRIMINALITÉ

CATEGORIES: ACTUALITÉS

Recherche






**LE JOURNAL PAPIER**



Parution 9028 du 26/02/2021 - Ed. Nord



Parution 9835 du 23/02/2021 - Ed. Pas-de-Calais

**ARCHIVE**

**S'ABONNER**



## NEWSLETTER

✉ S'inscrire à la newsletter

| Adresse email | S'INSCRIRE |

## NOUS SUIVRE

FACEBOOK   LINKEDIN

TWITTER   INSTAGRAM

### SITES DU GROUPE

Picardie la Gazette
Les Tablettes Lorraines
La Gazette Normandie
La Gazette Oise
La Gazette Moselle
La Gazette Bourgogne
La Gazette Solutions
Annonces légales PRO

© 2021 La Gazette Nord-Pas de Calais

### RUBRIQUES

Actualités
Entreprises
Territoires
En bref
Economie
Droit
Culture
Ventes aux enchères

### SERVICES

Marchés publics
Abonnements

### JOURNAL

Lire le journal en ligne
Abonnements
Mentions légales

### ANNONCES LÉGALES

Annonces légales en ligne
Publier une annonce légale
Règlements en ligne