# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 29, 2021   **Time:** 10:01- 11:02   **Judge:** MAXINE M. CHESNEY
1 hour 1 minute

**Case No.:** 19-cv-04238-MMC   **Case Name:** Proofpoint, Inc. v. Vade Secure, Incorporated

**Attorney(s) for Plaintiff:** Sean Pak, Iman Lordgooei, Jodie Cheng
**Attorney(s) for Defendant (Vade):** Douglas Lumish, Jeffrey Homrig

**Deputy Clerk:** Tracy Geiger              **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

Plaintiffs' Motion for Exemplary Damages in re: Vade's Willful & Malicious Trade Secret Misappropriation – hearing held by Zoom webinar.

**Order to be prepared by:**
( )   Plaintiff              ( )   Defendant              (X)   Court