Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Jeffrey G. Homrig (SBN 215890)
  jeff.homrig@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Ryan T. Banks (SBN 318171)
  ryan.banks@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463 2600
*Attorneys for Defendants*
VADE SECURE, INC. and VADE SECURE SASU

SINGER CASHMAN LLP
   Adam S. Cashman (Bar No. 255063)
   acashman@singercashman.com
   Evan Budaj (Bar No. 271213)
   ebudaj@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, CA  94111
Telephone: (415) 500-6080
Facsimile: (415) 500-6080
*Attorneys for Defendant OLIVIER LEMARIÉ*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>                    Plaintiffs,<br>     v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br>                    Defendants. | CASE NO. 3:19-CV-04238-MMC<br><br>**DEFENDANTS' NOTICE RE: ENTRY OF JUDGMENT** |

Defendants Vade Secure, Incorporated, Vade Secure SASU, and Olivier Lemarié jointly submit this notice that the case is ripe for entry of judgment and request, without waiving any objections or motions, that the Court enter judgment in light of the jury verdict (Dkt. 795) and the Court's ruling on exemplary damages (Dkt. 820) so that they can proceed with their Rule 50(b) motions.[1]

DATED:  January 24, 2022

By */s/  Jeffrey G. Homrig*  _____

Douglas E. Lumish (SBN 183863)
 doug.lumish@lw.com
Jeffrey G. Homrig (SBN 215890)
 jeff.homrig@lw.com
Arman Zahoory (SBN 306421)
 arman.zahoory@lw.com
Ryan T. Banks (SBN 318171)
 ryan.banks@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463 2600

Margaret A. Tough (SBN 218056)
margaret.tough @lw.com
Sadik Huseny (SBN 224659)
sadik.huseny@lw.com
Joseph R. Wetzel (SBN 238008)
joseph.wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
San Francisco, California 91444
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendants
Vade Secure, Inc. and Vade Secure SASU

Respectfully Submitted,

By */s/  Adam S. Cashman*  _____

Adam S. Cashman (Bar No. 255063)
Evan Budaj (Bar No. 271213)
Benjamin L. Singer (Bar No. 264295)
Neil Cave (admitted *pro hac vice*)
SINGER CASHMAN LLP
505 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 500-6080
Facsimile: (415) 500-6080
acashman@singercashman.com
ebudaj@singercashman.com
bsinger@singercashman.com
ncave@singercashman.com

Attorneys for Defendant
Olivier Lemarié

---

[1] Defendants approached Plaintiffs' counsel in early January about making this submission jointly from all parties and sent a draft of this Notice on January 6, 2022.  Plaintiffs acknowledged that judgment has not been entered but have not signed on as of the time of this filing.

## ATTESTATION OF CONCURRENCE

I, Jeffrey Homrig, am the ECF user whose ID and password are being used to file this **DEFENDANTS' NOTICE RE: ENTRY OF JUDGMENT**. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: January 24, 2022                          */s/ Jeffrey G. Homrig*_____
                                                 Jeffrey G. Homrig