QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
Jodie W. Cheng (SBN 292330)
jodiecheng@quinnemauel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC<br><br>Plaintiffs,<br><br>v.<br><br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER MARIO LEMARIÉ<br><br>Defendants. | CASE NO. 3:19-cv-04238-MMC-RMI<br><br>**NOTICE OF WITHDRAWAL** |

1  TO THE CLERK OF THE COURT:

2  PLEASE TAKE NOTICE that Catherine R. Lacey, formerly of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 50 California Street, 22nd Floor, San Francisco, CA 94111, hereby withdraws her appearance of record for Plaintiff in the above-captioned action.  Plaintiff will continue to be represented by counsel of record from Quinn Emanuel Urquhart & Sullivan, LLP.

DATED: January 25, 2022

            */s/ Catherine R. Lacey*
Catherine R. Lacey
*Formerly at:*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

# CERTIFICATE OF SERVICE
# &
# ATTESTATION IN CONCURRENCE OF FILING

I hereby certify that, on January 25, 2022, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing tocounsel of record.

In accordance with the Northern District of California's General Order No. 45, Section X.(B), I, Jodie Cheng, attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: January 25, 2022

*/s/ Jodie W. Cheng*
Jodie W. Cheng SBN 292330