United States District Court
Northern District of California

1

2

3

4                IN THE UNITED STATES DISTRICT COURT

5              FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7  PROOFPOINT, INC., et al.,                    Case No.  19-cv-04238-MMC

8            Plaintiffs,
                                               **ORDER DENYING PLAINTIFFS'**
9       v.                                     **MOTION TO REOPEN DISCOVERY;**
                                               **VACATING HEARING; DIRECTIONS**
10  VADE SECURE, INCORPORATED, et              **TO PLAINTIFFS**
   al.,
11
             Defendants.
12

13          Before the Court is plaintiffs Proofpoint, Inc. and Cloudmark LLC's Motion to

14  Reopen Discovery, filed April 15, 2022.  Defendants Vade Secure, Incorporated, Vade

15  Secure SASU, and Olivier Lemarié have filed opposition, to which plaintiffs have replied.

16          The Court, having read and considered the papers filed in support of and in

17  opposition to the motion, deems the matter suitable for determination on the parties'

18  respective written submissions, VACATES the hearing scheduled for May 20, 2022, and,

19  for the reasons stated by defendants (see Defs.' Opp at 8:7-27, 9:2-24, 9:27-10:12,

20  10:19-23, 11:9-12:13), finds plaintiffs, on the present record, have failed to show good

21  cause exists to reopen discovery.

22          Accordingly, the motion is hereby DENIED.

23          In light of the above, if plaintiffs continue to seek injunctive relief, they shall file, no

24  later than July 1, 2022, a motion for a permanent injunction.

25          **IT IS SO ORDERED.**

26

27  Dated: May 17, 2022
                                               MAXINE M. CHESNEY
28                                             United States District Judge