Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Jeffrey G. Homrig (SBN 215890)
  jeff.homrig@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Ryan T. Banks (SBN 318171)
  ryan.banks@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463 2600
*Attorneys for Defendants*
VADE SECURE, INC. and VADE SECURE SASU

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Iman Lordgooei (SBN 251320)
imanlordgooei@quinnemanuel.com
Jodie W. Cheng (SBN 292330)
jodiecheng@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiffs,
Proofpoint, Inc. and Cloudmark LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ,<br>　　　　　　　Defendants. | CASE NO. 3:19-CV-04238-MMC<br><br>**JOINT PROPOSAL REGARDING FINAL DISPOSITION ORDER PURSUANT TO DKT. 860**<br><br>Judge: Hon. Maxine M. Chesney |

Pursuant to the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Permanent Injunction and for Final Disposition (Dkt. 860), Plaintiffs Proofpoint, Inc. and Cloudmark LLC ("Plaintiffs") and Defendants Vade Secure, Incorporated and Vade Secure SASU (collectively, "Vade") (collectively, the "Parties"), submit for the Court's approval the following joint proposal for disposition of Plaintiffs' copyrighted material.

WHEREAS, on December 22, 2022, the Court directed the Parties to meet and confer as to the language of a final disposition order and to submit a joint proposal for approval;

WHEREAS, the Parties have met and conferred, including by videoconference on January 13, 2023;

WHEREAS, the Parties agree that any copies of Plaintiffs' asserted copyrighted works that Plaintiffs argued at trial are infringed by Vade, namely the source code files receivedparser.go, confusables.go, utils.go, genmapping.go, emailparser.go, smtppolicy.go, and topic.go (the "Asserted Proofpoint Code"), and that are presently in Vade's possession, will be transferred to Vade's counsel of record at Latham & Watkins LLP ("Latham") to be preserved until final resolution of this case, including any and all appeals, after which transfer the Asserted Proofpoint Code will be destroyed by Vade in its entirety;

THE PARTIES HEREBY STIPULATE, subject to the approval of the Court, that:

1. Vade has isolated, in their entirety, the repositories that contain the Asserted Proofpoint Code, such that no Asserted Proofpoint Code can be accessed except to the extent necessary to comply with obligations related to this Action;

2. No later than 30 days from the date of the Court's order approving this joint proposal for final disposition, Vade shall transfer to its counsel of record at Latham all repositories containing the Asserted Proofpoint Code, after which Vade will permanently remove from its possession, custody, or control, by deleting it, the Asserted Proofpoint Code, with such removal being overseen and witnessed by Vade's counsel of record at Latham;

3. No later than 30 days from the date of the Court's order approving this joint proposal for final disposition, Vade will file and serve on Plaintiffs a written declaration, under oath, setting forth that Vade has complied with the foregoing steps, and certified by Vade's counsel

1  of record at Latham;

2      4. Within 30 days of service of said declaration and certification, Vade's counsel of record at Latham shall permit a designated expert witness for Plaintiffs, who has been duly authorized pursuant to the Protective Order entered in this case, to inspect and confirm the contents of the source code that has been transferred by Vade into Latham's possession, and to generate (1) a file listing of the transferred code, and/or (2) a hash value or similar data that may be used to verify the contents and integrity of the transferred code at a later date, provided that the parties will cooperate to resolve any disputes relating to the identity or scope of the transferred code;

    5. The repositories containing the Asserted Proofpoint Code shall remain in a secure location in Latham's custody and control until all appeals have run and this case reaches final disposition, and thereafter shall be destroyed. Upon such destruction, Latham will file and serve on Plaintiffs a written declaration confirming the destruction of said repositories.

DATED: January 23, 2023      Respectfully Submitted,

By /s/Jeffrey G. Homrig      By /s/Sean S. Pak

| | |
|---|---|
| Douglas E. Lumish (SBN 183863)<br>doug.lumish@lw.com<br>Jeffrey G. Homrig (SBN 215890)<br>jeff.homrig@lw.com<br>Arman Zahoory (SBN 306421)<br>arman.zahoory@lw.com<br>Ryan T. Banks (SBN 318171)<br>ryan.banks@lw.com<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463 2600 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>Iman Lordgooei (SBN 251320)<br>imanlordgooei@quinnemanuel.com<br>Jodie W. Cheng (SBN 292330)<br>jodiecheng@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Plaintiffs Proofpoint, Inc. and Cloudmark LLC* |

Margaret A. Tough (SBN 218056)
 margaret.tough @lw.com
Sadik Huseny (SBN 224659)
 sadik.huseny@lw.com
Joseph R. Wetzel (SBN 238008)
 joseph.wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
San Francisco, California 91444
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Danielle L. Benecke (SBN 314896)
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 856-2400
Facsimile: (650) 856-9299
danielle.benecke@bakermckenzie.com

Mackenzie M. Martin (Admitted Pro Hac Vice)
John G. Flaim (Admitted Pro Hac Vice)
Chaoxuan Liu (Admitted Pro Hac Vice)
Benjamin B. Kelly (Admitted Pro Hac Vice)
BAKER & McKENZIE LLP
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
mackenzie.martin@bakermckenzie.com
john.flaim@bakermckenzie.com
charles.liu@bakermckenzie.com
mark.ratway@bakermckenzie.com
ben.kelly@bakermckenzie.com

Shima S. Roy
BAKER & McKENZIE LLP
300 East Randolph Street, Suite 500
Chicago, IL 60601
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
shima.roy@bakermckenzie.com

Alexander Brauer (Admitted Pro Hac Vice)
(TX SBN 24038780)
BAILEY BRAUER PLLC
8350 N. Central Expressway, Suite 650
Dallas, TX 75206
Telephone: (214) 360-7433
Facsimile: (214) 360-7435
abrauer@baileybrauer.com

*Attorneys for Defendants*
*Vade Secure, Inc. and Vade Secure SASU*

Dated: January 23, 2023

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 23, 2023                              /s/Sean S. Pak