UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROOFPOINT, INC.; CLOUDMARK LLC, <br><br> Plaintiffs, <br> v. <br><br> VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ, <br><br> Defendants. | Case No. 3:19-CV-04238-MMC <br><br> **[PROPOSED] FINAL DISPOSITION ORDER** |

Having considered the Parties' Joint Proposal Regarding Final Disposition Order, and pursuant to this Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Permanent Injunction and for Final Disposition (Dkt. 860):

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. No later than 30 days from the date of this Final Disposition Order, Vade shall transfer to its counsel of record at Latham & Watkins LLP ("Latham"), all repositories containing any copies of Plaintiffs' asserted copyrighted works that Plaintiffs argued at trial are infringed by Vade, namely the source code files receivedparser.go, confusables.go, utils.go, genmapping.go, emailparser.go, smtppolicy.go, and topic.go (the "Asserted Proofpoint Code"), and that are presently in Vade's possession, after which Vade will permanently remove from its possession, custody, or control, by deleting it, the Asserted Proofpoint Code, with such removal being overseen and witnessed by Vade's counsel of record at Latham.

2. No later than 30 days from the date of this Final Disposition Order, Vade will file and serve on Plaintiffs a written declaration, under oath, setting forth that Vade has complied with the foregoing steps, and certified by Vade's counsel of record at Latham.

3. Within 30 days of service of said declaration and certification, Vade's counsel of record at Latham shall permit a designated expert witness for Plaintiffs, who has been duly authorized pursuant to the Protective Order entered in this case, to inspect and confirm the contents of the source code that has been transferred by Vade into Latham's possession, and to generate (1) a file listing of the transferred code, and/or (2) a hash value or similar data that may be used to verify the contents and integrity of the transferred code at a later date. The parties shall cooperate to resolve any disputes relating to the identity or scope of the transferred code.

4. The repositories containing the Asserted Proofpoint Code shall remain in a secure location in Latham's custody and control until all appeals have run and this case reaches final disposition, and thereafter shall be destroyed. Upon such destruction, Latham will file and serve on Plaintiffs a written declaration confirming the destruction of said repositories.

5. The undersigned expressly retains jurisdiction to enforce this Final Disposition Order.

1 | **IT IS SO ORDERED.**

3     Dated: _____, 2023

                                                    The Honorable Maxine M. Chesney
United States District Court Judge