UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROOFPOINT, INC., et al.,<br><br>　　　　　Plaintiffs.<br><br>　　　v.<br><br>VADE SECURE, INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No.  19-cv-04238-MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**(X) Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

The jury found in favor of plaintiffs and against defendants and awarded compensatory damages in the amount of $13,495,659 jointly and severally against all defendants, and $480,000 severally against defendant Olivier Lemarie.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 1/27/2023

　　　　　　　　　　　　　　　　　　　Mark B. Busby, Clerk of Court



　　　　　　　　　　　　　　　　　　　Tracy Geiger
　　　　　　　　　　　　　　　　　　　Deputy Clerk