UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOFPOINT, INC., et al.,

          Plaintiffs.

      v.

VADE SECURE, INCORPORATED, et al.,

          Defendants.

Case No.  19-cv-04238-MMC

**AMENDED**
**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 863

**(X)  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

Judgment is entered in favor of plaintiffs and against Vade Secure, Incorporated and Vade Secure SASU, jointly and severally, in the amount of $13,495,659, and in favor of plaintiffs and against defendant Olivier Lemarié in the amount of $1.00.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 7/11/2023

Mark B. Busby, Clerk of Court

Tracy Geiger
Deputy Clerk