1    Douglas E. Lumish (SBN 183863)
     doug.lumish@lw.com
2    Jeffrey G. Homrig (SBN 215890)
     jeff.homrig@lw.com
3    Arman Zahoory (SBN 306421)
     arman.zahoory@lw.com
4    **LATHAM & WATKINS LLP**
5    140 Scott Drive
     Menlo Park, CA 94025
6    Telephone: (650) 328-4600
     Facsimile: (650) 463 2600
7

8    Attorneys for Defendants,
     VADE SECURE, INC. and VADE SECURE SASU
9

10

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15   PROOFPOINT, INC.; CLOUDMARK LLC, | CASE NO. 3:19-CV-04238-MMC |
| 16           Plaintiffs, | **DECLARATION OF DONALD T. FAAS** |
| 17    v. | **PURSUANT TO FINAL DISPOSITION ORDER (DKT. 862)** |
| 18   VADE SECURE, INCORPORATED; VADE SECURE SASU; OLIVIER LEMARIÉ, | Judge: Hon. Maxine M. Chesney |
| 19           Defendants. | Final Disposition Order: January 27, 2023 |

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

CASE NO. 3:19-CV-04238-MMC
FAAS DECL. PURSUANT TO
FINAL DISPOSITION ORDER (DKT. 862)

1    I, Donald T. Faas, hereby declare as follows:

2        1.    I am over the age of eighteen, of sound mind, and competent to make this

3    declaration. I have personal knowledge of the matters stated within this declaration, except as

4    otherwise noted. If called upon, I could and would testify competently to the facts contained in

5    this declaration.

6        2.    I am the Information Governance Manager of Retention and Disposition at Latham

7    & Watkins LLP ("Latham"), which is Vade's counsel of record in the above-captioned action.

8        3.    On January 28, 2025 I confirmed the destruction of source code repositories

9    containing any copies of Plaintiffs' asserted copyrighted works that Plaintiffs argued at trial are

10   infringed by Vade, namely the source code files receivedparser.go, confusables.go, utils.go,

11   genmapping.go, emailparser.go, smtppolicy.go, and topic.go (the "Asserted Proofpoint Code")

12   from the secure location within which they were previously placed in Latham's custody and

13   control on February 14, 2023.

14       I certify that the foregoing is true and correct, and that this declaration was executed on

15   January 28, 2025, in Menlo Park, California.

16

17

18                                                    _____

19                                                            Donald T. Faas

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

CASE NO. 3:19-CV-04238-MMC
FAAS DECL. PURSUANT TO
FINAL DISPOSITION ORDER (DKT. 862)